## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALICK-FARDY B. TRAORE<br><br>*Plaintiff,*<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIENCE INFORMATION SOLUTIONS, INC.;<br>TRANSUNION LLC; AVANT, LLC; GREENSKY,<br>LLC; and CAPITAL ONE BANK (USA), N.A.,<br><br>*Defendants.* | Case No. |

## <u>NOTICE OF REMOVAL</u>

**PLEASE TAKE NOTICE** that Defendant Trans Union, LLC ("Trans Union"), by and through its undersigned counsel, hereby removes this action filed by *Pro Se* Plaintiff Malick-Fardy B. Traore ("Plaintiff") from the Court of Common Pleas of Philadelphia County to the United States District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446.  In support of this Notice of Removal, Trans Union states the following:

1.      On May 6, 2025, Plaintiff initiated this action by filing a Complaint in the Court of Common Pleas of Philadelphia County, Case No. 250500817 (the "State Court Action").  True and correct copies of all "summons, pleadings and orders" available in the State Court Action are attached hereto as **Exhibit A**.  *See* 28 U.S.C. § 1446(a).  In addition, a true and correct copy of the docket as of May 30, 2025 is attached hereto as **Exhibit B**.

2.      Plaintiff's Complaint alleges four "causes of action" against Trans Union: Willful Violations of the FCRA, §§ 1681b, §1681e, and §1681s-2(b); Violation of Pennsylvania Unfair Trade Practices and Consumer Protection Law ("UTPCPL"), 73 P.S. § 201-1, *et. seq.*; Punitive Damages under FCRA § 1681n(a)(2); and Failure to Comply with FCRA § 1681i.

3.      Plaintiff filed a "Certificate of Service" directed to Trans Union on May 11, 2025. A true and correct copy of Plaintiff's Certificate of Service is attached hereto as **Exhibit C**.

4.      Pursuant to 28 U.S.C. § 1446(d), written notice of the removal of this action shall be promptly served upon Plaintiffs and Notice of Filing with Prothonotary for the Court of Common Pleas of Philadelphia County.  A true and correct copy of the proposed Notice of Filing of Removal is attached hereto as **Exhibit D.**

## GROUNDS FOR REMOVAL

5.      Removal is timely filed within thirty days of Trans Union's first receipt of Plaintiff's Complaint. *See* 28 U.S.C. § 1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999) ("a named defendant's time to remove is triggered by simultaneous service of the summons and complaint").  Because Trans Union was served with the Complaint on May 11 2025, this Notice of Removal is timely.

6.      Removal to this Court is proper pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the United States District Court for the Eastern District of Pennsylvania is the federal district embracing the court where Plaintiffs filed suit. *See* 28 U.S.C. § 101.

7.      28 U.S.C. § 1441(a) provides, in relevant part, that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.      This action is one over which this Court has jurisdiction because it arises under the "laws…of the United States." 28 U.S.C. § 1331.  Plaintiff's here alleged, among other things, that Trans Union violated the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.* (the "FCRA").

9.      Pursuant to the FCRA, suit "may be brought in any appropriate United States district court, without regard to the amount in controversy, or in any other court of competent jurisdiction…" 15 U.S.C. § 1681p.

10.     Pursuant to 28 U.S.C. § 1367(a), this Court has supplemental jurisdiction over Plaintiff's other claims for relief arising under the Pennsylvania UTPCPL, as these claims arise from the same operative facts and form part of the same case or controversy.

11.     While Trans Union denies Plaintiff's allegations and claimed entitlement to relief, based on the allegations in the Complaint, all requirements for jurisdiction have been met and this Court has original jurisdiction over the action pursuant to 28 U.S.C. § 1331.

12.     As of the date of this Notice, all defendants who have been properly served with Plaintiff's Complaint have acknowledged their consent to remove this case to the U.S. District Court for the Eastern District of Pennsylvania which satisfied the unanimity requirement of 28 U.S.C. §§ 1441 (a). *See McCreesh v. City of Philadelphia*, 2020 WL 5017609, at *1 (E.D.Pa. Aug. 25, 2020) (one defendant may attest to the consent of other defendants in its notice of removal). Consent is not required from any named defendants who have yet to be properly served. *See DiLoreto v. Costigan*, 2008 WL 4072813, at *2 (E.D.Pa. Aug. 29, 2008) ("A removing defendant need not join a co-defendant who has not been served…")

13.     Trans Union submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages Plaintiff seeks may be properly sought).

## **CONCLUSION**

WHEREFORE, Defendant Trans Union, LLC removes this civil action from the Court of Common Pleas of Philadelphia County, Pennsylvania to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Jayme C. Bronson*
Jayme C. Bronson, Esq. (PA ID No. 325481)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA 19102-2555
Tel: (215) 665-8700
Eml: jayme.bronson@bipc.com

Date:  June 2, 2025

*Counsel for Defendant Trans Union, LLC*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date, a true and correct copy of the foregoing Notice of Removal was filed via this Court's electronic filing system, and served upon the following via e-mail, the Court's electronic system, and/or regular U.S. mail:

<div align="center">

Malick-Fardy Babah Traore
2522 S. Darien Street
Philadelphia, PA 19148
Tel:  (215) 771-9367
Email: malickft@gmail.com

*Pro Se Plaintiff*

</div>

*/s/ Jayme C. Bronson*

Date:  June 2, 2025                                    Jayme C. Bronson

# EXHIBIT A

Court of Common Pleas of Philadelphia
County Trial Division

# Civil Cover Sheet

| | For Office of Judicial Records Use Only (Docket Number) |
|---|---|

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| Malick-Fardy Babah Traore | Equifax |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 2522 S Darien St, Philadelphia, PA 19148 | P.O. Box 105788, Atlanta, GA 30348-5788 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Experian |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | P.O. Box 4500Allen, TX 75013 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | TransUnion |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | P.O. Box 2000Chester, PA 19016-2000 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 5 | ☑ Complaint ☐ Petition Action ☐ Notice of Appeal ☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
☐ $50,000.00 or less
☑ More than $50,000.00

**COURT PROGRAMS**
☐ Arbitration  ☐ Mass Tort  ☐ Minor Court Appeal  ☐ Settlement
☐ Jury  ☐ Savings Action  ☐ Statutory Appeals  ☐ Minors
☑ Non-Jury  ☐ Petition  ☐ Commerce (Completion of Addendum Required)  ☐ W/D/Survival
☐ Other:

**CASE TYPE AND CODE (SEE INSTRUCTIONS)**
1J,4F,4Y

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)**
15 U.S.C. § 1681 et seq. (FCRA); 15 U.S.C. § 1692 et seq. (FDCPA); 73 P.S. § 201-1 et seq. (UTPCPL) ; GAAP and FASAB Accounting Principles (FASAB SFFAS No. 7 & GAAP ASC 310-10-35) as incorporated into consumer credit and charge-off reporting

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| | Yes ☐  No ☐ |

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| Malick-Fardy B. Traore, Pro Se | 2522 S Darien St, Philadelphia, PA 19148 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| 2157719367 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| | malickft@gmail.com (All Rights Reserved) |

| SIGNATURE | DATE |
|---|---|
| | 05/06/2025 |

01-101 (Rev. 8/2014)

Court of Common Pleas of Philadelphia County

Trial Division

# Civil Cover Sheet
## *(Supplemental Parties)*

| | For Office of Judicial Records Use Only (Docket Number) |
|---|---|

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | Avant, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 222 N LaSalle St, Suite 1700, Chicago, IL 60601 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | GreenSky, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 5565 Glenridge Connector, Suite 700, Atlanta, GA 30342 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | 3. Capital One Bank (USA), N.A. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1680 Capital One Drive, McLean, VA 22102 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

01-102

**IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY**
**CIVIL DIVISION**

Malick-Fardy B. Traore                                    May Term, 2025

**Plaintiff**                                               Case No: 25 0 500817

v.

1. **Equifax Information Services LLC**
2. **Experian Information Solutions, Inc.**
3. **TransUnion LLC**
4. **Avant, LLC**
5. **GreenSky, LLC**
6. **Capital One Bank (USA), N.A.**

**Defendants**

---

## CIVIL COMPLAINT

---

1. The Plaintiff, **Malick-Fardy B. Traore**, appearing **Pro Se**, brings this action against the above-named Defendants for willful violations of the **Fair Credit Reporting Act (FCRA)**, **Fair Debt Collection Practices Act (FDCPA)**, and the **Pennsylvania Unfair Trade Practices and Consumer Protection Law (UTPCPL)**.

2. This action arises from inaccurate credit reporting, refusal to remove or correct data after notice, and unauthorized use and dissemination of personal data.

---

## I. JURISDICTION AND VENUE

3. This Court has jurisdiction over FCRA claims (15 U.S.C. § 1681 et seq.), FDCPA claims (15 U.S.C. § 1692 et seq.), and UTPCPL claims (73 P.S. § 201-1 et seq.).

4. Venue is proper in Philadelphia County pursuant to Pa.R.C.P. 2179, as Plaintiff resides here, and the harm occurred here.

## I.A. Reservation of Rights and Capacity

5. The Plaintiff appears Pro Se, reserving all unalienable rights as secured by the Constitution for the United States and the Commonwealth of Pennsylvania. This includes the right to due process, access to courts, and to be governed by common law principles where applicable.

6. The Plaintiff does not consent to be construed as a legal fiction, corporate entity, or statutory "person" under any commercial code, unless such application is proven with full disclosure and lawful authority.

7. No part of this action shall be construed as a waiver of any right secured by the Constitution or common law. All rights are expressly reserved under UCC 1-308/ 13 Pa.C.S. § 1308 and applicable protections at law and in equity.

## II. PARTIES

8. **Plaintiff**: Malick-Fardy B. Traore, residing at c/o 2522 S Darien st, Philadelphia, Pennsylvania [19101]

9. **Defendants**:
    a. Equifax Information Services LLC, P.O. Box 740241, Atlanta, GA 30374-0241
    b. Experian Information Solutions, Inc., P.O. Box 4500, Allen, TX 75013
    c. TransUnion LLC, P.O. Box 2000, Chester, PA 19016-2000
    d. Avant, LLC, 640 N LaSalle St, Suite 555, Chicago, IL 60654
    e. GreenSky, LLC, 200 West Forsyth St, Suite 1500, Jacksonville, FL 32202
    f. Capital One Bank (USA), N.A., P.O. Box 30285, Salt Lake City, UT 84130-0285

## III. FACTUAL ALLEGATIONS

10. The Plaintiff's updated credit report dated **February 25, 2025** (Report ID: M61544242) reflects the following continuing inaccuracies:

    a. **Avant**
        i. **$2,507** charge-off still reported across all three bureaus
        ii. Last activity inconsistently listed (Equifax: 08/01/2024, Experian & TransUnion: 12/31/2024)
        iii. Continued late payments on a closed account

    b. **GreenSky**
        i. **$13,949** charge-off reported across all three bureaus as of 02/25/2025
        ii. Status shows zero balance but still reported with derogatory remarks

    c. **Penn State**
        i. TransUnion and Equifax report 3 lates: 30, 60, and 90 days
        ii. Experian reports only 2 lates: 30 and 60 days
        iii. Verified inaccurately despite disputes

d. **Capital One**
   i. TransUnion and Equifax show 120-day late
   ii. Experian shows only 90-day late
   iii. Closed and charged off with $3408 balance, yet still shows derogatory status

e. **Name Variations**
   i. Reports contain multiple inconsistent name formats, including: MALICK TRAORE, MALICK F. TRAORE, MALICK-FARDY B TRAORE, MALICK FARDY BA TRAORE, MALICKFARDY TRAORE, MALICK B. TRAORE, and other variations
   ii. Malick-Fardy Babah Traore is the correct form and spelling

11. These identity discrepancies may cause confusion, misidentification, and reputational damage, and reflect a failure under FCRA § 1681e(b) to maintain accurate identity records.

12. In addition, per Generally Accepted Accounting Principles (GAAP) and Federal Accounting Standards Advisory Board (FASAB) guidance, when an account is formally "*charged off*" the reporting party must remove the outstanding receivable from active ledgers and recognize a $0 balance for financial and reporting purposes.

13. The continued reporting of balances after charge-off not only violates accounting standards but creates a materially false representation of the account status, in direct violation of FCRA § 1681s-2(b).

14. The Plaintiff alleges that the Defendants have knowingly or recklessly disregarded this accounting rule in order to perpetuate the appearance of ongoing debt, despite its extinguishment on the furnishers' books.

15. These issues persist despite multiple disputes submitted directly and through the CFPB. Defendants responded with false verifications stating the information "meets FCRA requirements" without addressing the specific discrepancies or providing supporting documentation.

## IV. CFPB COMPLAINTS

16. The Plaintiff submitted several formal complaints through the CFPB system, including but not limited to:

   i. Complaint ID #240729-15375266
   ii. Complaint ID #240907-15954205
   iii. Additional submissions between August 2024 and February 2025

17. The Defendants have had ample opportunity to correct inaccuracies and failed to take corrective action.

18. The continued inaccurate reporting causes measurable damage to Plaintiff's creditworthiness, reputation, and access to financial opportunities.

## V. PREEMPTIVE RESPONSE TO ARBITRATION DEFENSE

19. To the extent any Defendant seeks to compel arbitration, Plaintiff responds as follows:

    a) **Waiver** – the Defendants failed to invoke arbitration before charging off debts and continuing to report them to credit bureaus, thereby waiving that right. See *Hoxworth v. Blinder, Robinson & Co.*, 980 F.2d 912 (3d Cir. 1992).

    b) **Unconscionability** – the arbitration clauses are one-sided, lacking mutuality, and are therefore unconscionable under 13 Pa.C.S. § 2302 and *Salley v. Option One Mortgage Corp.*, 592 Pa. 323 (2007).

    c) **Public Policy** – the FCRA and UTPCPL claims are grounded in consumer protection statutes intended to serve the public interest and are not subject to forced arbitration. See *EEOC v. Waffle House, Inc.*, 534 U.S. 279 (2002).

    d) **Prior Notice** – the Plaintiff previously provided the Defendants notice that failure to respond in **wet ink** would constitute waiver of arbitration. No such response was received, which is further evidence of waiver.

## VI. CAUSES OF ACTION

### <u>Count I: Willful Violations of the FCRA</u>

20. The Defendants violated the following provisions of law:

    i.  §1681b: Reporting without a permissible purpose
    ii.  §1681e: Failure to ensure accuracy
    iii.  §1681s-2(b): Failure to properly reinvestigate disputes. The Defendants failed to conduct lawful reinvestigation under § 1681s-2(b)(1)(A), failed to correct or delete inaccurate, incomplete, or unverifiable information under § 1681s-2(b)(1)(D), and continued to furnish inaccurate information after notice under § 1681s-2(b)(1)(E).

21. Based on the updated February 2, 2025, report, the violation totals are below:

    i.  Equifax: 14
    ii.  Experian: 9
    iii.  TransUnion: 15
    iv.  Avant: 2
    v.  GreenSky: 2
    vi.  Capital One: 2

        **Total: 44 violations × $1,000 = $44,000**

## Count II: Violation of Pennsylvania UTPCPL

22. The Defendants' actions constitute deceptive and unfair practices under 73 P.S. § 201-1 et seq.

Estimated loss: **$5,000**

Treble damages sought: **$15,000** under 73 P.S. § 201-9.2

**Precedent:** *Commonwealth v. Trans Union LLC (Pa. Cmmw. Ct. 2019)*

## Count III: Willful Violations of the FDCPA

23. Although Avant, GreenSky, and Capital One may act as furnishers, their continued derogatory credit reporting after charge-off constitutes a deceptive collection attempt under 15 U.S.C. § 1692e.
24. The Plaintiff asserts that these actions were intended to pressure payment by misrepresenting the legal status of the debt.

## Count IV: Punitive Damages Against Equifax (FCRA § 1681n(a)(2))

25. Equifax willfully failed to ensure maximum possible accuracy, verified false data after notice, and allowed the continued reporting of derogatory information after charge-off.

26. These actions reflect a reckless disregard of their duties under the FCRA, as outlined in *Cortez v. TransUnion, 617 F.3d 688 (3d Cir. 2010)*.

27. Equifax is liable for punitive damages in the amount of **$25,000**.

## Count V: Punitive Damages Against Experian (FCRA § 1681n(a)(2))

28. Experian verified inaccurate account details and failed to correct discrepancies despite notice, including name variations and incorrect tradelines.

29. Their actions meet the standard of willfulness established in *Collins v. Experian Info. Sols., Inc., 775 F.3d 1330 (11th Cir. 2015)*.

30. The Plaintiff seeks **$25,000** in punitive damages.

## Count VI: Punitive Damages Against TransUnion (FCRA § 1681n(a)(2))

31. TransUnion's ongoing derogatory reporting after disputes and charge-off constitutes willful noncompliance under the precedent in *Ramirez v. TransUnion, 951 F.3d 1008 (9th Cir. 2020)*.

32. The Plaintiff seeks **$25,000** in punitive damages.

### Count VII: Punitive Damages Against Avant (FCRA § 1681n(a)(2))

33. Avant continued to report late payments on a closed and charged-off account, in violation of FCRA accuracy standards and GAAP.

34. The Plaintiff seeks **$10,000** in punitive damages.

### Count VIII: Punitive Damages Against GreenSky (FCRA § 1681n(a)(2))

35. GreenSky reported a $0 balance with derogatory remarks after charge-off, which is misleading and willful.

36. The Plaintiff seeks **$7,500** in punitive damages.

### Count IX: Punitive Damages Against Capital One (FCRA § 1681n(a)(2))

37. Capital One's inconsistent reporting across bureaus after account closure and charge-off constitutes willful violation.

38. The Plaintiff seeks **$7,500** in punitive damages.

### Count X: Failure to Comply with FCRA § 1681i – Reinvestigation Obligations

39. The Plaintiff alleges that the Defendants Equifax, Experian, and TransUnion willfully and negligently violated their reinvestigation duties under 15 U.S.C. § 1681i.

40. Specifically, the Plaintiff alleges that:

    i. Under § 1681i(a)(1), Defendants failed to conduct a reasonable reinvestigation upon receiving Plaintiff's formal disputes.
    ii. Under § 1681i(a)(6)(B)(iii), Defendants failed to provide Plaintiff with the method of verification used to affirm the disputed data.
    iii. Under § 1681i(a)(5)(B), if any previously removed information was reinserted, Defendants failed to obtain and certify accuracy before reinsertion.

41. These actions constitute willful and/or negligent noncompliance with the Fair Credit Reporting Act, entitling the Plaintiff to statutory damages, actual damages, punitive damages, and injunctive relief.

## VII. PRAYER FOR RELIEF

42. The Plaintiff respectfully requests the following reliefs from this Court:

a.  Statutory Damages under FCRA in the amount of **$44,000**
b.  Statutory Damages under FDCPA in the amount of **$1,000**
c.  Actual and Emotional Distress Damages in the amount of **$15,000**
d.  Punitive Damages under FCRA § 1681n(a)(2) in the amount **of $100,000** as particularized below:
    i.   $25,000 – Equifax
    ii.  $25,000 – Experian
    iii. $25,000 – TransUnion
    iv.  $10,000 – Avant
    v.   $7,500 – GreenSky
    vi.  $7,500 – Capital One
e.  Treble Damages under UTPCPL in the amount of **$15,000**
f.  Injunctive Relief:
    a.  Deletion of Avant, GreenSky, Penn State, and Capital One tradelines
    b.  Prevention of further unlawful reporting
g.  Costs and any other relief the court deems just and proper

---

### CERTIFICATION

**I certify that the foregoing is true and correct to the best of my knowledge.**

**Date: May 6, 2025**
**Signature:** _____
**Malick-Fardy B. Traore, Pro Se**
**Reserving All Rights Without Prejudice**
**(UCC 1-308/ 13 Pa.C.S. § 1308)**
**c/o 2522 S Darien St, Philadelphia, PA, 19148**
malickft@gmail.com

## VERIFICATION

I, **Malick-Fardy B. Traore**, verify that the statements made in this complaint are true and correct to the best of my knowledge, information, and belief. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. § 4904, relating to unsworn falsification to authorities.

**Date: May 6, 2025**
**Signature:**
**Malick-Fardy B. Traore, Pro Se**
**Reserving All Rights Without Prejudice**
**(UCC 1-308/ 13 Pa.C.S. § 1308)**
**c/o 2522 S Darien St, Philadelphia, PA, 19148**
malickft@gmail.com

# IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY
## CIVIL DIVISION

Malick-Fardy B. Traore                              **May Term, 2025**

**Plaintiff**                                       Case No: 250500817

v.

1. **Equifax Information Services LLC**
2. **Experian Information Solutions, Inc.**
3. **TransUnion LLC**
4. **Avant, LLC**
5. **GreenSky, LLC**
6. **Capital One Bank (USA), N.A.**

**Defendants**

---

## PROPOSED ORDER

---

**AND NOW**, this ____ day of _____, 2025, upon consideration of the Plaintiff's Complaint and supporting documentation, it is hereby **ORDERED:**

1. The Defendants shall permanently delete all inaccurate, misleading, unverified, obsolete, or unauthorized data from Plaintiff's credit files, including:
   a. Avant
   b. GreenSky
   c. Capital One
   d. Penn State
   e. Any incorrect addresses or identifying information

2. Equifax, Experian, and TransUnion shall certify that no reinsertion occurs without compliance with 15 U.S.C. § 1681i(a)(5)(B), including verification and notice to the Plaintiff.

3. Avant, GreenSky, and Capital One shall provide full validation of any reported debt, including:
   a. Proof of ownership and lawful authority to collect/report
   b. Original signed contracts or digital agreements with metadata
   c. Full accounting, payment history, and all associated instruments

4. If any debt has been securitized, the Defendants shall produce all trust documents, PSAs, and CUSIP identifiers. Failure to do so constitutes admission of securitization and loss of standing to report or collect.

5. The Defendants are permanently enjoined from reporting, furnishing, or disseminating disputed or unverifiable data regarding Plaintiff without certified verification under 15 U.S.C. § 1681s-2(b).

6. The Defendants shall pay the Plaintiff an amount of **USD 180,000**, particularized as follows:
   a. Statutory Damages (FCRA)
      i. Equifax - $14,000
      ii. Experian - $9,000
      iii. TransUnion - $15,000
      iv. Avant - $2,000
      v. GreenSky - $2,000
      vi. Capital One - $2,000

   b. Punitive Damages (15 U.S.C. § 1681n(a)(2))
      i. Equifax - $25,000
      ii. Experian - $25,000
      iii. TransUnion - $25,000
      iv. Avant - $10,000
      v. GreenSky - $7,500
      vi. Capital One - $7,500
   c. Actual and Emotional Distress in the amount of **$15,000**
   d. Treble Damages under UTPCPL in the amount of **$15,000**

7. Defendants shall reimburse all court costs and filing fees.

8. Failure to comply within thirty (30) days may result in sanctions or additional equitable relief.

**IT IS SO ORDERED.**

BY THE COURT:

_____

JUDGE, COURT OF COMMON PLEAS

PHILADELPHIA COUNTY

_____

**Submitted by:**
**Malick-Fardy B. Traore, Pro Se**
**Reserving All Rights Without Prejudice**
**UCC 1-308/ 13 Pa.C.S. § 1308**
**2522 S Darien St, Philadelphia, PA, 19148**
malickft@gmail.com

**Signature:** _____

**Date:** 05/06/25

Full Exhibit A

Available on the docket entry

DR 05/13/2025 (OOKKO3) 195.193938.13027600

# EXHIBIT A

Credit Report Entries and Dispute Evidence

**Submitted by:**
Malick-Fardy B. Traore, Pro Se
Reserving All Rights Without Prejudice
UCC 1-308 / 13 Pa.C.S. § 1308
2522 S Darien St, Philadelphia, PA 19148
malickft@gmail.com

**EXHIBIT A**

**Timeline of Continuous Willful Violations Under the FCRA**

Overview

This document presents a timeline of repeated violations committed by TransUnion, Experian, and Equifax regarding inaccurate credit reporting. The violations show a pattern of inconsistent reporting, failure to validate disputes, and failure to properly update charge-off statuses in accordance with the Fair Credit Reporting Act (FCRA) § 1681e(b) and § 1681s-2(b).

Attached Credit Reports: The credit reports referenced in this document are included as attachments to Exhibit A for verification and supporting evidence.

---

**1. September 6, 2024 (Initial Reports from TransUnion, Experian, Equifax)**

Key Changes:

- **Avant & Greensky reported as charge-offs but retained balances.**
- **Penn State account listed only on TransUnion, not on Experian or Equifax.**

Inaccuracies Found:

- **Late payments still reported after charge-off (FCRA § 1681e(b) violation).**
- **Inconsistent last activity dates across bureaus.**
- **Avant charge-off balance incorrect, should reflect $0.**
- **GreenSky balance does not match Experian/Equifax.**
- **Penn State account inconsistently reported across bureaus.**
- **No validation provided for disputed accounts.**

---

**2. November 17, 2024 (Experian Report Update)**

Key Changes:

- **Experian re-verified charge-offs but did not remove errors.**

Inaccuracies Found:

- **Repeated late payments despite charge-off.**
- **Failure to mark zero balance after dispute.**
- **Account history modified but still incorrect.**

---

**3. January 12, 2025 (Full Credit Report Review - All Bureaus)**

**Key Changes:**

- **Minor updates made.**
- **Remarks added: "Disputed but meets FCRA requirements".**

**Inaccuracies Found:**

- **Failure to validate disputes properly (FCRA § 1681s-2(b)).**
- **Dispute remarks added without an actual investigation.**
- **Discrepancies in charge-off dates across reports.**
- **Different balance amounts for the same accounts.**

---

**4. January 27, 2025 (Experian & TransUnion Reports)**

**Key Changes:**

- **Experian & TransUnion reports updated with dispute remarks but errors persist.**
- **Avant, Greensky, and Capital One accounts still showing inconsistent reporting.**

**Inaccuracies Found:**

- **Avant account reported with past due balance despite being charged off (FCRA § 1681e(b)).**
- **GreenSky balance inconsistently reported across Experian and TransUnion.**
- **Capital One charge-off still reflecting past due amounts months after closure.**
- **Failure to update last payment dates consistently among bureaus.**

---

**5. February 25, 2025 (Most Recent IdentityIQ Report - All Bureaus)**

**Key Changes:**

- Greensky balance updated to $0, but derogatory remarks remain.
- Dispute notation added stating "Account meets FCRA requirements".

**Inaccuracies Found:**

- Accounts still reflect negative status despite charge-off.
- Failure to issue a 1099-C for canceled debts (IRS non-compliance).
- Last payment dates inconsistent across bureaus.
- Charge-off notation applied differently to the same account.
- Dispute notation still present, but errors remain unresolved.

---

### Conclusion

The timeline establishes a pattern of continuous, willful violations by TransUnion, Experian, Equifax, and the data furnishers (Avant, Greensky, and Capital One). Despite repeated disputes, the credit reporting agencies have:

1. Failed to ensure maximum accuracy as required under FCRA § 1681e(b).
2. Failed to conduct a reasonable reinvestigation in accordance with FCRA § 1681s-2(b).
3. Reported inconsistent information across different bureaus, leading to significant inaccuracies.
4. Retained derogatory remarks despite updating balances.
5. Failed to issue required IRS 1099-C forms for charged-off accounts.

This ongoing misconduct warrants legal action and statutory damages under FCRA § 1681n (willful violations) and FCRA § 1681o (negligent violations), in addition to potential claims under Pennsylvania consumer protection laws.

---

Prepared by: Malick F. Traore, Pro Se

# Credit Report

Credit reports are key to helping you confidently protect and manage your identity. You can rest assured - reviewing your report does not negatively impact your standing or score.

Financial institutions, employers and insurers use credit reports to gain insight into your financial profile. Because they provide a record of your present and past credit use, credit reports may determine whether or not you will be offered credit, and on what terms. Inaccurate or fraudulent account information on credit reports can result in denial of credit, higher loan and insurance rates and even rejection for employment. The Federal Trade Commission (FTC) has prepared A Summary of Your Rights Under the Fair Credit Reporting Act, you may also find additional information on their website www.FTC.gov/credit.

Understanding your credit score and the factors that impact it will prepare you to make the best possible decisions for your financial future. Want help reading your report? We've prepared a quick educational guide for you: How to Read, Use and Act on Your Credit Report. If you find inaccurate information on your report, you may contact one of our Credit Specialists to help dispute this information directly with the credit reporting agencies.

Show Less

---

Purchase Report

Print this page          Download this report

## Three Bureau Credit Report

**Reference #:**  M61544242
**Report Date:**  02/25/2025

Quick Links: Credit Score / Summary / Account History / Inquiries / Creditor Contacts

## Customer Statement

| | |
|---|---|
| TransUnion | #HK#EFCRA EXTENDED FRAUD ALERT: ACTION MAY BE REQUIRED UNDER FCRA BEFORE OPENING OR MODIFYING AN ACC OUNT. CONTACT CONSUMER AT (210) 213-2097 |
| Experian | 06& 05-08-23 0000000 ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 210-213-2097. THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 05-08-23. |
| Equifax | FRAUD VICTIM. 'EXTENDED ALERT'. CONSUMER HAS REQUESTED AN ALERT BE PLACED ON THEIR CREDIT FILE. DAYTIME 00000 2102132097 EVENING 00000 2102132097 |

# Personal Information

ℹ️ Below is your personal information as it appears in your credit file. This information includes your legal name, current and previous addresses, employment information and other details.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Credit Report Date:** | 02/25/2025 | 02/25/2025 | 02/25/2025 |
| **Name:** | MALICK B TRAORE | - | MALICK-FARDY B TRAORE |
| **Also Known As:** | TRAORE,MALICKFARDY,BA<br>TRAORE,MALICKFARDY,BAB<br>AH<br>BABAH MALICKFARDY | - | - |
| **Former:** | - | - | MALICK TRAORE |
| **Date of Birth:** | ▬▬▬ | ▬▬▬ | ▬▬▬ |
| **Current Address(es):** | 2522 S DARIEN ST<br>PHILADELPHIA, PA<br>19148 | CO 2522 S DARIEN ST<br>PHILADELPHIA, PA<br>19148<br>01/2025 | 2522 S DARIEN ST<br>PHILADELPHIA, PA<br>19148 |
| **Previous Address(es):** | 294 GREENOUGH ST 1<br>PHILADELPHIA, PA<br>19127<br>2053 N JOHN RUSSELL CI A<br>ELKINS PARK, PA<br>19027 | 294 GREENOUGH ST<br>PHILADELPHIA, PA<br>19127-1112<br>02/2024<br>2522 S DARIEN ST # A<br>PHILADELPHIA, PA<br>19148-4523<br>07/2023 | - |
| **Employers:** | ATT<br>SPRINT | - | - |

# Credit Score                                                    Back to Top

ℹ️ Your Credit Score is a representation of your overall credit health. Most lenders utilize some form of credit scoring to help determine your credit worthiness.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Credit Score:** | 578 | 587 | 594 |
| **Lender Rank:** | Unfavorable | Unfavorable | Unfavorable |
| **Score Scale:** | 300-850 | 300-850 | 300-850 |

**Risk Factors**

Credit Report - IdentityIQ

**TransUnion:** The date that you opened your oldest account is too recent [+]
The balances on your accounts are too high compared to loan amounts [+]
Too many of the delinquencies on your accounts are recent [+]
You have too many delinquent or derogatory accounts [+]

**Experian:** The date that you opened your oldest account is too recent
The balances on your accounts are too high compared to loan amounts
Too many bankcard or revolving accounts with delinquent or derogatory status
Too many of the delinquencies on your accounts are recent

**Equifax:**

The score(s) on your IdentityIQ credit report (using the VantageScore® 3.0 model) are provided as a tool to help you understand how lenders may view the data contained in your credit reports and evaluate your credit risk. We provide these scores solely for educational purposes. IdentityIQ does not offer credit; delivery of these scores does not qualify you for any loan. The scoring model your lender uses may be different than the VantageScore® 3.0. As a result, the score and score factors we have delivered may show differences when compared to the score and score factors produced by your lender's scoring model. Please also understand that lenders use multiple sources of information when underwriting a loan and making lending decisions. Credit scores are just one factor that may be used and each lender will have different criteria they consider. IdentityIQ provides informational materials along with your credit report(s) and score(s) these materials are educational in nature and intended to broaden your understanding of how credit scoring works. They should not be construed as advice in handling your financial problems or making financial decisions. If you are having trouble keeping up with your bill payments or experiencing other financial difficulties, please contact a non-profit credit counseling service for assistance. These materials are for educational purposes only.

## Summary                                                                    Back to Top

 Below is an overview of your present and past credit status including open and closed accounts and balance information.

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| **Total Accounts:** | 16 | 13 | 13 |
| **Open Accounts:** | 4 | 4 | 1 |
| **Closed Accounts:** | 12 | 9 | 12 |
| **Delinquent:** | 0 | 0 | 0 |
| **Derogatory:** | 3 | 2 | 3 |
| **Collection:** | 0 | 0 | 0 |
| **Balances:** | $178,860.00 | $176,353.00 | $178,860.00 |
| **Payments:** | $1,112.00 | $1,177.00 | $1,112.00 |
| **Public Records:** | 0 | 0 | 0 |
| **Inquiries(2 years):** | 0 | 0 | 0 |

# Account History

**Back to Top**

ⓘ  Information on accounts you have opened in the past is displayed below.

**AMERISVE/DMI**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 310148126**** | 310148126**** | 310148126**** |
| Account Type: | Mortgage | Mortgage | Mortgage |
| Account Type - Detail: | FHA real estate mortgage | FHA real estate mortgage | Real estate mortgage |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Open | Open | Open |
| Monthly Payment: | $1,112.00 | $1,112.00 | $1,112.00 |
| Date Opened: | 06/13/2022 | 06/01/2022 | 06/01/2022 |
| Balance: | $158,996.00 | $158,996.00 | $158,996.00 |
| No. of Months (terms): | 360 | 360 | 0 |
| High Credit: | $166,920.00 | $166,920.00 | $166,920.00 |
| Credit Limit: | $0.00 | $0.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 02/05/2025 | 02/05/2025 | 02/01/2025 |
| Comments: | - | - | Real Estate Mortgage FHA mortgage |
| Date Last Active: | 02/05/2025 | 02/01/2025 | 02/01/2025 |
| Date of Last Payment: | 01/23/2025 | 01/23/2025 | 02/01/2025 |

## Two-Year payment history

( **Legend** )

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion |  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax |  | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 517805977437**** | 517805977**** |  |
| Account Type: | Revolving | Revolving |  |
| Account Type - Detail: | Credit Card | Credit Card |  |
| Bureau Code: | Terminated | Terminated |  |
| Account Status: | Open | Open |  |
| Monthly Payment: | $0.00 | $25.00 |  |

2/25/25, 8:17 AM    Credit Report - IdentityIQ

| | | |
|---|---|---|
| Balance: | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 |
| High Credit: | $0.00 | $3,058.00 |
| Credit Limit: | $0.00 | $3,000.00 |
| Past Due: | $0.00 | $0.00 |
| Payment Status: | Current | Current |
| Last Reported: | 11/03/2022 | 11/03/2022 |
| Comments: | - | - |
| Date Last Active: | 10/05/2022 | 11/01/2022 |
| Date of Last Payment: | - | - |

## Two-Year payment history

( Legend )

| Month | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

**UPGRADE INC**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 3347**** | 3347**** | 3347**** |
| Account Type: | Installment | Installment | Installment |
| Account Type - Detail: | Unsecured loan | Unsecured loan | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Closed | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 09/14/2020 | 09/01/2020 | 09/01/2020 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 36 | 36 | 36 |
| High Credit: | $11,325.00 | $11,325.00 | $11,325.00 |
| Credit Limit: | $0.00 | $0.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 04/05/2021 | 04/05/2021 | 04/01/2021 |
| Comments: | Closed | - | Closed or paid account/zero balance<br>Fixed rate |
| Date Last Active: | 04/05/2021 | 04/01/2021 | 04/01/2021 |
| Date of Last Payment: | 04/05/2021 | 04/05/2021 | 04/01/2021 |

## Two-Year payment history

( Legend )

| Month | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2/25/25, 8:17 AM                                      Credit Report - IdentityIQ

| Year | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TransUnion | | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | | |
| Experian | | | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | | | |

## UNITED AUTO

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 1001011524926**** | 1001011524926**** | 1001011524926**** |
| Account Type: | Installment | Installment | Installment |
| Account Type - Detail: | Auto Loan | Auto Loan | Auto Loan |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Closed | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 07/24/2017 | 07/01/2017 | 07/01/2017 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 57 | 57 | 57 |
| High Credit: | $9,321.00 | $9,321.00 | $9,321.00 |
| Credit Limit: | $0.00 | $0.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 09/30/2021 | 09/30/2021 | 10/01/2021 |
| Comments: | Closed | - | Closed or paid account/zero balance Auto |
| Date Last Active: | 09/30/2021 | 09/01/2021 | 09/01/2021 |
| Date of Last Payment: | 09/30/2021 | 09/30/2021 | 09/01/2021 |

## Two-Year payment history

( Legend )

| Month | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK |

## PENN STATE

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 349C6D6113PER2**** | | |
| Account Type: | Installment | | |
| Account Type - Detail: | Educational | | |
| Bureau Code: | Individual | | |
| Account Status: | Closed | | |
| Monthly Payment: | $0.00 | | |

2/25/25, 8:17 AM                                  Credit Report - IdentityIQ

|  |  |
|---|---|
| Date Opened: | 11/11/2011 |
| Balance: | $0.00 |
| No. of Months (terms): | 120 |
| High Credit: | $2,500.00 |
| Credit Limit: | $0.00 |
| Past Due: | $0.00 |
| Payment Status: | Current |
| Last Reported: | 11/04/2024 |
| Comments: | Closed |
| Date Last Active: | 11/04/2024 |
| Date of Last Payment: | 11/04/2024 |

## Two-Year payment history

Legend

| Month | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 22 | 22 |
| TransUnion | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

**RENT PAYMENT**

|  | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 5427**** | | |
| Account Type: | Open Account | | |
| Account Type - Detail: | Rental agreement | | |
| Bureau Code: | Individual | | |
| Account Status: | Closed | | |
| Monthly Payment: | $0.00 | | |
| Date Opened: | 10/01/2017 | | |
| Balance: | $0.00 | | |
| No. of Months (terms): | 0 | | |
| High Credit: | $0.00 | | |
| Credit Limit: | $0.00 | | |
| Past Due: | $0.00 | | |
| Payment Status: | Current | | |
| Last Reported: | 08/22/2018 | | |
| Comments: | Closed | | |
| Date Last Active: | 08/22/2018 | | |
| Date of Last Payment: | - | | |

## Two-Year payment history

Legend

| Month | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 18 | 18 | 18 | 18 | 18 | 18 | 18 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 17 | 16 | 16 | 16 | 16 | 16 |



2/25/25, 8:17 AM                                          Credit Report - IdentityIQ

| | | |
|---|---|---|
| TransUnion | OK OK OK OK OK OK    OK OK | |
| Experian | | |
| Equifax | | |

**RENT PAYMENT**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 5933**** | | |
| Account Type: | Open Account | | |
| Account Type - Detail: | Rental agreement | | |
| Bureau Code: | Individual | | |
| Account Status: | Closed | | |
| Monthly Payment: | $1,226.00 | | |
| Date Opened: | 10/05/2018 | | |
| Balance: | $0.00 | | |
| No. of Months (terms): | 12 | | |
| High Credit: | $1,226.00 | | |
| Credit Limit: | $0.00 | | |
| Past Due: | $0.00 | | |
| Payment Status: | Current | | |
| Last Reported: | 02/07/2020 | | |
| Comments: | Closed | | |
| Date Last Active: | 02/07/2020 | | |
| Date of Last Payment: | - | | |

## Two-Year payment history                                    Legend

| Month | Jan Dec Nov Oct Sep Aug Jul  Jun May Apr Mar Feb Jan Dec Nov Oct Sep Aug Jul  Jun May Apr Mar Feb |
|---|---|
| Year | 20  19   19   19   19   19   19   19   19   19   19   19   19   18   18   18   18   18   18   18   18   18   18   18 |
| TransUnion | OK OK OK OK OK OK OK OK    OK OK OK OK OK OK OK OK |
| Experian | |
| Equifax | |

**FST PREMIER**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 517800681150**** | 517800681150**** | 517800681150**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Paid | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 06/20/2019 | 06/01/2019 | 06/01/2019 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 | 0 |

2/25/25, 8:17 AM  Credit Report - IdentityIQ

| | | | |
|---|---|---|---|
| High Credit: | $401.00 | $401.00 | $400.00 |
| Credit Limit: | $400.00 | $400.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 01/25/2021 | 12/25/2020 | 01/01/2021 |
| Comments: | Account closed by consumer | Credit line closed - consumer request - reported by subscriber. | Account closed at consumer's request Closed or paid account/zero balance |
| Date Last Active: | 09/01/2020 | 12/01/2020 | 09/01/2020 |
| Date of Last Payment: | 09/01/2020 | 09/01/2020 | 09/01/2020 |

## Two-Year payment history

[ Legend ]

| Month | Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan Dec Nov Oct Sep Aug Jul Jun May Apr Mar Feb Jan |
|---|---|
| Year | 20 20 20 20 20 20 20 20 20 20 20 20 19 19 19 19 19 19 19 19 19 19 19 19 |
| TransUnion | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
| Experian | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |
| Equifax | OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK OK |

**AVANT**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 43096** | | 43096** |
| Account Type: | Installment | | Installment |
| Account Type - Detail: | Unsecured loan | | - |
| Bureau Code: | Individual | | Individual |
| Account Status: | Derogatory | | Derogatory |
| Monthly Payment: | $0.00 | | $0.00 |
| Date Opened: | 08/25/2021 | | 08/01/2021 |
| Balance: | $2,507.00 | | $2,507.00 |
| No. of Months (terms): | 36 | | 36 |
| High Credit: | $5,000.00 | | $2,507.00 |
| Credit Limit: | $0.00 | | $0.00 |
| Past Due: | $2,507.00 | | $2,507.00 |
| Payment Status: | Collection/Chargeoff | | Collection/Chargeoff |
| Last Reported: | 02/17/2025 | | 02/01/2025 |
| Comments: | Charged off as bad debt Dispute resolved; customer disagrees | | Consumer disputes this account information Consumer disputes after resolution |
| Date Last Active: | 02/17/2025 | | 02/01/2023 |
| Date of Last Payment: | 12/25/2023 | | 02/01/2023 |

## Two-Year payment history

[ Legend ]

2/25/25, 8:17 AM                                    Credit Report - IdentityIQ

| Month | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 60 | 30 |

**CREDITONEBNK**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 444796246477**** | 444796246477**** | 444796246477**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Paid | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 08/12/2019 | 08/01/2019 | 08/01/2019 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $541.00 | $541.00 | $550.00 |
| Credit Limit: | $550.00 | $550.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 06/23/2021 | 06/23/2021 | 06/01/2021 |
| Comments: | Account closed by consumer | Credit line closed - consumer request - reported by subscriber. | Account closed at consumer's request Closed or paid account/zero balance |
| Date Last Active: | 04/14/2021 | 06/01/2021 | 04/01/2021 |
| Date of Last Payment: | 04/14/2021 | 04/14/2021 | 04/01/2021 |

## Two-Year payment history                                    ( Legend )

| Month | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | |
| Experian | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 517805942322**** | 51780594**** | 51780594**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |

2/25/25, 8:17 AM                                    Credit Report - IdentityIQ

| | | | |
|---|---|---|---|
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 04/24/2019 | 04/01/2019 | 04/01/2019 |
| Balance: | $3,408.00 | $3,408.00 | $3,408.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $4,711.00 | $0.00 | $3,408.00 |
| Credit Limit: | $4,200.00 | $4,200.00 | $0.00 |
| Past Due: | $3,408.00 | $3,408.00 | $3,408.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 02/10/2025 | 02/18/2025 | 02/01/2025 |
| Comments: | Charged off as bad debt Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. Unpaid balance reported as a loss by the credit grantor. | Charged off account Accounts closed by credit grantor |
| Date Last Active: | 06/10/2024 | 01/01/2025 | 07/01/2024 |
| Date of Last Payment: | 05/25/2024 | 05/25/2024 | 07/01/2024 |

## Two-Year payment history

( Legend )

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | CO | 150 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | OK | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## DP OF EDUC

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | | 3542**** |
| Account Type: | | | Installment |
| Account Type - Detail: | | | Educational |
| Bureau Code: | | | Individual |
| Account Status: | | | Paid |
| Monthly Payment: | | | $0.00 |
| Date Opened: | | | 11/01/2011 |
| Balance: | | | $0.00 |
| No. of Months (terms): | | | 36 |
| High Credit: | | | $3,500.00 |
| Credit Limit: | | | $0.00 |
| Past Due: | | | $0.00 |
| Payment Status: | | | Too New to Rate |
| Last Reported: | | | 06/01/2024 |
| Comments: | | | Closed or paid account/zero balance Student loan |

Date Last Active:                                                              -

Date of Last Payment:                                                         -

## Two-Year payment history

( Legend )

| Month | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 22 | 22 | 22 | 22 | 22 | 22 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**DP OF EDUC**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | | 3541**** |
| Account Type: | | | Installment |
| Account Type - Detail: | | | Educational |
| Bureau Code: | | | Individual |
| Account Status: | | | Paid |
| Monthly Payment: | | | $0.00 |
| Date Opened: | | | 11/01/2011 |
| Balance: | | | $0.00 |
| No. of Months (terms): | | | 0 |
| High Credit: | | | $2,000.00 |
| Credit Limit: | | | $0.00 |
| Past Due: | | | $0.00 |
| Payment Status: | | | Too New to Rate |
| Last Reported: | | | 06/01/2024 |
| Comments: | | | Closed or paid account/zero balance Student loan |
| Date Last Active: | | | - |
| Date of Last Payment: | | | - |

## Two-Year payment history

( Legend )

| Month | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 22 | 22 | 22 | 22 | 22 | 22 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | |
| Equifax | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 517805881946**** | 51780588**** | 51780588**** |

2/25/25, 8:17 AM                                                    Credit Report - IdentityIQ

| | | | |
|---|---|---|---|
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Credit Card | Credit Card | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Paid | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 12/04/2018 | 12/01/2018 | 12/01/2018 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $549.00 | $549.00 | $500.00 |
| Credit Limit: | $500.00 | $500.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 08/23/2024 | 08/23/2024 | 02/01/2025 |
| Comments: | Dispute resolved; reported by grantor | Account was in dispute - now resolved - reported by subscriber. | Consumer disputes this account information Closed or paid account/zero balance |
| Date Last Active: | 08/23/2024 | 08/01/2024 | 08/01/2024 |
| Date of Last Payment: | 08/23/2024 | 08/23/2024 | 08/01/2024 |

## Two-Year payment history

( Legend )

| Month | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | | | | | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

BMOHSBK/GSKY

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 710000620618**** | 710000620618**** | 710000620618**** |
| Account Type: | Installment | Installment | Installment |
| Account Type - Detail: | Unsecured loan | Unsecured loan | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Derogatory | Derogatory | Derogatory |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 07/08/2022 | 07/01/2022 | 07/01/2022 |
| Balance: | $13,949.00 | $13,949.00 | $13,949.00 |
| No. of Months (terms): | 96 | 96 | 96 |
| High Credit: | $15,000.00 | $15,000.00 | $13,949.00 |
| Credit Limit: | $0.00 | $0.00 | $0.00 |
| Past Due: | $13,949.00 | $13,949.00 | $13,949.00 |
| Payment Status: | Collection/Chargeoff | Collection/Chargeoff | Collection/Chargeoff |
| Last Reported: | 11/30/2024 | 02/13/2025 | 02/01/2025 |

2/25/25, 8:17 AM                                                    Credit Report - IdentityIQ

| Comments: | Charged off as bad debt Account information disputed by consumer, meets FCRA requirements | Customer disputed account - reported by subscriber. Unpaid balance reported as a loss by the credit grantor. | Consumer disputes this account information Charged off account |
|---|---|---|---|
| Date Last Active: | 11/30/2024 | 11/01/2024 | 08/01/2024 |
| Date of Last Payment: | 05/25/2024 | 04/25/2024 | 08/01/2024 |

## Two-Year payment history

( Legend )

| Month | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 25 | 25 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 24 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | CO | | | CO | CO | 90 | 60 | 30 | | | OK | OK | OK | OK | OK | OK | | | | | | | | |
| Equifax | | OK | OK | OK | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**EXTRA**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | | 1097** | 1097** |
| Account Type: | | Credit Line | Credit Line |
| Account Type - Detail: | | Check credit/Line of credit | - |
| Bureau Code: | | Individual | Individual |
| Account Status: | | Paid | Paid |
| Monthly Payment: | | $0.00 | $0.00 |
| Date Opened: | | 10/01/2021 | 10/01/2021 |
| Balance: | | $0.00 | $0.00 |
| No. of Months (terms): | | 0 | 0 |
| High Credit: | | $0.00 | $300.00 |
| Credit Limit: | | $300.00 | $0.00 |
| Past Due: | | $0.00 | $0.00 |
| Payment Status: | | Current | Current |
| Last Reported: | | 12/31/2023 | 12/01/2023 |
| Comments: | | Account has been closed due to inactivity. | Closed or paid account/zero balance Account closed due to inactivity |
| Date Last Active: | | 12/01/2023 | 01/01/2022 |
| Date of Last Payment: | | 01/27/2022 | 01/01/2022 |

## Two-Year payment history

( Legend )

| Month | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 23 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 |
| TransUnion | | | | | | | | | | | | | | | | | | | | | | | | |
| Experian | | | | | | | | | | | | | | | | | | | | | | | | OK |
| Equifax | | OK | OK | OK | OK | OK | OK | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | OK | OK |

# Inquiries                                                    Back to Top

 Below are the names of people and/or organizations who have obtained a copy of your Credit Report. Inquiries such as these can remain on your credit file for up to two years.

## None Reported

# Public Information                                          Back to Top

 Below is an overview of your public records and can include details of bankruptcy filings, court records, tax liens and other monetary judgments. Public records typically remain on your Credit Report for 7 - 10 years.

## None Reported

# Creditor Contacts                                           Back to Top

 Information about how to contact people and/or organizations that appear on this credit report is listed below.

| Creditor Name | Address | Phone Number |
|---|---|---|
| CREDIT ONE BANK | PO BOX 98872<br>LAS VEGAS, NV 89193 | (877) 825-3242 |
| FIRST PREMIER BANK | 3820 N LOUISE AVE<br>SIOUX FALLS, SD 57107 | (800) 987-5521 |
| UPGRADE INC | 2 NORTH CENTRAL AVE, 10TH FLR 10TH FLOOR<br>PHOENIX, AZ 85004 | - |
| JERSEY CENTRAL MANAGEMEN | 2121 N. CALIFORNIA BLVD SUITE 400<br>WALNUT CREEK, CA 94596 | (866) 289-5977 |
| AVANT | 222 W MERCHANDISE MART PLAZA SUITE 900<br>CHICAGO, IL 60654 | (800) 712-5407 |
| BMOHARRISBK/GREENSKY | 5565 GLENRIDGE CONNECTOR<br>ATLANTA, GA 30342 | (866) 936-0602 |
| WEBBANK/FINGERHUT | 6250 RIDGEWOOD RD<br>ST CLOUD, MN 56303 | (866) 734-0342 |
| AMERISAVE MORTGAGE COMPA | 1 CORPORATE DR SUITE 360<br>LAKE ZURICH, IL 60047 | (847) 550-7300 |
| JPMCB CARD SERVICES | PO BOX 15369<br>WILMINGTON, DE 19850 | (800) 945-2000 |

Credit Report - IdentityIQ

| | | |
|---|---|---|
| AMERICAN EXPRESS | P.O. BOX 981537<br>EL PASO, TX 79998 | (800) 874-2717 |
| UNITED AUTO CREDIT CORP | 3990 WESTERLEY PLACE SUITE 200<br>NEWPORT BEACH, CA 92660 | (714) 224-1900 |
| CAPITAL ONE | PO BOX 31293<br>SALT LAKE CITY, UT 84131 | (800) 955-7070 |
| PENN STATE | 201 OLD MAIN<br>UNIVERSITY PARK, PA 16802 | (814) 865-0461 |
| WEBBANK/FINGERHUT | 6250 RIDGEWOOD RD<br>SAINT CLOUD, MN 56303 | (866) 734-0342 |
| UPGRADE INC | 275 BATTERY ST FL 23<br>SAN FRANCISCO, CA 94111 | - |
| UNITED AUTO CREDIT CO | 1071 CAMELBACK ST STE 10<br>NEWPORT BEACH, CA 92660 | (949) 224-1917 |
| JPMCB CARD | PO BOX 15369<br>WILMINGTON, DE 19850 | (800) 945-2000 |
| FIRST PREMIER BANK | 601 S MINNESOTA AVE<br>SIOUX FALLS, SD 57104 | (605) 357-3000 |
| EXTRA | 195 BROADWAY FL 25<br>NEW YORK, NY 10007 | (833) 984-2291 |
| CREDIT ONE BANK NA | PO BOX 98875<br>LAS VEGAS, NV 89193 | (702) 269-1000 |
| CAPITAL ONE | PO BOX 31293<br>SALT LAKE CITY, UT 84131 | (800) 955-7070 |
| BMOHARRISBK/GREENSKY | 5565 GLENRIDGE CONNECTOR<br>ATLANTA, GA 30342 | (866) 936-0602 |
| AMEX | PO BOX 297871<br>FORT LAUDERDALE, FL 33329 | (800) 874-2717 |
| AMERISAVE MTG CORP/DOV | 1 CORPORATE DR STE 360<br>LAKE ZURICH, IL 60047 | (847) 550-7300 |

Print this page          Download this report

Terms of Use   Privacy Policy   Contact us

© 2025 IDIQ® provider of IdentityIQ® services | All Rights Reserved






# CREDIT REPORT

---

**MALICK-FARDY TRAORE**

**Report Confirmation**

**4750391978**



Dear MALICK-FARDY TRAORE:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC**
  **P.O. Box 740241**
  **Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Sep 06, 2024 |
| **Credit File Status** | Security Freeze in Place |
| | Fraud Victim "Extended Alert" |
| | File Blocked For Promotional Purposes |
| **Alert Contacts** | 1 Records Found |
| **Average Account Age** | 5 Years, 7 Months |
| **Length of Credit History** | 12 Years, 10 Months |
| **Accounts with Negative Information** | 5 |
| **Oldest Account** | US DEPARTMENT OF EDUCATION (Opened Nov 16, 2011) |
| **Most Recent Account** | GREENSKY CREDIT/GREENSKY (Opened Jul 08, 2022) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 0 | 0 | | | | | |
| Mortgage | 1 | 1 | $160,441 | $6,479 | $166,920 | 96.0% | $1,182 |
| Installment | 1 | 1 | $13,477 | $1,523 | $15,000 | 90.0% | $247 |
| Other | | | | | | | |
| Total | 2 | 2 | $173,918 | $8,002 | $181,920 | 0.0% | $1,429 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 4 Items Found |
| **Inquiries** | 67 Inquiries Found |
| **Most Recent Inquiry** | CREDIT KARMA, INC Sep 05, 2024 |
| **Public Records** | 0 Records Found |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 3 of 57

Summary ❯ Revolving ❯ Mortgage ❯ Installment ❯ Other ❯ Statements ❯ Personal Info ❯ Inquiries ❯ Public Records ❯ Collections

**Collections**                                                                                              0 Collections Found

*EQUIFAX*                                    MALICK-FARDY TRAORE | Sep 06, 2024                                    Page 4 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 CAPITAL ONE BANK USA NA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxxxxxxxx 1077 | **Reported Balance** | $3,089 |
| **Account Status** NOT_MORE_THAN_THREE_PAYMENTS_PAST_DUE | | **Available Credit** | $1,111 |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | $1,227 |
| 2024 | $1,354 | $1,024 | $954 | $1,099 | $1,272 | $2,808 | $2.858 | $2,972 | | | | |

### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | $44 |
| 2024 | $49 | $52 | $29 | $41 | $41 | $122 | $141 | $146 | | | | |

### Actual Payment

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 5 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     | $1,393 |
| 2024 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | $4,711 | $4,711 | $4,711 |     |     |     |     |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     | $1,200 |
| 2024 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $4,200 | $4,200 | $4,200 |     |     |     |     |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     | $122 |     |     |     |     |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     | C   | C   | C   |     |     |     |     |

## Comments 1

| Date | Comment |
|------|---------|
| 12/2023 | Account previously in dispute – now resolved by data furnisher |
| 01/2024 | Account previously in dispute – now resolved by data furnisher |

| Date | Comment |
|------|---------|
| 02/2024 | Account previously in dispute – now resolved by data furnisher |
| 03/2024 | Account previously in dispute – now resolved by data furnisher |
| 04/2024 | Account previously in dispute – now resolved by data furnisher |
| 05/2024 | Account previously in dispute – now resolved by data furnisher |
| 06/2024 | Account previously in dispute – now resolved by data furnisher |
| 07/2024 | Account closed by credit grantor |
| 08/2024 | Account closed by credit grantor |

## Comments 2

| Date | Comment |
|------|---------|
| 06/2024 | Account closed by credit grantor |
| 07/2024 | Credit card |
| 08/2024 | Credit card |

## Comments 3

| Date | Comment |
|------|---------|
| 06/2024 | Credit card |
| 07/2024 | Account previously in dispute – now resolved by data furnisher |
| 08/2024 | Account previously in dispute – now resolved by data furnisher |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | 30 | ▨ | ▨ | ▨ | ▨ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 7 of 57

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ⬚⬚⬚No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $4,711 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $4,200 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $3,089 | Date Opened | Apr 24, 2019 |
| Amount Past Due | $263 | Date Reported | Sep 02, 2024 |
| Actual Payment Amount | | Date of Last Payment | May 2024 |
| Date of Last Activity | | Scheduled Payment Amount | $151 |
| Months Reviewed | 27 | Delinquency First Reported | |
| Activity Designator | CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | Jun 2024 |
| Date of First Delinquency | Jul 27, 2024 | | |

## Comments

Account closed by credit grantor

Credit card

Account previously in dispute – now resolved by data furnisher

## Contact

CAPITAL ONE BANK USA NA
PO BOX 31293
Salt Lake City, UT 84131-1293
(800) 955-7070

**EQUIFAX**     MALICK-FARDY TRAORE | Sep 06, 2024     Page 8 of 57

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

## 2.2 CAPITAL ONE BANK USA NA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxxxxxxx 7153 | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Available Credit | $500 |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | $448 |
| 2024 | $312 | $286 | $466 | $34 | $0 | $27 | $27 | $53 | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | $25 |
| 2024 | $25 | $25 | $25 | $25 | | | $25 | $26 | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |

2023

2024

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | $527 |
| 2024 | $549 | $549 | $549 | $549 | $549 | $549 | $549 | $549 | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | $500 |
| 2024 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | C | C | C | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 12/2023 | Account previously in dispute – now resolved by data furnisher |
| 01/2024 | Account previously in dispute – now resolved by data furnisher |
| 02/2024 | Account previously in dispute – now resolved by data furnisher |
| 03/2024 | Account previously in dispute – now resolved by data furnisher |

| Date | Comment |
|------|---------|
| 04/2024 | Account previously in dispute – now resolved by data furnisher |
| 05/2024 | Account previously in dispute – now resolved by data furnisher |
| 06/2024 | Account previously in dispute – now resolved by data furnisher |
| 07/2024 | Account closed by credit grantor |
| 08/2024 | Account closed by credit grantor |

## Comments 2

| Date | Comment |
|------|---------|
| 06/2024 | Account closed by credit grantor |
| 07/2024 | Credit card |
| 08/2024 | Credit card |

## Comments 3

| Date | Comment |
|------|---------|
| 06/2024 | Credit card |
| 07/2024 | Account previously in dispute – now resolved by data furnisher |
| 08/2024 | Account previously in dispute – now resolved by data furnisher |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ | ▨ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ✔ |
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2020 | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2018 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 11 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| | | | | | |
|---|---|---|---|---|---|
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | | ⊠⊠⊠⊠No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $549 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | $500 | **Account Type** | REVOLVING |
| **Terms Frequency** | MONTHLY | **Term Duration** | |
| **Balance** | $0 | **Date Opened** | Dec 04, 2018 |
| **Amount Past Due** | . | **Date Reported** | Sep 02, 2024 |
| **Actual Payment Amount** | | **Date of Last Payment** | Aug 2024 |
| **Date of Last Activity** | Aug 2024 | **Scheduled Payment Amount** | |
| **Months Reviewed** | 27 | **Delinquency First Reported** | |
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Credit Card | **Date Closed** | Jun 2024 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance
Account closed by credit grantor
Credit card

## Contact

CAPITAL ONE BANK USA NA
PO BOX 31293
Salt Lake City, UT  84131-1293
(800) 955-7070

*EQUIFAX*    MALICK-FARDY TRAORE | Sep 06, 2024    Page 12 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

## 2.3 EXTRA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxx ## | **Reported Balance** | $0 |
| **Account Status** | PAYS_AS_AGREED | **Available Credit** | $300 |

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ |
| 2022 | ✔ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ |
| 2021 | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ▧ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO Charge-Off | B  Included in Bankruptcy | R  Repossession | TN  Too New to Rate | ▧No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $0 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | $300 | **Account Type** | REVOLVING |
| **Terms Frequency** | MONTHLY | **Term Duration** | |
| **Balance** | $0 | **Date Opened** | Oct 27, 2021 |
| **Amount Past Due** | | **Date Reported** | Dec 31, 2023 |
| **Actual Payment Amount** | | **Date of Last Payment** | Jan 2022 |
| **Date of Last Activity** | Jan 2022 | **Scheduled Payment Amount** | |

| | | | |
|---|---|---|---|
| **Months Reviewed** | 26 | **Delinquency First Reported** | |
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Line of Credit | **Date Closed** | Dec 2023 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance
Line of Credit
Account closed due to inactivity

## Contact

EXTRA
360 E 2ND ST STE 800
LOS ANGELES, CA  90012-4238
(917) 558-4565

## 2.4 CREDIT ONE BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxxxxxxx 1348 | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Available Credit | $550 |

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ⬚ | ⬚ | ⬚ | ⬚ | ⬚ | ⬚ | ⬚ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ⬚ | ⬚ | ⬚ | ⬚ | ⬚ | ⬚ | ⬚ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ⬚No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $541 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $550 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Aug 12, 2019 |
| Amount Past Due | | Date Reported | Jun 23, 2021 |
| Actual Payment Amount | | Date of Last Payment | Apr 2021 |
| Date of Last Activity | Apr 2021 | Scheduled Payment Amount | |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 15 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| | | | |
|---|---|---|---|
| **Months Reviewed** | 22 | **Delinquency First Reported** | |
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Credit Card | **Date Closed** | Jun 2021 |
| **Date of First Delinquency** | | | |

## Comments

Account closed at consumer's request

Closed or paid account/zero balance

## Contact

CREDIT ONE BANK
PO Box 98873
Las Vegas, NV 89193-8873
(877) 825-3242

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 16 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal info ⟩ Inquiries ⟩ Public Records ⟩ Collections

2/25/25, 8:17 AM                                    Credit Report - IdentityIQ

| | | |
|---|---|---|
| Date Opened: | 12/08/2021 | 12/01/2021 |
| Balance: | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 |
| High Credit: | $538.00 | $538.00 |
| Credit Limit: | $500.00 | $500.00 |
| Past Due: | $0.00 | $0.00 |
| Payment Status: | Current | Current |
| Last Reported: | 11/02/2022 | 11/02/2022 |
| Comments: | - | - |
| Date Last Active: | 11/02/2022 | 11/01/2022 |
| Date of Last Payment: | 10/05/2022 | 10/05/2022 |

## Two-Year payment history

Legend

| Month | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | | |
| Equifax | | | | | | | | | | | | | | | | | | | | | | | | |

**JPMCB CARD**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 426684170082**** | 42668417**** | |
| Account Type: | Revolving | Revolving | |
| Account Type - Detail: | Credit Card | Credit Card | |
| Bureau Code: | Terminated | Terminated | |
| Account Status: | Open | Open | |
| Monthly Payment: | $0.00 | $40.00 | |
| Date Opened: | 12/10/2021 | 12/01/2021 | |
| Balance: | $0.00 | $0.00 | |
| No. of Months (terms): | 0 | 0 | |
| High Credit: | $495.00 | $495.00 | |
| Credit Limit: | $500.00 | $500.00 | |
| Past Due: | $0.00 | $0.00 | |
| Payment Status: | Current | Current | |
| Last Reported: | 10/28/2022 | 10/28/2022 | |
| Comments: | - | - | |
| Date Last Active: | 10/28/2022 | 10/01/2022 | |
| Date of Last Payment: | 10/05/2022 | 10/05/2022 | |

## Two-Year payment history

Legend

| Month | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 22 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 21 | 20 | 20 |

2/25/25, 8:17 AM                                   Credit Report - IdentityIQ

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TransUnion | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Experian | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |
| Equifax | | | | | | | | | | |

**WEBBNK/FHUT**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 636992107769**** | 636992107769**** | 636992107769**** |
| Account Type: | Revolving | Revolving | Revolving |
| Account Type - Detail: | Charge account | Charge account | - |
| Bureau Code: | Individual | Individual | Individual |
| Account Status: | Closed | Paid | Paid |
| Monthly Payment: | $0.00 | $0.00 | $0.00 |
| Date Opened: | 05/29/2019 | 05/01/2019 | 05/01/2019 |
| Balance: | $0.00 | $0.00 | $0.00 |
| No. of Months (terms): | 0 | 0 | 0 |
| High Credit: | $0.00 | $0.00 | $300.00 |
| Credit Limit: | $300.00 | $300.00 | $0.00 |
| Past Due: | $0.00 | $0.00 | $0.00 |
| Payment Status: | Current | Current | Current |
| Last Reported: | 06/17/2020 | 06/17/2020 | 06/01/2020 |
| Comments: | Inactive account | Account has been closed due to inactivity. | Closed or paid account/zero balance Account closed due to inactivity |
| Date Last Active: | 06/01/2020 | 06/01/2020 | - |
| Date of Last Payment: | - | - | - |

## Two-Year payment history

( Legend )

| Month | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul | Jun | May | Apr | Mar | Feb | Jan | Dec | Nov | Oct | Sep | Aug | Jul |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Year | 20 | 20 | 20 | 20 | 20 | 20 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 19 | 18 | 18 | 18 | 18 | 18 | 18 |
| TransUnion | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | |
| Experian | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | | |
| Equifax | | OK | OK | | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | | | | | | | | | | |

**AMEX**

| | TransUnion | Experian | Equifax |
|---|---|---|---|
| Account #: | 349992773912**** | 349992773912**** | |
| Account Type: | Revolving | Revolving | |
| Account Type - Detail: | Credit Card | Credit Card | |
| Bureau Code: | Terminated | Terminated | |
| Account Status: | Closed | Open | |
| Monthly Payment: | $0.00 | $0.00 | |
| Date Opened: | 01/07/2020 | 01/01/2020 | |

## 2.5 FIRST PREMIER (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxx 1966 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $400 |

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ |
| 2019 | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $401 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $400 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Jun 20, 2019 |
| Amount Past Due | | Date Reported | Jan 25, 2021 |
| Actual Payment Amount | | Date of Last Payment | Sep 2020 |
| Date of Last Activity | Sep 2020 | Scheduled Payment Amount | |
| Months Reviewed | 19 | Delinquency First Reported | |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 17 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Credit Card | **Date Closed** | Sep 2020 |
| **Date of First Delinquency** | | | |

## Comments

Account closed at consumer's request

Closed or paid account/zero balance

## Contact

FIRST PREMIER
3820 N Louise Ave
Sioux Falls, SD  57107-0145
(800) 501-6535

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 18 of 57

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

## 2.6 FINGERHUT/WEBBANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxx 8560 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $300 |

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2019 | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $0 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $300 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | May 29, 2019 |
| Amount Past Due | | Date Reported | Jun 17, 2020 |
| Actual Payment Amount | | Date of Last Payment | |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 12 | Delinquency First Reported | |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 19 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Charge Account | **Date Closed** | Jun 2020 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance
Charge
Account closed due to inactivity

## Contact

FINGERHUT/WEBBANK
6250 Ridgewood Rd
Saint Cloud, MN 56303-0820
(320) 654-3800

MALICK-FARDY TRAORE | Sep 06, 2024    Page 20 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

## 3.1 AMERISAVE MORTGAGE

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxx 2085 | Reported Balance | $160,441 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | $166,450 | $166,210 | $165,969 | $165,735 |
| 2024 | $165,501 | $165,266 | $165,030 | $161,789 | $161,523 | $161,254 | $160,983 | $160,712 | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | $1,191 | $1,191 | $1,200 | $1,200 |
| 2024 | $1,200 | $1,200 | $1,200 | $1,182 | $1,182 | $1,182 | $1,182 | $1,182 | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | $1,191 | $1,200 | $1,200 | $1,200 |
| 2024 | $1,200 | $1,200 | $1,200 | $1,202 | $1,200 | $1,202 | $1,202 | $1,202 | | | | |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | $166,920 | $166,920 | $166,920 | $166,920 |
| 2024 | $166,920 | $166,920 | $166,920 | $166,920 | $166,920 | $166,920 | $166,920 | $166,920 | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|------|------|------|------|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 09/2023 | Fixed rate |
| 10/2023 | Fixed rate |

| Date | Comment |
|------|---------|
| 11/2023 | Fixed rate |
| 12/2023 | Fixed rate |
| 01/2024 | Fixed rate |
| 02/2024 | Fixed rate |
| 03/2024 | Fixed rate |
| 04/2024 | Real estate mortgage |
| 05/2024 | Real estate mortgage |
| 06/2024 | Real estate mortgage |
| 07/2024 | Real estate mortgage |
| 08/2024 | Real estate mortgage |

## Comments 2

| Date | Comment |
|------|---------|
| 04/2024 | Fha mortgage |
| 05/2024 | Fha mortgage |
| 06/2024 | Fha mortgage |
| 07/2024 | Fha mortgage |
| 08/2024 | Fha mortgage |

## Comments 3

| Date | Comment |
|------|---------|
| 04/2024 | Fixed rate |
| 05/2024 | Fixed rate |
| 06/2024 | Fixed rate |
| 07/2024 | Fixed rate |
| 08/2024 | Fixed rate |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 23 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ | ▨ |
| 2023 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2022 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120  120 Days Past Due |
| 150  150 Days Past Due | 180  180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO  Charge-Off | B  Included in Bankruptcy | R  Repossession | TN  Too New to Rate | ▨No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $166,920 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | MORTGAGE |
| Terms Frequency | MONTHLY | Term Duration | 30 YEARS |
| Balance | $160,441 | Date Opened | Jun 13, 2022 |
| Amount Past Due | | Date Reported | Sep 05, 2024 |
| Actual Payment Amount | $1,202 | Date of Last Payment | Aug 2024 |
| Date of Last Activity | Sep 2024 | Scheduled Payment Amount | $1,182 |
| Months Reviewed | 26 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Federal Housing Administration Real Estate Mortgage | Date Closed | |
| Date of First Delinquency | | | |

## Comments

Real estate mortgage
Fha mortgage
Fixed rate

## Contact

AMERISAVE MORTGAGE
3525 Piedmont Rd NE
Atlanta, GA  30326-1039
(404) 424-0632

# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 GREENSKY CREDIT/GREENSKY

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxxxxxxxx 9400 | Reported Balance | $13,477 |
| Account Status | PAYS_AS_AGREED | Available Credit | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | $3,417 | $3,417 | $14,778 |
| 2024 | $14,778 | $14,739 | $15,394 | $15,531 | $13,493 | $13,367 | $13,240 | $13,477 | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | $55 | $55 | $55 |
| 2024 | $236 | $236 | $247 | $247 | $247 | $247 | $247 | $247 | | | | |

#### Actual Payment

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 25 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|
| 2022 |     |     |     |     |     |     |     |     |     |      |      |      |
| 2023 |     |     |     |     |     |     |     |     |     | $111 |      | $111 |
| 2024 |     |     |     |     | $247 | $247 | $247 |     |     |      |      |      |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|
| 2022 |     |     |     |     |     |     |     |     |     |      |      |      |
| 2023 |     |     |     |     |     |     |     |     |     | $3,528 | $3,528 | $15,000 |
| 2024 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | $15,000 | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     | $0  |     |     |     |     |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |

## Comments 1

| Date | Comment |
|------|---------|
| 08/2024 | Consumer disputes this account information |

## Comments 2

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

| Date | Comment |
|------|---------|
| 08/2024 | Unsecured |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2023 | 30 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ |
| 2022 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ |

| | | | | | |
|--|--|--|--|--|--|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|--|--|--|--|
| High Credit | $15,000 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 96 MONTHS |
| Balance | $13,477 | Date Opened | Jul 08, 2022 |
| Amount Past Due | $0 | Date Reported | Aug 19, 2024 |
| Actual Payment Amount | | Date of Last Payment | May 2024 |
| Date of Last Activity | Aug 2024 | Scheduled Payment Amount | $247 |
| Months Reviewed | 23 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Unsecured | Date Closed | |
| Date of First Delinquency | | | |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 27 of 57

Summary > Revolving > Mortgage > Installment > Other > Statements > Personal Info > Inquiries > Public Records > Collections

**Comments**

Consumer disputes this account information

Unsecured

**Contact**

GREENSKY CREDIT/GREENSKY
GS/BMO HARRIS BANK NA 1797 NORTHEAST
EXPY NE
BROOKHAVEN, GA  30329-7803
(866) 936-0602

**EQUIFAX**   MALICK-FARDY TRAORE | Sep 06, 2024   Page 28 of 57

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

## 4.2 AVANT INC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxx 00 | Reported Balance | $2.507 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | $3.600 | $3.476 | $3.348 | $3.219 | $3.284 | $3.368 | $3.459 | $3.547 |
| 2024 | $3.416 | $3.283 | $3.152 | $3.019 | $2.882 | $2.744 | $2.457 | $2.507 | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |
| 2024 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug |
|------|-----|-----|-----|-----|------|------|------|------|
| 2023 | | | | | $196 | $196 | $196 | $196 |
| 2024 | $221 | $196 | $196 | $196 | $196 | $196 | $196 | $0 |

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 |
| 2024 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | $5,000 | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | $2,507 | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|------|------|------|------|------|------|------|------|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 08/2024 | Charged off account |

## Comments 2

| Date | Comment |
|------|---------|
| 08/2024 | Account previously in dispute – now resolved by data furnisher |

EQUIFAX                    MALICK-FARDY TRAORE | Sep 06, 2024                    Page 30 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

## Comments 3

| Date | Comment |
|------|---------|
| 08/2024 | Unsecured |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO | CO | CO | CO | CO | CO | CO | ░░░ | ░░░ | ░░░ | ░░░ | ░░░ |
| 2023 | ✔ | 30 | 60 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| 2022 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2021 | ░░░ | ░░░ | ░░░ | ░░░ | ░░░ | ░░░ | ░░░ | ░░░ | ✔ | ✔ | ✔ | ✔ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included In Bankruptcy | R Repossession | TN Too New to Rate | ░░░No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 36 MONTHS |
| Balance | $2,507 | Date Opened | Aug 25, 2021 |
| Amount Past Due | $2,507 | Date Reported | Aug 16, 2024 |
| Actual Payment Amount | $0 | Date of Last Payment | Dec 2023 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 28 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | FINANCIAL |
| Deferred Payment Start Date | | Charge Off Amount | $2,507 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Unsecured | Date Closed | |

**Date of First Delinquency**                      Feb 01, 2023

## Comments

Charged off account

Account previously in dispute – now resolved by data furnisher

Unsecured

## Contact

AVANT INC
222 N LA SALLE ST STE 1700
CHICAGO, IL  60601-1101
(800) 712-5407

## 4.3 US DEPARTMENT OF EDUCATION (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | | xxxxxx 45 | Reported Balance | | $0 |
|---|---|---|---|---|---|
| Account Status | | TOO_NEW_TO_RATE | Available Credit | | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | $0 | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | | | | | | | | | | | | |

MALICK-FARDY TRAORE | Sep 06, 2024    Page 33 of 57

EQUIFAX

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

2023

2024

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | $3.500 | | | | | | | |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | P | | | | | | | |

## Comments 1

| Date | Comment |
|------|---------|
| 05/2024 | Consumer disputes – reinvestigation in progress |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

**EQUIFAX**     MALICK-FARDY TRAORE | Sep 06, 2024     Page 34 of 57

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| 2023 | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| 2022 | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| 2021 | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| 2020 | 120 | 120 | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |
| 2019 | 150 | 150 | 150 | 150 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| 2018 | XX | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| 2017 | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX | XX |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | XX No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $3,500 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | SINGLE_PAYMENT_LOAN | **Term Duration** | 36 MONTHS |
| **Balance** | $0 | **Date Opened** | Nov 16, 2011 |
| **Amount Past Due** | | **Date Reported** | Jun 26, 2024 |
| **Actual Payment Amount** | $0 | **Date of Last Payment** | Feb 2020 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 56 | **Delinquency First Reported** | |
| **Activity Designator** | PAID | **Creditor Classification** | EDUCATIONAL |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Education Loan | **Date Closed** | Apr 2020 |
| **Date of First Delinquency** | | | |

**EQUIFAX**   MALICK-FARDY TRAORE | Sep 06, 2024   Page 35 of 57

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

**Comments**

Closed or paid account/zero balance
Student loan

**Contact**

US DEPARTMENT OF EDUCATION
PO Box 5609
Greenville, TX  75403-5609
(800) 621-3115

EQUIFAX    MALICK-FARDY TRAORE | Sep 06, 2024    Page 36 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

## 4.4 US DEPARTMENT OF EDUCATION (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| **Account Number** | xxxxxx 81 | **Reported Balance** | $0 |
| **Account Status** | TOO_NEW_TO_RATE | **Available Credit** | |

### Account History

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | $0 | | | | | | | |

#### Available Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 | | | | | | | | | | | | |

2023

2024

## High Credit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     | $2.000 |     |     |     |     |     |     |     |

## Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     |     |     |     |     |     |     |     |     |

## Activity Designator

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2022 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2023 |     |     |     |     |     |     |     |     |     |     |     |     |
| 2024 |     |     |     |     | P   |     |     |     |     |     |     |     |

## Comments 1

| Date    | Comment |
|---------|---------|
| 05/2024 | Consumer disputes – reinvestigation in progress |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2023 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2022 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2021 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2020 | 120 | 120 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2019 | 150 | 150 | 150 | 150 | 120 | 120 | 120 | 120 | 120 | 120 | 120 | 120 |
| 2018 | ▨ | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 | 150 |
| 2017 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | **30** 30 Days Past Due | **60** 60 Days Past Due | **90** 90 Days Past Due | **120** 120 Days Past Due |
| **150** 150 Days Past Due | **180** 180 Days Past Due | **V** Voluntary Surrender | **F** Foreclosure | **C** Collection Account |
| **CO** Charge-Off | **B** Included in Bankruptcy | **R** Repossession | **TN** Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| **High Credit** | $2,000 | **Payment Responsibility** | INDIVIDUAL |
| **Credit Limit** | | **Account Type** | INSTALLMENT |
| **Terms Frequency** | SINGLE_PAYMENT_LOAN | **Term Duration** | |
| **Balance** | $0 | **Date Opened** | Nov 16, 2011 |
| **Amount Past Due** | | **Date Reported** | Jun 26, 2024 |
| **Actual Payment Amount** | $0 | **Date of Last Payment** | Apr 2020 |
| **Date of Last Activity** | | **Scheduled Payment Amount** | |
| **Months Reviewed** | 56 | **Delinquency First Reported** | |
| **Activity Designator** | PAID | **Creditor Classification** | EDUCATIONAL |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Education Loan | **Date Closed** | Apr 2020 |
| **Date of First Delinquency** | | | |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 39 of 57

Summary  ›  Revolving  ›  Mortgage  ›  Installment  ›  Other  ›  Statements  ›  Personal Info  ›  Inquiries  ›  Public Records  ›  Collections

**Comments**

Closed or paid account/zero balance
Student loan

**Contact**

US DEPARTMENT OF EDUCATION
PO Box 5609
Greenville, TX  75403-5609
(800) 621-3115

## 4.5 UNITED AUTO CREDIT CORP (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| | | | |
|---|---|---|---|
| Account Number | xxxxxxxxxxxx 0002 | Reported Balance | $0 |
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2018 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2017 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |

| | | | | | |
|---|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due | |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account | |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨ No Data Available | |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $9,321 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 57 MONTHS |
| Balance | $0 | Date Opened | Jul 24, 2017 |

| | | | |
|---|---|---|---|
| **Amount Past Due** | | **Date Reported** | Oct 31, 2021 |
| **Actual Payment Amount** | | **Date of Last Payment** | Sep 2021 |
| **Date of Last Activity** | Sep 2021 | **Scheduled Payment Amount** | |
| **Months Reviewed** | 51 | **Delinquency First Reported** | |
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Auto | **Date Closed** | Sep 2021 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance
Auto
Fixed rate

## Contact

UNITED AUTO CREDIT CORP
PO Box 14217
Irvine, CA  92623-4217
(949) 224-1917

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 42 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

## 4.6 UPGRADE INC (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxx 93 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 3 years of the monthly balance, available credit, scheduled payment, date of last payment, high credit, credit limit, amount past due, activity designator, and comments.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✔ | ✔ | ✔ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ |
| 2020 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ✔ | ✔ |

| | | | |
|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $11,325 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 36 MONTHS |
| Balance | $0 | Date Opened | Sep 14, 2020 |
| Amount Past Due | | Date Reported | Apr 30, 2021 |
| Actual Payment Amount | $10,521 | Date of Last Payment | Apr 2021 |
| Date of Last Activity | Apr 2021 | Scheduled Payment Amount | |
| Months Reviewed | 7 | Delinquency First Reported | |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 43 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| | | | |
|---|---|---|---|
| **Activity Designator** | PAID_AND_CLOSED | **Creditor Classification** | UNKNOWN |
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Unsecured | **Date Closed** | Apr 2021 |
| **Date of First Delinquency** | | | |

## Comments

Closed or paid account/zero balance

Unsecured

Fixed rate

## Contact

UPGRADE INC
275 BATTERY ST 22ND FL
SAN FRANCISCO, CA  94111-3305
(855) 997-3100

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 44 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

You currently do not have any Other Accounts in your file.

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 45 of 57

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

**EQUIFAX**                    MALICK-FARDY TRAORE | Sep 06, 2024                    Page 46 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| | |
|---|---|
| **Name** | MALICK-FARDY B TRAORE |
| **Formerly known as** | MALICK  TRAORE |
| **Social Security Number** | xxxxx 7898 |
| **Age or Date of Birth** | |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

### Alert Contact #1

| | | | |
|---|---|---|---|
| **Date Reported** | May 15, 2023 | **Phone: Daytime** | (210) 213-2097 |
| **Expiration Date** | May 15, 2030 | **Phone: Evening** | (210) 213-2097 |
| **Address** | | **Phone:** | |
| **Comments** | | | |

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

You currently do not have any Previous Addresses in your file.

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

You currently do not have any Employment History in your file.

***EQUIFAX***    MALICK-FARDY TRAORE | Sep 06, 2024    Page 47 of 57

Summary 〉 Revolving 〉 Mortgage 〉 Installment 〉 Other 〉 Statements 〉 Personal Info 〉 Inquiries 〉 Public Records 〉 Collections

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

You currently do not have any Hard Inquiries in your file.

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|------|---------|-------------------|-------------|
| Sep 05, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Sep 03, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 27, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 20, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 20, 2024 | EQUIFAX INFORMATION SVS | | Automated Consumer Interview System |
| Aug 16, 2024 | EQUIFAX | | Automated Consumer Interview System |
| Aug 16, 2024 | EQUIFAX UPDATE | | Automated Consumer Interview System |
| Aug 13, 2024 | CREDIT KARMA, INC. | | Promotional Inquiry |
| Aug 07, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 06, 2024 | VERIZON | | Account Review Inquiry |
| Aug 06, 2024 | CREDIT KARMA, INC. | | Credit Report |
| Aug 05, 2024 | CAPITAL ONE NATIONAL ASSOC | | Account Review Inquiry |
| Aug 04, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Aug 02, 2024 | EQUIFAX | | Automated Consumer Interview System |
| Jul 30, 2024 | CAPITAL ONE NATIONAL ASSOC | | Account Review Inquiry |
| Jul 30, 2024 | VERIZON WIRELESS | | Account Review Inquiry |

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 48 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

| Jul 27, 2024 | EQUIFAX CONSUMER SERVICES | Direct to Consumer Report |
| Jul 18, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jun 26, 2024 | EQUIFAX | Automated Consumer Interview System |
| Jun 26, 2024 | EQUIFAX UPDATE | Automated Consumer Interview System |
| Jun 22, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Jun 20, 2024 | EQUIFAX | Automated Consumer Interview System |
| Jun 10, 2024 | CAPITAL ONE BANK USA NA | Account Review Inquiry |
| May 18, 2024 | TRANSUNION INTERACTIVE INC | Direct to Consumer Report |
| May 11, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Feb 15, 2024 | EQUIFAX | Automated Consumer Interview System |
| Feb 14, 2024 | EQUIFAX | Automated Consumer Interview System |
| Feb 11, 2024 | EQUIFAX | Automated Consumer Interview System |
| Feb 10, 2024 | EQUIFAX | Automated Consumer Interview System |
| Feb 10, 2024 | EQUIFAX CONSUMER SERVICES | Direct to Consumer Report |
| Feb 10, 2024 | EQUIFAX CONSUMER SERVICES | Direct to Consumer Report |
| Dec 15, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Dec 12, 2023 | VERIZON | Account Review Inquiry |
| Dec 09, 2023 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| May 17, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| May 17, 2023 | EQUIFAX | Automated Consumer Interview System |
| May 15, 2023 | EQUIFAX | Automated Consumer Interview System |
| May 15, 2023 | EQUIFAX UPDATE | Automated Consumer Interview System |
| May 15, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| May 15, 2023 | EQUIFAX | Automated Consumer Interview System |
| May 15, 2023 | EQUIFAX | Automated Consumer Interview System |
| May 09, 2023 | EQUIFAX | Automated Consumer Interview System |
| Apr 16, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| Apr 16, 2023 | EQUIFAX | Automated Consumer Interview System |
| Apr 06, 2023 | EQUIFAX | Automated Consumer Interview System |
| Mar 07, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |

| Mar 07, 2023 | EQUIFAX | Automated Consumer Interview System |
|---|---|---|
| Mar 02, 2023 | EQUIFAX | Automated Consumer Interview System |
| Mar 02, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| Mar 02, 2023 | EQUIFAXBLK | Automated Consumer Interview System |
| Mar 02, 2023 | EQUIFAXBLK | Automated Consumer Interview System |
| Feb 04, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| Feb 04, 2023 | EQUIFAX | Automated Consumer Interview System |
| Jan 29, 2023 | EQUIFAX | Automated Consumer Interview System |
| Jan 07, 2023 | EQUIFAX UPDATE | Automated Consumer Interview System |
| Jan 07, 2023 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| Jan 07, 2023 | EQUIFAX | Automated Consumer Interview System |
| Dec 30, 2022 | EQUIFAX | Automated Consumer Interview System |
| Dec 30, 2022 | EQUIFAX | Automated Consumer Interview System |
| Dec 30, 2022 | EQUIFAX UPDATE | Automated Consumer Interview System |
| Dec 29, 2022 | EQUIFAX | Automated Consumer Interview System |
| Dec 28, 2022 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Dec 28, 2022 | EQUIFAX INFORMATION SVCS | Automated Consumer Interview System |
| Sep 22, 2022 | EQUIFAX - CUSTOMER ACCTS | Automated Consumer Interview System |
| Sep 22, 2022 | EQUIFAX AUTO MTNC UP | Automated Consumer Interview System |
| Sep 08, 2022 | EQUIFAX - CUSTOMER ACCTS | Automated Consumer Interview System |

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

**EQUIFAX**    MALICK-FARDY TRAORE | Sep 06, 2024    Page 51 of 57

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

You currently do not have any Collections in your file.

**EQUIFAX**   MALICK-FARDY TRAORE | Sep 06, 2024   Page 52 of 57

Summary ⟩ Revolving ⟩ Mortgage ⟩ Installment ⟩ Other ⟩ Statements ⟩ Personal Info ⟩ Inquiries ⟩ Public Records ⟩ Collections

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

To check the status or view the results of your dispute please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*

*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/ learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you. and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a.Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b.Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.To the extent not included in item 1 above:<br>a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a.Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b.Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480 |
| c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c.Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d.Federal Credit Unions | d.National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8.Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| --- | --- |

9/6/24, 4:47 PM

Experian

# experian.

**Prepared For**

# MALICK F. TRAORE

Personal & confidential

**Date generated:** Sep 6, 2024

## At a glance

## FICO® Score 8

# 569

**FICO** SCORE 8
Experian data Sep 6, 2024

300 ▶ ——————— 850

Poor

## Account summary

| | |
|---|---|
| Open accounts | 5 |
| Self-reported accounts | 0 |
| Accounts ever late | 3 |
| Closed accounts | 0 |
| Collections | 0 |
| Average account age | 4 yrs 2 mos |
| Oldest account | 7 yrs 2 mos |

## Overall credit usage

**0 %**

Credit used: $3,089

Credit limit: $0

## Debt summary

| | |
|---|---|
| Credit card and credit line debt | $3,089 |
| Self-reported account balance | $0 |
| Loan debt | $173,918 |
| Collections debt | $0 |
| Total debt | $177,007 |

Experian

Prepared For MALICK F. TRAORE    Date generated: Sep 6, 2024

# experian.

# Personal information

| | |
|---|---|
| Name | Addresses |
| MALICK FARDY TRAORE | 294 GREENOUGH ST |
| | PHILADELPHIA, PA 19127- |
| Also known as | 1112 |
| - | |
| | 2522 S DARIEN ST # A |
| Generational identifier | PHILADELPHIA, PA 19148- |
| - | 4523 |
| | |
| Year of birth | 2053 N JOHN |
| | RUSSELL CIR APT A |
| | ELKINS PARK, PA 19027- |
| | 1018 |

Employers
-

## Personal statements

**068 05-08-23 0000000 ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 210-213-2097. THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 05-08-23.**

Experian

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

# ·:experian.

# Open accounts

**AMERISAVE MTG CORP/DOV**                                                    $160,441

Exceptional payment history                                    Balance updated **Sep 05, 2024**

### Account info

| | |
|---|---|
| Account name | **AMERISAVE MTG CORP/DOV** |
| Account number | **310148XXXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **FHA Mortgage** |
| Date opened | **Jun 13, 2022** |
| Open/closed | **Open** |
| Status | **Open/Never late.** |
| Status updated | **Sep 2024** |

| | |
|---|---|
| Balance | **$160,441** |
| Balance updated | **Sep 05, 2024** |
| Original balance | **$166,920** |
| Paid off | **4%** |
| Monthly payment | **$1,182** |
| Last Payment Date | **Aug 23, 2024** |
| Terms | **30 Years** |
| Responsibility | **Individual** |
| Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - | - |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Experian

✓ Current / Terms met          - Data Unavailable

**Contact Info**

Address          1 CORPORATE DR STE 360
LAKE ZURICH,
IL 60047

Phone number     (847) 550-7300

**Comments**

-

9/6/24, 4:47 PM

Experian

**:experian.**

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

**AMEX**

**Exceptional payment history**

Balance updated -

**Account info**

| Account name | **AMEX** |
| Account number | 34999277391235553 |
| Original creditor | - |
| Company sold | - |
| Account type | **Credit card** |
| Date opened | **Jan 07, 2020** |
| Open/closed | **Open** |
| Status | **Open/Never late.** |
| Status updated | **Nov 2022** |

| Balance | - |
| Balance updated | - |
| Credit limit | **$3,000** |
| Credit usage | - |
| Monthly payment | **$0** |
| Highest balance | **$3,058** |
| Terms | - |
| Responsibility | **Authorized user** |
| Your statement | - |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    - Data Unavailable

9/6/24, 4:47 PM

Experian



**Contact info**

Address

PO BOX 297871 FORT
LAUDERDALE,
FL 33329

Phone number

(800) 874-2717

**Comments**

9/6/24, 4:47 PM

Experian

## experian.

**BMOHARRISBK/GREENSKY**

1 late payment

Prepared For **MALICK F. TRAORE**   Date generated: Sep 6, 2024

$13,477

Balance updated **Aug 19, 2024**

### ⚲ Account info

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Account name | **BMOHARRISBK/GREENSKY** | | Balance | $13,477 |
| Account number | **710000XXXXXXXXXX** | | Balance updated | Aug 19, 2024 |
| Original creditor | - | | Original balance | $15,000 |
| Company sold | - | | Paid off | 10% |
| Account type | **Unsecured** | | Monthly payment | $247 |
| Date opened | **Jul 08, 2022** | | Last Payment Date | May 25, 2024 |
| Open/closed | **Open** | | Terms | 96 Months |
| Status | **Open.** | | Responsibility | Individual |
| Status updated | **Dec 2023** | | Your statement | - |

### ৳ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ND | ✓ | - | - | - | - |
| 2023 | 30 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ✓ |
| 2022 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met     ND No data for this period     30 Past due 30 days

- Data Unavailable

**Contact info**

Address          5565 GLENRIDGE
                 CONNECTOR ATLANTA,
                 GA 30342

Phone number     (866) 936-0602

**Comments**

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

9/6/24, 4:47 PM

Experian

## experian.

Prepared For **MALICK F. TRAORE**   Date generated: Sep 6, 2024

**CAPITAL ONE**

Exceptional payment history

Balance updated -

### Account info

| | | | |
|---|---|---|---|
| Account name | **CAPITAL ONE** | Balance | - |
| Account number | **517805XXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$500** |
| Company sold | - | Credit usage | - |
| Account type | **Credit card** | Monthly payment | **$25** |
| Date opened | **Dec 08, 2021** | Last Payment Date | **Oct 05, 2022** |
| Open/closed | **Open** | Highest balance | **$538** |
| Status | **Open/Never late.** | Terms | - |
| Status updated | **Nov 2022** | Responsibility | **Authorized user** |
| | | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - |

✓ Current / Terms met      - Data Unavailable

9/6/24, 4:47 PM

Experian

## 📇 Contact info

Address

PO BOX 31293 SALT LAKE
CITY,
UT 84131

Phone number

(800) 955-7070

## 🗐 Comments

-

Prepared For **MALICK F. TRAORE**   Date generated: Sep 6, 2024

experian.

**JPMCB CARD**

**Exceptional payment history**                                                Balance updated -

**Account info**

| Field | Value |
|---|---|
| Account name | **JPMCB CARD** |
| Account number | 426684XXXXXX |
| Original creditor | - |
| Company sold | - |
| Account type | **Credit card** |
| Date opened | **Dec 10, 2021** |
| Open/closed | **Open** |
| Status | **Open/Never late.** |
| Status updated | **Oct 2022** |

| Field | Value |
|---|---|
| Balance | - |
| Balance updated | - |
| Credit limit | $500 |
| Credit usage | - |
| Monthly payment | $40 |
| Last Payment Date | Oct 05, 2022 |
| Highest balance | $495 |
| Terms | - |
| Responsibility | **Authorized user** |
| Your statement | - |

**Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

✓ Current / Terms met      - Date Unavailable

9/6/24, 4:47 PM

Experian

**Contact info**

Address

PO BOX 15369
WILMINGTON,
DE 19850

Phone number

(800) 945-2000

**Comments**

-

9/6/24, 4:47 PM

# :experian.

Experian

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

# Closed accounts

## AVANT

19 potentially negative months

| | | | |
|---|---|---|---|
| | | Balance | $2,507 |
| | | | Closed |

### E℞ Account info

| | | | |
|---|---|---|---|
| Account name | **AVANT** | Balance | **$2,507** |
| Account number | **430960X** | Balance updated | **Aug 15, 2024** |
| Original creditor | **AVANT LLC** | Original balance | **$5,000** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Unsecured** | Last Payment Date | **Dec 25, 2023** |
| Date opened | **Aug 25, 2021** | Past due amount | **$2,507** |
| Open/closed | **Closed** | Terms | **36 Months** |
| Status | **Account charged off. $2,507 written off. $2,507 past due as of Aug 2024.** | Responsibility | **Individual** |
| Status updated | **Jan 2024** | Your statement | **-** |

## $ Payment history

9/6/24, 4:47 PM

Experian

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO  | CO  | CO  | CO  | CO  | CO  | CO  | CO  | -   | -   | -   | -   |
| 2023 | ✓   | 30  | 60  | 90  | 90  | 90  | 90  | 90  | 90  | 90  | 90  | 90  |
| 2022 | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
| 2021 | -   | -   | -   | -   | -   | -   | -   | -   |     |     |     |     |

✓ Current / Terms met    CO Charge off    30 Past due 30 days

60 Past due 60 days    90 Past due 90 days    - Data Unavailable

### 📇 Contact info

**Address**    222 W MERCHANDISE
MART P CHICAGO,
IL 60654

**Phone number**    (800) 712-5407

### 📝 Comments

**Account previously in dispute - investigation complete, reported by data furnisher**

# experian.

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

**CAPITAL ONE**                                                        $3,089

2 late payments                                                        Closed

## Account info

| | | |
|---|---|---|
| Account name | **CAPITAL ONE** | |
| | Balance | **$3,089** |
| Account number | **517805XXXXXX** | |
| | Balance updated | **Sep 02, 2024** |
| Original creditor | - | |
| | Credit limit | **$4,200** |
| Company sold | - | |
| | Monthly payment | **$151** |
| Account type | **Credit card** | |
| | Last Payment Date | **May 25, 2024** |
| Date opened | **Apr 24, 2019** | |
| | Past due amount | **$263** |
| Open/closed | **Closed** | |
| | Highest balance | **$4,711** |
| Status | **Closed. $263 past due as of Sep 2024.** | |
| | Terms | - |
| | Responsibility | **Individual** |
| Status updated | **Sep 2024** | |
| | Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | - | - | - |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

9/6/24, 4:47 PM

Experian

✓ Current / Terms met    ND No date for this period    30 Past due 30 days

60 Past due 60 days    - Data Unavailable

## ⓘ Contact Info

**Address**
PO BOX 31293 SALT LAKE CITY, UT 84131

**Phone number**
(800) 955-7070

## ⓘ Comments

**Account closed at credit grantor's request**

**Account previously in dispute - Investigation complete, reported by data furnisher**

9/6/24, 4:47 PM

**:•experian.**

Experian

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

**CAPITAL ONE**    Closed

**Exceptional payment history**

**Eₓ Account info**

| | |
|---|---|
| Account name | **CAPITAL ONE** |
| Account number | **517805XXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Credit card** |
| Date opened | **Dec 04, 2018** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Sep 2024** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Credit limit | **$500** |
| Monthly payment | - |
| Last Payment Date | **Aug 23, 2024** |
| Highest balance | **$549** |
| Terms | - |
| Responsibility | **Individual** |
| Your statement | - |

**Ṣ Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Experian

✓ Current / Terms met    ND No data for this period    CLS Closed

- Data Unavailable

▣ Contact info

Address            PO BOX 31293 SALT LAKE
                   CITY,
                   UT 84131

Phone number       (800) 955-7070

▣ Comments

**Account closed at credit grantor's request**

**Account previously in dispute - investigation complete, reported by data furnisher**

9/6/24, 4:47 PM

Experian

## experian.

Prepared For **MALICK F. TRAORE**    **Date generated:** Sep 6, 2024

**CREDIT ONE BANK NA**                                    Closed

**Exceptional payment history**

### Account info

| Account name | **CREDIT ONE BANK NA** | Balance | - |
| Account number | **444796XXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$550** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Apr 14, 2021** |
| Date opened | **Aug 12, 2019** | Highest balance | **$541** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid, Closed/Never late.** | Responsibility | **Individual** |
| Status updated | **Jun 2021** | Your statement | - |

### Payment history

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - | - | - | - |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed    - Data Unavailable

Experian

⊞ **Contact info**

Address         PO BOX 98875 LAS VEGAS,
                NV 89193

Phone number    (702) 269-1000

⊞ **Comments**

**Account closed at consumer's request**

9/6/24, 4:47 PM

Experian

**::experian.**

Prepared For **MALICK F. TRAORE**   Date generated: Sep 6, 2024

## EXTRA

### Exceptional payment history

| | | | Closed |
|---|---|---|---|

### Account info

| | | | |
|---|---|---|---|
| Account name | **EXTRA** | Balance | - |
| Account number | **10XXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$300** |
| Company sold | - | Monthly payment | - |
| Account type | **Line of Credit** | Last Payment Date | **Jan 27, 2022** |
| Date opened | **Oct 27, 2021** | Highest balance | **$0** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid, Closed/Never late.** | Responsibility | **Individual** |
| Status updated | **Dec 2023** | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CLS |
| 2022 | ✓ | ND | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ND |
| 2021 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

✓ Current / Terms met   ND No data for this period   CLS Closed

- Data Unavailable

Experian

### Contact info

**Address**

**195 BROADWAY FL 25 NEW YORK, NY 10007**

**Phone number**

**(833) 984-2291**

### Comments

**Closed due to inactivity**

9/6/24, 4:47 PM

Experian

## experian.

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

**FIRST PREMIER BANK**

Exceptional payment history

Closed

### Account info

| | |
|---|---|
| Account name | **FIRST PREMIER BANK** |
| Account number | **517800XXXXXXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Credit card** |
| Date opened | **Jun 20, 2019** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Dec 2020** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Credit limit | **$400** |
| Monthly payment | - |
| Last Payment Date | **Sep 01, 2020** |
| Highest balance | **$401** |
| Terms | - |
| Responsibility | **Individual** |
| Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **2020** | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS ✓ | CLS ✓ |
| **2019** | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed    - Data Unavailable

### Contact info

https://usa.experian.com/mfe/credit/printable-report/experian/now

9/6/24, 4:47 PM

Experian

Address                    601 S MINNESOTA AVE
                           SIOUX FALLS,
                           SD 57104

Phone number               (605) 357-3000

▣ Comments

Account closed at consumer's request

Experian

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

# UNITED AUTO CREDIT CO
**Exceptional payment history**

Closed

## Account info

| | |
|---|---|
| Account name | **UNITED AUTO CREDIT CO** |
| Account number | **100101XXXXXXXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Auto Loan** |
| Date opened | **Jul 24, 2017** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Sep 2021** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Original balance | **$9,321** |
| Monthly payment | - |
| Last Payment Date | **Sep 30, 2021** |
| Terms | **57 Months** |
| Responsibility | **Individual** |
| Your statement | - |

## Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | - | - | - | - | - | - | | | | | | |

Experian

✓ Current / Terms met          CLS Closed          - Date Unavailable

## Contact Info

Address

**1071 CAMELBACK ST STE
10 NEWPORT BEACH,
CA 92660**

Phone number

**(949) 224-1917**

## Comments

-

9/6/24, 4:47 PM

**:::experian.**

Experian

Prepared For **MALICK F. TRAORE**     Date generated: Sep 6, 2024

**UPGRADE INC**                                                               Closed

Exceptional payment history

### Ex Account info

| | |
|---|---|
| Account name | **UPGRADE INC** |
| Account number | **334742XX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Unsecured** |
| Date opened | **Sep 14, 2020** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Apr 2021** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Original balance | **$11,325** |
| Monthly payment | - |
| Last Payment Date | **Apr 05, 2021** |
| Terms | **36 Months** |
| Responsibility | **Individual** |
| Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ND | CLS | - | - | - | - | - | ✓ | ✓ | ✓ |
| 2020 | - | - | - | - | - | - | - | - | - | - | - | - |

✓ Current / Terms met       ND No data for this period       CLS Closed

- Date Unavailable

9/6/24, 4:47 PM

Experian

## Contact info

Address

**275 BATTERY ST FL 23 SAN FRANCISCO, CA 94111**

Phone number

.

## Comments

.

DR 05/13/2025 (00KK03) 250-193930.1302X660

9/6/24, 4:47 PM

Experian

## experian.

Prepared For **MALICK F. TRAORE**    **Date generated:** Sep 6, 2024

### WEBBANK/FINGERHUT

Exceptional payment history    Closed

#### Account info

| | | | |
|---|---|---|---|
| Account name | **WEBBANK/FINGERHUT** | Balance | - |
| Account number | **636992XXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$300** |
| Company sold | - | Monthly payment | - |
| Account type | **Charge Card** | Highest balance | **$0** |
| Date opened | **May 29, 2019** | Terms | - |
| Open/closed | **Closed** | Responsibility | **Individual** |
| Status | **Paid, Closed/Never late.** | Your statement | - |
| Status updated | **Jun 2020** | | |

#### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | | | | | | |
| 2019 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met      CLS Closed      - Data Unavailable

#### Contact info

https://usa.experian.com/mfe/credit/printable-report/experian/now

9/6/24, 4:47 PM

Experian

Address
6250 RIDGEWOOD RD SAINT
CLOUD,
MN 56303

Phone number
(866) 734-0342

🗉 Comments

**Closed due to inactivity**

DR 05/13/2025 (00KK03) 252 193838 13037600

Case 2:25-cv-02822-GJP    Document 1    Filed 06/02/25    Page 133 of 381

Experian

# experian.

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

## Collection accounts

**No collection accounts reported.**

9/6/24, 4:47 PM



Experian

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

# Public records

**No public records reported.**

DR 05/13/2025 (00KK03) 253 199938 12037680

# experian.

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

## Inquiries

No inquiries reported.

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

# Credit scores

## FICO® Score 8



**569**

Good   Very Good   Exceptional

Fair

Poor 300 - 579

300                    850

**FICO** SCORE 8
Experian Sep 9/6/2024

Your score is well below the average score of U.S. consumers and demonstrates to lenders that you are a risky borrower.

## What's helping

### ⊘ Recent revolving account usage

- You've shown recent use of revolving and/or open-ended accounts.

- FICO® Scores evaluate the mix of revolving credit, installment loans and mortgages. People who demonstrate recent and responsible use of revolving credit and/or open-ended accounts are generally considered less risky to lenders.

https://usa.experian.com/mfe/credit/printable-report/experian/now

# What's hurting

## — Serious delinquency

- You have a serious delinquency (60 days past due or greater) or derogatory indicator on your credit report.

- Number of your accounts that were ever 60 days late or worse or have a derogatory indicator: 2 accounts

- Virtually no FICO High Achievers have a 60 days late payment or worse listed on their credit report.

- The presence of a serious delinquency or derogatory indicator is a highly correlated predictor of future payment risk. People with previous late payments are more likely to pay late in the future. As these items age, they will have less impact on the FICO® Score. Most late payments stay on your report for no more than seven years.

## — Recent missed payment

- You recently missed a payment or had a derogatory indicator reported on your credit report.

- Your most recent missed payment happened: 0 Months

- About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.

- The presence of missed or late payments or derogatory indicators on a credit report, including the number of missed payments, how late they were and how recently they occurred, are correlated with future credit risk. Generally speaking, people who consistently pay their bills on time are less risky compared to people with recently missed payments. As missed payments age, they have less impact on a FICO® Score.

## — Bad payment history

- You have one or more accounts showing missed payments or derogatory indicators.

- Number of your accounts with a missed payment or derogatory indicator: 2 accounts

- About 98% of FICO High Achievers have no missed payments at all. But of those who do, the missed payment happened nearly 4 years ago, on average.

- The presence of missed and late payments or derogatory indicators on a credit report, including the number of late payments, how late they were and how recently they occurred, are correlated with future credit risk. Your FICO® Score was lowered due to the number of missed and late payments and/or accounts with derogatory indicators reported. As the number of accounts with delinquency or derogatory indicators decreases, they have less impact on a FICO® Score.

## — Short account history

- You have a short credit history.

- Your oldest account was opened: 7 Years, 2 Months ago

DR 05/13/2025 (00KK03) 254 193938 12037600

- FICO High Achievers opened their oldest account 25 years ago, on average.

- Average age of your accounts: 4 Years, 5 Months

- Most FICO High Achievers have an average age of accounts of 9 years or more.

- People with longer credit histories who infrequently open new accounts generally pose less risk to lenders. In your case, the age of your oldest account and/or the average age of your accounts is relatively low.

**·experian.**

# Disclaimer

Prepared For **MALICK F. TRAORE**    Date generated: Sep 6, 2024

## About your FICO® Score 8 or other FICO® Scores

Your FICO® Score 8 powered by Experian data is formulated using the information in your credit file at the time it is requested. Many but not all lenders use FICO® Score 8. In addition to the FICO® Score 8, we may offer and provide other base or industry-specific FICO® Scores (such as FICO® Auto Scores and FICO® Bankcard Scores). The other FICO® Scores made available are calculated from versions of the base and industry-specific FICO® Score models.

Base FICO® Scores (including the FICO® Score 8) range from 300 to 850. Industry-specific FICO® Scores range from 250-900. Higher scores represent a greater likelihood that you'll pay back your debts so you are viewed as being a lower credit risk to lenders. A lower FICO® Score indicates to lenders that you may be a higher credit risk. There are many scoring models used in the marketplace. The type of score used, and its associated risk levels, may vary from lender to lender. But regardless of what scoring model is used, they all have one purpose: to summarize your creditworthiness. Keep in mind that your score is just one factor used in the application process. Other factors, such as your annual salary and length of employment, may also be considered by lenders when you apply for a loan.

## What this means to you:

Credit scoring can help you understand your overall credit rating and help companies better understand how to serve you. Overall benefits of credit scoring have included faster credit approvals, reduction in human error and bias, consistency, and better terms and rates for American consumers through reduced costs and losses for lenders. Your lender or insurer may use a different FICO® Score than FICO® Score 8 or other base or industry-specific FICO® Scores provided by us, or different scoring models to determine how you score.



Prepared For

# MALICK F. TRAORE

Personal & confidential

**Date generated:** Jan 27, 2025

# At a glance

## FICO® Score 8

**576**  **FICO** SCORE 8
Experian data Jan 27, 2025

300

Poor

850



# Account summary

| | |
|---|---|
| Open accounts | 4 |
| Self-reported accounts | 0 |
| Accounts ever late | 3 |
| Closed accounts | 0 |
| Collections | 0 |
| Average account age | 4 yrs 6 mos |
| Oldest account | 7 yrs 6 mos |

## Overall credit usage

**0 %**

Credit used: $0

Credit limit: $0

# Debt summary

| | |
|---|---|
| Credit card and credit line debt | $0 |
| Self-reported account balance | $0 |
| Loan debt | $159,273 |
| Collections debt | $0 |
| Total debt | $159,273 |

Experian

Prepared For MALICK F. TRAORE    Date generated: Jan 27, 2025

# ::experian.

# Personal information

| Name | Addresses | Employers |
|---|---|---|
| **MALICK FARDY TRAORE** | CO 2522 S DARIEN ST | - |
| | PHILADELPHIA, PA 19148 | |
| **Also known as** | | |
| - | 294 GREENOUGH ST | |
| | PHILADELPHIA, PA 19127- | |
| **Generational identifier** | 1112 | |
| - | | |
| | 2522 S DARIEN ST # A | |
| **Year of birth** | PHILADELPHIA, PA 19148- | |
| | 4523 | |

## Personal statements

**068** 05-08-23 0000000 ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY
HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST
CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 210-213-2097. THIS VICTIM ALERT WILL BE
MAINTAINED FOR SEVEN YEARS BEGINNING 05-08-23.

Experian

Prepared For **MALICK F. TRAORE**   Date generated: Jan 27, 2025

## :experian.

# Open accounts

| AMERISAVE MTG CORP/DOV | | $159,273 |
|---|---|---|
| Exceptional payment history | | Balance updated Jan 06, 2025 |

### □ Account info

| | | |
|---|---|---|
| Account name | **AMERISAVE MTG CORP/DOV** | |
| Account number | **310148XXXXXXX** | |
| Balance | | **$159,273** |
| Balance updated | | **Jan 06, 2025** |
| Original creditor | **-** | |
| Original balance | | **$166,920** |
| Company sold | **-** | |
| Paid off | | **5%** |
| Account type | **FHA Mortgage** | |
| Monthly payment | | **$1,112** |
| Date opened | **Jun 13, 2022** | |
| Last Payment Date | | **Dec 20, 2024** |
| Open/closed | **Open** | |
| Terms | | **30 Years** |
| Status | **Open/Never late.** | |
| Responsibility | | **Individual** |
| Status updated | **Jan 2025** | |
| Your statement | | **-** |

### $ Payment history

Experian

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | ✓ | - | - | - | - | - | - | - | - | - | - | - |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / terms met        - Data Unavailable

## ✉ Contact info

**Address**          1 CORPORATE DR STE 360
                     LAKE ZURICH,
                     IL 60047

**Phone number**     (847) 550-7300

## 🗨 Comments

-

1/27/25, 7:55 PM

Experian

·experian.

Prepared For **MALICK F. TRAORE**  Date generated: Jan 27, 2025

**AMEX**

Exceptional payment history

Balance updated -

## Account info

| | |
|---|---|
| Account name | **AMEX** |
| Account number | 349992773912353 |
| Original creditor | - |
| Company sold | - |
| Account type | **Credit card** |
| Date opened | **Jan 07, 2020** |
| Open/closed | **Open** |
| Status | **Open/Never late.** |
| Status updated | **Nov 2022** |

| | |
|---|---|
| Balance | |
| Balance updated | |
| Credit limit | $3,000 |
| Credit usage | - |
| Monthly payment | $0 |
| Highest balance | $3,058 |
| Terms | - |
| Responsibility | **Authorized user** |
| Your statement | - |

## $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met      - Data Unavailable

DR 05/13/2025 (OOKKO2) 258.193928.13027600

✉ **Contact info**

Address         PO BOX 297871 FORT
                LAUDERDALE,
                FL 33329

Phone number    (800) 874-2717

🗏 **Comments**

·

1/27/25, 7:55 PM

Experian

# ·:experian.

Prepared For **MALICK F. TRAORE**    Date generated: Jan 27, 2025

**CAPITAL ONE**

Exceptional payment history                                                    Balance updated -

## Account Info

| | | |
|---|---|---|
| Account name | **CAPITAL ONE** | |
| Account number | **517805XXXXXXX** | |
| Original creditor | - | |
| Company sold | - | |
| Account type | **Credit card** | |
| Date opened | **Dec 08, 2021** | |
| Open/closed | **Open** | |
| Status | **Open/Never late.** | |
| Status updated | **Nov 2022** | |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Credit limit | $500 |
| Credit usage | - |
| Monthly payment | $25 |
| Last Payment Date | Oct 05, 2022 |
| Highest balance | $538 |
| Terms | - |
| Responsibility | **Authorized user** |
| Your statement | - |

## $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - |

✓ Current / Terms met    - Data Unavailable

1/27/25, 7:55 PM

Experian

## ☑ Contact info

Address          PO BOX 31293 SALT LAKE
                 CITY,
                 UT 84131

Phone number     (800) 955-7070

## ⊞ Comments

.

1/27/25, 7:55 PM

Experian

## experian.

Prepared For **MALICK F. TRAORE**   Date generated: Jan 27, 2025

**JPMCB CARD**

Exceptional payment history

Balance updated -

### Account info

| Field | Value | | Field | Value |
|---|---|---|---|---|
| Account name | **JPMCB CARD** | | Balance | - |
| Account number | 426684XXXXXXX | | Balance updated | - |
| Original creditor | - | | Credit limit | $500 |
| Company sold | - | | Credit usage | - |
| Account type | **Credit card** | | Monthly payment | $40 |
| Date opened | **Dec 10, 2021** | | Last Payment Date | Oct 05, 2022 |
| Open/closed | **Open** | | Highest balance | $495 |
| Status | **Open/Never late.** | | Terms | - |
| Status updated | **Oct 2022** | | Responsibility | Authorized user |
| | | | Your statement | - |

## $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | - |
| 2021 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

✓ Current / Terms met        - Data Unavailable

1/27/25, 7:55 PM

Experian

## ✉ Contact info

Address

PO BOX 15369
WILMINGTON,
DE 19850

Phone number

(800) 945-2000

## 🗨 Comments

-

1/27/25, 7:55 PM

Experian

Prepared For **MALICK F. TRAORE**   Date generated: Jan 27, 2025

# experian.

# Closed accounts

**AVANT**
24 potentially negative months

$2,507
Closed

## 🗐 Account info

| | | | |
|---|---|---|---|
| Account name | **AVANT** | Balance | **$2,507** |
| Account number | **430960X** | Balance updated | **Jan 21, 2025** |
| Original creditor | **-** | Original balance | **$5,000** |
| Company sold | **-** | Monthly payment | **-** |
| Account type | **Unsecured** | Last Payment Date | **Dec 26, 2023** |
| Date opened | **Aug 25, 2021** | Past due amount | **$2,057** |
| Open/closed | **Closed** | Terms | **36 Months** |
| Status | **Account charged off. $2,057 written off. $2,057 past due as of Jan 2025.** | Responsibility | **Individual** |
| | | Your statement | **-** |
| Status updated | **Jan 2024** | | |

## $ Payment history

Experian

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | · | · | · | · | · | · | · | · | · | · | · |
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2023 | ✓ | 30 | 60 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 | 90 |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2021 | · | · | · | · | · | · | · | · | · | · | · | · |

✓ Current / Terms met    CO Charge off    30 Past due 30 days

60 Past due 60 days    90 Past due 90 days    - Date Unavailable

## ☑ Contact info

**Address**    222 W MERCHANDISE MART P CHICAGO, IL 60654

**Phone number**    (800) 712-5407

## 🗐 Comments

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)

1/27/25, 7:55 PM

Experian

## :experian.

**Prepared For MALICK F. TRAORE   Date generated: Jan 27, 2025**

**BMOHARRISBK/GREENSKY**

6 potentially negative months

|  |  | | |  |  | $13,949 |
|--|--|--|--|--|--|--------|
|  |  | | |  |  | Closed |

### Account info

| Account name | BMOHARRISBK/GREENSKY | Balance | $13,949 |
|--------------|----------------------|---------|---------|
| Account number | 710000XXXXXXXXXX | Balance updated | Dec 31, 2024 |
| Original creditor | - | Original balance | $15,000 |
| Company sold | - | Monthly payment | - |
| Account type | Unsecured | Last Payment Date | May 25, 2024 |
| Date opened | Jul 08, 2022 | Past due amount | $13,949 |
| Open/closed | Closed | Terms | 96 Months |
| Status | Account charged off. $13,949 written off. $13,949 past due as of Dec 2024. | Responsibility | Individual |
| Status updated | Nov 2024 | Your statement | - |

### Payment history

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ✓   | ✓   | ✓   | ✓   | ✓   | ND  | ND  | 30  | 60  | 90  | CO  | CO  |
| 2023 | 30  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ND  | ✓   |
| 2022 | -   | -   | -   | -   | -   | -   | -   | ✓   | ✓   | ✓   | ✓   | ✓   |

https://usa.experian.com/mfe/credit/printable-report/experian/now

1/27/25, 7:55 PM

Experian

✓ Current / Terms met

CO Charge off

ND No data for this period

30 Past due 30 days

60 Past due 60 days

90 Past due 90 days

- Data Unavailable

☑ Contact info

Address

**5565 GLENRIDGE
CONNECTOR ATLANTA,
GA 30342**

Phone number

**(866) 936-0602**

🗐 Comments

**Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act)**

# experian.

Prepared For **MALICK F. TRAORE**   Date generated: Jan 27, 2025

## CAPITAL ONE

| | |
|---|---|
| | $3,408 |
| 5 potentially negative months | Closed |

### Account info

| | | | |
|---|---|---|---|
| Account name | CAPITAL ONE | Balance | $3,408 |
| Account number | 517805XXXXXX | Balance updated | Jan 16, 2025 |
| Original creditor | - | Credit limit | $4,200 |
| Company sold | - | Monthly payment | - |
| Account type | Credit card | Last Payment Date | May 25, 2024 |
| Date opened | Apr 24, 2019 | Past due amount | $3,408 |
| Open/closed | Closed | Highest balance | $4,711 |
| Status | Account charged off. $3,408 written off. $3,408 past due as of Jan 2025. | Terms | - |
| | | Responsibility | Individual |
| Status updated | Jan 2025 | Your statement | - |

### Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | CO | | | | | | | | | | | |
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | - | 30 | 60 | 90 | 120 | 150 |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | NO | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

1/27/25, 7:55 PM

Experian

2019

| | | | | | | | | | | | | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CO Charge off    ND No data for this period

30 Past due 30 days    60 Past due 60 days    90 Past due 90 days

120 Past due 120 days    150 Past due 150 days    - Data Unavailable

## ☑ Contact info

**Address**          PO BOX 31293 SALT LAKE
CITY,
UT 84131

**Phone number**     (800) 955-7070

## 🗐 Comments

**Account closed at credit grantor's request**

**Account previously in dispute - investigation complete, reported by data furnisher**

1/27/25, 7:55 PM

Experian

**experian.**

Prepared For MALICK F. TRAORE   Date generated: Jan 27, 2025

## CAPITAL ONE — Closed
Exceptional payment history

### Account info

| | |
|---|---|
| Account name | CAPITAL ONE |
| Account number | 517805XXXXXX |
| Original creditor | - |
| Company sold | - |
| Account type | Credit card |
| Date opened | Dec 04, 2018 |
| Open/closed | Closed |
| Status | Paid, Closed/Never late. |
| Status updated | Aug 2024 |
| Balance | - |
| Balance updated | - |
| Credit limit | $500 |
| Monthly payment | - |
| Last Payment Date | Aug 23, 2024 |
| Highest balance | $549 |
| Terms | - |
| Responsibility | Individual |
| Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - | - |
| 2023 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ND | ✓ |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | - | - | - | - | - | - | - | - | - | - | - | ✓ |

Experian

✓ Current / Terms met          ND No data for this period          CLS Closed

- Data Unavailable

☑ **Contact info**

Address                PO BOX 31293 SALT LAKE
                       CITY,
                       UT 84131

Phone number           (800) 955-7070

🗐 **Comments**

**Account closed at credit grantor's request**

**Account previously in dispute - investigation complete, reported by data furnisher**

Experian

Prepared For **MALICK F. TRAORE**    Date generated: Jan 27, 2025

**CREDIT ONE BANK NA**

Exceptional payment history

| | |
|---|---|
| **Account name** | **CREDIT ONE BANK NA** |
| **Account number** | **444796XXXXXXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Credit card** |
| Date opened | **Aug 12, 2019** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Jun 2021** |

Closed

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Credit limit | **$550** |
| Monthly payment | - |
| Last Payment Date | **Apr 14, 2021** |
| Highest balance | **$541** |
| Terms | - |
| Responsibility | **Individual** |
| Your statement | - |

**Account info**

**$ Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - | - | - | - |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | - | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met          CLS Closed          - Data Unavailable

**Contact info**

Address          PO BOX 98875 LAS VEGAS,
                 NV 89193

Phone number     (702) 269-1000

**Comments**

Account closed at consumer's request

Experian

Prepared For **MALICK F. TRAORE**    Date generated: Jan 27, 2025

## :experian.

### EXTRA

Exceptional payment history

**Closed**

### ⌂ Account info

| | |
|---|---|
| Account name | **EXTRA** |
| Account number | **10XXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Line of Credit** |
| Date opened | **Oct 27, 2021** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Dec 2023** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Credit limit | **$300** |
| Monthly payment | - |
| Last Payment Date | **Jan 27, 2022** |
| Highest balance | **$0** |
| Terms | - |
| Responsibility | **Individual** |
| Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | CLS |
| 2022 | ✓ | ND | ND | ND | ND | ND | ND | ND | ND | ✓ | ✓ | ND |
| 2021 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

✓ Current / Terms met    ND No data for this period    CLS Closed

- Data Unavailable

DR 05/13/2025 (00KK03>-269-193930-13027000

1/27/25, 7:55 PM

Experian

## ☑ Contact info

Address        195 BROADWAY FL 25 NEW
               YORK,
               NY 10007

Phone number   (833) 984-2291

## ⊞ Comments

Closed due to inactivity

**experian.**

Prepared For **MALICK F. TRAORE**   Date generated: Jan 27, 2025

## FIRST PREMIER BANK

### Exceptional payment history

Closed

### 🏦 Account info

| | | | |
|---|---|---|---|
| Account name | **FIRST PREMIER BANK** | Balance | - |
| Account number | **517800XXXXXXXXXX** | Balance updated | - |
| Original creditor | - | Credit limit | **$400** |
| Company sold | - | Monthly payment | - |
| Account type | **Credit card** | Last Payment Date | **Sep 01, 2020** |
| Date opened | **Jun 20, 2019** | Highest balance | **$401** |
| Open/closed | **Closed** | Terms | - |
| Status | **Paid, Closed/Never late.** | Responsibility | **Individual** |
| Status updated | **Dec 2020** | Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | CLS |
| 2019 | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed    - Data Unavailable

### ✉ Contact info

1/27/25, 7:55 PM

Experian

**Address**  601 S MINNESOTA AVE
SIOUX FALLS,
SD 57104

**Phone number**  (605) 357-3000

**Comments**

Account closed at consumer's request

**experian.**

Experian

Prepared For **MALICK F. TRAORE**    Date generated: Jan 27, 2025

## UNITED AUTO CREDIT CO

### Exceptional payment history

Closed

### 🔲 Account info

| | |
|---|---|
| Account name | **UNITED AUTO CREDIT CO** |
| Account number | **100101XXXXXXXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Auto Loan** |
| Date opened | **Jul 24, 2017** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Sep 2021** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Original balance | **$9,321** |
| Monthly payment | - |
| Last Payment Date | **Sep 30, 2021** |
| Terms | **57 Months** |
| Responsibility | **Individual** |
| Your statement | - |

### $ Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | CLS | - | - | - |
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2018 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2017 | - | - | - | - | - | - | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

Experian

✓ Current / Terms met          CLS Closed          · Data Unavailable

☑ **Contact info**

Address          1071 CAMELBACK ST STE
                 10 NEWPORT BEACH,
                 CA 92660

Phone number     (949) 224-1917

☐ **Comments**

·

1/27/25, 7:55 PM

Experian

**∴experian.**

Prepared For **MALICK F. TRAORE**    Date generated: Jan 27, 2025

**UPGRADE INC**

Exceptional payment history

Closed

**Account info**

| | |
|---|---|
| Account name | **UPGRADE INC** |
| Account number | **334742XX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Unsecured** |
| Date opened | **Sep 14, 2020** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Apr 2021** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Original balance | **$11,325** |
| Monthly payment | - |
| Last Payment Date | **Apr 05, 2021** |
| Terms | **36 Months** |
| Responsibility | **Individual** |
| Your statement | - |

**$ Payment history**

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ND | CLS | - | - | - | - | - | - | - | - |
| 2020 | - | - | - | - | - | - | - | - | - | ✓ | ✓ | ✓ |

✓ Current / Terms met    ND No data for this period    CLS Closed

- Data Unavailable

## ⊡ Contact info

Address

275 BATTERY ST FL 23 SAN FRANCISCO, CA 94111
-

Phone number
-

## ⊡ Comments

-



Prepared For **MALICK F. TRAORE**   Date generated: Jan 27, 2025

**WEBBANK/FINGERHUT**                                    Closed

Exceptional payment history

### 🔲 Account info

| | |
|---|---|
| Account name | **WEBBANK/FINGERHUT** |
| Account number | **636992XXXXXXXXXX** |
| Original creditor | - |
| Company sold | - |
| Account type | **Charge Card** |
| Date opened | **May 29, 2019** |
| Open/closed | **Closed** |
| Status | **Paid, Closed/Never late.** |
| Status updated | **Jun 2020** |

| | |
|---|---|
| Balance | - |
| Balance updated | - |
| Credit limit | **$300** |
| Monthly payment | - |
| Highest balance | **$0** |
| Terms | - |
| Responsibility | **Individual** |
| Your statement | - |

### 💲 Payment history

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✓ | ✓ | ✓ | ✓ | ✓ | CLS ✓ | | | | | | |
| 2019 | - | - | - | - | - | | - | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Current / Terms met    CLS Closed    - Data Unavailable

### ☑ Contact info

1/27/25, 7:55 PM

Experian

Address          6250 RIDGEWOOD RD SAINT
                 CLOUD,
                 MN 56303

Phone number     (866) 734-0342

▣ Comments

Closed due to inactivity

# EXHIBIT B

## CFPB Complaints and Furnisher Responses

**Submitted by:**
Malick-Fardy B. Traore, Pro Se
Reserving All Rights Without Prejudice
UCC 1-308 / 13 Pa.C.S. § 1308
2522 S Darien St, Philadelphia, PA 19148
malickft@gmail.com

**EXHIBIT B**

**Consumer Financial Protection Bureau (CFPB) Complaints**

Below is a list of formal complaints submitted to the **Consumer Financial Protection Bureau (CFPB)** regarding willful violations of the **Fair Credit Reporting Act (FCRA), Fair Debt Collection Practices Act (FDCPA),** and other relevant laws. Each complaint was submitted due to the repeated failure of credit reporting agencies and furnishers to comply with federal regulations, and the failure to conduct a proper reinvestigation per **FCRA § 1681s-2(b).**

**Filed CFPB Complaints:**

1. **Complaint ID: 240907-15954249** (Filed: 9/7/2024) – Improper use of credit report and failure to delete inaccurate information despite multiple disputes.

2. **Complaint ID: 240616-14856223** (Filed: 6/16/2024) – Unlawful reporting of personal and student loan information under **FERPA** and **FCRA violations.**

3. **Complaint ID: 240729-15375602** (Filed: 7/29/2024) – Credit reporting agencies failed to correct inaccuracies and continued adverse reporting.

4. **Complaint ID: 240729-15375603** (Filed: 7/29/2024) – Unlawful retention of incorrect charge-off balance despite dispute resolution.

5. **Complaint ID: 240616-14856224** (Filed: 6/16/2024) – Dispute verification process was inadequate, violating FCRA's reinvestigation requirements.

6. **Complaint ID: 240907-15954205** (Filed: 9/7/2024) – Credit bureaus failed to remove verified inaccuracies after multiple disputes.

7. **Complaint ID: 240616-14856040** (Filed: 6/16/2024) – Failure to conduct reasonable reinvestigation, impacting credit score.

8. **Complaint ID: 240729-15375266** (Filed: 7/29/2024) – Credit report inconsistencies were ignored despite documented errors.

Each of these complaints supports the **pattern of willful and negligent non-compliance** by the defendants. These **exhibits provide clear evidence** that Experian, Equifax, TransUnion, Avant, and GreenSky have failed to adhere to **FCRA compliance standards** despite multiple formal disputes, and the CFPB has failed to ensure proper enforcement.

Copies of the full complaints and supporting evidence are attached to **Exhibit B** for court review.

**Prepared by:** Malick F. Traore, Pro Se



An official website of the United States Government

cfpb   Consumer Financial
       Protection Bureau   (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

## 240729-15375602

**CLOSED**

⊘ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 7/29/2024 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Following text was share on CFPB case: 240616-14856040 & 240210-13278379. " As per the stipulations laid out in the Fair Credit Reporting Act under 15 USC 1681 section 602(a), it is emphasized that consumer reporting agencies must conduct their duties with fairness, impartiality, and utmost respect for consumers' privacy rights. Companies like Equifax and Experian fall under this category of consumer reporting agencies, while I, as the consumer, retain the right to ensure the confidentiality of my personal information, as reinforced by 15 USC 6801. This statute underscores the obligation of financial institutions, including those providing information to credit agencies, to uphold customer privacy and safeguard their nonpublic personal information. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Tranunion, Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Further legal provisions, such as 15 USC 6802(b)(c), establish that a financial institution cannot disclose nonpublic personal information to nonaffiliated third parties without providing the consumer with an explanation of how they can opt out of such disclosure. However, the furnisher of information to credit agencies failed to inform me of my right to exercise this nondisclosure option.

Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. According to 15 U.S. Code § 1681s-2(A)(1) and 15 U.S. Code § 1681e, entities are prohibited from furnishing inaccurate information to consumer reporting agencies and must maintain reasonable procedures to ensure compliance with the statutes governing the furnishing of consumer reports. Equifax and Experian's failure to uphold such reasonable procedures is evident in their actions. Additionally, 12 CFR § 1016.7 grants consumers the right to opt out of reporting services at any time, a right I am exercising now. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately." There was a failure to properly dismantle incorrect information as per my request. Additional information retrieved from the documentation. Transunion Account: Penn state shows two 30 day late payment back to back. Additionally all credit reporting should reflect the same exact information. There are no late payments reflecting on my Experian and Equifax Account: Greensky has a mark saying it meats FCRA requirements, but reflect as one on Equifax and is not reflecting on Experian. These should be deleted from the report. Equifax Account: Greensky information mismatch and incorrect information. See Transunion, and not showing on Experian. Greensky left a remark saying it met FCRA requirements and should be removed Experian Account: Avant is stated as closed, but

still reflects late payments. for 4+ months it's 90 days late. Account: Greensky left a remark saying it met FCRA requirements and should be removed With the prior CFPC cases and evidence provided is sufficient to enforce 15 U.S. Code § 1681n(a)(b) willfully failing to comply. They had full understanding of the violations after I complained the first time. Additionally a request to remove erroneous address was requested but never process. Attached are documents proving my current address. Given the prior Cases already filed I expect the updates to be applied within 10 days. Loading...

View full complaint ⊕

 Sent to company

**STATUS**
Sent to company on 7/29/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 Company still working

**STATUS**
Company response is in progress as of 7/29/2024

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the

DR 05/13/2025 (00KK03) 374 199938 12037600

Case 2:25-cv-02822-GJP    Document 1    Filed 06/02/25    Page 177 of 381

date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and thoroughly research your submission. Once we've completed our research, we will provide an updated response with our findings.

## Company responded

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 9/8/2024 | Closed with non-monetary relief |

## Company's Response

Thank you for submitting your complaint through the CFPB Complaint Portal. In your complaint, you indicated that there were inaccurate items reporting on your credit file. Equifax has completed its investigation, including contacting the furnisher of the information, where applicable. A summary of the results are listed below: Trade: GREENSKY CREDIT/GREENSKY EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: HISTORICAL ACCOUNT INFORMATION Trade: AVANT THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THE CURRENT STATUS IS BEING REPORTED CORRECTLY. THE PRIOR PAYING HISTORY ON THIS ACCOUNT HAS BEEN UPDATED. THIS CREDITOR HAS VERIFIED TO OUR COMPANY THAT THIS ACCOUNT HAS NOT BEEN CLOSED. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: HIGH CREDIT,ACTUAL PAYMENT,SCHEDULED PAYMENT,PORTFOLIO INDICATOR,PORTFOLIO STATUS,CREDITOR CLASSIFICATION,ADDITIONAL INFORMATION,HISTORICAL ACCOUNT INFORMATION,ACCOUNT HISTORY NON REPORTING DISPUTES Trade: PENN STATE

Complaint Detail

THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE.
We hope this resolves your concerns and, if applicable, a copy of the dispute results has
been mailed to you. If you have any additional questions, you may call 1-888-EQUIFAX
(888-378-4329) or you may visit www.myequifax.com. With myEquifax, you can create
an account to manage your security freeze, add or remove fraud alerts, and initiate
credit file disputes. Additionally you can access free Equifax credit reports and other
products. You may also obtain a free copy of your credit report on
annualcreditreport.com.

**DESCRIPTION OF NON-MONETARY RELIEF**

Equifax reviewed the complaint, relevant documents, and completed an investigation
where applicable.



# Feedback
requested

**STATUS**

Feedback
requested
on
9/8/2024

**FEEDBACK
DUE**

11/7/2024

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when
the company responded to share your feedback. The CFPB will share your feedback responses with the company
and use the information to help the CFPB's work with consumer complaints.



# Closed

The CFPB has closed your complaint.

## Privacy Act Statement

OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

11/17/24, 5:47 PM

Complaint Detail

An official website of the United States Government

 Consumer Financial
Protection Bureau    (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 240616-14856223

**CLOSED**

 Submitted

**STATUS**
Submitted
to the
CFPB on
6/16/2024

**PRODUCT**
Credit
reporting
or other
personal
consumer
reports

**ISSUE**
Improper
use of
your
report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or

- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer
  protection office; or

- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

11/17/24, 5:47 PM
Complaint Detail

I am writing to assert my rights under the Family Educational Rights and Privacy Act (FERPA)(20 U.S.C. § 1232g; 34 CFR Part 99), which protects the privacy of student education records. Pursuant to FERPA, any public or private educational institution must obtain prior written consent from the student before disclosing that student's education records or personally identifiable information derived from those records. My student loan information constitutes part of my private education records governed by FERPA. As the student, I have not provided written consent for this information to be disclosed to your agency or any other third parties. Therefore, under the privacy protections guaranteed by FERPA, I demand that you refrain from reporting any student loan information or data relating to my education records on my consumer credit report. Doing so without my explicit consent would violate my statutory rights under this federal law. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. Please confirm receipt of this notice asserting my FERPA rights. Any violations may be reported to the U.S. Department of Education for investigation and enforcement. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately.

**ATTACHMENTS**

pennstate
transunion.pdf
(125.1 KB)

View full complaint ⊕

⊗ Sent to company

**STATUS**

Sent to company on
6/16/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is
in progress as of
6/17/2024

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and thoroughly research your submission. Once we've completed our research, we will provide an updated response with our findings.

## Company responded

**STATUS**

Company responded on 7/25/2024

**RESPONSE TYPE**

Closed with non-monetary relief

## Company's Response

Thank you for submitting your complaint through the CFPB Complaint Portal. In your complaint, you indicated that there were inaccurate items reporting on your credit file. Equifax has completed its investigation, including contacting the furnisher of the information, where applicable. A summary of the results are listed below: Trade: US DEPARTMENT OF EDU EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. ADDITIONAL INFORMATION HAS BEEN PROVIDED FROM THE ORIGINAL SOURCE REGARDING THIS ITEM. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: ACTIVITY DESIGNATOR,CHARGE OFF AMOUNT,ACTUAL PAYMENT,SCHEDULED PAYMENT,DATE OF LAST PAYMENT,CLOSED DATE,TERM DURATION,DATE OF LAST ACTIVITY/DATE OF FIRST DELINQUENCY,ADDITIONAL INFORMATION Trade: US DEPARTMENT OF EDU EQUIFAX VERIFIED THAT THIS ITEM BELONGS TO YOU. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: STATUS,ACTIVITY DESIGNATOR,CHARGE OFF AMOUNT,ACTUAL PAYMENT,SCHEDULED PAYMENT,ADDITIONAL INFORMATION,ACCOUNT HISTORY NON REPORTING DISPUTES Trade: PENN STATE THE DISPUTED ITEM IS NOT CURRENTLY REPORTING ON THE EQUIFAX CREDIT FILE. We hope this resolves your concerns and, if applicable, a copy of the dispute results has been mailed to you. If you have any additional questions, you may call 1-888-EQUIFAX (888-378-4329) or you may visit www.myequifax.com. With myEquifax, you can create an account to manage your security freeze, add or remove fraud alerts, and initiate credit file disputes. Additionally you can access free Equifax credit reports and other products. You may also obtain a free copy of your credit report on annualcreditreport.com.

### DESCRIPTION OF NON-MONETARY RELIEF

Equifax reviewed the complaint, relevant documents, and completed an investigation where applicable.

## Feedback requested

**STATUS**

Feedback requested on 7/25/2024

**FEEDBACK DUE**

9/23/2024

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

## Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

DR 05/13/2025 (OOKK03) 378 199938 120376QQ

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

An official website of the United States Government

# cfpb
Consumer Financial
Protection Bureau

(https://www.consumerfinance.gov/)

Start a new complaint

< All complaints (.)

## 240907-15954249

**CLOSED**

### Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 9/7/2024 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

11/17/24, 5:46 PM

## Complaint Detail

All incorrect information has been highlighted in attached credit report. This is not a request to Validate DEBT. All information had been previously claimed accurate and verified from multiple CFPB reports and mail received. It was CLEARLY stated that incorrect information be deleted and pay $1000 per violations as a resolution. Instead, the bureaus ignored the resolution and with each iteration violated FCRA laws. CFPB - Complaint ID Transunion -- 240729-15375266 - 240616-14856040 - 240210-13278379 Equifax - 240210-13278264 - 240616-14856224 - 240729-15375603 Equifax -- 240210-13278380 - 240616-14856223 - 240729-15375603 Equifax - Avant - after multiple re-investigations and confirming the information is valid an accurate - Violation-90 days late for more than 9 months Us state department - Goes from 150 days late for 15months - Goes from 150 days late to 120 for another 10 months From your own credit report document page 54. Failed to Delete inaccurate, incomplete information multiple times - See CFPB CASE numbers "Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days.

However, a consumer reporting agency may continue to report information it has verified as accurate." Experian Avant - after multiple re-investigations and confirming the information is valid an accurate - Violation- 90 days late for more than 9 months Transunion Penn state - account information returned verified - by mail. Violation -- Account does not present on other credit reporting bureaus. Removed for inaccurate information - 30-day late payment for two months then a 90 days payment - inaccurate information From your own credit report document page 54. Failed to Delete inaccurate, incomplete information multiple times - See CFPB CASE numbers Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate PREVIOUS COMPLAIN - message As per the stipulations laid out in the Fair Credit Reporting Act under 15 USC 1681 section 602(a), it is emphasized that consumer reporting agencies must conduct their duties with fairness, impartiality, and utmost respect for consumers' privacy rights. Companies like Equifax and Experian fall under this category of consumer reporting agencies, while I, as the consumer, retain the right to ensure the confidentiality of my personal information, as reinforced by 15 USC 6801. This statute underscores the obligation of financial institutions, including those providing information to credit agencies, to uphold customer privacy and safeguard their nonpublic personal information. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Tranunion, Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Further legal provisions, such as 15 USC 6802(b)(c),

Complaint Detail

establish that a financial institution cannot disclose nonpublic personal information to nonaffiliated third parties without providing the consumer with an explanation of how they can opt out of such disclosure. However, the furnisher of information to credit agencies failed to inform me of my right to exercise this nondisclosure option.

Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. According to 15 U.S. Code § 1681s-2(A)(1) and 15 U.S. Code § 1681 e, entities are prohibited from furnishing inaccurate information to consumer reporting agencies and must maintain reasonable procedures to ensure Experian's failure to uphold such reasonable procedures is evident in their actions.

Additionally, 12 CFR § 1016.7 grants consumers the right to opt out of reporting services at any time, a right I am exercising now. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately." There was a failure to properly dismantle incorrect information as per my request. Additional information retrieved from the documentation. Transunion Account: Penn state shows two 30 day late payment back to back. Additionally, all credit reporting should reflect the same exact information. There are no late payments reflecting on my Experian and Equifax Account: Greensky has a mark saying it meets FCRA requirements but reflect as one on Equifax and is not reflecting on Experian. These should be deleted from the report. Equifax Account: Greensky information mismatch and incorrect information. See Transunion, and not showing on Experian. Greensky left a remark saying it met FCRA requirements and should be removed Experian Account: Avant is stated as closed, but still reflects late payments. for 4+ months it's 90 days late. Account: Greensky left a remark saying it met FCRA requirements and should be removed With the prior CFPC cases and evidence provided is sufficient to enforce 15 U.S. Code § 1681n (a) (b) willfully failing to comply. They had full understanding of the violations after I complained the first time. Additionally a request to remove erroneous address was requested but never process. Attached are documents proving my current address. Given the prior Cases already filed I expect the updates to be applied within 10 days. Cc a.Consumer Financial Protection Bureau 1700 G Street, N.W. Washington, DC 20552 b.Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, NW Washington, DC 20580 (877) 382-4357

DR 05/13/2025 (00KK03) 235c193930-1302v000

**ATTACHMENTS**

View Your Report -- TransUnion Credit Report.pdf (8.8 MB)

Experian.pdf (578.5 KB)

Equifax creditReport_4750391978.pdf (301 KB)

View full complaint ➊

➋ Sent to company

**STATUS**

Sent to company on 9/7/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

➋ Company still working

**STATUS**

Company response is in progress as of 9/8/2024

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the

DR 05/13/2025 (00KK03Y-280-193930-13029600)

date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Equifax has received your complaint submitted through the CFPB portal. We need more time to review and thoroughly research your submission. Once we've completed our research, we will provide an updated response with our findings.



# Company responded

| STATUS | RESPONSE TYPE |
|--------|---------------|
| Company responded on 10/30/2024 | Closed with explanation |

## Company's Response

Thank you for submitting your complaint through the CFPB Complaint Portal. In your complaint, you indicated that there were inaccurate items reporting on your credit file. Equifax has completed its investigation, including contacting the furnisher of the information, where applicable. A summary of the results are listed below. PLEASE BE SPECIFIC WITH YOUR CONCERNS BY LISTING THE ACCOUNT NAMES, NUMBERS, AND THE NATURE OF THE DISPUTE. We hope this resolves your concerns and, if applicable, a copy of the dispute results has been mailed to you. If you have any additional questions, you may call 1-888-EQUIFAX (888-378-4329) or you may visit www.myequifax.com. With myEquifax, you can create an account to manage your security freeze, add or remove fraud alerts, and initiate credit file disputes. Additionally you can access free Equifax credit reports and other products. You may also obtain a free copy of your credit report on annualcreditreport.com.

## Feedback requested

**STATUS**

Feedback requested on 10/30/2024

**FEEDBACK DUE**

12/29/2024

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

## Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

An official website of the United States Government

**cfpb** Consumer Financial
Protection Bureau  (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 240729-15375603
**CLOSED**

✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 7/29/2024 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

Following text was share on CFPB case: 240616-14856040 & 240210-13278379. " As per the stipulations laid out in the Fair Credit Reporting Act under 15 USC 1681 section 602(a), it is emphasized that consumer reporting agencies must conduct their duties with fairness, impartiality, and utmost respect for consumers' privacy rights. Companies like Equifax and Experian fall under this category of consumer reporting agencies, while I, as the consumer, retain the right to ensure the confidentiality of my personal information, as reinforced by 15 USC 6801. This statute underscores the obligation of financial institutions, including those providing information to credit agencies, to uphold customer privacy and safeguard their nonpublic personal information. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Transunion, Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Further legal provisions, such as 15 USC 6802(b)(c), establish that a financial institution cannot disclose nonpublic personal information to nonaffiliated third parties without providing the consumer with an explanation of how they can opt out of such disclosure. However, the furnisher of information to credit agencies failed to inform me of my right to exercise this nondisclosure option. Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. According to 15 U.S. Code § 1681s-2(A)(1) and 15 U.S. Code § 1681e, entities are prohibited from furnishing inaccurate information to consumer reporting agencies and must maintain reasonable procedures to ensure compliance with the statutes governing the furnishing of consumer reports. Equifax and Experian's failure to uphold such reasonable procedures is evident in their actions. Additionally, 12 CFR § 1016.7 grants consumers the right to opt out of reporting services at any time, a right I am exercising now. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information as per my request. Additional information retrieved from the documentation. Transunion Account: Penn state shows two 30 day late payment back to back. Additionally all credit reporting should reflect the same exact information. There are no late payments reflecting on my Experian and Equifax Account: Greensky has a mark saying it meats FCRA requirements, but reflect as one on Equifax and is not reflecting on Experian. These should be deleted from the report. Equifax Account: Greensky information mismatch and incorrect information. See Transunion, and not showing on Experian. Greensky left a remark saying it met FCRA requirements and should be removed Experian Account: Avant is stated as closed, but

still reflects late payments. for 4+ months it's 90 days late. Account: Greensky left a remark saying it met FCRA requirements and should be removed With the prior CFPC cases and evidence provided is sufficient to enforce 15 U.S. Code § 1681n (a)(b) willfully failing to comply. They had full understanding of the violations after I complained the first time. Additionally a request to remove erroneous address was requested but never process. Attached are documents proving my current address. Given the prior Cases already filed I expect the updates to be applied within 10 days.

## ATTACHMENTS

Image (5).jpg (2 MB)

Image (6).jpg (3.9 MB)

Exprian trans Equifax account doc and info.docx (414.4 KB)

Image (7).jpg (1.7 MB)

Image (4).jpg (4.4 MB)

View full complaint ➕



## Sent to company

**STATUS**

Sent to company on 7/29/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

DR 05/13/2025 (00KK03) 283-193938-1302660

Case 2:25-cv-02822-GJP    Document 1    Filed 06/02/25    Page 196 of 381

# Company still working

**STATUS**

Company response is in progress as of 8/12/2024

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

Thank you for submitting your complaint on July 29, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We will review your complaint and act accordingly. Once the review is completed a final response will be forwarded to you to view. For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian.  Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute.    Thank you for submitting your complaint through the CFPB Complaint Portal. It is our policy to respond to consumer disputes swiftly and to take each one seriously.  We appreciate you letting us know about your experience with Experian. Experian's Official Credit Advice Blog Credit advice with readers' questions answered by Experian's experts. Popular topics from credit reports and scores to life events, id theft and fraud. Experian's Official Credit Advice Blog Credit advice with readers' questions answered by Experian's experts. Popular topics from credit reports and scores to life events, id theft and fraud.

## Company responded

**STATUS**

Company responded on 9/27/2024

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Thank you for submitting your complaint on July 29, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We have reviewed your concerns and the information you provided in the complaint; including the attachments you have supplied through the Portal and directly to Experian. In your complaint, you are requesting to have the disputed items corrected or deleted from your report. Per your request to conduct a reinvestigation, we contacted the data furnisher(s) for the disputed items on your Experian credit report and asked them to verify the accuracy of the information with which you disagree. They responded and verified that the remaining disputed information was accurate as reported. Other aspects of the disputed item(s) may have also been updated by the data furnisher(s). The result summary was sent to you for review. According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all the information regarding the item you disputed and report back within 30 days of the date we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue. We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information and send you the results. In some instances, we are able to determine whether the disputed information should be changed or deleted

Complaint Detail

without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/dispute process. If you disagree with the results of the reinvestigations, it is your legal right, under the FCRA, to add a 100-word statement specifying the nature of your dispute. The consumer statement will appear on your credit report and be viewable upon inquiry. If you would like our assistance in providing a concise statement, please contact us directly at the telephone number or address provided on your personal credit report and we would be happy to assist you. You may refer to the credit report that you received for the name, phone number (if available) and address of the data furnisher who verified that information. Please note that accurate information cannot be deleted. Potentially negative items, such as missed or late payments, remains on the personal credit report for seven years from the date of the original missed payment. Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute. For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Thank you for submitting your dispute through the CFPB Complaint Portal. It is our policy to respond to consumer complaints swiftly and to take each complaint seriously. We appreciate you letting us know about your experiences with Experian.

## Feedback requested

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 9/27/2024 | 11/26/2024 |

DR 05/13/2025 (00KK03) 285 193938 12037690
Case 2:25-cv-02822-GJP    Document 1    Filed 06/02/25    Page 199 of 381

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

❌ Closed

The CFPB has closed your complaint.

## Privacy Act Statement

OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday

(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

DR 05/13/2025 (00KK03)-269.193930.13029608

11/17/24, 5:48 PM

Complaint Detail

An official website of the United States Government



**cfpb** | Consumer Financial Protection Bureau    (https://www.consumerfinance.gov/)

An official website of the United States Government

Start a new complaint

‹ All complaints (.)

# 240616-14856224

CLOSED

 Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 6/16/2024 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

## Complaint Detail

I am writing to assert my rights under the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99), which protects the privacy of student education records. Pursuant to FERPA, any public or private educational institution must obtain prior written consent from the student before disclosing that student's education records or personally identifiable information derived from those records. My student loan information constitutes part of my private education records governed by FERPA. As the student, I have not provided written consent for this information to be disclosed to your agency or any other third parties. Therefore, under the privacy protections guaranteed by FERPA, I demand that you refrain from reporting any student loan information or data relating to my education records on my consumer credit report. Doing so without my explicit consent would violate my statutory rights under this federal law. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. Please confirm receipt of this notice asserting my FERPA rights. Any violations may be reported to the U.S. Department of Education for investigation and enforcement. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately.

**ATTACHMENTS**

pennstate
transunion.pdf
(125.1 KB)

View full complaint ➕

## ⊙ Sent to company

**STATUS**

Sent to company on
6/16/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## Company still working

**STATUS**

Company response is in progress as of 7/1/2024

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

Thank you for submitting your dispute on June 16, 2024, through the CFPB Complaint Portal. We appreciate consumers who take the time to let us know about their experiences with our company. We are transferring your concerns to our Experian dispute center. Upon completion of the reinvestigation, a notification of the results will be sent to you for review. The reinvestigation can take up to thirty days. For additional assistance, you may call the toll-free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute. Thank you for submitting your dispute or disputes through the CFPB Complaint Portal. It is our policy to respond to consumer disputes swiftly and to take each one seriously. We appreciate you letting us know about your experiences with Experian.

DR 05/13/2025 (00KK03)-267.193930.1302.600

Case 2:25-cv-02822-GJP    Document 1    Filed 06/02/25    Page 204 of 381

4/7

## Company responded

**STATUS**

Company
responded
on
8/14/2024

**RESPONSE TYPE**

Closed with
non-
monetary
relief

## Company's Response

Thank you for submitting your complaint on June 16, 2024, through the CFPB
Complaint Portal. We appreciate consumers who take the time to let us know about
their experiences with our company. We have reviewed and considered the information
you have supplied through the CFPB portal and directly to Experian. In your complaint,
you indicate that you have unauthorized information on your credit report. You are
requesting the item to be removed. In regards to other of the items, according to our
current records, the items are not showing on your Experian credit report. According to
the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy
and completeness of any disputed item which may include contacting the furnisher of
the information or the vendor that collected the information from a public record source
and notifying them of the dispute and disclosing all relevant information regarding your
dispute. When we contact the furnisher or vendor, we ask that they verify all of the
information regarding the item you disputed and report back within 30 days of the date
that we received your request (21 days for Maine residents). To help resolve the dispute,
we will review all relevant documents submitted with the dispute and will forward them
to the furnisher if we are unable to resolve the issue. We review and consider the
furnisher's or vendor's response to determine whether to accept it, reject it, or follow up
for additional information. If, after processing, we find that the disputed information is
inaccurate, incomplete or cannot be verified, we then delete or modify that information,
as appropriate. If we do not receive a response from the furnisher or the vendor within
the required period, we update the item as you have requested or delete the
information and send you the results. In some instances, we are able to determine
whether the disputed information should be changed or deleted without having to

contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess. If you disagree with the results of the reinvestigations, it is your legal right, under the FCRA, to add a 100-word statement specifying the nature of your dispute. The consumer statement will appear on your credit report and be viewable upon inquiry. If you would like our assistance in providing a concise statement, please contact us directly at the telephone number or address provided on your personal credit report and we would be happy to assist you. You may refer to the credit report that you received for the name, phone number (if available) and address of the data furnisher who verified that information. For additional assistance, you may call the toll free telephone number provided on your personal credit report obtained directly from Experian, or write to Experian at P.O. Box 9701, Allen, TX 75013. For more information regarding your credit and frequently asked questions, you may visit: http://www.experian.com/blogs/ask-experian. Please note that you may also submit your request or documents supporting your claim electronically at www.experian.com/upload. You may also visit Experian's dispute center by visiting www.experian.com/dispute.    Thank you for submitting your complaint through the CFPB Complaint Portal. It is our policy to respond to consumer complaints swiftly and to take each complaint seriously. We appreciate you letting us know about your experiences with Experian.

## DESCRIPTION OF NON-MONETARY RELIEF

According to our records, some of the disputed information does not appear on your current Experian credit report.

**❶ Feedback requested**

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 8/14/2024 | 10/13/2024 |

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.



## Closed

The CFPB has closed your complaint.

## Privacy Act Statement

### OMB #3170-0011

### Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

11/17/24, 5:48 PM

Complaint Detail

An official website of the United States Government

An official website of the United States Government

# cfpb
Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

# 240729-15375266
CLOSED

✓ Submitted

| STATUS | PRODUCT | ISSUE |
|---|---|---|
| Submitted to the CFPB on 7/29/2024 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

## Complaint Detail

Following text was share on CFPB case: 240616-14856040 & 240210-13278379. " As per the stipulations laid out in the Fair Credit Reporting Act under 15 USC 1681 section 602(a), it is emphasized that consumer reporting agencies must conduct their duties with fairness, impartiality, and utmost respect for consumers' privacy rights. Companies like Equifax and Experian fall under this category of consumer reporting agencies, while I, as the consumer, retain the right to ensure the confidentiality of my personal information, as reinforced by 15 USC 6801. This statute underscores the obligation of financial institutions, including those providing information to credit agencies, to uphold customer privacy and safeguard their nonpublic personal information. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Tranunion, Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Further legal provisions, such as 15 USC 6802(b)(c), establish that a financial institution cannot disclose nonpublic personal information to nonaffiliated third parties without providing the consumer with an explanation of how they can opt out of such disclosure. However, the furnisher of information to credit agencies failed to inform me of my right to exercise this nondisclosure option.

Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. According to 15 U.S. Code § 1681s-2(A)(1) and 15 U.S. Code § 1681e, entities are prohibited from furnishing inaccurate information to consumer reporting agencies and must maintain reasonable procedures to ensure compliance with the statues governing the furnishing of consumer reports. Equifax and Experian's failure to uphold such reasonable procedures is evident in their actions. Additionally, 12 CFR § 1016.7 grants consumers the right to opt out of reporting services at any time, a right I am exercising now. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately." There was a failure to properly dismantle incorrect information as per my request. Additional information retrieved from the documentation. Transunion Account: Penn state shows two 30 day late payment back to back. Additionally all credit reporting should reflect the same exact information. There are no late payments reflecting on my Experian and Equifax Account: Greensky has a mark saying it meats FCRA requirements, but reflect as one on Equifax and is not reflecting on Experian. These should be deleted from the report. Equifax Account: Greensky information mismatch and incorrect information. See Transunion, and not showing on Experian. Greensky left a remark saying it met FCRA requirements and should be removed Experian Account: Avant is stated as closed, but

still reflects late payments. for 4+ months it's 90 days late. Account: Greensky left a remark saying it met FCRA requirements and should be removed With the prior CFPC cases and evidence provided is sufficient to enforce 15 U.S. Code § 1681n (a) (b) willfully failing to comply. They had full understanding of the violations after I complained the first time. Additionally a request to remove erroneous address was requested but never process. Attached are documents proving my current address. Given the prior Cases already filed I expect the updates to be applied within 10 days.

**ATTACHMENTS**

Image (5).jpg (2 MB)

Image (6).jpg (3.9 MB)

Exprian trans Equifax account doc and info.docx (414.4 KB)

Image (7).jpg (1.7 MB)

Image (4).jpg (4.4 MB)

View full complaint ⊕

❷ Sent to company

**STATUS**

Sent to company on 7/29/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

# Company still working

**STATUS**

Company response is in progress as of 7/30/2024

## The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

# Company responded

**STATUS**

Company responded on 9/6/2024

**RESPONSE TYPE**

Closed with non-monetary relief

DR 05/13/2025 (00KK03) 291.193330.1302/000

## Company's Response

After careful review, we have determined the information appearing in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days.

### DESCRIPTION OF NON-MONETARY RELIEF

In response to your request, the following actions were taken on your credit file: AVANT UPDATED BMOHARRISBK/GREENSKY VERIFIED AS REPORTED PENN STATE UPDATED



## Feedback requested

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 9/6/2024 | 11/5/2024 |

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.



## Closed

The CFPB has closed your complaint.

DR 05/13/2025 (00KK03) 292 199838 12037600

## Privacy Act Statement

OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

An official website of the United States Government

# cfpb

Consumer Financial
Protection Bureau    (https://www.consumerfinance.gov/)

‹ All complaints (.)

# 240616-14856040
CLOSED

## ● Submitted

**STATUS**
Submitted
to the
CFPB on
6/16/2024

**PRODUCT**
Credit
reporting
or other
personal
consumer
reports

**ISSUE**
Improper
use of
your
report

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer
  protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Start a new complaint

I am writing to assert my rights under the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99), which protects the privacy of student education records. Pursuant to FERPA, any public or private educational institution must obtain prior written consent from the student before disclosing that student's education records or personally identifiable information derived from those records. My student loan information constitutes part of my private education records governed by FERPA. As the student, I have not provided written consent for this information to be disclosed to your agency or any other third parties. Therefore, under the privacy protections guaranteed by FERPA, I demand that you refrain from reporting any student loan information or data relating to my education records on my consumer credit report. Doing so without my explicit consent would violate my statutory rights under this federal law. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. Please confirm receipt of this notice asserting my FERPA rights. Any violations may be reported to the U.S. Department of Education for investigation and enforcement. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately.

**ATTACHMENTS**

pennstate
transunion.pdf
(125.1 KB)

View full complaint ➕

## ❯ Sent to company

**STATUS**

Sent to company on
6/16/2024

DR 05/13/2025 (00KK03) Case 2:25-cv-02822-GJP   Document 1   Filed 06/02/25   Page 216 of 381

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 Company still
working

**STATUS**

Company response is
in progress as of
6/17/2024

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

## Company responded

**STATUS**

Company responded on 7/23/2024

**RESPONSE TYPE**

Closed with non-monetary relief

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days. We have mailed a copy of your TransUnion credit report to the current address we have on file for you.You can expect to receive it in approximately 7 business days

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. PENN STATE-VERIFIED AS REPORTED

## Feedback requested

**STATUS**

Feedback requested on 7/23/2024

**FEEDBACK DUE**

9/21/2024

DR 05/13/2025 (00KK03) 254.193938.1362/668

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

 Closed

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday (except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

11/17/24, 5:49 PM

Complaint Detail

An official website of the United States Government

An official website of the United States Government

 **cfpb** Consumer Financial
Protection Bureau   (https://www.consumerfinance.gov/)

Start a new complaint

‹ All complaints (.)

## 240907-15954205
**CLOSED**

## Submitted

| **STATUS** | **PRODUCT** | **ISSUE** |
| --- | --- | --- |
| Submitted to the CFPB on 9/7/2024 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Complaint Detail

All incorrect information has been highlighted in attached credit report. This is not a request to Validate DEBT. All information had been previously claimed accurate and verified from multiple CFPB reports and mail received. It was CLEARLY stated that incorrect information be deleted and pay $1000 per violations as a resolution. Instead, the bureaus ignored the resolution and with each iteration violated FCRA laws. CFPB – Complaint ID Transunion - – 240729-15375266 - 240616-14856040 - 240210-13278379 Equifax – 240210-13278264 - 240616-14856224 - 240729-15375603 Equifax - – 240210-13278380 - 240616-14856223 - 240729-15375603 Equifax - Avant – after multiple re-investigations and confirming the information is valid an accurate . Violation- 90 days late for more than 9 months Us state department - Goes from 150 days late for 15months - Goes from 150 days late to 120 for another 10 months From your own credit report document page 54. Failed to Delete inaccurate, incomplete information multiple times – See CFPB CASE numbers "Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days.

However, a consumer reporting agency may continue to report information it has verified as accurate." Experian Avant – after multiple re-investigations and confirming the information is valid an accurate . Violation- 90 days late for more than 9 months Transunion Penn state – account Information returned verified – by mail. Violation - – Account does not present on other credit reporting bureaus. Removed for inaccurate information - 30-day late payment for two months then a 90 days payment - inaccurate information From your own credit report document page 54. Failed to Delete inaccurate, incomplete information multiple times – See CFPB CASE numbers Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information. Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate PREVIOUS COMPLAIN - message As per the stipulations laid out in the Fair Credit Reporting Act under 15 USC 1681 section 602(a), it is emphasized that consumer reporting agencies must conduct their duties with fairness, impartiality, and utmost respect for consumers' privacy rights. Companies like Equifax and Experian fall under this category of consumer reporting agencies, while I, as the consumer, retain the right to ensure the confidentiality of my personal information, as reinforced by 15 USC 6801. This statute underscores the obligation of financial institutions, including those providing information to credit agencies, to uphold customer privacy and safeguard their nonpublic personal information. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Tranunion, Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Further legal provisions, such as 15 USC 6802(b)(c),

Complaint Detail

establish that a financial institution cannot disclose nonpublic personal information to nonaffiliated third parties without providing the consumer with an explanation of how they can opt out of such disclosure. However, the furnisher of information to credit agencies failed to inform me of my right to exercise this nondisclosure option. Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. According to 15 U.S. Code § 1681s-2(A)(1) and 15 U.S. Code § 1681e, entities are prohibited from furnishing inaccurate information to consumer reporting agencies and must maintain reasonable procedures to ensure compliance with the statutes governing the furnishing of consumer reports. Equifax and Experian's failure to uphold such reasonable procedures is evident in their actions. Additionally, 12 CFR § 1016.7 grants consumers the right to opt out of reporting services at any time, a right I am exercising now. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately." There was a failure to properly dismantle incorrect information as per my request. Additional information retrieved from the documentation. Transunion Account: Penn state shows two 30 day late payment back to back. Additionally, all credit reporting should reflect the same exact information. There are no late payments reflecting on my Experian and Equifax Account: Greensky has a mark saying it meets FCRA requirements but reflect as one on Equifax and is not reflecting on Experian. These should be deleted from the report. Equifax Account: Greensky information mismatch and incorrect information. See Transunion, and not showing on Experian. Greensky left a remark saying it met FCRA requirements and should be removed Experian Account: Avant is stated as closed, but still reflects late payments. for 4+ months it's 90 days late. Account: Greensky left a remark saying it met FCRA requirements and should be removed With the prior CFPC cases and evidence provided is sufficient to enforce 15 U.S. Code § 1681 n (a) (b) willfully failing to comply. They had full understanding of the violations after I complained the first time. Additionally a request to remove erroneous address was requested but never process. Attached are documents proving my current address. Given the prior Cases already filed I expect the updates to be applied within 10 days. Cc a.Consumer Financial Protection Bureau 1700 G Street, N.W. Washington, DC 20552 b.Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, NW Washington, DC 20580 (877) 382-4357

**ATTACHMENTS**

View Your
Report –
TransUnion
Credit
Report.pdf (8.8
MB)

Experian.pdf
(578.5 KB)

Equifax
creditReport_475039197B.pdf
(301 KB)

View full complaint ✚

● **Sent to company**

**STATUS**

Sent to company on
9/7/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in
progress and provide a final response in 60 days.

● **Company still
working**

**STATUS**

Company response is
in progress as of
9/8/2024

The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the

date we sent your complaint to the company.

## COMPANY'S INTERIM RESPONSE

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

> ## Company responded

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 10/16/2024 | Closed with non-monetary relief |

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days. The dispute investigation(s) that were initiated for the following account(s) and/or public record(s) have been cancelled at your request: AVANT

## DESCRIPTION OF NON-MONETARY RELIEF

In response to your request, the following actions were taken on your credit file: You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. BMOHARRISBK/GREENSKY VERIFIED AS REPORTED PENN STATE VERIFIED AS REPORTED

Complaint Detail

## ⊕ Feedback requested

**STATUS**
Feedback requested on 10/16/2024

**FEEDBACK DUE**
12/15/2024

### Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

## ⊗ Closed

The CFPB has closed your complaint.

Privacy Act Statement

OMB #3170-0011

## Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday

(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

# EXHIBIT C

## Correspondence with Credit Bureaus and Debt Collectors

**Submitted by:**
Malick-Fardy B. Traore, Pro Se
Reserving All Rights Without Prejudice
UCC 1-308 / 13 Pa.C.S. § 1308
2522 S Darien St, Philadelphia, PA 19148
malickft@gmail.com

# A V A N T

222 W Merchandise Mart Plaza, Ste. 900
Chicago, IL 60654
www.avant.com
800-712-5407

Date: 12/30/2024

Dear Malick Traore:

We are in receipt of your dispute on 12/24/2024

Please note that Avant currently is the servicer on your loan and began servicing your loan prior to any delinquency. Accordingly, Avant is not subject to the requirements of the federal Fair Debt Collection Practices Act in its capacity as servicer.  Avant complies with all applicable state laws, including any applicable state laws that require compliance with the Fair Debt Collection Practices Act.

In order to assist you in resolving any confusion, and to adhere to the type of higher service that our company prides itself on, please be advised that the balance remaining on your account as of 12/30/2024 is $2,507.25. A copy of your loan agreement is enclosed with this communication for your convenience. Please refer to your Avant dashboard for more information relating to your account.

Sincerely,
Avant, LLC

AVΔNT

222 W Merchandise Mart Plaza, Ste. 900
Chicago, IL 60654
www.avant.com
800-712-5407

Date: 1/16/2025

Dear Malick Traore:

We are in receipt of your dispute on 1/13/2025

Please note that Avant currently is the servicer on your loan and began servicing your loan prior to any delinquency. Accordingly, Avant is not subject to the requirements of the federal Fair Debt Collection Practices Act in its capacity as servicer. Avant complies with all applicable state laws, including any applicable state laws that require compliance with the Fair Debt Collection Practices Act.

In order to assist you in resolving any confusion, and to adhere to the type of higher service that our company prides itself on, please be advised that the past due balance due on your account as of 1/16/2025 is $1,055.20. The balance remaining on your account as of 1/16/2025 is $2,507.25. A copy of your loan agreement is enclosed with this communication for your convenience. Please refer to your Avant dashboard for more information relating to your account.

Sincerely,
Avant, LLC



AV△NT

222 W Merchandise Mart Plaza, Suite 900
Chicago, IL 60654
www.avant.com
800-712-5407

Date: 12/02/2024

Dear: Malick Traore,

We are in receipt of your dispute on 11/26/2024.

Please note that Avant currently is the servicer on your loan and began servicing your loan prior to any delinquency. Accordingly, Avant is not subject to the requirements of the federal Fair Debt Collection Practices Act in its capacity as servicer. Avant complies with all applicable state laws, including any applicable state laws that require compliance with the Fair Debt Collection Practices Act.

However, in order to assist you in resolving any confusion, and to adhere to the type of higher service that our company prides itself on, please be advised that the past due balance due on your account as of 12/2/2024 is $1,055.20. The balance remaining on your account as of 12/2/2024 is $2,507.25. A copy of your loan agreement is enclosed with this communication for your convenience. Please refer to your Avant dashboard for more information relating to your account.

Sincerely,
Avant, LLC

1

**EXHIBIT C**

**Furnisher & Credit Bureau Verification Failures**

**Overview**

This exhibit contains responses from credit bureaus and furnishers verifying disputed accounts without providing proper validation or correcting inaccuracies. These responses demonstrate a **pattern of willful noncompliance** with federal law.

Copies of these responses are attached to **Exhibit C** as evidence.

---

**Summary of Issues**

- Verified inaccurate information without proper documentation.
- Failed to conduct a reasonable reinvestigation.
- Continued reporting of charge-off balances after disputes.
- Provided misleading or contradictory statements regarding account ownership.

**Conclusion**

The attached verification letters and responses prove a **failure to correct errors** and comply with regulatory requirements.

This exhibit supports:

- **Immediate removal of inaccurate accounts.**
- **Damages for willful violations.**
- **Judicial intervention to enforce compliance.**

Copies of the full responses are attached to **Exhibit C** for court review.

DR 05/13/2025 (00KK03Y-96U-133930-1902Y668



P.O. Box 30287
Salt Lake City, UT 84130-0287

February 11, 2025

MALICK TRAORE
A
2522 S DARIEN ST
PHILADELPHIA, PA 19148

Re: Account ending in 1077
Case Number: 250205180171488

Dear MALICK TRAORE,

Thank you for contacting us about your Capital One® account.

We have removed your name and address from future Capital One credit offers. If your name was selected for any offers prior to this action, you might still receive them for the next few weeks. Our records indicate this account was charged off as an unpaid debt on 01/03/2025 due to non receipt of payment for 180 days. It is important to note that although the debt is charged-off, the balance is still owed.

If you have any questions, please give us a call at 1-800-258-9319. We're available Monday-Friday 8:00am-9:00pm ET.

Sincerely,

Capital One
Customer Care Team

© 2025 Capital One. Capital One is a federally registered service mark.

**Electronic Check Conversion.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your deposit account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

This is an attempt to collect this debt and any information obtained will be used for that purpose.

**For District of Columbia residents:**

You might have income or resources that are protected from being taken by debt collectors. These might include certain sources of income, funds, or property, including, but not limited to, Social Security, Supplemental Security Income (SSI), disability or unemployment benefits, veteran's benefits, or child support payments. If you believe your property or income may be protected, you may wish to seek legal advice, including at a legal services provider or legal aid office, before paying this debt.

**For Massachusetts residents:**

NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**For Puerto Rico Residents: You can request a copy of this document in Spanish.**

**Para Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.**

**Credit Reporting of Your Settled Account.** If we're reporting your account to the credit bureaus and you settle your account for less than the full balance, we'll update the account reporting to paid in full for less than the full balance.

**For New York City residents whose accounts have been charged off:** For our records, New York City law requires us to request your language preference. Please contact us at 1-800-258-9319 to advise us about your language preference. If you have already provided your language preference to us and would like to change it, please contact us at 1-800-258-9319 to do so. Please note that, as permitted by New York City law, we may not service your account in your preferred language.

**Bankruptcy.** If you are entitled to bankruptcy protections, this communication is only for informational purposes. It is not an attempt to collect, assess or recover a debt or claim. Do not send any payments directly to us without speaking with your attorney.

**Interest and Charges May Continue to Accrue.** All stated amounts are owed on the date of this communication. If your account has not charged off, and if applicable, your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

© 2025 Capital One. Capital One is a federally registered service mark.

CD0255/67abb7f89e7b3174a2d5ef55c:r:3



COL01551 40G4 IHG ZHG 07 20252211 PG 1 OF 5
0088668
5426086.1

**Time Period for Payment or Other Action.** Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

**IRS Reporting of Debt Forgiveness.** If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

**Who We Are.** Capital One, N.A.

To contact Capital One by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

Please be aware that we provide reasonable accommodations and alternative formats of this communication, which can be provided upon request. To make such a request or to learn more about our accommodations, please call us at the below number.

| Contact Information | |
|---|---|
| Credit Cards-Collections | Credit Cards-Charged Off |
| 1-800-955-6600 | 1-800-258-9319 |
| Mon-Fri: 8 a.m.-11 p.m. ET & | Mon-Fri: 8 a.m.-9 p.m. ET |
| Sat-Sun: 8 a.m.-5 p.m. ET | |

© 2025 Capital One. Capital One is a federally registered service mark.

# Capital One® Customer Agreement

## Welcome to Capital One

Thank you for opening a credit card account with us. This Customer Agreement ("Agreement") contains the terms of your agreement with Capital One.

## Definitions

The meanings of the terms you see in italics appear in the glossary section at the end of this Agreement.

As used here, "you," and "your" mean each applicant and co-applicant for the Account, any person responsible for paying the Account, and any person responsible for complying with this Agreement. "we," "us," "our," and "Capital One" mean Capital One Association, and its agents, authorized representatives, successors, and assignees.

## Account Documents

The following documents govern your Account with us:
(1) this Agreement;
(2) all Statements;
(3) any rewards program terms, conditions, and disclosures;
(4) any privacy notices;
(5) your Card benefits brochure which describes benefits provided by the Payment Card Network for your Account;
(6) all disclosures and materials provided to you before or when you opened your Account;
(7) any other documents and disclosures relating to your Account, including those provided online; and
(8) any future changes we make to any of the above.

Please read these carefully and keep them for future reference.

## New Offers

In the future, we may provide you with new offers that we think may interest you. The terms of these offers may differ from the standard terms on your Account. This Agreement will still apply.

## Account Information

We need information about you to manage your Account. This includes:
(1) your legal name;
(2) a valid U.S. mailing address and residential address (if different);
(3) your date of birth;
(4) your Social Security number or other government identification number;
(5) your telephone number(s); and
(6) your employment and income information.

You must tell us when this information changes. We may ask you for additional documents to verify any changes.

We may restrict or close your Account if we cannot verify your information, or if you do not provide it as requested.

## Your Revolving Credit Line and Spending

We will tell you your initial revolving credit line when you open your Account. We may increase or decrease your revolving credit line at any time without prior notice to you, unless notice is required by law, and we may raise limit or take away the credit available for Cash Advances.

You can find your current revolving credit line on your Statement. We may not authorize transactions in excess of your revolving credit line. We may consider each transaction that may cause you to exceed your revolving credit line based on several factors, including your performance on this Account and other credit accounts you have with us and your performance with other creditors. If we do authorize transactions in excess of your revolving credit line, they will be subject to this Agreement. This will not result in an increase of your revolving credit line.

## Using Your Account

(1) This Agreement applies whether or not you use your Card or Account. It will continue to apply even after your Card or Account is closed, as long as you have a balance.
(2) You must sign the Card immediately when you receive it.
(3) You must return the Card to us or destroy it if we ask you to.
(4) You must take reasonable steps to prevent the unauthorized use of your Card, Access Checks and Account.
(5) We may decline to authorize a transaction for any reason. This may occur even if the transaction would not cause you to go over your revolving credit line or your Account is not in default.
(6) We are not responsible for any losses you incur if we do not authorize a transaction.
(7) We are not responsible for any losses you incur if anyone refuses to accept your Card for any reason.
(8) Unless we tell you otherwise, we will bill each transaction to the applicable Segment of your Account. We will apply it against your available credit for that Segment.
(9) You may obtain Cash Advances and Transfers as permitted for your Account. You may not use these to pay any amount you owe us or any other company in the Capital One organization.
(10) You must not use, or try to use, the Card for any illegal activity. You are responsible for any charges if you do.
(11) We are not responsible for any losses that may result when our services are unavailable due to reasons beyond our control.

## Rewards

Your Account may provide you with the opportunity to earn rewards. If it does, we will separately provide you with information and terms about the rewards.


COR1S5JJ 6454 3018 284 87 2925H211 PG 2 OF 5
09098466
5426A006A.1

## Access Checks

We may provide you with *Access Checks*. If we do, we will tell you at the time if we consider them purchases, *Cash Advances* or *Special Transfers*.

Only the person we designate may use *Access Checks*. You may not use them to pay any amount you owe us or any other company in the Capital One organization. We may reject and not pay any *Access Check* if:

(1) your *Account* is past due, charged off, bankrupt, lost/stolen or closed;
(2) we suspect fraud;
(3) your *Account* is over the revolving credit line; or
(4) the check has expired, is damaged or cannot otherwise be processed.

Our liability if we do not pay an *Access Check* will never be more than (1) your actual damages or (2) the amount of the *Access Check*, whichever is less.

Use of an *Access Check* is not the same as using your *Card*. When you use an *Access Check*, you will have fewer rights to dispute merchant transactions than with uses of your *Card*. Please see the "Billing Rights Summary" on your *Statement* and your other *Truth-in-Lending Disclosures* for more information.

## Stopping Payment of Access Checks

You may request a stop payment on any *Access Check* by contacting Customer Service.

We will have a reasonable amount of time after your stop payment request to research and complete the stop payment. We will not be responsible if we cannot complete the stop payment. Reasons include:

(1) the *Access Check* was already paid;
(2) you do not give us the information we asked for; or
(3) the information you gave us was incorrect.

We do not have to release the stop payment order unless the account holder who made the request asks us to. If we re-credit your *Account* after a valid stop payment order, you give us all of your rights against the payee or other holder of the paid *Access Check*. You also agree to help us in any legal action we may later take against the payee or other holder of the check.

## Using a PIN

We may give you a personal identification number (PIN). For security reasons, you may have to provide the PIN before you are able to use your *Card*.

Keep your PIN secure. Do not write it down, give it to anyone, or keep it with your *Card*. If you lose your *Card* or believe the confidentiality of your PIN has been compromised for any reason, you must contact Customer Service immediately.

## Authorized Users

If you ask us to issue a *Card* to any other person,

they are an *Authorized User*. We may require certain information about them. We may limit their ability to use your *Card*. They may have access to certain information about your *Account*. You will be responsible for their use of the *Account* and anyone else they allow to use your *Account*, even if you did not want, or agree to, that use.

## Removing an Authorized User

If you want to remove an *Authorized User* from your *Account*, you must contact Customer Service and request their removal. You also must immediately destroy all *Cards* in their possession and cancel any arrangements they may have set up on your *Account*. They will be able to use your *Account* until you have notified us that you are removing them from your *Account*. During this time, you will still be responsible for all amounts they charge to your *Account*. You will be responsible even if these amounts do not appear on your *Account* until later.

*Authorized Users* may remove themselves from your *Account* upon request. We reserve the right to remove them from your *Account* for any reason. To remove them from your *Account*, we may close your existing *Account* and issue a new *Card* with a new *Account* number.

## Your Promise to Pay

You promise to pay us all amounts due on your *Account*. This includes amounts where you did not sign a purchase slip or other documents for the transaction. We will treat transactions made without presenting your actual *Card* (such as for mail, telephone, Internet, or mobile device purchases) the same as if you used the *Card* in person. If you let someone else use your *Card*, you are responsible for all transactions that person makes.

## Statements

We will generally send or make available to you one *Statement* for all *Cards* on your *Account* at the end of each *Billing Cycle*. Under certain circumstances, the law may not require us to send or make available to you a *Statement*, or may prohibit us from doing so.

## Disputed Transactions

You must inspect each *Statement* you receive. Tell us about any errors or questions you have, as described in the "Billing Rights Summary" on your *Statement* and other *Truth-in-Lending Disclosures*. If you do not notify us of an error, we will assume that all information on the *Statement* is correct.

If we credit your *Account* for all or part of a disputed transaction, you give us all of your rights against others regarding that transaction. You will also:

(1) give us any information about the disputed transaction, if we ask;
(2) not pursue any claim or reimbursement of the transaction amount from the merchant or any other person; and
(3) help us get reimbursement from others.

### No Warranties

We are not responsible for any claim you may have regarding the purchase of goods or services made with your *Card* beyond your rights described in the "Billing Rights Summary" on your *Statement*.

### Lost or Stolen Card

If your *Card* is lost or stolen or if you think someone else may be using your *Card* or *Account* number without your permission, you must contact Customer Service immediately. You will not be responsible for transactions on your *Account* that we find are unauthorized. If we reimburse you for unauthorized transactions, you will help us investigate, pursue and get reimbursement from the wrongdoer. Your help includes giving us documents in a form that we request.

### Interest Charges and Fees

We will charge *Interest Charges* and *Fees* to your *Account* as disclosed on your *Statement* and other *Truth-in-Lending Disclosures*. In general, *Interest Charges* begin to accrue from the day a transaction occurs. However, we will not charge you interest on any new transactions posted to the purchase *Segment* of your *Account* if you paid the total balance across all of your *Account* in full by the due date on your *Statement* each month. From time to time, we may give you offers that allow you to pay less than the total balance and avoid *Interest Charges* on new purchase *Segment* transactions. If we do, we will provide details in the specific offer.

We will generally treat *Fees* as purchase transactions unless otherwise specified below. These *Fees* apply to your *Account* only if your *Truth-in-Lending Disclosures* provide for them. We may increase your *Interest Charges* and *Fees* as described in the *Changes to Your Agreement* section or in your *Truth-in-Lending Disclosures*.

### Membership Fee

If your *Account* has a membership *Fee*, we may charge the first membership *Fee* either on the day you activate your *Card* or on the day when you use your *Account*, whichever occurs first. If your *Account* terms include a $0 introductory *Fee*, we may charge the first *Fee* when the introductory period ends. If it is an annual *Fee*, we may then charge it approximately once per year. If it is a monthly *Fee*, we may charge it each *Billing Cycle*.

### Late Payment Fee

We may charge you this *Fee* if we do not receive your payment as instructed on your *Statement* by the payment due date.

### Returned Payment Fee

We may charge you this *Fee* each time your financial institution for any reason rejects a payment you make to us.

### Stop Payment Fee

We may charge you this *Fee* each time you ask us to (1) stop payment on an *Access Check* or (2) renew an existing stop payment order.

### Cash Advance Fee

We may charge you this *Fee* each time you take out a *Cash Advance*. We will treat this *Fee* as a *Cash Advance* transaction.

### Transfer Fee

We may charge you this *Fee* each time you make a *Transfer*. We will charge the *Fee* to the same *Segment* where we post the *Transfer*.

### Transactions Made in Foreign Currencies

If you make a transaction in a foreign currency, the *Payment Card Network* will convert it into a U.S. dollar amount. The *Payment Card Network* will use its own currency conversion procedures. The conversion rate in effect on the processing date may differ from the rate in effect on the transaction date that appears on your *Statement*. We do not adjust the currency exchange rate or charge any currency conversion *Fees*.

### Minimum Payment

You must pay us at least the minimum payment amount by the payment due date. Your *Statement* will tell you:
(1) the minimum payment due,
(2) your new balance,
(3) the payment due date, and
(4) an explanation of when the payment must reach us for us to consider it received as of that date.

Returns and other credits to your *Account* will reduce your *Account* balance, but they will not change your minimum payment amount.

In addition to the minimum payment, you may pay all or part of the total balance on your *Account*. But, you must still pay at least the minimum payment amount each month, even if you paid more than the minimum payment due on the previous *Statement*. We will continue to charge *Interest Charges* during *Billing Cycles* when you carry a balance regardless of whether your *Statement* includes a minimum payment that is due. If your *Account* is 180 days past due, as part of a bankruptcy proceeding or is otherwise charged off, the total balance is immediately due and payable.

### Making Payments

Your payment must be made in U.S. dollars from a U.S. deposit account in a form acceptable to us. We do not accept cash payments through the mail. You may not make payments with funds from your *Account* or any other credit account with us or any other company in the Capital One organization. You must send mailed payments to us as instructed on your *Statement*, unless we tell you otherwise.

COVELLI 4456 3610 ENT 07 28292111 PG 3 OF 5
54260064.1


## Other Payment Services

We may make services available that allow you to make faster or recurring payments on ine or by telephone. We will describe the terms for using these services and any applicable *Fee* before you use them. You do not have to use these other payment services.

We are not responsible if your financial institution rejects a payment made using our payment services.

If you ask someone else to make a payment for you, we may provide that person with limited *Account* information necessary to set up and process that payment. We may also refuse to accept that payment. If we do accept it, you will be responsible for that payment even if a financial institution rejects it.

## Payment Processing

We may accept and process payments without losing any of our rights. We may delay the availability of credit until we confirm that your payment has cleared. This may happen even if we credit your payment to your *Account*. We may resubm: and collect returned payments electronically. If necessary, we may adjust your *Account* to correct errors, process returned and reversed payments, and handle similar issues.

When you send us an *Item* as payment, you authorize us to make a one-time electronic fund transfer from your deposit account. You also authorize us to process the payment as an *Item*. We may withdraw the funds from your deposit account as early as the same day we receive your payment. You will not receive your *Item* back from your bank. We will provide additional information about this process on your *Statement*.

We may use the information from an *Item* to create an electronic image. We may collect and return the image electronically. This electronic image may also be converted to a substitute check and may be processed in the same way we would process an *Item*. We will not be responsible if an *Item* you provide has physical features that when imaged result in it not being processed as you intended.

## How We Apply Your Payments

Your *Account* may have *Segments* with different Annual Percentage Rates (APR). For example, purchases may have a lower APR than *Cash Advances*. If your *Account* has *Segment* balances with different APRs, here is how we apply payments in a *Billing Cycle*:

(1) We generally apply credits and payments up to your minimum payment first to the balance with the lowest APR, and then to balances with higher APRs.
(2) We apply any part of your payment exceeding your minimum payment to the balance with the highest APR, and then to balances with lower APRs.

## Items with Restrictive Words, Conditions, or Instructions

You must mail all *Items* bearing restrictive words, conditions, imitations, or special instructions to:

Capital One
PO Box 1330
Charlotte, NC 28201-1330

This includes *Items* marked "Paid in Full" or similar language. This also includes all accompanying communications.

If you make such a payment or send any accompanying communications to any other address, we may reject it and return it to you. We may also accept it and process it without losing any of our rights.

## Credit Balances

We may reject and return any payment that creates or adds to a credit balance on your *Account*. Any credit balance we allow will not be available until we confirm that your payment has cleared. We may reduce the amount of any credit balance by any new charges. You may write to the address provided on your *Statement* or call Customer Service to request a refund of any available credit balance.

## Account Default

You will be in default if:

(1) you do not make any payment when it is due;
(2) any payment you make is rejected, not paid or cannot be processed;
(3) you file or become the subject of a bankruptcy or insolvency proceeding;
(4) you are unable or unwilling to repay your obligations, including upon death or legally declared incapacity;
(5) we determine that you made a false, incomplete or misleading statement to us, or you otherwise tried to defraud us;
(6) you do not comply with any term of this Agreement or any other agreement with us; or
(7) you permanently reside outside the United States.

If you are in default, we may take certain actions with respect to your *Account*. For example, depending on the default, we may take the following actions, without notifying you, unless the law says that we must give you notice:

(1) charge you *Fees*, or change the APRs and *Fees* on your *Account*, if provided in your *Truth-in-Lending Disclosures*;
(2) close or suspend your *Account*;
(3) lower your revolving credit line;
(4) demand that you immediately pay the total balance owing on your *Account*;
(5) continue to charge you *Interest Charges* and *Fees* as long as your balance remains outstanding; and/or
(6) file a lawsuit against you, or pursue another action that is not prohibited by law. If we file a lawsuit, you agree to pay our court costs, expenses and attorney fees, unless the law does not allow us to collect these amounts

## Communications

You agree that we may communicate with you by mail, telephone, email, fax, prerecorded message, automated voice, text message or other means allowed by law regarding your Account.

You agree that we may contact you at any telephone number (including a mobile telephone number that you provide us), and use an automated telephone dialing system or similar device to do so. You agree that we may monitor or record any conversation or other communication with you.

## Credit Reports

We may report information about your Account to credit bureaus and others. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. Information we provide may appear on your and the Authorized Users' credit reports.

If you believe that we have reported inaccurate information about your Account to a credit bureau or other consumer reporting agency, notify us in writing at PO Box 30281, Salt Lake City, UT 84130-0281. When you write, tell us the specific information that you believe is incorrect and why you believe it is incorrect.

We may obtain and use credit, income and other information about you from credit bureaus and others as the law allows.

## Closing or Suspending Your Account

You may contact Customer Service to ask us to close your Account.

We may close or suspend your Account at any time and for any reason permitted by law, even if you are not in default.

If we close or suspend your Account for any reason, you must stop using your Card. You must also cancel all billing arrangements set up on the Account. If we close or permanently suspend your Account, you must return or destroy all Cards. You must still pay all amounts you owe on the Account.

## Changes to Your Agreement

At any time, we may add, delete or change any term of this Agreement, unless the law prohibits us from doing so. We will give you notice of any changes as required by law. We may notify you of changes on your Statement or in a separate notice. Our notice will tell you when and how the changes will take effect. The notice will describe any rights you have in connection with the changes.

Your variable APRs (if applicable) can go up or down as the Index for the rate goes up or down. If we increase your APRs for any other reason, or if we change your Fees or other terms of your Account, we will notify you as required by law.

## The Law That Applies to Your Agreement

We make decisions to grant credit and issue you a Card from our offices in Virginia. This Agreement is governed by applicable federal law and by Virginia law. If any part of this Agreement is unenforceable, the remaining parts will remain in effect.

## Waiver

We will not lose any of our rights if we delay or choose not to take any action for any reason. We may waive our right without notifying you. For example, we may waive your Interest Charges or Fees without waiving our right to charge them in the future.

## Assignment

This Agreement will be binding on, and benefit, any of your and our successors and assigns. You may not sell, assign or transfer your Account or this Agreement to someone else without our written permission.

We may sell, assign or transfer your Account and this Agreement without your permission and without prior notice to you. Any assignee or assignees will take our place under this Agreement. You must pay them and perform all of your obligations to perform and not us. If you pay us after we notify you that we have transferred your Account, we can return the payment to you, forward the payment to the assignee, or handle it in another way that is reasonable.

## Glossary

"Access Check" means any check we send to you to access credit from your Account. We may also refer to an Access Check as a "convenience check", or a "purchase check".

"Account" means your Card Account with us.

"Authorized User" means a person who may use the Card, but is not responsible for the repayment of the Account.

"Balance Transfer" means a Transfer posted to the purchase Segment of your Account unless otherwise described in your Truth-in-Lending Disclosures.

"Billing Cycle" means the period of time reflected on a Statement. This period may vary in length, but is approximately 30 days. You will have a Billing Cycle even if a Statement is not required. We will often specify a Billing Cycle by the month in which its closing date occurs. For example, a "March Billing Cycle" will have a closing date in March. We may also refer to a Billing Cycle as a "Billing Period." If your Account balance has charged off, we may switch to quarterly Billing Cycles for your Account.

"Card" means any Capital One credit card associated with your Account. This includes all renewals and substitutions. It also means any other access device for your Account that we give you that allows you to obtain credit, including any Account number.



COLR153J 6456 3018 204 07 2025021I PG 4 OF 5
00000660 54256066.1 8-8

- **"Cash Advance"** means a loan in cash or things we consider cash equivalents, including wire transfers, travelers' checks, money orders, foreign currency, lottery tickets, gaming chips, and wagers. We post *Cash Advances* to the *Cash Advance Segment* of your *Account* and not to your purchase *Segment*.

- **"Fees"** means charges imposed on your *Account* not based on the Annual Percentage Rates.

- **"Interest Charges"** means any charges to your *Account* based on the application of Annual Percentage Rates.

- **"Item"** means a check, draft, money order or other negotiable instrument you use to pay your *Account*. This includes any image of these instruments. This does not include an *Access Check*.

- **"Payment Card Network"** means the network provider displayed on your *Card*. This may be Visa Inc., MasterCard International Incorporated, or any other network provider.

- **"Segments"** means the different parts of your *Account* we may establish that are subject to unique APRs, pricing, or other terms. We create these parts of your *Account* for such things as your purchases, *Balance Transfers*, *Cash Advances* and *Special Transfers*. The sum of your *Segment* balances equals your total *Account* balance.

- **"Special Transfer"** means a *Transfer* posted to a *Segment* of your *Account* that is not your purchase *Segment* or *Cash Advance Segment*.

- **"Statement"** means a document showing important *Account* information, including all transactions billed to your *Account* during a *Billing Cycle* and information about what you must pay. We may also refer to your *Statement* as a "Periodic *Statement*" or a "Billing *Statement*".

- **"Transfers"** means amounts transferred from other accounts to this *Account* and includes *Balance Transfers* and *Special Transfers*.

- **"Truth-in-Lending Disclosures"** means disclosures that the federal Truth in Lending Act and Regulation Z require for any *Account*. This includes your application and solicitation disclosures, *Account* opening disclosures, subsequent disclosures, *Statements*, and change in terms notices.



© 2014 Capital One
Capital One is a federally registered service mark.
All rights reserved.

COF Customer Agreement 358



P.O. Box 30287
Salt Lake City, UT 84130-0287

February 11, 2025

MALICK TRAORE
A
2522 S DARIEN ST
PHILADELPHIA, PA 19148

Re: Account ending in 1077
Case Number: 250205180171488

Dear MALICK TRAORE,

Thank you for contacting us about your Capital One® account.

We have removed your name and address from future Capital One credit offers. If your name was selected for any offers prior to this action, you might still receive them for the next few weeks. Our records indicate this account was charged off as an unpaid debt on 01/03/2025 due to non receipt of payment for 180 days. It is important to note that although the debt is charged-off, the balance is still owed.

If you have any questions, please give us a call at 1-800-258-9319. We're available Monday-Friday 8:00am-9:00pm ET.

Sincerely,

Capital One
Customer Care Team

© 2025 Capital One. Capital One is a federally registered service mark.

DR 05/13/2025 (00KK03)-307-199988-120076022



**Electronic Check Conversion.** When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your deposit account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your deposit account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution. Your authorization is not limited by the date on the check.

This is an attempt to collect this debt and any information obtained will be used for that purpose.

**For District of Columbia residents:**

You might have income or resources that are protected from being taken by debt collectors. These might include certain sources of income, funds, or property, including, but not limited to, Social Security, Supplemental Security Income (SSI), disability or unemployment benefits, veteran's benefits, or child support payments. If you believe your property or income may be protected, you may wish to seek legal advice, including at a legal services provider or legal aid office, before paying this debt.

**For Massachusetts residents:**

NOTICE OF IMPORTANT RIGHTS. YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**For Puerto Rico Residents:** You can request a copy of this document in Spanish. **Para Residentes de Puerto Rico: Pueden solicitar una copia de este documento en Español.**

**Credit Reporting of Your Settled Account.** If we're reporting your account to the credit bureaus and you settle your account for less than the full balance, we'll update the account reporting to paid in full for less than the full balance.

**For New York City residents whose accounts have been charged off:** For our records, New York City law requires us to request your language preference. Please contact us at 1-800-258-9319 to advise us about your language preference. If you have already provided your language preference to us and would like to change it, please contact us at 1-800-258-9319 to do so. Please note that, as permitted by New York City law, we may not service your account in your preferred language.

**Bankruptcy.** If you are entitled to bankruptcy protections, this communication is only for informational purposes. It is not an attempt to collect, assess or recover a debt or claim. Do not send any payments directly to us without speaking with your attorney.

**Interest and Charges May Continue to Accrue.** All stated amounts are owed on the date of this communication. If your account has not charged off, and if applicable, your account may be charged interest, late charges and other charges that might change from day to day as provided in your agreement. As a result, the amount due on the day you pay us may be larger than the amount stated in this communication. For example, if you pay the amount stated in this communication, your account might still have a balance after we receive your payment. If your account has already charged off, you will not incur any additional interest or fees.

© 2025 Capital One. Capital One is a federally registered service mark.



CO0255/67abb3ff9e7b317442d5ef55/P.Y 3

COLRISI.I 4561 3918 236 07 24292211 PG 1 OF 5
01860664
5629846.I.1
8-8

**Time Period for Payment or Other Action.** Unless we provide a specific date, any time period for your payment or other action begins on the date of this communication.

**IRS Reporting of Debt Forgiveness.** If we cancel or forgive $600 or more of principal on a debt you owe we will provide you a 1099-C tax form, if required by law. Please consult your tax advisor and the instructions accompanying any tax forms for more information.

**Who We Are.** Capital One, N.A.

To contact Capital One by mail, please use the following address: Capital One, P.O. Box 30285, Salt Lake City, Utah 84130-0285.

Please be aware that we provide reasonable accommodations and alternative formats of this communication, which can be provided upon request. To make such a request or to learn more about our accommodations, please call us at the below number.

| Contact Information | |
|---|---|
| Credit Cards-Collections | Credit Cards-Charged Off |
| 1-800-955-6600 | 1-800-258-9319 |
| Mon-Fri: 8 a.m.-11 p.m. ET & | Mon-Fri: 8 a.m.-9 p.m. ET |
| Sat-Sun: 8 a.m.-5 p.m. ET | |

© 2025 Capital One  Capital One is a federally registered service mark.

CD0255/67abb3ff9e7b317442d5ef55/P:Y 4

# Capital One® Customer Agreement

## Welcome to Capital One

Thank you for opening a credit card account with us. This Customer Agreement, including any changes to it ("Agreement") contains the terms of your agreement with Capital One.

## Definitions

The meanings of the terms you see in italics appear in the glossary section at the end of this Agreement.

As used here, "you," and "your" mean each applicant and co-applicant for the Account; and any person responsible for paying the Account; and any person responsible for complying with this Agreement. "We," "us," "our," and "Capital One" mean Capital One, National Association, and its agents, authorized representatives, successors, and assignees.

## Account Documents

The following documents govern your Account with us:
(1) this Agreement;
(2) all Statements;
(3) any rewards program terms, conditions, and disclosures;
(4) any privacy notices;
(5) your Card benefits brochure which describes benefits provided by the Payment Card Network for your Account;
(6) all disclosures and materials provided to you before or when you opened your Account;
(7) any other documents and disclosures relating to your Account, including those provided online; and
(8) any future changes we make to any of the above.

Please read these carefully and keep them for future reference.

## New Offers

In the future, we may provide you with new offers that we think may interest you. The terms of these offers may differ from the standard terms on your Account. This Agreement will still apply.

## Account Information

We need information about you to manage your Account. This includes:
(1) your legal name;
(2) a valid U.S. mailing address and residential address (if different);
(3) your date of birth;
(4) your Social Security number or other government identification number;
(5) your telephone number(s); and
(6) your employment and income information.

You must tell us when this information changes. We may ask you for additional documents to verify any changes.

We may restrict or close your Account if we cannot verify your information, or if you do not provide it as requested.

## Your Revolving Credit Line and Spending

We will tell you your initial revolving credit line when you open your Account. We may increase or decrease your revolving credit line at any time without prior notice to you, unless notice is required by law, and we may may limit or take away the credit available for Cash Advances. You can find your current revolving credit line on your Statement. We may not authorize transactions in excess of your current revolving credit line. We may consider each transaction that may cause you to exceed your revolving credit line based on several factors, including your performance on this Account and other credit accounts you have with us and your performance with other creditors. If we do authorize transactions in excess of your revolving credit line, they will be subject to this Agreement. They will not result in an increase of your revolving credit line.

## Using Your Account

(1) This Agreement applies whether or not you use your Card or Account. It will continue to apply even after your Account is closed, as long as you have a balance.
(2) You must sign the Card immediately when you receive it.
(3) You must return the Card to us or to destroy it if we ask you to.
(4) You must take reasonable steps to prevent the unauthorized use of your Card, Access Checks and Account.
(5) We may decline to authorize a transaction for any reason. This may occur even if the transaction would not cause you to go over your revolving credit line or your Account is not in default.
(6) We are not responsible for any losses you incur if we do not authorize a transaction.
(7) We are not responsible for any losses you incur if anyone refuses to accept your Card for any reason.
(8) Unless we tell you otherwise, we will bill each transaction to the applicable Segment of your Account. We will apply it against your available credit for that Segment.
(9) You may obtain Cash Advances and Transfers as permitted for your Account. You may not use these to pay any amount you owe us or any other company in the Capital One organization.
(10) If you must not use, or try to use, the Card for any illegal activity. You are responsible for any charges if you do.
(11) We are not liable for any losses that may result when our services are unavailable due to reasons beyond our control.

## Rewards

Your Account may provide you with the opportunity to earn rewards. If it does, we will separately provide you with information and terms about the rewards.

COR1531J 4956 5018 ZN4 87 2E25N211 PG 2 OF 5
00000668
54224096.1 0-0

## Access Checks

We may provide you with *Access Checks*. If we do, we will tell you at the time if we consider them purchases, *Cash Advances* or *Special Transfers*.

Only the person we designate may use *Access Checks*. You may not use them to pay any amount you owe us or any other company in the Capital One organization. We may reject and not pay any *Access Check* if:

(1) your *Account* is past due, charged off, bankrupt, lost/ stolen or closed;
(2) we suspect fraud;
(3) your *Account* is over the revolving credit line; or
(4) the check has expired, is damaged or cannot otherwise be processed.

Our liability if we do not pay an *Access Check* will never be more than (1) your actual damages or (2) the amount of the *Access Check*, whichever is less.

Use of an *Access Check* is not the same as using your *Card*. When you use an *Access Check*, you will have fewer rights to dispute merchant transactions than with uses of your *Card*. Please see the "Billing Rights Summary" on your *Statement* and your other *Truth-in-Lending Disclosures* for more information.

## Stopping Payment of Access Checks

You may request a stop payment on any *Access Check* by contacting Customer Service.

We will have a reasonable amount of time after your stop payment request to research and complete the stop payment. We will not be responsible if we cannot complete the stop payment. Reasons include:

(1) the *Access Check* was already paid;
(2) you do not give us the information we asked for; or
(3) the information you gave us was incorrect.

We do not have to release the stop payment order unless the account holder who made the request asks us to. If we re-credit your *Account* after a valid stop payment order, you give us all of your rights against the payee or other holder of the paid *Access Check*. You also agree to help us in any legal action we may later take against the payee or other holder of the check.

## Using a PIN

We may give you a personal identification number (PIN). For security reasons, you may have to provide the PIN before you are able to use your *Card*.

Keep your PIN secure. Do not write it down, give it to anyone, or keep it with your *Card*. If you lose your *Card* or believe the confidentiality of your PIN has been compromised for any reason, you must contact Customer Service immediately.

## Authorized Users

If you ask us to issue a *Card* to any other person,

they are an *Authorized User*. We may require certain information about them. We may limit their ability to use your *Card*. They may have access to certain information about your *Account*. You will be responsible for their use of the *Account* and anyone else they allow to use your *Account*, even if you did not want, or agree to, that use.

## Removing an Authorized User

If you want to remove an *Authorized User* from your *Account*, you must contact Customer Service and request their removal. You also must immediately destroy all *Cards* in their possession and cancel any arrangements they may have set up on your *Account*. They will be able to use your *Account* until you have notified us that you are removing them from your *Account*. During this time, you will still be responsible for all amounts they charge to your *Account*. You will be responsible even if these amounts do not appear on your *Account* until later.

*Authorized Users* may remove themselves from your *Account* upon request. We reserve the right to remove them from your *Account* for any reason. To remove them from your *Account*, we may close your existing *Account* and issue a new *Card* with a new *Account* number.

## Your Promise to Pay

You promise to pay us all amounts due on your *Account*. This includes amounts where you did not sign a purchase slip or other documents for the transaction. We will treat transactions made without presenting your actual *Card* (such as for mail, telephone, Internet, or mobile device purchases) the same as if you used the *Card* in person. If you let someone else use your *Card*, you are responsible for all transactions that person makes.

## Statements

We will generally send or make available to you one *Statement* for all *Cards* on your *Account* at the end of each *Billing Cycle*. Under certain circumstances, the law may not require us to send or make available to you a *Statement*, or may prohibit us from doing so.

## Disputed Transactions

You must inspect each *Statement* you receive. Tell us about any errors or questions you have, as described in the "Billing Rights Summary" on your *Statement* and other *Truth-in-Lending Disclosures*. If you do not notify us of an error, we will assume that all information on the *Statement* is correct.

If we credit your *Account* for all or part of a disputed transaction, you give us all of your rights against others regarding that transaction. You will also:

(1) give us any information about the disputed transaction, if we ask;
(2) not pursue any claim or reimbursement of the transaction amount from the merchant or any other person; and
(3) help us get reimbursement from others.

**No Warranties**

We are not responsible for any claim you may have regarding the purchase of goods or services made with your Card beyond your rights described in the "Billing Rights Summary" on your Statement.

**Lost or Stolen Card**

If your Card is lost or stolen or if you think someone else may be using your Card or Account number without your permission, you must contact Customer Service immediately. You will not be responsible for transactions on your Account that we find are unauthorized.

If we reimburse you for unauthorized transactions, you will help us investigate, pursue and get reimbursement from the wrongdoer. Your help includes giving us documents in a form that we request.

**Interest Charges and Fees**

We will charge Interest Charges and Fees to your Account as disclosed on your Statement and other Truth-in-Lending Disclosures. In general, Interest Charges begin to accrue from the day a transaction occurs. However, we will not charge you interest on of your Account if you paid the total balance across all Segments of your Account in full by the date on your Statement each month. From time to time, we may give you offers that allow you to pay less than the total balance and avoid Interest Charges on new purchase Segment transactions. If we do, we will provide details in the specific offer.

We will generally treat Fees as purchase transactions unless otherwise specified below. These Fees apply to your Account only if your Truth-in-Lending Disclosures provide for them. We may increase your Interest Charges and Fees as described in the Changes to Your Agreement section or in your Truth-in-Lending Disclosures.

**Membership Fee**

If your Account has a membership Fee, we may charge the first membership Fee either on the day you activate your Card or on the day when you use your Account, whichever occurs first. If your Account terms include a $0 introductory Fee, we may charge the first Fee when the introductory period ends. If it is an annual Fee, we may then charge it approximately once per year. If it is a monthly Fee, we may charge it each Billing Cycle.

**Late Payment Fee**

We may charge you this Fee if we do not receive your payment as instructed on your Statement by the payment due date.

**Returned Payment Fee**

We may charge you this Fee each time your financial institution for any reason rejects a payment you make to us.

**Stop Payment Fee**

We may charge you this Fee each time you ask us to (1) stop payment on an Access Check or (2) renew an existing stop payment order.

**Cash Advance Fee**

We may charge you this Fee each time you take out a Cash Advance. We will treat this Fee as a Cash Advance transaction.

**Transfer Fee**

We may charge you this Fee each time you make a Transfer. We will charge the Fee to the same Segment where we post the Transfer.

**Transactions Made in Foreign Currencies**

If you make a transaction in a foreign currency, the Payment Card Network will convert it into a U.S. dollar amount. The Payment Card Network will use its own currency conversion procedures. The conversion rate in effect on the processing date may differ from the rate in effect on the transaction date that appears on your Statement. We do not adjust the currency exchange rate or charge any currency conversion Fees.

**Minimum Payment**

You must pay us at least the minimum payment amount by the payment due date. Your Statement will tell you:
(1) the minimum payment due,
(2) your new balance,
(3) an explanation of when the payment must reach us for us to consider it received as of that date.

Returns and other credits to your Account will reduce your Account balance, but they will not change your minimum payment amount.

In addition to the minimum payment, you may pay all or part of the total balance on your Account. But, you must still pay at least the minimum payment amount each month, even if you paid more than the minimum payment due on the previous Statement. We will continue to charge Interest Charges during Billing Cycles when you carry a balance regardless of whether your Statement includes a minimum payment that is due. If your Account is 180 days past due, is part of a bankruptcy proceeding or is otherwise charged off, the total balance is immediately due and payable.

**Making Payments**

Your payment must be made in U.S. dollars from a U.S. deposit account in a form acceptable to us. We do not accept cash payments through the mail. You may not make payments with funds from your Account or any other credit account with us or any other company in the Capital One organization. You must send mailed payments to us, as instructed on your Statement, unless we tell you otherwise.


COF1531J 6456 5818 296 87 2BZ59211 PO 5 OF 5
00000063 5425A66c.1

## Other Payment Services

We may make services available that allow you to make faster or recurring payments on line or by telephone. We will describe the terms for using these services and any applicable *Fee* before you use them. You do not have to use these other payment services.

We are not responsible if your financial institution rejects a payment made using our payment services.

If you ask someone else to make a payment for you, we may provide that person with limited *Account* information necessary to set up and process that payment. We may also refuse to accept that payment. If we do accept it, you will be responsible for that payment even if a financial institution rejects it.

## Payment Processing

We may accept and process payments without losing any of our rights. We may delay the availability of credit until we confirm that your payment has cleared. This may happen even if we credit your payment to your *Account*. We may resubmit and collect returned payments electronically. If necessary, we may adjust your *Account* to correct errors, process returned and reversed payments, and handle similar issues.

When you send us an *Item* as payment, you authorize us to make a one-time electronic fund transfer from your deposit account. You also authorize us to process the payment as an *Item*. We may withdraw the funds from your deposit account as early as the same day we receive your payment. You will not receive your *Item* back from your bank. We will provide additional information about this process on your *Statement*.

We may use the information from an *Item* to create an electronic image. We may collect and return the image electronically. This electronic image may also be converted to a substitute check and may be processed in the same way we would process an *Item*. We will not be responsible if an *Item* you provide has physical features that when imaged result in it not being processed as you intended.

## How We Apply Your Payments

Your *Account* may have *Segments* with different Annual Percentage Rates (APR). For example, purchases may have a lower APR than *Cash Advances*. If your *Account* has *Segment* balances with different APRs, here is how we apply payments in a *Billing Cycle*:

(1) We generally apply credits and payments up to your minimum payment first to the balance with the lowest APR, and then to balances with higher APRs.
(2) We apply any part of your payment exceeding your minimum payment to the balance with the highest APR, and then to balances with lower APRs.

## Items with Restrictive Words, Conditions, or Instructions

You must mail all *Items* bearing restrictive words, conditions, limitations, or special instructions to:

Capital One
PO Box 1330
Charlotte, NC 28201-1330

This includes *Items* marked "Paid in Full" or similar language. This also includes all accompanying communications.

If you make such a payment or send any accompanying communications to any other address, we may reject it and return it to you. We may also accept it and process it without losing any of our rights.

## Credit Balances

We may reject and return any payment that creates or adds to a credit balance on your *Account*. Any credit balance we allow will not be available until we confirm that your payment has cleared. We may reduce the amount of any credit balance by any new charges. You may write to the address provided on your *Statement* or call Customer Service to request a refund of any available credit balance.

## Account Default

You will be in default if:

(1) you do not make any payment when it is due;
(2) any payment you make is rejected, not paid or cannot be processed;
(3) you file or become the subject of a bankruptcy or insolvency proceeding;
(4) you are unable or unwilling to repay your obligations, including upon death or legally declared incapacity;
(5) we determine that you made a false, incomplete or misleading statement to us, or you otherwise tried to defraud us;
(6) you do not comply with any term of this Agreement or any other agreement with us; or
(7) you permanently reside outside the United States.

If you are in default, we may take certain actions with respect to your *Account*. For example, depending on the default, we may take the following actions, without notifying you, unless the law says that we must give you notice:

(1) charge you *Fees*, or change the APRs and *Fees* on your *Account*, if provided in your *Truth-in-Lending Disclosures*;
(2) close or suspend your *Account*;
(3) lower your revolving credit line;
(4) demand that you immediately pay the total balance owing on your *Account*;
(5) continue to charge you *Interest Charges* and *Fees* as long as your balance remains outstanding; and/or
(6) file a lawsuit against you, or pursue another action that is not prohibited by law. If we file a lawsuit, you agree to pay our court costs, expenses and attorney fees, unless the law does not allow us to collect these amounts

**Communications**

You agree that we may communicate with you by mail, telephone, email, fax, prerecorded message, automated voice, text message or other means allowed by law regarding your Account.

You agree that we may contact you at any telephone number (including a mobile telephone number that you provide us), and use an automated telephone dialing system or similar device to do so. You agree that we may monitor or record any conversation or other communication with you.

**Credit Reports**

We may report information about your Account to credit bureaus and others. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report. Information we provide may appear on your and the Authorized Users' credit reports.

If you believe that we have reported inaccurate information about your Account to a credit bureau or other consumer reporting agency, notify us in writing at PO Box 30281, Salt Lake City, UT 84130-0281. When you write, tell us the specific information that you believe is incorrect and why you believe it is incorrect.

We may obtain and use credit, income and other information about you from credit bureaus and others as the law allows.

**Closing or Suspending Your Account**

You may contact Customer Service to ask us to close your Account.

We may close or suspend your Account at any time and for any reason permitted by law, even if you are not in default.

If we close or suspend your Account for any reason, you must stop using your Card. You must also cancel all billing arrangements set up on the Account. If we close or permanently suspend your Account, you must return or destroy all Cards. You must still pay us all amounts you owe on the Account.

**Changes to Your Agreement**

At any time, we may add, delete or change any term of this Agreement, unless the law prohibits us from doing so. We will give you notice of any changes as required by law. We may notify you of changes on your Statement or in a separate notice. Our notice will tell you when and how the changes will take effect. The notice will describe any rights you have in connection with the changes.

Your variable APRs (if applicable) can go up or down as the index for the rate goes up or down. If we increase your APRs for any other reason, or if we change your Fees or other terms of your Account, we will notify you as required by law.



**The Law That Applies to Your Agreement**

We make decisions to grant credit and issue you a Card from our offices in Virginia. This Agreement is governed by applicable federal law and by Virginia law. If any part of this Agreement is unenforceable, the remaining parts will remain in effect.

**Waiver**

We will not lose any of our rights if we delay or choose not to take any action for any reason. We may waive our right without notifying you. For example, we may waive your interest Charges or Fees without notifying you and without losing our right to charge them in the future.

**Assignment**

This Agreement will be binding on, and benefit, any of your and our successors and assigns. You may not sell, assign or transfer your Account or this Agreement to someone else without our written permission.

We may sell, assign or transfer your Account and this Agreement without your permission and without prior notice to you. Any assignee or assignees will take our place under this Agreement. You must pay them and perform all of your obligations to them and not us. If you pay us after we notify you that we have transferred your Account or this Agreement, we can return the payment to you, forward the payment to the assignee, or handle it in another way that is reasonable.

**Glossary**

"Access Check" means any check we send to you to access credit from your Account. We may also refer to an Access Check as a "convenience check" or a "purchase check".

"Account" means your Card Account with us.

"Authorized User" means a person who may use the Card, but is not responsible for the repayment of the Card.

"Balance Transfer" means a Transfer posted to the purchase Segment of your Account unless otherwise described in your Truth-in-Lending Disclosures.

"Billing Cycle" means the period of time reflected on a Statement. This period may vary in length, but is approximately 30 days. You will have a Billing Cycle even if a Statement is not required. We will often specify a Billing Cycle by the month in which its closing date occurs. For example, a "March Billing Cycle" will have a closing date in March. We may also refer to a Billing Cycle as a "Billing Period". If your Account balance has charged off, we may switch to quarterly Billing Cycles for the Account.

"Card" means any Capital One credit card associated with your Account. This includes all renewals and substitutions. "Card" also means any other access device for your Account we give you that allows you to obtain credit, including any Account number.



COLR191J 4945 3810 306 07 21E50211 P6 4 OF 5

- **"Cash Advance"** means a loan in cash or things we consider cash equivalents, including wire transfers, travelers' checks, money orders, foreign currency, lottery tickets, gaming chips, and wagers. We post *Cash Advances* to the *Cash Advance Segment* of your *Account* and not to your purchase *Segment*.

- **"Fees"** means charges imposed on your *Account* not based on the Annual Percentage Rates.

- **"Interest Charges"** means any charges to your *Account* based on the application of Annual Percentage Rates.

- **"Item"** means a check, draft, money order or other negotiable instrument you use to pay your *Account*. This includes any image of these instruments. This does not include an *Access Check*.

- **"Payment Card Network"** means the network provider displayed on your *Card*. This may be Visa Inc., MasterCard International Incorporated, or any other network provider.

- **"Segments"** means the different parts of your *Account* we may establish that are subject to unique APRs, pricing, or other terms. We create these parts of your *Account* for such things as your purchases, *Balance Transfers*, *Cash Advances* and *Special Transfers*. The sum of your *Segment* balances equals your total *Account* balance.

- **"Special Transfer"** means a *Transfer* posted to a *Segment* of your *Account* that is not your purchase *Segment* or *Cash Advance Segment*.

- **"Statement"** means a document showing important *Account* information, including all transactions billed to your *Account* during a *Billing Cycle* and information about what you must pay. We may also refer to your *Statement* as a "Periodic *Statement*" or a "Billing *Statement*".

- **"Transfers"** means amounts transferred from other accounts to this *Account* and includes *Balance Transfers* and *Special Transfers*.

- **"Truth-in-Lending Disclosures"** means disclosures that the federal Truth in Lending Act and Regulation Z require for any *Account*. This includes your application and solicitation disclosures, *Account* opening disclosures, subsequent disclosures, *Statements*, and change in terms notices.



© 2014 Capital One
Capital One is a federally registered service mark.
All rights reserved.

**Equifax Information Services LLC**
P.O. Box 105069
Atlanta, GA 30348-5069

January 30, 2025

000000969 FEC20000013025166834 01 000000 001144 001

**MALICK TRAORE**
**2522 S DARIEN ST**
**PHILADELPHIA, PA 19148-4523**

000001144-FLT                                        5029611361-M4Y-0e62013f000004e5-01302025

MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148-4523

January 30, 2025

HI MALICK TRAORE,

**We received your recent dispute correspondence on the following item(s) on your Equifax credit report:**

**AVANT INC \*9600**

Our records show that you have already disputed the item(s) above at least twice within the last 90 days. This disputed information was verified as accurate and we have not received new relevant information to support this dispute. Therefore, we consider this new dispute frivolous and will not research this dispute.

To dispute the item(s) above, please provide new relevant information to support your dispute. You can provide new relevant information and initiate a dispute by calling us at the number listed below, submitting new relevant information or documents through our online dispute process at myequifax.com, or mailing new relevant information or documentation to:

Equifax
P.O. Box 105888
Atlanta, GA 30348

If you already submitted new relevant information for this dispute before you received this letter, you do not need to resend it unless we request it.

Please note that you have the right to add a consumer statement to your credit file, which could serve as an explanation of any information in dispute. The consumer statement can be up to 100 words, and will be provided to anyone that accesses your Equifax credit report. You can add, edit or delete your consumer statement on your Equifax credit report for free and at any time by calling us at the number listed below or by mailing a written statement to us at the above address.

In addition, we want to make sure you understand your right to have your concerns regarding your Equifax credit report researched free of charge. It is not necessary for you to pay to have someone help you obtain a copy of your credit report or research any items that you question in your file.

If you have any questions, please contact us toll-free at 888-EQUIFAX (888-378-4329) or visit equifax.com/personal/credit-report-services/.

Equifax

00000000 0068 0001-0001 DEC02000013025166838 001 L 00001144

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

January 30, 2025

000001435 FEC20000013025166834 01 000000 000897 002

**MALICK TRAORE**
**2522 S DARIEN ST**
**PHILADELPHIA, PA 19148-4523**

MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148-4523

January 30, 2025

Dear MALICK TRAORE:

We have received your request concerning inaccurate information on your Equifax credit file.

We were unable to locate a credit file in our database with the identification information you provided. In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you please send us a copy of two different items - one from each of the two categories listed below. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of one of the following items.
The item you choose MUST contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note:** A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of one of the following items.
The item you choose MUST contain your current mailing address of   2522 S DARIEN ST, Philadelphia, PA 19148-4523.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

Again, we need a total of two items – one item from each of the categories above – to process your request.
**Please submit those items along with this letter to the following address:**

Equifax Information Services LLC
P.O. Box 105069
**Atlanta, GA 30348-5069**

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is legible. Illegible documents or documents that contain highlights may cause delay in processing as we may have to ask you to resubmit your request with more legible documents.

Please return this letter along with the requested information and your original correspondence/request to the address below.

Equifax Information Services LLC
P.O. Box 740256

Atlanta, GA 30374-0256

**For an added convenience, use one of the below options to start an investigation or check the status of your dispute.**

**Visit us at www.equifax.com/personal/disputes or Call us at 866-349-5191.**

**As a reminder, it may take up to 30 days to complete your dispute.**

**Thank you for the opportunity to assist you.**

**Equifax Information Services LLC**

502960B594-YH8-0e6201310000046e5-01302025

0000008997-FLT

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

January 30, 2025

000001018 FEC20000013025166834 01 000000 001096 002



**MALICK TRAORE**
**2522 S DARIEN ST**
**PHILADELPHIA, PA 19148-4523**

5029611033-YH5-0e62013f000004e5-01302025

MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148-4523

January 30, 2025

Dear MALICK TRAORE:

We have received your request concerning inaccurate information on your Equifax credit file.

We were unable to locate a credit file in our database with the identification information you provided. In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you please send us a copy of two different items - one from each of the two categories listed below. One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of one of the following items.
The item you choose MUST contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note:** A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of one of the following items.
The item you choose MUST contain your current mailing address of   2522 S DARIEN ST, Philadelphia, PA 19148-4523.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

Again, we need a total of two items — one item from each of the categories above — to process your request.
Please submit those items along with this letter to the following address:

**Equifax Information Services LLC**
P.O. Box 105069
Atlanta, GA 30348-6069

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is legible. Illegible documents or documents that contain highlights may cause delay in processing as we may have to ask you to resubmit your request with more legible documents.

Please return this letter along with the requested information and your original correspondence/request to the address below.

Equifax Information Services LLC
P.O. Box 740256

9601018 01045 0001 0001 010 0001018 010 0001058 166836 103 325000001 305 01045 0001018 106

Atlanta, GA 30374-0256

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at www.equifax.com/personal/disputes or Call us at 866-349-5191.

As a reminder, it may take up to 30 days to complete your dispute.

Thank you for the opportunity to assist you.

Equifax Information Services LLC



000001096-FLT                                        5029611033-YH5-0e62013f000004e5-01302025

50296110033-YH5-0e6201310000004e5-01302025

00001096-FLT

00001018 01046 0002-0002 DEC2000001025196836 001 L 00001096

00001096



PO Box 2730
Alpharetta, GA 30023

December 19, 2024

Malick Traore
2522 S Darien St
Philadelphia, PA 19148

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RE: Account ending in 9400

Dear Malick Traore,

Thank you for your request for debt validation. We have enclosed your application information and transaction record showing your application for and acceptance of your GreenSky® Program Loan which validates the debt.

As always, your complete Loan Agreement and other account information is available online at www.greenskyonline.com using your application ID (2207082740).

We hope that this letter answers any questions you may have regarding your account. If you have any additional concerns, please call us at 1-855-849-0088 from 8 AM - 8 PM, Eastern Time, Monday through Friday.

Thank you again for contacting us regarding this matter. We appreciate the opportunity to serve you.

Sincerely,

BMO HARRIS BANK, N.A.
GreenSky® Program

**IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.**

**GreenSky Servicing, LLC is servicing this Loan on behalf of your Lender. NMLS #1416362.**

© 2006-2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender. A borrower's billing statement for their loan will reflect the borrower's current lender at the time the billing statement is generated.

California Residents: License No. 10905-99.



**GreenSky®**

PO Box 2730
Alpharetta, GA 30023

January 28, 2025

MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148

## THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

RE: Account ending in 9400

Dear MALICK TRAORE,

Thank you for your request for debt validation. We have enclosed your application information and transaction record showing your application for and acceptance of your GreenSky® Program Loan which validates the debt.

As always, your complete Loan Agreement and other account information is available online at www.greenskyonline.com using your application ID (2207082740).

We hope that this letter answers any questions you may have regarding your account. If you have any additional concerns, please call us at 1-855-849-0088 from 8 AM - 8 PM, Eastern Time, Monday through Friday.

Thank you again for contacting us regarding this matter. We appreciate the opportunity to serve you.

Sincerely,

BMO HARRIS BANK, N.A.
GreenSky® Program

## IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.

### GreenSky Servicing, LLC is servicing this Loan on behalf of your Lender. NMLS #1416362.

© 2006-2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender. A borrower's billing statement for their loan will reflect the borrower's current lender at the time the billing statement is generated.

California Residents: License No. 10905-99.

DR 05/13/2025 (00KK05) 518.193938 (1507/600)





**GreenSky®**

PO Box 2730
Alpharetta, GA 30023

08/26/2024

1Pass - B10 - 171278-4-31-1 - 416
MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148-4523
000416

## THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

Dear MALICK,

This letter is to inform you that as of 08/26/2024, your GreenSky® Program Loan (account number ending in 9400) is now 30 days past due in the amount of $493.82. Please pay this overdue amount promptly.

Your loan may be reported as past due to the applicable credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

We want to help you get back on track with your loan. If you haven't done so already, please make a payment online at www.greenskyonline.com/greensky/guest-portal or by calling us toll-free at 1-833-981-1372.

To make a payment by mail, please include your payment slip or coupon and send a check with your loan number in the memo to:

Dept #3877
GreenSky® Program
PO Box 70877
Charlotte NC 28272-0877

Sincerely,
BMO Bank N.A.
GreenSky® Program
Office Hours: Mon - Thurs: 8 am - 11 pm ET | Fri: 8 am - 10 pm ET | Sat: 8 am - 5 pm ET

## SEE BACK-PAGE FOR ADDITIONAL NOTICES.

2207082740

©2006 - 2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender. A borrower's billing statement for their loan will reflect the borrower's current lender at the time the billing statement is generated.

IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.

GreenSky Servicing, LLC is servicing this Loan on behalf of your Lender. NMLS #1416362.

<u>California Residents</u>: License No. is pending.

<u>Important Notice for Massachusetts Residents</u>: If the Past Due Amount shown on the front of this notice includes an amount past due and owing to us ("Debt"), then Massachusetts law requires us to notify you that unless you, within 30 days of receipt of this notice, dispute (orally or in writing) the validity of the Debt, or any portion thereof, we will assume the Debt to be valid.

If you notify us in writing within 30 days after receipt of this notice that you dispute the Debt, or any portion of it, we will obtain verification of the Debt and provide you, or your attorney, with the following additional materials concerning the Debt: (i) all documents, including electronic records or images, which bear your signature and concern the Debt; (ii) a ledger, account card, account statement copy or similar record, whether paper or electronic, which reflects the date and amount of payments, credits, balances, and charges concerning the Debt, including, but not limited to, interest, fees, charges or expenses incidental to the principal obligation which we are expressly authorized to collect under your agreement with us creating the Debt or are permitted to collect by law; (iii) the name and address of your original creditor, if different from us; and (iv) a copy of any judgment against you.

You should send any writing which disputes the validity of the debt or any portion thereof or any writing requesting the name and address of the original creditor to us at GreenSky® Program, Attn: Legal, P.O. Box 2730, Alpharetta, GA 30023.

<u>NOTICE OF IMPORTANT RIGHTS</u>: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.



PO Box 2730
Alpharetta, GA 30023

February 21, 2025

MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RE: Account ending in 9400

Dear MALICK TRAORE,

Thank you for your request for debt validation. We have enclosed your application information and transaction record showing your application for and acceptance of your GreenSky® Program Loan which validates the debt.

As always, your complete Loan Agreement and other account information is available online at www.greenskyonline.com using your application ID (2207082740).

We hope that this letter answers any questions you may have regarding your account. If you have any additional concerns, please call us at 1-855-849-0088 from 8 AM - 8 PM, Eastern Time, Monday through Friday.

Thank you again for contacting us regarding this matter. We appreciate the opportunity to serve you.

Sincerely,

BMO HARRIS BANK, N.A.
GreenSky® Program

**IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.**

**GreenSky Servicing, LLC is servicing this Loan on behalf of your Lender. NMLS #1416362.**

© 2006-2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender. A borrower's billing statement for their loan will reflect the borrower's current lender at the time the billing statement is generated.

**California Residents**: License No. 10905-99.

## Activation Details                                    ✖

**Primary Applicant**    ✎ **Edit**

Acknowledgement/Es.gn: Yes

Verification Method:

Verification Pass: **No**

Verification F rst Fa :: **No**

Verification Second Fa :: **No**

Country of Citizenship:

Activation Date: **2022-07-08 14:10:15**

Activation Source: **Email**

**Activation Text & Email**

Last Email Sent (1): **07/08/22 01:06 PM**

Emailed To: **malickft@gmail.com**

Email Status: **Delivered**

Last Text Sent (1): **07/08/22 01:06 PM**

Texted To: **2157719367**

Text Status: **Delivered**



## Application Details

❌

| | | |
|---|---|---|
| Application ID: | 2207082740 | Channel: | External-Prequal-CP |
| Promotion Code: | 8107938O-2739 | | |
| Application Type: | Individual | | |
| Credit Product: | Installment | | |
| Credit Limit Requested: | $15,000.00 | | |
| Who Are You: | Sales Consultant | | |
| Entered by: | PUBLIC | | |
| Conversion Indicator: | NO | | |

### Authorized Signatory/Applicant

| | | Co-Applicant | |
|---|---|---|---|
| First Name: | Malick | | |
| Last Name: | Traore | | |
| Date of Birth: | ████████ | | |
| SSN: | XXX-XX-████ | | |
| Cell: | 215-771-9367 | | |
| Physical Street Address: | 2522 S Darien St Philadelphia, PA 19148 | | |
| Email Address: | malick████@gmail.com | | |
| Total Monthly Income: | $6,250.00 | | |

Owner Interest in Property:    NO

### Company Information

| | |
|---|---|
| Company Full Legal Name: | Malick Traore |
| Address: | 2522 S Darient St |
| Company City: | Philadelphia |
| State: | PA |
| Zip Code: | 19148 |
| Bad Address: | NO |
| Program: | GreenSky Consumer Projects |
| Merchant ID: | 8107938O |
| Merchant Name: | Angi, Inc. |
| Contact Language: | en |

# Congratulations, Malick!
## You have been approved for up to $15,000.00*

The purpose of this Shopping Pass is to provide important information about your loan and to make purchases using your GreenSky® loan.†

**About Your Account:**

1. When you are ready to make your purchase, please review your loan documentation and activate your loan. Once you have activated your loan, provide your Account Number and Expiration Date to your Merchant along with your photo ID. By providing your account number to your Merchant, you are authorizing payment for goods and/or services that you are purchasing. Only those named on this Shopping Pass are authorized to make purchases. Do not give this Shopping Pass to any person not named on this Shopping Pass. If you do so, you may be held liable for their purchases. If this Shopping Pass is lost or stolen, notify your account number and person not named on this Shopping Pass. If you do so, you may be held liable for their purchases. Please be aware that if you authorize your Lender to make an initial advance under your GreenSky® Installment Loan to pay any initial payment required by the Merchant, payments may become due under your GreenSky® Installment Loan prior to the completion of services by the Merchant.

2. You have a purchasing window of 6 months to use your credit limit of up to $15,000.00. All purchases must be made by 01/08/2023 (the "Purchase Window Expiration Date"). We may close your purchase window earlier than that your job is substantially complete. See the terms and conditions of your Loan Agreement for details.

3. After your first purchase, you will receive monthly statements to track your transactions. You have zero liability for transactions that you do not authorize. Please monitor your statements carefully and contact us at (866) 936-0602 to notify us immediately of any unauthorized activity.

4. You will have no loan unless you authorize a transaction, which is your electronic signature of the Loan Agreement and will have the same legal effect as a physical signature.

Plan 7099. THIS IS A DIFFERENT PLAN THAN REQUESTED. 96 month loan. 6 month purchase window. 6 month introductory period beginning at approval with up to 6 payments (actual number of payments depends on first transaction date) of 1.5703% of aggregate purchases, not to exceed principal balance. Introductory period followed by 90 amortized payments based on the principal balance after 6 months after approval date. Your interest rate is fixed at 10.99% for the life of the loan.

**(866) 936-0602**                                 **www.greensky.com**

**Thank you for choosing GreenSky® Program!**
service@greensky.com

† Eligible only for purchases with your Merchant. Your Lender is specified on your Loan Agreement.

† GreenSky® is the brand name for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods or services from participating Merchants. Participating lenders are federally insured, federal and state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, sex, or familial status. GreenSky® is a registered trademark of GreenSky, LLC and is used by your Lender under license. GreenSky Servicing, LLC ("Servicer") will service this Loan on behalf of your Lender.

‡ Applicable payment card network rules apply. Any unauthorized transactions must be reported to us within 60 days.

Application ID: 2207082740

The monthly payments in the payment schedule of your Truth in Lending Disclosure is estimated and based on the Amount Financed for which you have been approved. Examples of required minimum monthly payments for different total purchase amounts appear below.

| Total Amount of Purchases | Monthly Payment Amount |
| --- | --- |
| $4,000.00 | $62.81 |
| $5,000.00 | $78.51 |
| $10,000.00 | $157.03 |
| $15,000.00 | $235.54 |

Spanish language loan agreements are available upon request. Contact us for a Spanish version of this agreement.

Los acuerdos de préstamo en idioma español están disponibles bajo petición. Contáctenos para obtener una versión en español de este acuerdo.

**FOR PROTECTION AGAINST UNAUTHORIZED PURCHASES, IDENTIFICATION WILL BE REQUIRED FOR ALL PURCHASES.**

Provide your account number and expiration date to authorize a transaction only after you are satisfied that you have received the goods and/or services that you are purchasing. Your Lender does not monitor the workmanship, quality, or completeness of the goods and/or services that you purchase. Contact your Merchant immediately if not completely satisfied. You will receive monthly statements to help track your transactions and payments.

The physical or electronic record of any such purchase will constitute the signature of (all) Borrower(s) on such Loan Agreement.

Use of this Shopping Pass or the associated Loan by (any) Borrower (or any authorized user) to make a purchase constitutes acceptance by (all) Borrower(s) of the terms of the accompanying Loan Agreement.



GreenSky® A Goldman Sachs Company
Shopping Pass

Malick Traore
9400
Exp ____   CVV

For Barcode Scanners
Shopping Pass
9400
Exp ____

## Installment Loan Agreement | NON-NEGOTIABLE CONSUMER NOTE

**LENDER: BMO HARRIS BANK N.A.**
Lender Correspondence Address: GreenSky® Program
Attn: Correspondence P.O. Box 29429, Atlanta, GA 30359
**Borrower:**     Malick Traore
**Phone Number:**
**Address:** 2522 s Darient st
**City/State/Zip:** Philadelphia, PA 19148

**Application ID:** 2207082740      **Date:** 07/08/2022
**Merchant:** Angi, Inc.

The Truth in Lending Act (TILA) disclosures below assume that your first purchase will be made on the approval date in an amount equal to the Amount Financed shown below. Your actual Finance Charges, Amount Financed and scheduled payments may vary from the amounts shown below depending on, among other things, the timing and amount of your purchases and payments.

## T R U T H   I N   L E N D I N G   D I S C L O S U R E

| **ANNUAL PERCENTAGE RATE** The cost of credit as a yearly rate | **FINANCE CHARGE** The dollar amount the credit will cost you | **Amount Financed** The amount of credit provided to you or on your behalf | **Total of Payments** The amount you will have paid when you have made all payments as scheduled |
|---|---|---|---|
| 10.99% (e) | $7,611.90 (e) | $15,000.00 (e) | $22,611.90 (e) |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 6 | $235.55 (e) | Beginning 08/20/2022 and monthly thereafter for a total of 6 Months. |
| 89 | $235.54 (e) | Beginning monthly thereafter for a total of 89 months. |
| 1 | $235.54 (e) | 07/20/2030 |

**Prepayment:** If you pay off early, you will not be entitled to a refund of any interest that was billed to your account for the billing cycle in which you make your last payment. You will not be entitled to a refund of the Activation Fee, if any.
See the rest of this document for any additional information on nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.
**"(e)" means estimate.**

**Itemization of Amount Financed: $15,000.00 (e)**
Paid to Angi, Inc.

### FEES

**Penalty Fees**
| • Late Payment | The greater of $39 or 5% of the amount past due, except $0 for MA and ME residents and $30 maximum for Iowa residents. |
|---|---|
| • Returned Payment | Up to $20 |

**MILITARY LENDING ACT:** The **Military Lending Act ("MLA")** provides protections for certain members of the Armed Forces and their dependents ("Covered Borrowers"). The provisions of this section apply to Covered Borrowers under the MLA. If you would like more information about whether you are a Covered Borrower and whether this section applies to you, please contact us at 877-266-2945. **Statement of MAPR:** Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36%. This rate must include, as applicable to the credit transaction or account: (1) the costs associated with credit insurance premiums; (2) fees for ancillary products sold in connection with the credit transaction; (3) any application fee charged (other than certain application fees for specified credit transactions or accounts); and (4) any participation fee charged (other than certain participation fees for a credit card account). **Oral Disclosures:** In order to hear important MLA disclosures and payment information, please call 877-266-2945. **Covered Military Borrowers:** If you are a Covered Borrower, as defined under the MLA, 10 U.S.C. § 987, as amended from time to time, (i) the provisions of the ARBITRATION PROVISION, (ii) any waiver of your right to legal recourse under any state or federal law and (iii) any other provision in this Loan Agreement that is not enforceable against you under the MLA, does not apply to you.
**NOTICE TO THE BUYER:** 1. THIS IS A CONSUMER CREDIT TRANSACTION. 2. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACE. 3. YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS CREDIT AGREEMENT. 4. YOU MAY PREPAY THE UNPAID BALANCE UNDER THIS AGREEMENT AT ANY TIME SUBJECT TO THE "PREPAYMENT" DISCLOSURE ABOVE. 5. THIS LOAN AGREEMENT CONTAINS AN ARBITRATION PROVISION THAT, UNLESS YOU REJECT IT, MAY LIMIT YOUR RIGHT TO LITIGATE A CLAIM IN COURT OR HAVE A JURY TRIAL ON A CLAIM.
**ACCEPTANCE OF THIS LOAN AGREEMENT BY ELECTRONIC SIGNATURE:** The first use of the Shopping Pass or the associated loan to make a purchase will constitute acceptance by (all) Borrower(s) of the terms of this Loan Agreement. The dated physical or electronic record of such use will evidence the signature of (all) Borrower(s) on this Loan Agreement and have the same legal effect as a physical signature.

**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT. NON-NEGOTIABLE CONSUMER NOTE.**
Borrower: _____ Date: _____      Co- Borrower: _____ Date: _____
*Electronic record constitutes acceptance of this Agreement (see above)*      *Electronic record constitutes acceptance of this Agreement (see above)*
**LENDER: /s/  BMO HARRIS BANK N.A.**                 Date: 07/08/2022
**IN-HOME SALE CUSTOMERS:** ARIZONA, CONNECTICUT, NORTH DAKOTA AND RHODE ISLAND RESIDENTS: THIS INSTRUMENT IS BASED UPON A HOME/PERSONAL SOLICITATION SALE SUBJECT TO THE PROVISIONS OF TITLE 44, CHAPTER 15 OF THE ARIZONA REVISED STATUTES IN ARIZONA; THE HOME SOLICITATION SALES ACT IN CONNECTICUT; THE NORTH DAKOTA CENTURY CODE IN NORTH DAKOTA; AND TITLE 6, CHAPTER 28 OF THE RHODE ISLAND GENERAL LAWS. THIS INSTRUMENT IS NOT NEGOTIABLE.

**1. Welcome.** Thank you for opening an installment loan through the GreenSky® Program. By accepting the Shopping Pass, the Truth in Lending Disclosure, and the Lender's Privacy Notice (collectively, the "Loan Agreement"), each Borrower ("you") acknowledges that (i) BMO HARRIS BANK N.A. ("Lender", "we", "our" or "us") has approved Borrower(s) for an installment Loan up to the Amount Financed as set forth in the Truth in Lending Disclosure above (the "Loan"), (ii) each Borrower has received and retained a copy of Lender's Privacy Notice, (iii) each Borrower has read this Loan Agreement, including any Addenda, and has agreed to be bound by its terms, (iv) if this Agreement resulted from a sale or sale to your home ("In-Home Sale"), the sales person has explained each Borrower's right to cancel and has provided a filled-in written Notice of Right to Cancel. Any Notice of Right to Cancel and any additional notice of right to cancel provided in the In-Home sales, as well as any accompanying addendum included to Borrower, are incorporated herein by reference, and unless any Borrower exercises the right to cancel, Lender agrees to pay the Amount Financed to Merchant for an In-Home Sale upon receipt of a transaction authorization, (v) either Borrower may direct Lender to make payments to Merchant by using the Shopping Pass or account number, and (vi) neither Borrower is a co-signer. A Certificate of Completion is required unless Borrower directs Lender to make payments to Merchant by using the Shopping Pass or account number. This Loan Agreement, including any changes to it, contains the terms of your agreement with BMO HARRIS BANK N.A.

**2. Installment Loan Program.**

**Using your Loan:** You may make purchases of goods or services from Merchant, in total up to the "Amount Financed" set forth in the Truth in Lending Disclosure of this Loan Agreement, during the purchasing window time period specified on your Shopping Pass, which is incorporated here by reference. We may close the purchasing window time period on the earlier of the Purchase Window Expiration Date or when your job is substantially complete as determined by Lender (such as when your Merchant notifies us that your job is substantially complete). Once the purchasing window time period closes, you will no longer be able to make additional purchases. Each time you make a purchase of goods or services from Merchant, you authorize us to extend credit for you and to fund Loan proceeds on your behalf. We may decline any transaction if we experience an operational difficulty (such as a system outage), if you fail to make any payment required under this Agreement or you are in Default (as defined herein), or if we identify suspected fraudulent or unlawful activity involving your Loan.

**b. Credit Limit:** You agree to not make purchases in excess of the Amount Financed shown above, but if you do, you agree that we may, in our sole discretion, increase the Amount Financed to include such excess amounts in a "Summary of Account" that reflects such increased Amount Financed and resulting increased anticipated Finance Charge and Total of Payments. The dated electronic record of such excess purchase(s) will evidence your request and our acceptance of any such increased terms.

**c. Beginning of Amortization Period:** We will total the purchases you made during the purchasing window and provide you with a Summary of Account on the Conversion that we further describe below (based on actual total purchases) a final Amount Financed, Finance Charge, Total of Payments and remaining payment schedule for your future total purchases.

**d.** For your convenience, we may provide you with certain materials in both the Spanish and English languages. You agree that, to the greatest extent not prohibited by law, the English text will control.

Para su conveniencia, podemos proporcionarle ciertos materiales en los idiomas español e inglés. Usted acepta que, en la mayor medida no prohibida por la ley predominará el texto en inglés.

**3. Promise to Pay.** For value received, you agree to pay us: (a) so much as you may actually borrow from time to time by initiating purchases under this Loan Agreement, plus (b) periodic interest at an annual rate of 10.99% on the unpaid Amount Financed outstanding until the loan is paid in full, (c) any applicable taxes or other charges due under this Loan Agreement. We calculate the interest charge on your account by applying a monthly periodic rate to your outstanding principal balance on the first day of your first billing cycle and thereafter to your outstanding principal balance on the first day of each billing cycle. The monthly periodic rate equals the applicable annual rate divided by twelve (12). Payments will be due as scheduled. The actual amount of interest that you pay may exceed the Finance Charge disclosed in the Truth in Lending Disclosure or Conversion if you do not make minimum payments due by their due dates as identified in your statements. If you do not make required payments, then, in addition to any other rights and remedies available under this Loan Agreement or applicable law, (i) your purchasing window may close early and (ii) new purchases may be permitted.

**4. Timing and Application of Payments.** You agree to make payments in accordance with the estimated payment schedule contained in the Truth in Lending Disclosure on the preceding page (or any updated disclosure, including the Summary of Account at Conversion), provided that you will be obligated to make minimum monthly payments in the amounts and on the dates shown on your statements. Any payment made in excess of your minimum monthly payment will be applied to your Principal Balance and will not reduce the amount of your next regularly scheduled payment. You agree that, except for updated amounts, if any, shown on your updated disclosure, including the Summary of Account at Conversion, including any adjustments in scheduled payments to reflect your final Amount Financed and Finance Charges due, all other terms and disclosures in this Loan Agreement will remain in full force and effect. Once the initial payment date is set, the payment due date will be the same day each month. Subject to applicable law, we may apply payments to the amounts you owe under this Loan Agreement in any order that we choose. You may not tell us how to apply your payments. Any partial prepayment will be applied against the outstanding balance, but will not postpone the due date of any subsequent monthly installment or change the amount of any such installment, unless we otherwise agree in writing. We will apply any refund as a prepayment on your loan to a refund, if any purchases when we or Servicer receives notice of the refund from your Merchant. We do not control when Merchant may notify us or Servicer of a returned purchase. If a returned purchase is received after we send your Summary of Account or Conversion, we will apply the refund as a prepayment on your loan to any necessary adjustments to the number of payments required or your final payment amount.

**5. Payment Method and Address.** Unless automatic payments are authorized in connection with this Loan, you agree to make payments by mailing a check or money order to Dept# 3025, Greensky, PO Box 2153, Birmingham AL 35287-3025, by making a phone payment by dialing 1-855-609-1889 or by making an online payment at www.greenskyonline.com. You agree that payments may not be made in whole or in part by credit card. A payment (or payment in our accordance with this Loan Agreement is a payment to us. You agree not to send us partial payments marked "paid in full", "without recourse", or similar language. If you send such a payment, we may accept it without losing any of our rights under this Loan Agreement. All written communications concerning disputed amounts, including any check or other payment instrument that (i) is postdated and accompanied by adequate notice, (ii) indicates that the payment constitutes "payment in full" of the amount owed, (iii) is tendered with other conditions or limitations or (iv) to otherwise satisfaction of a disputed amount, must be marked for special handling and mailed or delivered to us at P.O. Box 29429, Atlanta, GA 30359, Attention: Disputes.

**6. Unpaid Balances.** Your loan will not be regarded as "paid in full" if your loan has an unpaid balance of Amount Financed, interest, late charges, returned payment charges, or any other fees or charges at the end of the term.

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

**7. Access Device.** We will provide you with a Shopping Pass which you may use to make purchases of goods or services from Merchant during the purchasing window time period as described in this Loan Agreement. Use of your Shopping Pass or Loan to make a purchase constitutes your acceptance of the terms of this Loan Agreement. You agree to notify us immediately if your Shopping Pass is lost, stolen or otherwise compromised.

**8. Returned Payment Charge.** Subject to applicable law, we may charge you a "Returned Payment Charge" as provided herein. If your lender is located in Connecticut, Georgia, Illinois, Michigan, or Ohio, and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $20. If your lender is located in Alabama or Mississippi and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $15. If you are a Massachusetts Borrower and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $10. In all cases, we may charge this fee the first time any payment is returned even if it is paid upon resubmission.

**9. Late Charge.** If a payment is more than 10 days late, you will be charged the GREATER of $39 or 5% of the amount past due, provided that the late payment fee will not exceed the amount past due ($30 maximum in Iowa). NOTICE: Massachusetts and Maine Borrowers are not charged late charges.

**10. Default.** Subject to applicable law, you will be in default ("Default") if any of the following events occur:

- (a) You have made any false or misleading statement(s) in your application for the Loan subject to this Loan Agreement or any other account that you may have with us;
- (b) You fail to make a payment within 60 days of when it was due under this Loan Agreement or any other account agreement that you may have with us;
- (c) You fail to comply fully with any term or condition of this Loan Agreement or any other account agreement that you may have with us;
- (d) You file or someone else files against you a petition in bankruptcy;
- (e) You die;
- (f) You commit fraud; or
- (g) We believe you are unable or unwilling to pay your debts when due.

MASSACHUSETTS NOTICE: If you are a Massachusetts borrower and this Loan Agreement is secured by a non-possessory interest in consumer goods, this Default provision is enforceable only to the extent that the Default is material and consists of a failure to make one or more payments as required by the Loan Agreement or the occurrence of an event that substantially impairs the value of the collateral.

**11. Remedies on Default.** If you are in Default, we will have all of the rights and remedies available to us at law or in equity, in addition to the specific rights and remedies set forth in this Loan Agreement. We may exercise any, some or all of our rights and remedies, in our sole discretion. If you are in Default, we may, at our option, require you to pay immediately the entire amount you owe us under this Loan Agreement, in full. Subject to the requirements of applicable law, we may do this without giving you any advance notice of presentment, acceleration or our intent to accelerate. Unless prohibited by applicable law, you agree to pay our reasonable costs and attorneys' fees related to the collection of your Loan.

**12. Credit Inquiries and Loan Information.** You authorize us to obtain a credit report on you for any legal purpose in connection with this Loan, including any update, extension of credit, review or collection of this Loan. If you request, we will tell you whether any credit report was requested and, if so, the name and address of the credit bureau furnishing the report.

**13. Inaccurate Information.** If you believe that we have information about you that is inaccurate or that we have reported or may report inaccurate information about you to a credit bureau, please notify us of the specific information that you believe is inaccurate by writing to us at P.O. Box 29429, Atlanta, GA 30359, **Attention: Disputes.** In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please send a copy of that report to us as well. The "Your Billing Rights" section below contains special processes required for contacting us in the event of a Billing Error.

**14. Negative Information Reporting.** We may report information about your Loan to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**15. Severability.** If applicable law is finally interpreted so that charges collected or to be collected in connection with this Loan Agreement exceed the permitted limits, then (i) any such charges will be reduced to the permitted amounts and (ii) any amounts already collected that exceed the permitted amounts will be credited to you by, at our option, applying the credit to any amounts due hereunder or making a direct payment to you. If any provision in this Loan Agreement is invalid under applicable law, the remainder of the provisions in this Loan Agreement will remain in effect and interpreted to give the greatest possible effect to the intent of the parties as originally written.

**16. Assignment; Transfer.** We may sell, assign, transfer or delegate all or any portion of our rights or obligations under this Loan Agreement to any other person without prior notice to you. You may not sell, assign, transfer or delegate any of your rights or obligations under this Loan Agreement.

**17. Governing Law. This Loan Agreement, including the rate of interest and fees, is governed by applicable federal law and, to the extent not preempted by federal law, the laws of IL where the Lender is located as shown in Section 1 (Welcome) of this Loan Agreement (without regard to the State's conflict of laws provisions). If Lender is located in Kansas, the Kansas Consumer Credit Code (Kan. Stat. Ann. §§ 16a-1-101 et seq.) governs this Agreement. If you are a Massachusetts borrower and the Amount Financed is $6,000 or less, this Loan Agreement is also subject to the Massachusetts Small Loan Law.**

**18. Joint and Several Liability.** Each Borrower will be liable individually and together for all obligations under this Loan Agreement, including payment to us of the entire amount owed under this Loan Agreement.

**19. No Waiver by Us.** We will not be deemed to have waived any of our rights by delaying the enforcement of any of our rights. If we waive any of our rights in writing on one occasion, that waiver does not constitute a waiver by us of our rights on any future occasion.

**20. Telephone Monitoring and Recording.** You agree that we may monitor or record phone calls to ensure that you receive quality service and for training purposes.

---

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

Lender: BMO HARRIS BANK N.A. 2207082740 PLP0220510_T2_2_10_W Rev 00/22

**21. Communicating With You; Consent to Contact by Electronic and Other Means.** You agree that, to the greatest extent not prohibited by applicable law, we may contact you for any lawful reason, including for the repayment of amounts owed to us that will be deemed unsolicited. You agree that we (and any other owner or servicer of your account) may contact you for any and all purposes arising out of or relating to your Loan at any physical or electronic addresses or numbers (including wireless cellular telephone numbers, ported landline numbers, VOIP or other services) as you may provide to us from time to time. We may use any means of communication, including, but not limited to, postal mail, electronic mail, telephone, text messaging, or other technology, to reach you. You agree that we may use automatic dialing and announcing devices which may play recorded messages. You may contact us at any time to ask that we not contact you using any one or more methods of technology. You represent that you are permitted to receive communications at each of the telephone numbers you have provided to us.

**22. Notices; Change of Address, Employment or Telephone Number.** We will send all written notices and statements to your address as it appears on our records. To avoid delays and missed payments that could affect your credit standing, you agree to advise us promptly if you change your mailing address, place of employment, telephone number or other contact information, including, but not limited to, porting a landline telephone number to a cellular phone, VoIP or other services. You represent and agree that for purposes of sending notices and charges, you are deemed to reside at the current mailing address that we have on record for you. You can update your contact information with us by phone, mail, or online at www.greenskyonline.com.

**23. Entire Agreement.** This Loan Agreement constitutes the final written expression of the credit agreement between you and us relating to your Loan. We are not bound by any oral representations made or implied but not already reflected in this Loan Agreement. A credit agreement must be in writing to be enforceable. Oral agreements or commitments to loan money, extend credit, or forbear from enforcing repayment of a debt, including promises to extend or renew such debt, are not enforceable. To protect you and us from misunderstanding or disappointment, any agreements we reach covering such matters are contained in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.

**24. NOTICE: ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

Your Merchant pays transaction fees as a result of your use of the Loan. Your Merchant is prohibited from surcharging you to cover the cost of these transaction fees.

**Notice to California Residents:** (AVISO PARA LOS QUE RESIDEN EN CALIFORNIA): SI SU PRÉSTAMO FUE NEGOCIADO PRIMERAMENTE EN ESPAÑOL, ESTAMOS OBLIGADOS A PRESENTARLE UNA TRADUCCIÓN EN ESPAÑOL DE LAS DISPOSICIONES REQUERIDAS POR LA REGULACIÓN FEDERAL Z, 12 C.F.R. APARTADO 1026.

**Notice to Iowa Residents:** IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS LOAN AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. BORROWER MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.

**Notice to New Hampshire Residents:** This Loan Agreement provides for reasonable attorneys' fees to be awarded to us in an action against you involving this Loan Agreement. Reasonable attorneys' fees will be awarded to you if you prevail in any action, suit or proceeding brought by us, or an action brought by you. If you successfully assert a partial defense or set-off, recoupment or counterclaim to an action brought by us, the court may withhold from us the entire amount or such portion of the attorneys' fees as the court considers equitable.

**Notice to New Jersey Residents:** Because certain provisions of this Loan Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

**Notice to New York Residents:** NOTICE TO THE BUYER: 1. Do not sign this credit agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of this credit agreement.

**Notice to Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**Notice to Vermont Residents:** Lender is engaged in loan production. EACH BORROWER SHOULD RETAIN A COPY FOR THEIR RECORDS.

**25. ARBITRATION PROVISION. Agreement to Arbitrate Disputes:** This Arbitration Provision sets forth the circumstances and procedures under which Claims (defined below) that arise between you and us will be resolved through binding arbitration, provided, however, that this provision does not apply if, on the date this Agreement is issued, you are covered by the federal Military Lending Act as a member of the Armed Forces or a dependent of such a member. UNLESS YOU OPT OUT OF THIS ARBITRATION PROVISION AS PROVIDED BELOW OR EXCEPT AS APPLICABLE LAW PROHIBITS US FROM IMPOSING BINDING ARBITRATION ON YOU, NEITHER YOU NOR WE WILL HAVE THE RIGHT TO LITIGATE A CLAIM IN COURT OR HAVE A JURY TRIAL ON A CLAIM, OTHER RIGHTS THAT YOU WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE IN ARBITRATION, INCLUDING YOUR RIGHT TO APPEAL AND YOUR ABILITY TO PARTICIPATE IN A CLASS ACTION. Nothing in this provision precludes you from filing and pursuing your individual Claim in a small claims court in your state or municipality, so long as that claim is pending only in that court. Definitions: As used in this Arbitration Provision, the term "Claim" means and includes any claim, dispute or controversy of every kind and nature, whether based in law or equity, between you and us arising from or relating to your Loan Agreement as well as the relationship resulting from such Agreement (The Agreement), including the validity, enforceability or scope of this Arbitration Provision or the Agreement. "Claim" also includes claims by or against any third party providing any product, service or benefit in connection with the Agreement, (including, but not limited to, debt collectors and all of their agents, employees, directors and representatives) if and only if, such third party is named as a co-party with you or us (or makes a Claim with or against you or us) in connection with a claim asserted by you or us against the other. As used in this Arbitration Provision, the term "you" and "us" also includes any corporate parent, wholly or majority owned subsidiaries, affiliates, any licensees, predecessors, successors, assigns and purchasers of any agents, directors and representatives of any of the foregoing and any third party providing any product, service or benefit in connection with this Arbitration Provision / Selection of Administrator. Any Claim will be resolved, upon the election by you or us, by arbitration pursuant to this Arbitration Provision and the code of procedures of the national arbitration organization to which the Claim is referred at the time the Claim is filed (the "Code"), except to the extent the Code conflicts with the Agreement. Claims must be referred to either JAMS or The American Arbitration Association ("AAA"), as selected by the party electing to use arbitration. If a selection by us of either of these organizations is unacceptable to you, you will have the

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

right within 30 days after you receive notice of our election to select the other organization listed to serve as arbitration administrator. For a copy of the procedures, to file a Claim or for other information about these organizations, contact (1) JAMS at 1920 Main Street, Suite 300, Irvine, CA 92614; www.jamsadr.com or (2) AAA at 335 Madison Avenue, New York, NY 10017, www.adr.org. In addition to the arbitration organizations listed above, Claims may be referred to any other arbitration organization that is mutually agreed upon in writing by you and us, or to an arbitration organization or arbitrator(s) appointed pursuant to Section 5 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, provided that any such arbitration organization and arbitrator(s) will enforce the terms of the restrictions set forth below. Class Action Waiver and Other Restrictions: Arbitration will proceed solely on an individual basis without the right for any Claims to be arbitrated on a class action basis or on bases involving claims brought in a purported representative capacity on behalf of others. The arbitrator's authority to resolve and make written awards is limited to Claims between you and us alone. Claims may not be joined or consolidated unless agreed to in writing by all parties. No arbitration award or decision will have a preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration. Notwithstanding any other provision in these terms and conditions and without waiving either party's right of appeal, if any portion of this "Class Action Waiver and Other Restrictions" provision is deemed invalid or unenforceable, then the entire Arbitration Provision (other than this sentence) will not apply. Arbitration Procedures: This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and will be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16, as it may be amended ("FAA"), and the applicable Code. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations and will honor claims of privilege recognized by law. Federal or state rules of civil procedure or evidence will not apply. Written requests to expand the scope of discovery rest within the arbitrator's sole discretion and will be determined pursuant to the applicable Code. The arbitrator will take reasonable steps to preserve the privacy of individual, and of business matters. Judgment upon the written arbitral award may be entered in any court having jurisdiction. Subject to the right of appeal under the FAA, the arbitrator's written decision will be final and binding unless you or we take an appeal from the award by making a dated, written request to the arbitration organization within 30 days from the date of entry of the written arbitral award. A three-arbitrator panel administered by the same arbitration organization will consider anew any aspect of the award objected to by the appellant, conduct an arbitration pursuant to its Code and issue its decision within 120 days of the date of the appellant's written notice. The panel's majority vote decision will be final and binding. Location of Arbitration / Payment of Fees: The arbitration will take place in the federal judicial district where you live. Regardless of who wins in arbitration, you will only be responsible for paying your share, if any, of the arbitration fees required by the applicable Code, which amount will not exceed the filing fees that you would have incurred if the Claim had been brought in the appropriate state or federal court closest to where you live. We will pay the remainder of any arbitration fees. At your written request, we will consider in good faith making a temporary advance of all or part of your share of the arbitration fees. Waivers also may be available from the JAMS or AAA. Continuation: This Arbitration provision will survive termination of the Agreement, as well as voluntary payment in full of your account, any debt collection proceeding by or between you and us, and any bankruptcy by you or us. If any portion of this Arbitration Provision, except the "Class Action Waiver and Other Restrictions" provision above, is deemed invalid or unenforceable for any reason, it will not invalidate the remaining portions of this Arbitration Provision or the Agreement, each of which will be enforceable regardless of such invalidity. Opt-Out Process: You may choose to opt out of and not be subject to this Arbitration Provision but only by following the process set forth below. If you do not wish to be subject to this Arbitration Provision, then you must notify us in writing within forty-five (45) calendar days of the date of the Agreement at the following address: P.O. Box 29429, Atlanta, GA 30359, Attention: Legal. Your written notice must include your name, address, social security number, the date of the Agreement, and a statement that you wish to opt out of this Arbitration Provision. Your notice to opt out will only apply to this particular Agreement with us and not to subsequent or previous agreements.

**26. Your Billing Rights: Keep this Document for Future Use**
This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

**What To Do If You Find a Mistake on Your Statement**
If you think there is an error on your statement, write to us at:

GreenSky® Program
Attention: Disputes
PO Box 29429
Atlanta, GA 30359
You may also contact us at service@greensky.com.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

**What Will Happen After We Receive Your Letter**
When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

Lender: BMO HARRIS BANK N.A. 2207082740 FPL20220610_79_2_10_W Rev 06/22

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your available loan funds (if any).

After we finish our investigation, one of two things will happen:
- **If we made a mistake:** You will not have to pay the amount in question or any interest or other fees related to that amount.
- **If we do not believe there was a mistake:**
You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within 10 days telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

**Your Rights if You Are Dissatisfied With Your Payment Card Purchases**
If you are dissatisfied with the goods or services that you have purchased with your Loan, and you have tried in good faith to correct the problem with the Merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:
1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your payment card for the purchase.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in writing at:

GreenSky Program
Attention: Disputes
PO Box 29429
Atlanta, GA 30359

You may also contact us at service@greensky.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Rev. 02/2020

| **FACTS** | **WHAT DOES BMO HARRIS BANK N.A. DO WITH YOUR PERSONAL INFORMATION?** |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>• Social Security number and employment information<br>• account transactions and transaction history<br>• credit history and investment experience |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons BMO Harris Bank N.A. chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does BMO Harris Bank N.A. share? | Can you limit this sharing? |
|---|:---:|:---:|
| **For our everyday business purposes —** such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes —** to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| **To limit our sharing** | Call toll-free: 1-866-936-0602<br>**Please note:**<br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|

| **Questions?** | • Call toll-free: 1-888-654-0063<br>• Talk to a banker at a BMO Harris branch<br>• Talk to your assigned account representative |
|---|---|


BMO Harris Bank

# Page 2

## Who we are

| Who is providing this notice? | This notice is provided by BMO Harris Bank N.A. for its consumer customers, including all cardholders of Diners Club and Carte Blanche Professional cards issued by us. |

## What we do

| How does BMO Harris Bank N.A. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
| --- | --- |
| How does BMO Harris Bank N.A. collect my personal information? | We collect your personal information, for example, when you:<br>• open an account or deposit money<br>• apply for a loan or use your credit or debit card<br>• seek advice about your investments<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes—information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more information on your rights under state laws. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to you only, unless you tell us otherwise. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial or nonfinancial companies.<br>• Our affiliates include companies with a Bank of Montreal or BMO name, and financial companies such as BMO Harris Financial Advisors, Inc. |
| --- | --- |
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• BMO Harris Bank N.A. does not share with nonaffiliates so they can market to you. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Our joint marketing partners include credit card companies. |

## Other important information

For California Residents: We will not share information we collect about you with companies outside of the BMO family of companies except with your authorization or as permitted by California law, such as to service your account. To authorize the sharing of this information, please call us toll-free at 1-888-654-0063. In addition, we will limit the sharing of information with the BMO family of companies to the extent required by California law.

For Vermont Residents: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found at www.bmoharris.com/us/about/privacy or call 1-888-654-0060.

For Nevada Residents: Notice provided pursuant to state law. To be placed on our internal Do Not Call List, call 1-888-654-0063. For more on this Nevada law, contact Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101. Phone number: (702)486-3132; email: BCPINFO@ag.state.nv.us.



**BMO HARRIS BANK N.A.**

**Your Credit Score and the Price You Pay for Credit**



**Borrower: Malick  Traore**

| Checking Your Credit Report | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency.<br><br>It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year.<br><br>To order your free annual credit report—<br><br>*By telephone:* Call toll-free: 1-877-322-8228<br><br>*On the web:* Visit www.annualcreditreport.com<br><br>*By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's website at www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to:<br><br>Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information about credit reports?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore or visit the Federal Reserve Board's website at www.federalreserve.gov. |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 10/25/2024 | 10/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 10/25/2024 | 10/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 10/25/2024 | 10/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 10/01/2024 | 10/01/2024 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 09/25/2024 | 09/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 09/25/2024 | 09/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 09/25/2024 | 09/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 08/31/2024 | 08/31/2024 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 08/25/2024 | 08/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 08/25/2024 | 08/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 08/25/2024 | 08/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 07/31/2024 | 07/31/2024 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 07/25/2024 | 07/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 07/25/2024 | 07/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 07/25/2024 | 07/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 06/25/2024 | 06/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 06/25/2024 | 06/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 06/25/2024 | 06/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 05/25/2024 | 05/25/2024 | ****9400 | Payment | | 3182862610 | | WEB | 246.91 |
| 05/25/2024 | 05/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 119.65 |
| 05/25/2024 | 05/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 05/25/2024 | 05/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 04/25/2024 | 04/25/2024 | ****9400 | Payment | | 3180817012 | | WEB | 246.91 |
| 04/25/2024 | 04/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 120.78 |
| 04/25/2024 | 04/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 04/25/2024 | 04/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 03/25/2024 | 03/25/2024 | ****9400 | Payment | | 3178775062 | | WEB | 246.91 |
| 03/25/2024 | 03/25/2024 | ****9400 | Currency Conversion Fee | | | | Accrued Finance | 3.03 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Credit | | | | Charge | |
| 03/25/2024 | 03/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 121.89 |
| 03/25/2024 | 03/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 02/25/2024 | 02/25/2024 | ****9400 | Payment | | 3176756862 | | WEB | 246.91 |
| 02/25/2024 | 02/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 02/25/2024 | 02/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 123.00 |
| 02/25/2024 | 02/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 01/25/2024 | 01/25/2024 | ****9400 | Payment | | 3174704239 | | WEB | 493.82 |
| 01/25/2024 | 01/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 01/25/2024 | 01/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 125.17 |
| 01/25/2024 | 01/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 12/25/2023 | 12/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 12/25/2023 | 12/25/2023 | ****9400 | Currency Conversion Fee Credit | . | | | Accrued Finance Charge | 3.03 |
| 12/25/2023 | 12/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 125.17 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 11/25/2023 | 11/25/2023 | ****9400 | Payment | | 3170684437 | | WEB | 246.91 |
| 11/25/2023 | 11/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 126.25 |
| 11/25/2023 | 11/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 11/25/2023 | 11/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 10/25/2023 | 10/25/2023 | ****9400 | Payment | | 3168681857 | | WEB | 246.91 |
| 10/25/2023 | 10/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 10/25/2023 | 10/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 127.32 |
| 10/25/2023 | 10/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 09/25/2023 | 09/25/2023 | ****9400 | Payment | | 3166700239 | | WEB | 246.91 |
| 09/25/2023 | 09/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 09/25/2023 | 09/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 128.38 |
| 09/25/2023 | 09/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 08/25/2023 | 08/25/2023 | ****9400 | Payment | | 3164734366 | | WEB | 246.91 |
| 08/25/2023 | 08/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 129.42 |
| 08/25/2023 | 08/25/2023 | ****9400 | Currency | | | | Accrued | 3.03 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 08/25/2023 | 08/25/2023 | ****9400 | Conversion Fee Credit | | | | Finance Charge | 3.03 |
| 08/25/2023 | 08/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 07/25/2023 | 07/25/2023 | ****9400 | Payment | | 3163158830 | | WEB | 246.91 |
| 07/25/2023 | 07/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 07/25/2023 | 07/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 130.46 |
| 07/25/2023 | 07/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 06/25/2023 | 06/25/2023 | ****9400 | Payment | | 3161783883 | | WEB | 246.91 |
| 06/25/2023 | 06/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 06/25/2023 | 06/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 131.49 |
| 06/25/2023 | 06/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 05/25/2023 | 05/25/2023 | ****9400 | Payment | | 3160418816 | | WEB | 493.82 |
| 05/25/2023 | 05/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 134.50 |
| 05/25/2023 | 05/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 05/25/2023 | 05/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 04/28/2023 | 04/28/2023 | ****9400 | Payment | | 3159153825 | | WEB | 246.91 |
| 04/25/2023 | 04/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 04/25/2023 | 04/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 04/25/2023 | 04/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 134.50 |
| 03/25/2023 | 03/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 03/25/2023 | 03/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 03/25/2023 | 03/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 134.50 |
| 03/15/2023 | 03/15/2023 | ****9400 | Payment | | 3157377392 | | WEB | 500.00 |
| 02/25/2023 | 02/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 02/25/2023 | 02/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 02/25/2023 | 02/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |
| 01/31/2023 | 01/31/2023 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 01/25/2023 | 01/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 01/25/2023 | 01/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 01/25/2023 | 01/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 01/22/2023 | 01/22/2023 | ****9400 | Currency Conversion Fee | | | | Accrued Finance Charge | 273.04 |
| 01/22/2023 | 01/22/2023 | ****9400 | Finance Charge Credit | | | | Accrued Finance Charge | 273.04 |
| 12/31/2022 | 12/31/2022 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 12/25/2022 | 12/25/2022 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |
| 11/25/2022 | 11/25/2022 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |
| 10/26/2022 | 10/26/2022 | ****9400 | Charge | | | 20221026-0030 92 | Greensky Direct Transaction - Angi, Inc. | 11,472.00 |
| 10/26/2022 | 10/26/2022 | ****9400 | MTA Charge Request | | | 2358807 | | 11,472.00 |
| 10/25/2022 | 10/25/2022 | ****9400 | Payment | | 315123549G | | WEB | 110.80 |
| 10/25/2022 | 10/25/2022 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 31.89 |
| 09/25/2022 | 09/25/2022 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 31.89 |
| 08/29/2022 | 08/29/2022 | ****9400 | Payment | | 3148944365 | | WEB | 110.80 |
| 08/25/2022 | 08/25/2022 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 32.31 |
| 07/25/2022 | 07/25/2022 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 32.31 |
| 07/21/2022 | 07/21/2022 | ****9400 | Charge | | | 20220721-0028 88 | Greensky Direct | 3,528.00 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Transaction - Angi, Inc. | |
| 07/21/2022 | 07/21/2022 | ****9400 | MTA Charge Request | | | 2127106 | | 3,528.00 |



PO Box 2730
Alpharetta, GA 30023

December 19, 2024

Malick Traore
2522 S Darien St
Philadelphia, PA 19148

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RE: Account ending in 9400

Dear Malick Traore,

Thank you for your request for debt validation. We have enclosed your application information and transaction record showing your application for and acceptance of your GreenSky® Program Loan which validates the debt.

As always, your complete Loan Agreement and other account information is available online at www.greenskyonline.com using your application ID (2220708274).

We hope that this letter answers any questions you may have regarding your account. If you have any additional concerns, please call us at 1-855-849-0088 from 8 AM - 8 PM, Eastern Time, Monday through Friday.

Thank you again for contacting us regarding this matter. We appreciate the opportunity to serve you.

Sincerely,

BMO HARRIS BANK, N.A.
GreenSky® Program

IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.

**GreenSky Servicing, LLC is servicing this Loan on behalf of your Lender. NMLS #1416362.**

© 2006-2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362, www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender. A borrower's billing statement for their loan will reflect the the time the billing statement is generated.

**California Residents**: License No. 10905-99.



PO Box 2730
Alpharetta, GA 30023

January 28, 2025

MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RE: Account ending in 9400

Dear MALICK TRAORE,

Thank you for your request for debt validation. We have enclosed your application information and transaction record showing your application for and acceptance of your GreenSky® Program Loan which validates the debt.

As always, your complete Loan Agreement and other account information is available online at www.greenskyonline.com using your application ID (2207082740).

We hope that this letter answers any questions you may have regarding your account. If you have any additional concerns, please call us at 1-855-849-0088 from 8 AM - 8 PM, Eastern Time, Monday through Friday.

Thank you again for contacting us regarding this matter. We appreciate the opportunity to serve you.

Sincerely,

BMO HARRIS BANK, N.A.
GreenSky® Program

**IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.**

**Greensky Servicing, LLC is servicing this Loan on behalf of your Lender, NMLS #1416362.**

© 2006-2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders. NMLS #1416362. www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender. A borrower's billing statement for their loan will reflect the borrower's current lender at the time the billing statement is generated.

**California Residents**: License No. 10905-99.



# GreenSky®



PO Box 2730
Alpharetta, GA 30023

08/26/2024

1FPass - B10 - 171Z76-4-31-1-416
MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148-4523

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Dear MALICK,

This letter is to inform you that as of 08/26/2024, your GreenSky® Program Loan (account number ending in 9400) is now 30 days past due in the amount of $493.82. Please pay this overdue amount promptly.

Your loan may be reported as past due to the applicable credit reporting agencies. Late payments, missed payments, or other defaults on your account may be reflected on your credit report.

We want to help you get back on track with your loan. If you haven't done so already, please make a payment online at www.greenskyonline.com/greensky/guest-portal or by calling us toll-free at 1-833-981-1372.

To make a payment by mail, please include your payment slip or coupon and send a check with your loan number in the memo to:

Dept #3877
GreenSky® Program
PO Box 70877
Charlotte NC 28272-0877

Sincerely,
BMO Bank N.A.
GreenSky® Program
Office Hours: Mon - Thurs: 8 am - 11 pm ET | Fri: 8 am - 10 pm ET | Sat: 8 am - 5 pm ET

**SEE BACK-PAGE FOR ADDITIONAL NOTICES.**

©2006 - 2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders, NMLS #1416362, www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender. A borrower's billing statement for their loan will reflect the borrower's current lender at the time the billing statement is generated.

22070827740

IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.

GreenSky Servicing, LLC is servicing this Loan on behalf of your Lender. NMLS #1416362.

<u>California Residents</u>: License No. is pending.

<u>Important Notice for Massachusetts Residents</u>: If the Past Due Amount shown on the front of this notice includes an amount past due and owing to us ("Debt"), then Massachusetts law requires us to notify you that unless you, within 30 days of receipt of this notice, dispute (orally or in writing) the validity of the Debt, or any portion thereof, we will assume the Debt to be valid.

If you notify us in writing within 30 days after receipt of this notice that you dispute the Debt, or any portion of it, we will obtain verification of the Debt and provide you, or your attorney, with the following additional materials concerning the Debt: (i) all documents, including electronic records or images, which bear your signature and concern the Debt; (ii) a ledger, account card, account statement copy or similar record, whether paper or electronic, which reflects the date and amount of payments, credits, balances, and charges concerning the Debt, including, but not limited to, interest, fees, charges or expenses incidental to the principal obligation which we are expressly authorized to collect under your agreement with us creating the Debt or are permitted to collect by law; (iii) the name and address of your original creditor, if different from us; and (iv) a copy of any judgment against you.

You should send any writing which disputes the validity of the debt or any portion thereof or any writing requesting the name and address of the original creditor to us at GreenSky® Program, Attn: Legal, P.O. Box 2730, Alpharetta, GA 30023.

<u>NOTICE OF IMPORTANT RIGHTS</u>: YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.



PO Box 2730

Alpharetta, GA 30023

February 21, 2025

MALICK TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

RE: Account ending in 9400

Dear MALICK TRAORE,

Thank you for your request for debt validation. We have enclosed your application information and transaction record showing your application for and acceptance of your GreenSky® Program Loan which validates the debt.

As always, your complete Loan Agreement and other account information is available online at www.greenskyonline.com using your application ID (2207082740).

We hope that this letter answers any questions you may have regarding your account. If you have any additional concerns, please call us at 1-855-849-0088 from 8 AM - 8 PM, Eastern Time, Monday through Friday.

Thank you again for contacting us regarding this matter. We appreciate the opportunity to serve you.

Sincerely,

BMO HARRIS BANK, N.A.
GreenSky® Program

IF YOU HAVE BEEN DISCHARGED FROM LIABILITY ON THIS ACCOUNT BECAUSE OF BANKRUPTCY PROCEEDINGS, OR IF YOU ARE THE SUBJECT OF A PENDING BANKRUPTCY PROCEEDING, THIS LETTER IS MEANT FOR INFORMATION PURPOSES ONLY AND IS NOT INTENDED AS AN ATTEMPT FOR PAYMENT OR TO IMPOSE PERSONAL LIABILITY FOR ANY OBLIGATION.

**GreenSky Servicing, LLC is servicing this Loan on behalf of your Lender, NMLS #1416362.**

© 2006-2024 GreenSky, LLC. All Rights Reserved | GreenSky® and GreenSky Patient Solutions® are loan program names for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods and/or services from participating merchants/providers. Participating lenders are federally insured, federal or state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, gender, disability, or familial status. GreenSky® and GreenSky Patient Solutions® are registered trademarks of GreenSky, LLC and are licensed to banks and other financial institutions for their use in connection with those consumer loan programs. GreenSky Servicing, LLC services the loans on behalf of participating lenders, NMLS #1416362, www.nmlsconsumeraccess.org. A borrower's original lender is identified in their original loan agreement. In certain cases, GreenSky® or GreenSky Patient Solutions® loans may be transferred from one participating lender to another lender, a borrower's billing statement for their loan will reflect the time the billing statement is generated.

**California Residents**: License No. 10905-99.



## Activation Details

**Primary Applicant** Edit

Acknowledgement/Esign: **Yes**
Verification Method:
Verification Pass: **No**
Verification First Fail: **No**
Verification Second Fail: **No**
Country of Citizenship:

Activation Date: **2022-07-08 14:10:15**
Activation Source: **Email**

**Activation Text & Email**
Last Email Sent (1): **07/08/22 01:06 PM**
Emailed To: **malickft@gmail.com**
Email Status: **Delivered**

Last Text Sent (1): **07/08/22 01:06 PM**
Texted To: **2157719367**
Text Status: **Delivered**

## Application Details

x

| | | | |
|---|---|---|---|
| Application ID: | 2207082740 | Channel: | External-Prequal-CP |
| Promotion Code: | 81079380-2739 | | |
| Application Type: | Individual | | |
| Credit Product: | Installment | | |
| Credit Limit Requested: | $15,000.00 | | |
| Who Are You: | Sales Consultant | | |
| Entered by: | PUBLIC | | |
| Conversion Indicator: | No | | |

### Authorized Signatory/Applicant

| | |
|---|---|
| First Name: | Malick |
| Last Name: | Traore |
| Date of Birth: | [redacted] |
| SSN: | XXX-XX-[redacted] |
| Cell: | 215-771-9367 |
| Physical Street Address: | 2522 s Darient st Philadelphia, PA 19148 |
| Email Address: | malickft@gmail.com |
| Total Monthly Income: | $6,250.00 |

### Co-Applicant

| | |
|---|---|
| Owner Interest in Property: | No |

### Company Information

| | |
|---|---|
| Company Full Legal Name: | Malick Traore |
| Address: | 2522 s Darient st |
| Company City: | Philadelphia |
| State: | PA |
| Zip Code | 19148 |

| | |
|---|---|
| Bad Address: | No |
| Program: | GreenSky Consumer Projects |
| Merchant ID: | 81079380 |
| Merchant Name: | Angi. Inc. |
| Contract Language: | en |

# GreenSky®
Shopping Pass
A Goldman Sachs Company

Malick Traore
9400
CVV
Exp

Shopping Pass
For Barcode Scanners
9400
Exp




## Congratulations, Malick!
## You have been approved for up to $15,000.00!*

The purpose of this Shopping Pass is to provide important information about your loan and to make purchases using your GreenSky® loan.†

**About Your Account:**

1. When you are ready to make your purchase, please review your loan documentation and activate your loan. Once you have activated your loan, provide your Account Number and Expiration Date to your Merchant along with your photo ID. By activating your loan and providing your account number to your Merchant, you are authorizing payment for goods and/or services that you are purchasing. Only activate your account and provide your Merchant with your account number when you are prepared to pay. Only those named on this Shopping Pass are authorized to pay. If this Shopping Pass is lost or stolen, notify us immediately at (866) 936-0602 to limit your liability. Please be aware that if you authorize your Lender to make an initial advance under your GreenSky® Installment Loan to pay any initial payment required by the Merchant, payments may become due under your GreenSky® Installment Loan prior to the completion of services by the Merchant.

2. You have a purchasing window of 6 months to use your credit limit of up to $15,000.00. All purchases must be made by 01/08/2023 (the "Purchase Window Expiration Date"). We may close your purchase window earlier if we determine that your job is substantially complete. See the terms and conditions of your Loan Agreement for details.

3. After your first purchase, you will receive monthly statements to track your transactions. You have zero liability for transactions that you do not recognize. Please monitor your statements carefully and contact us at (866) 936-0602 to notify us immediately of any unauthorized activity.

4. You will have no Loan unless you authorize a transaction, which is your electronic signature of the Loan Agreement and will have the same legal effect as a physical signature.

Plan 7099. THIS IS A DIFFERENT PLAN THAN REQUESTED. 96 month loan, 6 month purchase window, 6 month introductory period beginning at approval, with up to 6 payments (actual number of payments depends on first transaction date) of 1.5750% of aggregate purchases, not to exceed principal balance, introductory period followed by amortized payments based on the principal balance 6 months after approval date. Your interest rate is fixed at 10.99% for the life of the loan.

(866) 936-0602                                      www.greensky.com

**Thank you for choosing GreenSky® Program!**
service@greensky.com

† Eligible only for purchases with your Merchant. Your merchant is specified on your Loan Agreement.

† GreenSky® is the brand name for certain consumer credit plans extended by participating lenders to borrowers for the purchase of goods or services from participating Merchants. Participating lenders are federally insured, federal and state chartered financial institutions providing credit without regard to age, race, color, religion, national origin, sex, or familial status. GreenSky® is a registered trademark of GreenSky, LLC and is used by your Lender under license. GreenSky Servicing, LLC ("Servicer") will service this Loan on behalf of your Lender.

‡ Applicable payment card network rules apply. Any unauthorized transactions must be reported to us within 60 days.

Application ID: 22070827740

The monthly payments in the payment schedule of your Truth in Lending Disclosure is estimated and based on the Amount Financed for which you have been approved. Examples of required minimum monthly payments for different total purchase amounts appear below.

| Total Amount of Purchases | Monthly Payment Amount |
| --- | --- |
| $15,000.00 | $235.54 |
| $10,000.00 | $157.03 |
| $5,000.00 | $78.51 |
| $4,000.00 | $62.81 |

Use of this Shopping Pass or the associated Loan by (any) Borrower (or any authorized user) to make a purchase constitutes acceptance by (all) Borrower(s) of the terms of the accompanying Loan Agreement.

The physical or electronic record of any such purchase will constitute the signature of (all) Borrower(s) on such Loan Agreement.

Provide your account number and expiration date to authorize a transaction only after you are satisfied that you have received the goods and/or services that you are purchasing. Your Lender does not monitor the workmanship, quality, or completeness of the goods and/or services that you purchase. Contact your Merchant immediately if not completely satisfied. You will receive monthly statements to help track your transactions and payments.

**FOR PROTECTION AGAINST UNAUTHORIZED PURCHASES, IDENTIFICATION WILL BE REQUIRED FOR ALL PURCHASES.**

Spanish language loan agreements are available upon request. Contact us for a Spanish version of this agreement.

Los acuerdos de préstamo en idioma español están disponibles bajo petición. Contáctenos para obtener una versión en español de este acuerdo.

## Installment Loan Agreement | NON-NEGOTIABLE CONSUMER NOTE

**LENDER: BMO HARRIS BANK N.A.**

**Application ID:** 2207082740          **Date:** 07/08/2022

**Lender Correspondence Address:** GreenSky® Program
**Attn:** Correspondence P.O. Box 29429, Atlanta, GA 30359
**Merchant:** Angi, Inc.
**Borrower:**    Malick Traore
**Phone Number:**
**Address:** 2522 s Darient st
**City/State/Zip:** Philadelphia, PA 19148

The Truth in Lending Act (TILA) disclosures below assume that your first purchase will be made on the approval date in an amount equal to the Amount Financed shown below. Your actual Finance Charges, Amount Financed and scheduled payments may vary from the amounts shown below depending on, among other things, the timing and amount of your purchases and payments.

## TRUTH IN LENDING DISCLOSURE

| ANNUAL PERCENTAGE RATE The cost of credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid when you have made all payments as scheduled |
|---|---|---|---|
| 10.99% (e) | $7,611.90 (e) | $15,000.00 (e) | $22,611.90 (e) |

Your payment schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 6 | $235.55 (e) | Beginning 08/20/2022 and monthly thereafter for a total of 6 Months. |
| 89 | $235.54 (e) | Beginning monthly thereafter for a total of 89 months. |
| 1 | $235.54 (e) | 07/20/2030 |

**Prepayment:** If you pay off early, you will not be entitled to a refund of any interest that was billed to your account for the billing cycle in which you make your last payment. You will not be entitled to a refund of the Activation Fee, if any.
See the rest of this document for any additional information on nonpayment, default, and any required repayment in full before the scheduled date, and prepayment refunds and penalties.
**"(e)" means estimate.**

**Itemization of Amount Financed:** $15,000.00 (e)
Paid to Angi, Inc.

### FEES

**Penalty Fees**
| | |
|---|---|
| • Late Payment | The greater of **$39 or 5%** of the amount past due, except **$0** for MA and ME residents and **$30** maximum for Iowa residents. |
| • Returned Payment | Up to **$20** |

**MILITARY LENDING ACT:** The Military Lending Act ("MLA") provides protections for certain members of the Armed Forces and their dependents ("Covered Borrowers"). The provisions of this section apply to Covered Borrowers under the MLA. If you would like more information about whether you are a Covered Borrower and whether this section applies to you, please contact us at 877-266-2945. Statement of MAPR; Federal law provides important protections to members of the Armed Forces and their dependents relating to extensions of consumer credit. In general, the cost of consumer credit to a member of the Armed Forces and his or her dependent may not exceed an Annual Percentage Rate of 36%. This rate must include, as applicable to the credit transaction or account: (1) the costs associated with credit insurance premiums; (2) fees for ancillary products sold in connection with the credit transaction; (3) any application fee charged (other than certain application fees for specified credit transactions or accounts); and (4) any participation fee charged (other than certain participation fees for a credit card account). Oral Disclosures: In order to hear important MLA disclosures and payment information, please call 877-266-2945. Covered Military Borrowers: If you are a Covered Borrower, as defined under the MLA, 10 U.S.C. § 987, as amended from time to time, (i) the provisions of the ARBITRATION PROVISION, (ii) any waiver of your right to legal recourse under any state or federal law and (iii) any other provision in this Loan Agreement that is not enforceable against you under the MLA, does not apply to you.

**NOTICE TO THE BUYER:** 1. THIS IS A CONSUMER CREDIT TRANSACTION. 2. DO NOT SIGN THIS CREDIT AGREEMENT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACE. 3. YOU ARE ENTITLED TO A COMPLETELY FILLED IN COPY OF THIS CREDIT AGREEMENT. 4. YOU MAY PREPAY THE UNPAID BALANCE UNDER THIS AGREEMENT AT ANY TIME SUBJECT TO THE "PREPAYMENT" DISCLOSURE ABOVE. 5. THIS LOAN AGREEMENT CONTAINS AN ARBITRATION PROVISION THAT, UNLESS YOU REJECT IT, MAY LIMIT YOUR RIGHT TO LITIGATE A CLAIM IN COURT OR HAVE A JURY TRIAL ON A CLAIM.

**ACCEPTANCE OF THIS LOAN AGREEMENT BY ELECTRONIC SIGNATURE:** The first use of the Shopping Pass or the associated loan to make a purchase will constitute acceptance by (all) Borrower(s) of the terms of this Loan Agreement. The dated physical or electronic record of such use will evidence the signature of (all) Borrower(s) on this Loan Agreement and have the same legal effect as a physical signature.

**CAUTION - IT IS IMPORTANT THAT YOU THOROUGHLY READ THE CONTRACT BEFORE YOU SIGN IT. NON-NEGOTIABLE CONSUMER NOTE.**

Borrower: _____ Date: _____      Co- Borrower: _____ Date: _____
*Electronic record constitutes acceptance of this Agreement (see above)*      *Electronic record constitutes acceptance of this Agreement (see above)*

**LENDER: /s/  BMO HARRIS BANK N.A.**                               Date: 07/08/2022

**IN-HOME SALE CUSTOMERS:** ARIZONA, CONNECTICUT, NORTH DAKOTA AND RHODE ISLAND RESIDENTS: THIS INSTRUMENT IS BASED UPON A HOME/PERSONAL SOLICITATION SALE SUBJECT TO THE PROVISIONS OF TITLE 44, CHAPTER 15 OF THE ARIZONA REVISED STATUTES IN ARIZONA; THE HOME SOLICITATION SALES ACT IN CONNECTICUT; THE NORTH DAKOTA CENTURY CODE IN NORTH DAKOTA; AND TITLE 6, CHAPTER 28 OF THE RHODE ISLAND GENERAL LAWS. THIS INSTRUMENT IS NOT NEGOTIABLE.

Lender: BMO HARRIS BANK N.A. 2207082740 FPL D202020510_79_2_10_W Rev 05/22

**1. Welcome.** Thank you for opening an installment loan through the GreenSky® Program. By accepting the Shopping Pass, the Truth in Lending Disclosure, the terms and conditions, and the Lender's Privacy Notice (collectively, the "Loan Agreement"), each Borrower ("you") acknowledges that (i) BMO HARRIS BANK N.A. ("Lender", "we", "our" or "us") has approved Borrower's ("Loan Agreement") installment loan up to the Amount Financed as set forth in the Truth in Lending Disclosure above (the "Loan"), (ii) each Borrower has received and retained a copy of Lender's Privacy Notice, (iii) each Borrower has read this Loan Agreement, including any Addenda, and agrees to be bound by its terms, (iv) if this Agreement resulted in a sale in your home ("In-Home Sale"), the sales person has explained each Borrower's right to cancel and has provided a filled-in written Notice of Right to Cancel. Any Notice of Right to Cancel and any additional notice of right to cancel provided in the sales contract for an In-Home Sale, as well as any accompanying documents provided to Borrower, are incorporated herein by reference, and unless any Borrower exercises the right to cancel, Lender agrees to pay the Amount Financed to Merchant for an In-Home Sale upon receipt of a transaction authorization, (v) either Borrower may direct Lender to make payments to Merchant by using the Shopping Pass or account number, and (vi) neither Borrower is a co-signer. A Certificate of Completion is required unless Borrower directs Lender to make payments to Merchant by using the Shopping Pass or account number. This Loan Agreement, including any changes to it, contains the terms of your agreement with BMO HARRIS BANK N.A.

**2. Installment Loan Program.**

**a. Using Loan:** You may make purchases of goods or services from Merchant, in total up to the "Amount Financed" set forth in the Truth in Lending Disclosure of this Loan Agreement, during the purchasing window time period specified on your Shopping Pass, which is incorporated here by reference. We may close the purchasing window time period on the earlier of the Purchase Window Expiration Date or when your job is substantially complete as determined by Lender (such as when your Merchant notifies us that your job is substantially complete). Once the purchasing window time period closes, you will no longer be able to make additional purchases. Each time you make a purchase of goods or services from Merchant, you authorize us to extend credit to you and to forward Loan proceeds on your behalf. We may decline any transaction if we experience an operational difficulty (such as a system outage). If you fail to make any payment required under this Agreement or you are in Default (as defined herein), or if we identify suspected fraudulent or unlawful activity involving your Loan.

**b. Credit Limit:** You agree not to make purchases in excess of the Amount Financed shown above, but if you do, you agree that we may, in our sole discretion, increase the Amount Financed to include such excess amount in a "Summary of Account at Conversion" that reflects such increased Amount Financed and resulting increased anticipated Finance Charge and Total of Payments. The dated electronic record of such excess purchase(s) will evidence your request and our acceptance of any such increased terms.

**c. Beginning of Amortization Period:** We will total the purchases you made during the purchasing window and provide you with a Summary of Account at Conversion that will show (based on actual charges incurred) a final Amount Financed, Finance Charge, Total of Payments and payment schedule for your total purchases.

**d. For your convenience,** we may provide you with certain materials in both the Spanish and English languages. You agree that, to the greatest extent not prohibited by law, the English text will control.

Para su conveniencia, podemos proporcionarle ciertos materiales en los idiomas español e inglés. Usted acepta que, en la mayor medida no prohibida por la ley, predominará el texto en inglés.

**3. Promise to Pay.** For value received, you agree to pay us: (a) so much as you may actually borrow from time to time by initiating transactions under the Loan Agreement, plus (b) periodic interest at an annual rate of 10.99% on the unpaid Amount Financed outstanding until the loan is paid in full, (c) any applicable taxes or other charges due under the Loan Agreement. We calculate the interest charge on the first day of each billing cycle. The monthly periodic rate equals the stipulated annual interest rate divided by twelve (12). Payments that are due as scheduled. Any principal balance, interest and other charges remaining unpaid are due in full on the date of the last scheduled payment. The actual amount of interest you pay may exceed the Finance Charge disclosed in the Truth in Lending Disclosure or Summary of Account at Conversion if you do not make minimum payments due by their due dates as identified in your statements. If you do not make required payments, then, in addition to any other rights and remedies available under this Loan Agreement or applicable law, your purchasing window may close early and (ii) no new purchases may be permitted.

**4. Timing and Application of Payments.** You agree to make payments in accordance with the estimated payment schedule contained in the Truth in Lending Disclosure on the preceding page (or any updated disclosure, including the Summary of Account at Conversion), provided that you will be obligated to make minimum monthly payments in the amounts and on the dates shown on your statements. Any payment made in excess of your minimum monthly payment will be applied to your Principal Balance and will not reduce the amount of your next regularly scheduled payment. You agree that, except for updated amounts, if any, shown on your updated Summary of Account at Conversion, including any adjustments to reflect your final Amount Financed and Finance Charges due, all other terms and disclosures of this Loan Agreement will remain in full force and effect. Once the initial amount due date is set, the payment due date will be the same day each month. Subject to applicable law, we may apply payments to the amounts you owe under this Loan Agreement in any order we choose. You may tell us how to apply your payments. Any partial prepayment will be applied against the outstanding balance, but will not postpone the due date of any subsequent monthly installments or change the amount of any such installments, unless we otherwise agree in writing. We will apply any refund we send your Merchant may notify us or our Servicer of a refund. If your Merchant receives notice of the refund from your Merchant. We do not control when your Merchant may notify us or our Servicer of a refund. If a purchase when we or Servicer receives notice of the refund from your Merchant, we will apply the refund as a prepayment on your account for a refund. If your Merchant notice is received after we send your Summary of Account at Conversion, we will apply the refund as a prepayment (subject to any necessary adjustments to the number of payments required for your final payment amount).

**5. Payment Method and Address.** Unless automatic payments are authorized in connection with this Loan, you agree to make payments by mailing a check or money order to Deppt 3025, Greensky, PO Box 2153, Birmingham AL 35287-3025, by making a phone payment by dialing 1-855-609-1889 or by making an online payment at www.greenskyonline.com. You agree that payments may not be made in whole or in part by credit card. A payment to our Servicer in accordance with this Loan Agreement is a payment to us. You agree not to send us partial payments marked "paid in full", "without recourse", or similar language. If you send such a payment, we may accept it without losing any of our rights under this Agreement. All written communications concerning disputed amounts, including any check or other payment instrument that (i) is postdated and accompanied by adequate notice, (ii) indicates that the payment constitutes "payment in full" of the amount owed, or (iii) is tendered with other conditions or limitations or (iv) is otherwise tendered as full satisfaction of a disputed amount, must be marked for special handling and mailed or delivered to us at P.O. Box 29429, Atlanta, GA 30359. Attention: Disputes.

**6. Unpaid Balances.** Your loan will not be regarded as "paid in full" if your loan has an unpaid balance of Amount Financed, interest, late charges, returned payment charges, or any other fees or charges at the end of the term.

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

**7. Access Device.** We will provide you with a Shopping Pass which you may use to make purchases of goods or services from Merchant during the purchasing window time period as described in this Loan Agreement. Use of your Shopping Pass or Loan to make a purchase constitutes your acceptance of the terms of this Loan Agreement. You agree to notify us immediately if your Shopping Pass is lost, stolen or otherwise compromised.

**8. Returned Payment Charge.** Subject to applicable law, we may charge you a "Returned Payment Charge" as provided herein. If your lender is located in Connecticut, Georgia, Illinois, Michigan, or Ohio, and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $20. If your lender is located in Alabama or Mississippi and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $15. If you are a Massachusetts Borrower and your payment is dishonored or returned for any reason, you agree to pay us a Returned Payment Charge of $10. In all cases, we may charge this fee the first time any payment is returned even if it is paid upon resubmission.

**9. Late Charge.** If a payment is more than 10 days late, you will be charged the GREATER of $39 or 5% of the amount past due, provided that the late payment fee will not exceed the amount past due ($30 maximum in Iowa). NOTICE: Massachusetts and Maine Borrowers are not charged late charges.

**10. Default.** Subject to applicable law, you will be in default ("Default") if any of the following events occur:

(a) You have made any false or misleading statement(s) in your application for the Loan subject to this Loan Agreement or any other account that you may have with us;
(b) You fail to make a payment within 60 days of when it was due under this Loan Agreement or any other account agreement that you may have with us;
(c) You fail to comply fully with any term or condition of this Loan Agreement or any other account agreement that you may have with us;
(d) You file or someone else files against you a petition in bankruptcy;
(e) You die;
(f) You commit fraud; or
(g) We believe you are unable or unwilling to pay your debts when due.

MASSACHUSETTS NOTICE: If you are a Massachusetts borrower and this Loan Agreement is secured by a non-possessory interest in consumer goods, this Default provision is enforceable only to the extent that the Default is material and consists of a failure to make one or more payments as required by the Loan Agreement or the occurrence of an event that substantially impairs the value of the collateral.

**11. Remedies on Default.** If you are in Default, we will have all of the rights and remedies available to us at law or in equity, in addition to the specific rights and remedies set forth in this Loan Agreement. We may exercise any, some or all of our rights and remedies, in our sole discretion. If you are in Default, we may, at our option, require you to pay immediately the entire amount you owe us under this Loan Agreement, in full. Subject to the requirements of applicable law, we may do this without giving you any advance notice of presentment, acceleration or our intent to accelerate. Unless prohibited by applicable law, you agree to pay our reasonable costs and attorneys' fees related to the collection of your Loan.

**12. Credit Inquiries and Loan Information.** You authorize us to obtain a credit report on you for any legal purpose in connection with this Loan, including any update, extension of credit, review or collection of this Loan. If you request, we will tell you whether any credit report was requested and, if so, the name and address of the credit bureau furnishing the report.

**13. Inaccurate Information.** If you believe that we have information about you that is inaccurate or that we have reported or may report inaccurate information about you to a credit bureau, please notify us of the specific information that you believe is inaccurate by writing to us at P.O. Box 29429, Atlanta, GA 30359, Attention: Disputes. In doing so, please identify the inaccurate information and tell us why you believe it is incorrect. If you have a copy of the credit report that includes the inaccurate information, please send a copy of that report to us as well. The "Your Billing Rights" section below contains special processes required for contacting us in the event of a Billing Error.

**14. Negative Information Reporting.** We may report information about your Loan to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**15. Severability.** If applicable law is finally interpreted so that charges collected or to be collected in connection with this Loan Agreement exceed the permitted limits, then (i) any such charges will be reduced to the permitted amounts and (ii) any amounts already collected that exceed the permitted amounts will be credited to you by, at our option, applying the credit to any amounts due hereunder or making a direct payment to you. If any provision in this Loan Agreement is invalid under applicable law, the remainder of the provisions in this Loan Agreement will remain in effect and interpreted to give the greatest possible effect to the intent of the parties as originally written.

**16. Assignment; Transfer.** We may sell, assign, transfer or delegate all or any portion of our rights or obligations under this Loan Agreement to any other person without prior notice to you. You may not sell, assign, transfer or delegate any of your rights or obligations under this Loan Agreement.

**17. Governing Law. This Loan Agreement, including the rate of interest and fees, is governed by applicable federal law and, to the extent not preempted by federal law, the laws of IL where the Lender is located as shown in Section 1 (Welcome) of this Loan Agreement (without regard to the State's conflict of laws provisions). If Lender is located in Kansas, the Kansas Consumer Credit Code (Kan. Stat. Ann. §§ 16a-1-101 et seq.) governs this Agreement. If you are a Massachusetts borrower and the Amount Financed is $6,000 or less, this Loan Agreement is also subject to the Massachusetts Small Loan Law.**

**18. Joint and Several Liability.** Each Borrower will be liable individually and together for all obligations under this Loan Agreement, including payment to us of the entire amount owed under this Loan Agreement.

**19. No Waiver by Us.** We will not be deemed to have waived any of our rights by delaying the enforcement of any of our rights. If we waive any of our rights in writing on one occasion, that waiver does not constitute a waiver by us of our rights on any future occasion.

**20. Telephone Monitoring and Recording.** You agree that we may monitor or record phone calls to ensure that you receive quality service and for training purposes.

<div style="text-align:right">

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

</div>

21. **Communicating to Contact by Electronic and Other Means.** You agree that, to the greatest extent not prohibited by applicable law, we may contact you for any lawful reason, including for the collection of amounts owed to us. No such contact will be deemed unsolicited. You agree that we (and any other owner or servicer of your account) may contact you for any and all purposes arising out of or relating to your Loan at any physical or electronic addresses or numbers (including wireless cellular telephone numbers, ported landline numbers, VOIP or other services) as you may provide to us from time to time. We may use any means of communication, including, but not limited to, postal mail, electronic mail, telephone, text messaging, to reach you. You agree that we may use automatic dialing and announcing devices which may play recorded messages. You may contact us at any time to ask that we not contact you using any one or more methods or technologies that you represent that you are permitted to receive communications at each of the telephone numbers you have provided to us.

22. **Notices; Change of Address, Employment or Telephone Number.** We will send all written notices and statements to your address as it appears on our records. To avoid delays and missed payment that could affect your credit standing, you agree to advise us promptly if you change your mailing address, place of employment, telephone number or other contact information, including, but not limited to, porting a landline telephone number to a cellular phone, VOIP or other services. You represent and agree that for purposes of imposing fees and charges, you are deemed to reside at the current mailing address that we have on record for you. You can update your contact information with us by phone, mail, or online at www.greenskyonline.com.

23. **Entire Agreement.** This Loan Agreement constitutes the final written expression of the credit agreement between you and us relating to your Loan. We are not bound by any oral representations made or implied that are not directly reflected in this Loan Agreement. A credit agreement must be in writing to be enforceable. Oral agreements or commitments to loan money, extend credit, or forbear from enforcing repayment of a debt, including promises to extend or renew such debt, are not enforceable. To protect you and us from misunderstanding or disappointment, any agreements we reach covering such matters or commitments made or implied that are not directly reflected in this writing, which is the complete and exclusive statement of the agreement between us, except as we may later agree in writing to modify it.

24. **NOTICES; ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.**

Your Merchant pays transaction fees as a result of your use of the Loan. Your Merchant is prohibited from surcharging you to cover the cost of these transaction fees.

**Notice to California Residents:** (AVISO PARA LOS QUE RESIDEN EN CALIFORNIA): SI SU PRÉSTAMO FUE NEGOCIADO PRIMERAMENTE EN ESPAÑOL, ESTAMOS OBLIGADOS A PRESENTARLE UNA TRADUCCIÓN EN ESPAÑOL DE LAS DISPOSICIONES REQUERIDAS POR LA REGULACIÓN FEDERAL Z, 12 C.F.R. APARTADO 1026.

**Notice to Iowa Residents:** IMPORTANT: READ BEFORE SIGNING. THE TERMS OF THIS LOAN AGREEMENT SHOULD BE READ CAREFULLY BECAUSE ONLY THOSE TERMS IN WRITING ARE ENFORCEABLE. NO OTHER TERMS OR ORAL PROMISES NOT CONTAINED IN THIS WRITTEN CONTRACT MAY BE LEGALLY ENFORCED. BORROWER MAY CHANGE THE TERMS OF THIS AGREEMENT ONLY BY ANOTHER WRITTEN AGREEMENT.

**Notice to New Hampshire Residents:** This Loan Agreement provides for reasonable attorney's fees to be awarded to us in an action against you involving this Loan Agreement. Reasonable attorney's fees will be awarded to you if you prevail in any action, suit or proceeding brought by us, or an action brought by you. If you successfully assert a partial defense or set-off, recoupment or counterclaim to an action brought by us, the court may withhold from us the entire amount of such portion of the attorney's fees as the court considers equitable.

**Notice to New Jersey Residents:** Because certain provisions of this Loan Agreement are subject to applicable laws, they may be void, unenforceable or inapplicable in some jurisdictions. None of these provisions, however, is void, unenforceable or inapplicable in New Jersey.

**Notice to New York Residents:** NOTICE TO THE BUYER: 1. Do not sign this credit agreement before you read it or if it contains any blank space. 2. You are entitled to a completely filled in copy of this credit agreement.

**Notice to Ohio Residents:** The Ohio laws against discrimination require that all creditors make credit equally available to all credit worthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law.

**Notice to Vermont Residents:** EACH BORROWER SHOULD RETAIN A COPY FOR THEIR RECORDS.

25. **ARBITRATION PROVISION. Agreement to Arbitrate Disputes:** This Arbitration Provision sets forth the circumstances and procedures under which Claims (defined below) that arise between you and us will be resolved through binding arbitration, provided, however, that this provision does not apply (i) on the date this Agreement is issued, you are covered by the federal Military Lending Act as a member of the Armed Forces or a dependent of such a member, UNLESS YOU OPT OUT OF THIS ARBITRATION PROVISION AS PROVIDED BELOW OR EXCEPT AS APPLICABLE LAW PROHIBITS US FROM IMPOSING BINDING ARBITRATION ON YOU. NEITHER YOU NOR WE WILL HAVE THE RIGHT TO LITIGATE A CLAIM IN COURT OR HAVE A JURY TRIAL ON A CLAIM. OTHER RIGHTS THAT YOU WOULD HAVE IN COURT ALSO MAY NOT BE AVAILABLE IN OR APPLY IN ARBITRATION, INCLUDING YOUR RIGHT TO APPEAL AND YOUR ABILITY TO PARTICIPATE IN A CLASS ACTION. Nothing in this provision precludes you from filing and pursuing your individual Claim in a small claims court in your state or municipality, so long as that claim is pending only in that court. **Definitions:** As used in this Arbitration Provision, the term "Claim" means and includes any claim, dispute or controversy of every kind and nature, whether based in law or equity, between you and us arising from or relating to your Loan Agreement as well as the relationship resulting from such Agreement ("The Agreement"), including the validity, enforceability or scope of this Arbitration Provision or the Agreement. "Claim" also includes claims by or against any third party providing any product, service or benefit in connection with the Agreement (including, but not limited to, debt collectors and all of their agents, employees, directors and representatives) if and only if, such third party is named as a co-party with you or us (or a Claim is asserted by you or us against any such third party) in connection with a claim asserted by you or us against us. You, your and us also includes any corporate parent, wholly or majority owned subsidiaries, affiliates, any licensees, predecessors, successors, assigns and any of their respective agents, employees, directors and representatives of any of the foregoing and any third party providing any product, service or benefit in connection with the Agreement. Inflation or Arbitration Proceeding / Selection of Administrator: Any Claim will be resolved, upon the election by you or us, by arbitration pursuant to this Agreement and the code or procedures of the national arbitration organization to which the Claim is referred to at the time the Claim is filed (the "Code"), except to the extent the Code conflicts with this Agreement. Claims must be referred to either JAMS or The American Arbitration Association ("AAA"), as selected by the party electing to use arbitration. If a selection by us of either of these organizations is unacceptable to you, you will have the

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

right within 30 days after you receive notice of our election to select the other organization listed to serve as arbitration administrator. For a copy of the procedures, to file a Claim or for other information about these organizations, contact (1) JAMS at 1920 Main Street, Suite 300, Irvine, CA 92614; www.jamsadr.com or (2) AAA at 335 Madison Avenue, New York, NY 10017, www.adr.org. In addition to the arbitration organizations listed above, Claims may be referred to any other arbitration organization that is mutually agreed upon in writing by you and us, or to an arbitration organization or arbitrator(s) appointed pursuant to Section 5 of the Federal Arbitration Act, 9 U.S.C. §§ 1-16, provided that any such arbitration organization and arbitrator(s) will enforce the terms of the restrictions set forth below. Class Action Waiver and Other Restrictions: Arbitration will proceed solely on an individual basis without the right for any Claims to be arbitrated on a class action basis or on bases involving claims brought in a purported representative capacity on behalf of others. The arbitrator's authority to resolve and make written awards is limited to Claims between you and us alone. Claims may not be joined or consolidated unless agreed in writing by all parties. No arbitration award or decision will have a preclusive effect as to issues or claims in any dispute with anyone who is not a named party to the arbitration. Notwithstanding any other provision in these terms and conditions and without waiving either party's right of appeal, if any portion of this "Class Action Waiver and Other Restrictions" provision is deemed invalid or unenforceable, then the entire Arbitration Provision (other than this sentence) will not apply. Arbitration Procedures: This Arbitration Provision is made pursuant to a transaction involving interstate commerce, and will be governed by the Federal Arbitration Act, 9 U.S.C. §§ 1-16, as it may be amended ("FAA"), and the applicable Code. The arbitrator will apply applicable substantive law consistent with the FAA and applicable statutes of limitations and will honor claims of privilege recognized by law. Federal or state rules of civil procedure or evidence will not apply. Written requests to expand the scope of discovery rest within the arbitrator's sole discretion and will be determined pursuant to the applicable Code. The arbitrator will take reasonable steps to preserve the privacy of individual, and of business matters. Judgment upon the written arbitral award may be entered in any court having jurisdiction. Subject to the right of appeal under the FAA, the arbitrator's written decision will be final and binding unless you or we take an appeal from the award by making a dated, written request to the arbitration organization within 30 days from the date of entry of the written arbitral award. A three-arbitrator panel administered by the same arbitration organization will consider anew any aspect of the award objected to by the appellant, conduct an arbitration pursuant to its Code and issue its decision within 120 days of the date of the appellant's written notice. The panel's majority vote decision will be final and binding. Location of Arbitration / Payment of Fees: The arbitration will take place in the federal judicial district where you live. Regardless of who wins in arbitration, you will only be responsible for paying your share, if any, of the arbitration fees required by the applicable Code, which amount will not exceed the filing fees that you would have incurred if the Claim had been brought in the appropriate state or federal court closest to where you live. We will pay the remainder of any arbitration fees. At your written request, we will consider in good faith making a temporary advance of all or part of your share of the arbitration fees. Waivers also may be available from the JAMS or AAA. Continuation: This Arbitration provision will survive termination of the Agreement, as well as voluntary payment in full of your account, any debt collection proceeding by or between you and us, and any bankruptcy by you or us. If any portion of this Arbitration Provision, except the "Class Action Waiver and Other Restrictions" provision above, is deemed invalid or unenforceable for any reason, it will not invalidate the remaining portions of this Arbitration Provision or the Agreement, each of which will be enforceable regardless of such invalidity. Opt-Out Process: You may choose to opt out of and not be subject to this Arbitration Provision but only by following the process set forth below. If you do not wish to be subject to this Arbitration Provision, then you must notify us in writing within forty-five (45) calendar days of the date of the Agreement at the following address: P.O. Box 29429, Atlanta, GA 30359, Attention: Legal. Your written notice must include your name, address, social security number, the date of the Agreement, and a statement that you wish to opt out of this Arbitration Provision. Your notice to opt out will only apply to this particular Agreement with us and not to subsequent or previous agreements.

## 26. Your Billing Rights: Keep this Document for Future Use

This notice tells you about your rights and our responsibilities under the Fair Credit Billing Act.

### What To Do If You Find a Mistake on Your Statement

If you think there is an error on your statement, write to us at:

GreenSky® Program
Attention: Disputes
PO Box 29429
Atlanta, GA 30359
You may also contact us at service@greensky.com.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us:

- Within 60 days after the error appeared on your statement.
- At least 3 business days before an automated payment is scheduled, if you want to stop payment on the amount you think is wrong.

You must notify us of any potential errors in writing. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.

### What Will Happen After We Receive Your Letter

When we receive your letter, we must do two things:

1. Within 30 days of receiving your letter, we must tell you that we received your letter. We will also tell you if we have already corrected the error.
2. Within 90 days of receiving your letter, we must either correct the error or explain to you why we believe the bill is correct.

While we investigate whether or not there has been an error:

Lender: BMO HARRIS BANK N.A. 2207082740 PPLD20220510_79_2_10_W Rev. 05/22

Lender: BMO HARRIS BANK N.A. 2207082740 PPL20220510_79_2_10_W Rev. 05/22

**TERMS AND CONDITIONS CONTINUE ON NEXT PAGE**

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your available loan funds (if any).

After we finish our investigation, one of two things will happen:

- *If we made a mistake:* You will not have to pay the amount in question or any interest or other fees related to that amount.
- *If we do not believe there was a mistake:*

You will have to pay the amount in question, along with applicable interest and fees. We will send you a statement of the amount you owe and the date payment is due. We may then report you as delinquent if you do not pay the amount we think you owe.

If you receive our explanation but still believe your bill is wrong, you must write to us within *10 days* telling us that you still refuse to pay. If you do so, we cannot report you as delinquent without also reporting that you are questioning your bill. We must tell you the name of anyone to whom we reported you as delinquent, and we must let those organizations know when the matter has been settled between us.

If we do not follow all of the rules above, you do not have to pay the first $50 of the amount you question even if your bill is correct.

**Your Rights if You Are Dissatisfied With Your Payment Card Purchases**

If you are dissatisfied with the goods or services that you have purchased with your Loan, and you have tried in good faith to correct the problem with the Merchant, you may have the right not to pay the remaining amount due on the purchase.

To use this right, all of the following must be true:

1. The purchase must have been made in your home state or within 100 miles of your current mailing address, and the purchase price must have been more than $50. (Note: Neither of these are necessary if your purchase was based on an advertisement we mailed to you, or if we own the company that sold you the goods or services.)
2. You must have used your payment card for the purchase.
3. You must not yet have fully paid for the purchase.

If all of the criteria above are met and you are still dissatisfied with the purchase, contact us in *writing* at:

GreenSky® Program
Attention: Disputes
PO Box 29429
Atlanta, GA 30359

You may also contact us at service@greensky.com.

While we investigate, the same rules apply to the disputed amount as discussed above. After we finish our investigation, we will tell you our decision. At that point, if we think you owe an amount and you do not pay, we may report you as delinquent.

Rev. 02/2020

| FACTS | WHAT DOES BMO HARRIS BANK N.A. DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| **Why?** | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend on the product or service you have with us. This information can include: <br>• Social Security number and employment information <br>• account transactions and transaction history <br>• credit history and investment experience |
| **How?** | All financial companies need to share customers' personal information to run their everyday business. In the section below, we list the reasons financial companies can share their customers' personal information; the reasons BMO Harris Bank N.A. chooses to share; and whether you can limit this sharing. |

| Reasons we can share your personal information | Does BMO Harris Bank N.A. share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes** — such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, or report to credit bureaus | Yes | No |
| **For our marketing purposes** — to offer our products and services to you | Yes | No |
| **For joint marketing with other financial companies** | Yes | No |
| **For our affiliates' everyday business purposes** — information about your transactions and experiences | Yes | No |
| **For our affiliates' everyday business purposes** — information about your creditworthiness | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For nonaffiliates to market to you** | No | We don't share |

| To limit our sharing | Call toll-free: 1-866-936-0602 <br>**Please note:** <br>If you are a *new* customer, we can begin sharing your information 30 days from the date we sent this notice. When you are *no longer* our customer, we continue to share your information as described in this notice. However, you can contact us at any time to limit our sharing. |
|---|---|

| Questions? | • Call toll-free: 1-888-654-0063 <br>• Talk to a banker at a BMO Harris branch <br>• Talk to your assigned account representative |
|---|---|

**BMO** 😊 **Harris Bank**

# Page 2

## Who we are

| Who is providing this notice? | This notice is provided by BMO Harris Bank, N.A. for its consumer customers, including all cardholders of Diners Club and Carte Blanche Professional cards issued by us. |
|---|---|

## What we do

| How does BMO Harris Bank N.A. protect my personal information? | To protect your personal information from unauthorized access and use, we use security measures that comply with federal law. These measures include computer safeguards and secured files and buildings. |
|---|---|
| How does BMO Harris Bank N.A. collect my personal information? | We collect your personal information, for example, when you:<br>• open an account or deposit money<br>• apply for a loan or use your credit or debit card<br>• seek advice about your investments<br><br>We also collect your personal information from others, such as credit bureaus, affiliates, or other companies. |
| Why can't I limit all sharing? | Federal law gives you the right to limit only<br>• sharing for affiliates' everyday business purposes—information about your creditworthiness<br>• affiliates from using your information to market to you<br>• sharing for nonaffiliates to market to you<br><br>State laws and individual companies may give you additional rights to limit sharing. See below for more information on your rights under state laws. |
| What happens when I limit sharing for an account I hold jointly with someone else? | Your choices will apply to you only, unless you tell us otherwise. |

## Definitions

| Affiliates | Companies related by common ownership or control. They can be financial or nonfinancial companies.<br>• Our affiliates include companies with a Bank of Montreal or BMO name; and financial companies such as BMO Harris Financial Advisors, Inc. |
|---|---|
| Nonaffiliates | Companies not related by common ownership or control. They can be financial and nonfinancial companies.<br>• BMO Harris Bank, N.A. does not share with nonaffiliates so they can market to you. |
| Joint Marketing | A formal agreement between nonaffiliated financial companies that together market financial products or services to you.<br>• Our joint marketing partners include credit card companies. |

## Other important information

For California Residents: We will not share information we collect about you with companies outside of the BMO family of companies except with your authorization or as permitted by California law, such as to service your account. To authorize the sharing of this information, please call us toll-free at 1-888-654-0083. In addition, we will limit the sharing of information about you within the BMO family of companies to the extent required by California law.

For Vermont Residents: We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. Additional information concerning our privacy policies can be found at www.bmoharris.com/us/about/privacy or call 1-888-654-0063.

For Nevada Residents: Notice provided pursuant to state law. To be placed on our internal Do Not Call List, call 1-888-654-0063. For more on this Nevada law, contact Bureau of Consumer Protection, Office of the Nevada Attorney General, 555 E. Washington St., Suite 3900, Las Vegas, NV 89101. Phone number: (702)486-3132; email: BCPINFO@ag.state.nv.us.

# BMO HARRIS BANK N.A.

## Your Credit Score and the Price You Pay for Credit



**Your Credit Score**

Your credit score:

Source: EXPERIAN          Date: 07/08/2022

---

**Understanding Your Credit Score**

| | |
|---|---|
| **What you should know about credit scores** | Your credit score is a number that reflects the information in your credit report.<br><br>Your credit report is a record of your credit history. It includes information about whether you pay your bills on time and how much you owe to creditors.<br><br>Your credit score can change, depending on how your credit history changes. |
| **How we use your credit score** | Your credit score can affect whether you can get a loan and how much you will have to pay for that loan. |
| **The range of scores** | Scores range from a low of 300 to a high of 850.<br><br>Generally, the higher your score, the more likely you are to be offered better credit terms. |
| **How your score compares to the scores of other consumers** |  |

**Borrower: Malick  Traore**

**Checking Your Credit Report**

| | |
|---|---|
| **What if there are mistakes in your credit report?** | You have a right to dispute any inaccurate information in your credit report. If you find mistakes on your credit report, contact the consumer reporting agency. It is a good idea to check your credit report to make sure the information it contains is accurate. |
| **How can you obtain a copy of your credit report?** | Under federal law, you have the right to obtain a free copy of your credit report from each of the nationwide consumer reporting agencies once a year. |
| | To order your free annual credit report— |
| | *By telephone:* Call toll-free: 1-877-322-8228 |
| | *On the web:* Visit www.annualcreditreport.com |
| | *By mail:* Mail your completed Annual Credit Report Request Form (which you can obtain from the Federal Trade Commission's website at www.ftc.gov/bcp/conline/include/requestformfinal.pdf) to: |
| | Annual Credit Report Request Service<br>P.O. Box 105281<br>Atlanta, GA 30348-5281 |
| **How can you get more information about credit reports?** | For more information about credit reports and your rights under Federal law, visit the Consumer Financial Protection Bureau's website at www.consumerfinance.gov/learnmore or visit the Federal Reserve Board's website at www.federalreserve.gov. |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 10/25/2024 | 10/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 10/25/2024 | 10/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 10/25/2024 | 10/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 10/01/2024 | 10/01/2024 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 09/25/2024 | 09/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 09/25/2024 | 09/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 09/25/2024 | 09/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 08/31/2024 | 08/31/2024 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 08/25/2024 | 08/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 08/25/2024 | 08/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 08/25/2024 | 08/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 07/31/2024 | 07/31/2024 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 07/25/2024 | 07/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 07/25/2024 | 07/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 07/25/2024 | 07/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 06/25/2024 | 06/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 118.51 |
| 06/25/2024 | 06/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 06/25/2024 | 06/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 05/25/2024 | 05/25/2024 | ****9400 | Payment | | 3182862610 | | WEB | 246.91 |
| 05/25/2024 | 05/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 119.65 |
| 05/25/2024 | 05/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 05/25/2024 | 05/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 04/25/2024 | 04/25/2024 | ****9400 | Payment | | 3180817012 | | WEB | 246.91 |
| 04/25/2024 | 04/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 120.78 |
| 04/25/2024 | 04/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 04/25/2024 | 04/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 03/25/2024 | 03/25/2024 | ****9400 | Payment | | 3178775062 | | WEB | 246.91 |
| 03/25/2024 | 03/25/2024 | ****9400 | Currency Conversion Fee | | | | Accrued Finance | 3.03 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Credit | | | | Charge | |
| 03/25/2024 | 03/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 121.89 |
| 03/25/2024 | 03/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 02/25/2024 | 02/25/2024 | ****9400 | Payment | | 3176756862 | | WEB I | 246.91 |
| 02/25/2024 | 02/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 02/25/2024 | 02/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 123.00 |
| 02/25/2024 | 02/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 01/25/2024 | 01/25/2024 | ****9400 | Payment | | 3174704239 | | WEB I | 493.82 |
| 01/25/2024 | 01/25/2024 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 01/25/2024 | 01/25/2024 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 125.17 |
| 01/25/2024 | 01/25/2024 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 12/25/2023 | 12/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 12/25/2023 | 12/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 12/25/2023 | 12/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 125.17 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 11/25/2023 | 11/25/2023 | ****9400 | Payment | | 3170684437 | | WEB | 246.91 |
| 11/25/2023 | 11/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 126.25 |
| 11/25/2023 | 11/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 11/25/2023 | 11/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 10/25/2023 | 10/25/2023 | ****9400 | Payment | | 3168681857 | | WEB | 246.91 |
| 10/25/2023 | 10/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 10/25/2023 | 10/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 127.32 |
| 10/25/2023 | 10/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 09/25/2023 | 09/25/2023 | ****9400 | Payment | | 3166700239 | | WEB | 246.91 |
| 09/25/2023 | 09/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 09/25/2023 | 09/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 128.38 |
| 09/25/2023 | 09/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 08/25/2023 | 08/25/2023 | ****9400 | Payment | | 3164734366 | | WEB | 246.91 |
| 08/25/2023 | 08/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 129.42 |
| 08/25/2023 | 08/25/2023 | ****9400 | Currency | | | | Accrued | 3.03 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| | | | Conversion Fee Credit | | | | Finance Charge | |
| 08/25/2023 | 08/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 07/25/2023 | 07/25/2023 | ****9400 | Payment | | 3163158830 | | WEB | 246.91 |
| 07/25/2023 | 07/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 07/25/2023 | 07/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 130.46 |
| 07/25/2023 | 07/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 06/25/2023 | 06/25/2023 | ****9400 | Payment | | 3161783883 | | WEB | 246.91 |
| 06/25/2023 | 06/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 06/25/2023 | 06/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 131.49 |
| 06/25/2023 | 06/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 05/25/2023 | 05/25/2023 | ****9400 | Payment | | 3160418816 | | WEB | 493.82 |
| 05/25/2023 | 05/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 134.50 |
| 05/25/2023 | 05/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 05/25/2023 | 05/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 04/28/2023 | 04/28/2023 | ****9400 | Payment | | 315915382S | | WEB | 246.91 |
| 04/25/2023 | 04/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 04/25/2023 | 04/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 04/25/2023 | 04/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 134.50 |
| 03/25/2023 | 03/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 03/25/2023 | 03/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 03/25/2023 | 03/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 134.50 |
| 03/15/2023 | 03/15/2023 | ****9400 | Payment | | 315737389Z | | WEB | 500.00 |
| 02/25/2023 | 02/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 02/25/2023 | 02/25/2023 | ****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 02/25/2023 | 02/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |
| 01/31/2023 | 01/31/2023 | ****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 01/25/2023 | 01/25/2023 | ****9400 | Deferred Finance Allocation | | | | Deferred Finance Allocation | 3.03 |
| 01/25/2023 | 01/25/2023 | ****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 01/25/2023 | 01/25/2023 | *****9400 | Currency Conversion Fee Credit | | | | Accrued Finance Charge | 3.03 |
| 01/22/2023 | 01/22/2023 | *****9400 | Currency Conversion Fee | | | | Accrued Finance Charge | 273.04 |
| 01/22/2023 | 01/22/2023 | *****9400 | Finance Charge Credit | | | | Accrued Finance Charge | 273.04 |
| 12/31/2022 | 12/31/2022 | *****9400 | Late Payment Fee | | | | Late Payment Fee | 39.00 |
| 12/25/2022 | 12/25/2022 | *****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |
| 11/25/2022 | 11/25/2022 | *****9400 | Finance Charge | | | | FINANCE CHARGE | 136.52 |
| 10/26/2022 | 10/26/2022 | *****9400 | Charge | | | 20221026-0030 92 | Greensky Direct Transaction - Angi, Inc. | 11,472.00 |
| 10/26/2022 | 10/26/2022 | *****9400 | MTA Charge Request | | 3151235496 | 2358807 | | 11,472.00 |
| 10/25/2022 | 10/25/2022 | *****9400 | Payment | | | | WEB I | 110.80 |
| 10/25/2022 | 10/25/2022 | *****9400 | Finance Charge | | | | FINANCE CHARGE | 31.89 |
| 09/25/2022 | 09/25/2022 | *****9400 | Finance Charge | | | | FINANCE CHARGE | 31.89 |
| 08/29/2022 | 08/29/2022 | *****9400 | Payment | | 3148944365 | | WEB I | 110.80 |
| 08/25/2022 | 08/25/2022 | *****9400 | Finance Charge | | | | FINANCE CHARGE | 32.31 |
| 07/25/2022 | 07/25/2022 | *****9400 | Finance Charge | | | | FINANCE CHARGE | 32.31 |
| 07/21/2022 | 07/21/2022 | *****9400 | Charge | | | 20220721-0028 88 | Greensky Direct | 3,528.00 |

| Transaction Date | Post Date | Card # | Transaction Type | Transaction Status | Invoice # | Confirmation # | Transaction Description | Transaction Amount |
|---|---|---|---|---|---|---|---|---|
| 07/21/2022 | 07/21/2022 | ****9400 | MTA Charge Request | | | 2127106 | Transaction - Angi, Inc. | 3,528.00 |

*** 437402901-024 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

06/21/2024



PK7NGI00102045-I026131-158726937

MALICK B. TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148-4523

Dear MALICK B. TRAORE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Should you wish to receive the above description of the procedures we used to investigate your dispute in a separate communication for your records, please contact TransUnion.

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.



---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results**.

File Number: 437402901
Date Issued: 06/21/2024

# A Note on Credit Report Updates

Information in your credit report is updated frequently which means items you disputed may not appear on your credit report or have already changed by the time we received your dispute. In most cases, the **Date Updated** represents the last time the account information was updated or reported by the data furnisher. Please note that this date may not change following our investigation of your dispute. For **Payment Received** and **Last Payment Made**, please keep in mind, the data may not represent very recent payment activity.

If information was removed or updated as a result of your dispute, the "Your Investigation Results" section below will note that an update was made. An update can include a change to the information or the removal of the information entirely from your credit file. For example, if a field was removed as a result of your dispute, the description will indicate that a change was made to that field. If information was removed, it will no longer appear in the account details.

## Definitions

For your reference, here are some definitions to help you understand **Your Investigation Results.**

### For ACCOUNTS:

| | |
|---|---|
| **Balance:** The balance owed as of the date the account was verified or reported | **Original Charge Off:** if applicable, the amount charged off due to non-payment of the account |
| **Credit Limit:** The maximum amount of credit approved by the creditor on the account | **Past Due:** The amount past due as of the date the account was verified or reported |
| **Date Opened:** The date the account was opened | **Pay Status:** The current status of the account; how you are currently paying. For accounts that have been paid and closed, sold, or transferred, it represents the last reported status of the account. |
| **High Balance:** The highest amount ever owed on an account | **Remarks:** if applicable, the creditor may provide additional information here related to the account |
| **Last Payment Made:** The date the creditor received the last payment on the account | **Responsibility:** The type of contractual ownership (individual, joint, authorized user, etc.) of the account |
| **Maximum Delinquency:** if applicable, the maximum amount past due before an account becomes a charge-off or of a collection account | **Terms:** The monthly amount or monthly minimum payment due on the account |

### Historical Trended Data

Accounts on your credit report may include historical account information, which TransUnion has collected from account updates provided by your creditor for up to 30 months.  On your credit report, this historical trended data may have appeared in a grid below each account along with information reflecting the timeliness of your payments and may include the following data: Date Updated, High Balance, Balance, Amount Due, Amount Paid, Past Due, Credit Limit, High Balance and Remarks.

Please note: Once an account is disputed, the historical trended data is removed from your credit file and will not be displayed on these results. However, the rating information reflecting the timeliness of your payments will remain and reflect any updates provided by the creditor, if applicable.

File Number:    437402901
Date Issued:    06/21/2024

Page 3 of 6

## Rating Key

Your accounts may also include up to 84 months of rating information. Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. This rating key will help you understand any updates to your **PAYMENT HISTORY**, if applicable to **YOUR INVESTIGATION RESULTS**. Any rating that is shaded or any value in the account detail appearing with brackets (> <) may indicate that it is considered adverse.

| N/R | X | OK | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

File Number: 437402901
Date Issued: 06/21/2024

# TransUnion Credit Score

MALICK B. TRAORE

## YOUR CREDIT SCORE

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Score<br>**Not Purchased**<br>(See Below)<br>Grade<br>-<br>Created on<br>06/21/2024 | Unavailable<br>(See Below)<br>850 – 780 – 720 – 660 – 600 – 300 | Unavailable<br>(See Below)<br>100% – 50% – 0% |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

**Summary**

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.

| File Number: | 437402901 | Page 5 of 6 |
| --- | --- | --- |
| Date Issued: | 06/21/2024 | |

# Your Investigation Results

> **INVESTIGATION RESULTS - VERIFIED AS ACCURATE AND UPDATED:** The disputed item(s) was verified as accurate; however, other information has also changed.

**PENN STATE #70349C6D6113PER2\*\*\*\*** ( 108 SHIELDS BLDG, UNIVERSITY PK, PA 16802-1201, (814) 865-0461 )
We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE;** however, we updated: **Balance; Date Updated; Last Payment Made; Historical Trended Data.** Here is how this account appears on your credit report following our investigation.

| Date Opened: | 11/11/2011 | Balance: | $760 | Pay Status: | Current; Paid or Paying as Agreed |
| --- | --- | --- | --- | --- | --- |
| Responsibility: | Individual Account | Date Updated: | 06/20/2024 | | |
| Account Type: | Installment Account | Payment Received: | 06/03/2024 ($50) | Terms: | $40 per month, paid Monthly for 120 months |
| Loan Type: | STUDENT LOAN | Last Payment Made: | 06/03/2024 | | |
| | | High Balance: | $2,500 | | >Maximum Delinquency of 120 days in 09/2021< |

| | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | ■ | ■ | ■ | ■ |

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | ■ | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

In the preceding pages we have provided details on the results of our investigation. **If our investigation has not resolved your dispute, here's what you can do next:**

- **Add a 100-word statement to your report.** What this means is that you have the right to send us a note of 100 words or less describing your situation or why you disagree with the results, and we will add this statement to your report. Anyone who views your report will see this statement. Please know that if you include any medical information in your statement, this means you're giving TransUnion permission to include that information in any future credit report we issue on your behalf.
- **Dispute directly with the company that reported the information to us.** If you want changes made to information found on your credit report you may dispute with the company that reported it using the contact information listed in **Your Investigation Results.**
- **Provide to us any other information or documents about your dispute.** Please visit www.transunion.com/dispute and let us know you are filing a repeat dispute. Be sure to include any other information or documentation you feel will help us resolve your dispute.
- **File a complaint** about the company reporting the account or about TransUnion with the Consumer Financial Protection Bureau (www.consumerfinance.gov/complaint) or with your State's Attorney General's office.

If there has been a change to your credit report as a result of our investigation, or if you have added a statement to your report, **you may ask TransUnion to send an updated credit report** to those who have received your report within the last 2 years for employment purposes or within the last 6 months (or 1 year, where applicable) for any purpose.

**A Note on Inquiries**

An inquiry is posted on your credit report to notify you that a company has requested your report. Companies can only request a credit report for a legitimate business reason (called permissible purpose). Examples of permissible purpose include: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental application or court order. Inquiries stay on your credit report for up to two (2) years. Each company that requested your credit report will be listed in the section on inquiries, along with their contact information. Please note, a company doesn't always need your authorization to view your credit report as long as they have a permissible purpose. If you think an inquiry was made without a permissible purpose, we strongly encourage you to reach out to the company who requested your credit report to find out whether they have opened an account in your name. The company can then investigate and if they determine that someone fraudulently applied for credit in your name, they can close that account and send us a letter requesting removal of the inquiry. If you have specific information that the inquiry was made fraudulently, you can also call our Fraud Victim Assistance department at 800-680-7289.

**Should You Wish to Contact TransUnion**

Please have your TransUnion FILE NUMBER available. Your unique **FILE NUMBER** is located at the top of each page of this correspondence.

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For more information please visit our Frequently Asked Questions page at http://transunion.com/consumerfaqs

**By Mail:**
TransUnion
P. O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your

express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue to in state or in federal court. You may also have the right to file suit under state law.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau 1700 G Street, NW, Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, NW, Washington, DC 20580    (877) 382-4357 |
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency Customer Assistance Group P.O. Box 53570 Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center PO Box 1200 Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. Division of Depositor and Consumer Protection National Center for Consumer and Depositor Assistance Federal Deposit Insurance Corporation 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration Office of Consumer Financial Protection 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection Department of Transportation 1200 New Jersey Avenue, SE, Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board 395 E Street, SW, Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access United States Small Business Administration 409 Third Street, SW, Suite 8200 Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission 100 F Street, NE, Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration 1501 Farm Credit Drive McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission Consumer Response Center 600 Pennsylvania Avenue, NW, Washington, DC 20580    (877) 382-4357 |

## Fraud Victim Rights

### SUMMARY OF RIGHTS UNDER THE FCRA OF VICTIMS OF IDENTITY THEFT

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W. Washington, DC 20552.*

#### Remedying the Effects of Identity Theft

You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file to let potential creditors and others know that you may be a victim of identity theft.** A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   - Equifax: 1-800-525-6285; www.equifax.com
   - Experian: 1-888-397-3742; www.experian.com
   - TransUnion: 1-800-680-7289; www.transunion.com

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an identity theft report. An identity theft report includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the identity theft report, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It may also specify an address for you to send your request. Under certain circumstances a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief – like the name of the creditor and the amount of the debt.

5. **If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.** An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your identity theft report. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

**6. You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an identity theft report.

7. The following FCRA right applies with respect to nationwide consumer reporting agencies:

## CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.



## Stop fraud before it happens — control the damage if it does

### PROTECT YOURSELF AGAINST CREDIT FRAUD

#### *Know your credit report*
Monitoring your credit is the first step in preventing fraud. Order your credit report at least once a year and immediately report any unfamiliar accounts or charges.

#### *Your rights under the FACT Act*
The Fair and Accurate Credit Transactions (FACT) Act was signed into law in December 2003. This law incorporates new privacy regulations, identity theft protection, dispute procedures and the distribution of free annual Personal Credit Reports. This means that you can review a free copy of your Personal Credit Report every 12 months. You can request your FACT Act Personal Credit Reports from each of the credit reporting agencies online at www.annualcreditreport.com. You can also submit your request by calling (877) 322-8228 or by mail (see details online).

#### *Guard your identity*
Destroy credit card and bank statements, credit card offers, and credit card receipts before discarding. Carry only the identification and credit cards you need that day. Never carry social security cards, birth certificates, or passports unless you have to. Don't print your social security number on your driver's license.

#### *Memorize PINs and passwords*
Don't write down or carry PINs or passwords with you. Choose a password or PIN that's easy to remember, and memorize it. But be careful to avoid obvious passwords like birthdays, phone numbers, or addresses.

#### *Avoid credit repair scams*
So-called "credit repair" companies can't do anything to repair your credit other than what you could do yourself. All they can do is dispute information contained on your report and have inaccuracies corrected for no charge. However, they often use deceptive or even illegal practices. If you believe a credit repair company is breaking the law, report them to your state authorities and the Federal Trade Commission (FTC).

#### *Protect your information*
Keep a copy of all account information, including account numbers, expiration dates, and telephone numbers for fraud departments and customer service in a secure place. Never disclose social security numbers or other personal information over the telephone or Internet unless it is to a trusted source.

#### *Watch for the signs*
The sooner you detect credit fraud, the less damage it can do. Know the warning signs and be ready to act. Watch for missing statements or bills, unusual charges on your accounts, incoming letters informing you that you've been approved or denied credit you didn't apply for, or bills and statements you don't recognize.

#### *Act quickly*
If you have any reason to suspect credit fraud, contact banks, creditors, and the three main credit information providers immediately. You can get access to your credit report at www.transunion.com.

Remember, you're entitled to copies of your report at no charge if you think you have been the victim of identity theft:

| | | |
|---|---|---|
| TransUnion | Experian | Equifax |
| P.O. Box 2000 | P.O. Box 2002 | P.O. Box 740256 |
| Chester, PA 19016 | Allen, TX 75013 | Atlanta, GA 30374 |
| (800) 680-7289 | (888) 397-3742 | (800) 525-6285 |

*If you have any questions or need advice, call (800) 680-7289 to contact the Fraud Victim Assistance Department today.*

#### *Contain, restore, and rebuild*
*Steps to recover from credit fraud*

#### *Step 1: Add a fraud alert*
Have TransUnion add an initial, extended, or active duty fraud alert to your credit file advising potential creditors to contact you personally before approving any applications made in your name. You only need to make a single request, and we will automatically inform the other two national credit reporting agencies.

#### *Step 2: Inspect your credit reports*
Visit www.transunion.com or call (800) 680-7289 to request your report. Dispute all information that you don't recognize. Provide a copy of your police report, a notarized FTC fraud affidavit, or other relevant documentation of proof with your dispute.

#### *Step 3: Report the fraud*
Notify your local, state, and federal law enforcement offices immediately. Be sure to request a case number and a copy of the police report to provide TransUnion's Fraud Victim Assistance Department.

#### *Step 4: Contact credit financial institutions*
Notify your credit institutions and banks as soon as possible. Document the fraud to avoid responsibility for fraudulent debts. Keep a log of all phone conversations, including names of people with whom you spoke.

# Credit Fraud Prevention Toolkit

## Step 5: Checks and social security number

Notify your bank to stop checks. You can also report stolen checks, file a complaint with the Social Security Administration and more by calling the numbers below:

| | |
|---|---|
| Social Security Administration<br>www.ssa.gov | (800) 269-0271 |
| SCAN<br>www.consumerdebt.com | (800) 262-7771 |
| Checkrite/Global Payments<br>www.globalpaymentinc.com | (800) 638-4600 |
| TeleCheck<br>www.telecheck.com | (800) 710-9898 |
| ChexSystems/E-Funds<br>www.chexhelp.com | (800) 328-5121 |

### Get help to rebuild

If you need assistance, the TransUnion Fraud Victim Assistance Department is always ready to help at (800) 680-7289. The FTC can also help at (877) ID-THEFT or www.consumer.gov/idtheft. Identity Theft resolution services for individuals, banks, insurers, and other groups are available through RelyData, LLC. Contact them at (877) 735-9282 or visit www.relydata.com.

## PROTECT YOUR MOST VALUABLE ASSET — YOUR IDENTITY

### Prevent identity fraud and keep your credit safe

As a leading provider of credit information solutions, TransUnion is your first line of defense in protecting yourself against credit fraud. From preventative advice to investigations and credit restoration assistance, we're always just a phone call away. Whatever your concern, the TransUnion Fraud Victim Assistance Department is ready to help. Credit fraud occurs when somebody else uses your identity to obtain credit. If successful, the criminal can incur substantial debts in your name, force the closure of your bank accounts and credit cards, and even prevent you from being able to buy a car, a home, or more. Following these simple steps can go a long way towards protecting yourself from credit fraud.

### Ten steps to prevent identity fraud

- Watch your mail for missing statements or bills
- Carry the minimum amount of credit cards with you
- Don't include your social security number on your driver's license
- Destroy documents before discarding, preferably by shredding
- Check your credit report regularly
- Keep a record of credit and bank information in a safe place
- Never disclose personal information over the telephone or internet unless it is to a trusted source
- Balance your checkbook regularly and watch for skipped check numbers or unfamiliar amounts
- Stay alert and act immediately if you become suspicious
- Guard against identity theft with weekly fraud-watch from www.transunion.com

Consumers can get their free annual personal credit report online at www.annualcreditreport.com or by calling (877) 322-8228.

Questions? Visit our Web site at www.transunion.com or call 1-800-680-7289 to contact the TransUnion Fraud Victim Assistance Department today.

*** 437402901-025 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

06/21/2024


Information for Good.

PK7NLB00102147-I030689-158733736

MALICK B. TRAORE
2522 S DARIEN ST
PHILADELPHIA, PA 19148-4523

Dear MALICK B. TRAORE,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you. In the pages that follow you will see a full copy of your credit report.

# TransUnion Credit Score

MALICK B. TRAORE

TRANSUNION.COM

| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 850 to 300 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |
| Created on 06/17/2024 | 850 — | 0% — |
| **Not Purchased** (See Below) Score | 780 — Unavailable (See Below) | Unavailable (See Below) |
| – Grade | 720 — | 50% — |
| | 660 — | |
| | 600 — | |
| | 300 — | 100% — |

## Summary

You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.



- **Important Information Concerning Your TransUnion Credit Report:**
- Your SSN has been masked for your protection. You may request disclosure of your full Social Security number by writing to us at the address found at the end of this report.
- For your protection, your account numbers have been partially masked, and in some cases scrambled.
- Please note: Accounts are reported as "Current; Paid or paying as agreed." If paid within 30 days of the due date, Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**YOUR CREDIT FILE CONTAINS:**

- One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added brackets or shading to those items in this report.
- One or more satisfactory accounts.
- Regular Inquiries. Inquiries are posted when someone accesses your credit information. The presence of an inquiry means that the company listed received your credit information on the dates specified. These inquiries will remain on your credit file for up to 2 years.
- Account Review Inquiries. The listing of a company's inquiry in this section means that they obtained information from your credit file in connection with an account review or other business transaction with you. These inquiries are not seen by anyone but you and will not be used in scoring your credit file (except Insurance companies may have access to other insurance company inquiries, certain collection companies may have access to other collection company inquiries, and users of a report for employment purposes may have access to other employment inquiries, where permitted by law).
- A Fraud or Active Duty Alert. This statement will notify anyone who accesses your credit report that you have added an alert to your credit file. The alert will remain on your file until the expiration date shown.
- A Promotional Opt-Out. A promotional opt-out excludes you from promotional marketing lists that are provided by TransUnion.



File Number:    437402901
Date Issued:    06/21/2024

**TransUnion®**

**Personal Information**

You have been on our files since 08/16/2011

SSN: XXX-XX-7898

Date of Birth: 04/14/1993

**Names Reported:** MALICK B. TRAORE, MALICK FARDY BA TRAORE, MALICK FARDY BABAH TRAORE, and BABAH MALICKFARDY

## Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 2522 S DARIEN ST, PHILADELPHIA, PA 19148-4523 | 06/30/2022 | 294 GREENOUGH ST APT 1, PHILADELPHIA, PA 19127-1112 | 05/21/2020 |
| 2053 N JOHN RUSSELL CIR APT A, ELKINS PARK, PA 19027-1018 | 01/25/2019 | 428 CHRISTIANA RIVER DR, CLAYTON, DE 19938-3926 | 08/16/2011 |
| 2053 N JOHN RUSSELL CIR APT N2053A, ELKINS PARK, PA 19027-1018 | 11/14/2018 | 2047 MATHER WAY APT N2053A, ELKINS PARK, PA 19027-1032 | 10/21/2018 |
| 2047 MATHER WAY APT N2001A, ELKINS PARK, PA 19027-1032 | 12/21/2017 | N2001A, ELKINS PARK, PA 19027 | 11/21/2017 |
| 2001 N JOHN RUSSELL CIR APT N2001A, ELKINS PARK, PA 19027-1018 | 02/26/2018 | 2522 S DARIEN ST APT A, PHILADELPHIA, PA 19148-4523 | 07/01/2023 |

## Telephone Numbers Reported:

(215) 771-9367      (267) 469-5684      (267) 772-9669      (771) 936-9367

## Employment Data Reported:

| Employer Name | Date Verified | Position |
|---|---|---|
| ATT | 11/25/2018 | |
| SPRINT | 02/18/2018 | SALESPERSON |
| TARGET | 06/10/2016 | CASHIER |

**Account Information**

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported. Pay Status represents the current status of accounts and indicates how you are currently paying. For accounts that have been paid and closed, sold, or transferred, Pay Status represents the last reported status of the account.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | | | | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

**Remark Key**

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

AID    ACCT INFO DISPUTED BY CONSUMR        CBG    CLOSED BY CREDIT GRANTOR        DRG    DISP INVG COMP-RPT BY GRNTR

>PRL<   UNPAID BALANCE CHARGED OFF

**Account Summary Information**

**AVANT #43096**** ( 222 W MERCHANDISE MART PLAZA, SUITE 900, CHICAGO, IL 60654, (800) 712-5407 )

| | | | |
|---|---|---|---|
| Date Opened: | 08/25/2021 | Date Updated: | 05/31/2024 |
| Responsibility: | Individual Account | Payment Received: | $0 |
| Account Type: | Installment Account | Last Payment Made: | 12/26/2023 |
| Loan Type: | UNSECURED | Original Charge-off: | $2,507 |
| | | Original Creditor: | WEBBANK (Financial) |

Pay Status:    >Charged Off<
Terms:    $0 per month, paid Monthly for 36 months
Date Closed: 01/31/2024
>Maximum Delinquency of 90 days in 04/2023 for $588 and in 12/2023 for $563<

High Balance: High balance of $5,000 from 12/2021 to 10/2023; $5,000 from 12/2023 to 01/2024; $5,000 from 03/2024 to 03/2024; $5,000 from 05/2024 to 05/2024

Estimated month and year that this item will be removed: 01/2030

| | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,507 | | $2,507 | | $2,507 | $2,457 | | $2,744 | $2,882 | $3,019 | $3,152 | $3,283 |
| Scheduled Payment | $0 | | $0 | | $0 | $196 | | $196 | $196 | $196 | $196 | $196 |
| Amount Paid | $0 | | $0 | | $0 | $196 | | $196 | $196 | $196 | $196 | $196 |
| Past Due | | | | | | | | | | | | |
| Remarks | | | | | | DRG | | | | | | |
| Rating | | | | | | | | | | | | |

## To dispute online go to: http://transunion.com/disputeonline

| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $3,416 | $3,547 | $3,459 | $3,368 | $3,284 | $3,219 | $3,348 | $3,476 | $3,600 | $3,723 | $3,842 | $3,958 |
| Scheduled Payment | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |
| Amount Paid | $221 | $0 | $0 | $0 | $0 | $196 | $196 | $196 | $196 | $196 | $196 | $196 |
| Past Due | [redacted] | | | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | [redacted] | [redacted] | [redacted] | [redacted] | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 |
|---|---|---|---|---|---|---|---|---|---|
| Balance | $4,075 | $4,186 | $4,299 | $4,406 | $4,519 | $4,622 | | | |
| Scheduled Payment | $196 | $196 | $196 | $196 | $196 | $196 | | | |
| Amount Paid | $196 | $196 | $196 | $196 | $196 | $196 | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**BMOHARRISBK/GREENSKY #710000620618****** (1797 NE EXPRESSWAY, ATLANTA, GA 30329, (866) 936-0602)

**Date Opened:** 07/08/2022
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** UNSECURED
**Date Updated:** 04/30/2024
**Payment Received:** $247
**Last Payment Made:** 04/25/2024
**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $247 per month, paid Monthly for 96 months
›Maximum Delinquency of 30 days in 01/2023 for $236‹

**High Balance:** High balance of $3,528 from 08/2022 to 09/2022; $15,000 from 10/2022 to 01/2023; $15,000 from 12/2023 to 04/2024
**Remarks:** ACCT INFO DISPUTED BY CONSUMR

| | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 | 05/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $13,367 | $13,493 | $13,618 | $13,742 | $14,111 | | | | | | | |
| Scheduled Payment | $247 | $247 | $247 | $247 | $247 | | | | | | | |
| Amount Paid | $247 | $247 | $247 | $494 | $0 | | | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | | | | | | | |
| Rating | OK | OK | OK | OK | OK | X | X | X | X | X | X | X |

| | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 |
|---|---|---|---|---|---|---|---|---|---|
| Balance | | | | $15,394 | $14,739 | $14,778 | $14,778 | $3,417 | $3,417 |
| Scheduled Payment | | | | $247 | $236 | $236 | $55 | $55 | $55 |
| Amount Paid | | | | $0 | $0 | $0 | $111 | $0 | $111 |
| Past Due | | | | [redacted] | $0 | $0 | $0 | $0 | $0 |
| Rating | X | X | X | [redacted] | OK | OK | OK | OK | OK |

**PENN STATE #70349C6D6113PER2****** (108 SHIELDS BLDG, UNIVERSITY PK, PA 16802-1201, (814) 865-0461)

**Date Opened:** 11/11/2011
**Responsibility:** Individual Account
**Account Type:** Installment Account
**Loan Type:** STUDENT LOAN
**Balance:** $760
**Date Updated:** 06/20/2024
**Payment Received:** $50
**Last Payment Made:** 06/03/2024
**High Balance:** $2,500
**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $40 per month, paid Monthly for 120 months
›Maximum Delinquency of 120 days in 09/2021‹

| | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 | 06/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | [redacted] | [redacted] | [redacted] | [redacted] |

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | [redacted] | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Satisfactory Accounts

**AMERICAN EXPRESS #349992773912****** (PO BOX 981537, EL PASO, TX 79998, (800) 874-2717)

**Date Opened:** 01/07/2020
**Responsibility:** Relationship Terminated (11/03/2022)
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD
**Date Updated:** 11/03/2022
**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** Paid Monthly
**Date Closed:** 10/05/2022

**High Balance:** High balance of $2,832 from 12/2021 to 09/2022; $3,058 from 10/2022 to 10/2022; $0 from 11/2022 to 11/2022
**Credit Limit:** Credit limit of $3,000 from 12/2021 to 10/2022; $0 from 11/2022 to 11/2022

To dispute online go to: http://transunion.com/disputeonline

**Consumer Credit Report for MALICK B. TRAORE**  File Number: 437402901  Date Issued: 06/21/2024

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $3,058 | $2,811 | $2,547 | $2,817 | $2,057 | $2,662 | $2,095 | $2,232 | $1,144 | $2,759 | $2,185 |
| Scheduled Payment | | $101 | $89 | $86 | $87 | $75 | $78 | $105 | $52 | $61 | $83 | $71 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## AMERISAVE MORTGAGE COMPANY/DMI #310148126**** ( 1 CORPORATE DR, SUITE 360, LAKE ZURICH, IL 60047, (847) 550-7300 )

Date Opened: 06/13/2022  Date Updated: 06/05/2024  **Pay Status:** Current; Paid or Paying as Agreed
Responsibility: Individual Account  Payment Received: $1,202  **Terms:** $1,182 per month, paid Monthly for 360 months
Account Type: Mortgage Account  Last Payment Made: 05/23/2024
Loan Type: FHA REAL ESTATE MORTGAGE
High Balance: High balance of $166,920 from 07/2022 to 06/2024

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $161,254 | $161,523 | $161,789 | $162,056 | $162,322 | $162,588 | $162,851 | $163,113 | $163,355 | $163,597 | $163,838 | $164,078 |
| Scheduled Payment | $1,182 | $1,182 | $1,182 | $1,182 | $1,182 | $1,182 | $1,182 | $1,182 | $1,200 | $1,200 | $1,200 | $1,200 |
| Amount Paid | $1,202 | $1,200 | $1,202 | $1,202 | $1,202 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $164,317 | $164,555 | $164,793 | $165,030 | $165,266 | $165,501 | $165,735 | $165,969 | $166,210 | $166,450 | $166,681 | $166,681 |
| Scheduled Payment | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,191 | $1,191 | $1,191 | $1,191 |
| Amount Paid | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,200 | $1,191 | $0 | $1,963 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## CAPITAL ONE #517805881946**** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )

Date Opened: 12/04/2018  Date Updated: 06/08/2024  **Pay Status:** Current; Paid or Paying as Agreed
Responsibility: Individual Account  Last Payment Made: 05/25/2024  **Terms:** $0 per month, paid Monthly
Account Type: Revolving Account
Loan Type: CREDIT CARD
High Balance: High balance of $508 from 12/2021 to 08/2022; $527 from 09/2022 to 09/2022; $549 from 10/2022 to 10/2022; $549 from 12/2022 to 06/2024
Credit Limit: Credit limit of $500 from 12/2021 to 10/2022; $500 from 12/2022 to 06/2024

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $27 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | | | | | | | | | |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | DRG/CBG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $34 | $466 | $286 | | $312 | $448 | $502 | $31 |
| Scheduled Payment | | | | | $25 | $25 | $25 | | $25 | $25 | $25 | $25 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Remarks | DRG | DRG | DRG | DRG | DRG | DRG | DRG | | DRG | DRG | DRG | DRG |
| Rating | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $31 | $10 | $14 | $24 | $0 | $0 | $257 | | | | | |
| Scheduled Payment | $25 | $10 | $14 | $24 | $0 | $0 | $25 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Remarks | DRG | DRG | DRG | DRG | DRG | DRG | DRG | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | | | | | |

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**To dispute online go to: http://transunion.com/disputeonline**



**CAPITAL ONE #517805942322****** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )

**Date Opened:** 04/24/2019
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD
**Date Updated:** 06/08/2024
**Last Payment Made:** 05/25/2024
**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** $122 per month, paid Monthly

**Credit Limit:** Credit limit of $1,100 from 12/2021 to 12/2021; $1,200 from 01/2022 to 10/2022; $1,200 from 12/2022 to 02/2024; $4,200 from 03/2024 to 06/2024

| | 06/2024 | 05/2024 | 04/2024 | 03/2024 | 02/2024 | 01/2024 | 12/2023 | 11/2023 | 10/2023 | 09/2023 | 08/2023 | 07/2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,808 | $3,174 | $4,386 | $266 | $216 | $475 | $549 | $293 | $276 | $59 | $296 | $411 |
| Scheduled Payment | $122 | $139 | $113 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 | $25 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $4,711 | $4,711 | $4,386 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 |
| Remarks | DRG/CBG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG | DRG |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2023 | 05/2023 | 04/2023 | 03/2023 | 02/2023 | 01/2023 | 12/2022 | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $161 | $192 | $48 | $1,272 | $1,099 | $954 | $1,024 | | $1,354 | $1,227 | $1,307 | $722 |
| Scheduled Payment | $25 | $25 | $25 | $41 | $41 | $29 | $52 | | $49 | $44 | $65 | $33 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | $0 | $0 | $0 | $0 |
| High Balance | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | $1,462 | | $1,462 | $1,393 | $1,307 | $1,226 |
| Remarks | DRG | DRG | DRG | DRG | DRG | DRG | DRG | | DRG | DRG | DRG | DRG |
| Rating | OK | OK | OK | OK | OK | OK | OK | X | OK | OK | OK | OK |

| | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 | 12/2021 | 11/2021 | 10/2021 | 09/2021 | 08/2021 | 07/2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $288 | $255 | $518 | $210 | $1,226 | $863 | $607 | | | | | |
| Scheduled Payment | $25 | $25 | $25 | $25 | $37 | $25 | $32 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| High Balance | $1,226 | $1,226 | $1,226 | $1,226 | $1,226 | $1,144 | $1,144 | | | | | |
| Remarks | DRG | DRG | DRG | DRG | DRG | DRG | DRG | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE #517805977437****** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )

**Date Opened:** 12/08/2021
**Responsibility:** Relationship Terminated (11/02/2022)
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD
**Date Updated:** 11/02/2022
**Last Payment Made:** 10/05/2022
**Pay Status:** Current; Paid or Paying as Agreed
**Terms:** Paid Monthly

**High Balance:** High balance of $0 from 02/2022 to 08/2022; $501 from 09/2022 to 09/2022; $538 from 10/2022 to 11/2022
**Credit Limit:** Credit limit of $500 from 02/2022 to 11/2022

| | 11/2022 | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $538 | $501 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Scheduled Payment | | $42 | $25 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CREDIT ONE BANK #444796246477****** ( PO BOX 98872, LAS VEGAS, NV 89193-8872, (877) 825-3242 )

**Date Opened:** 08/12/2019
**Responsibility:** Individual Account
**Account Type:** Revolving Account
**Loan Type:** CREDIT CARD
**Balance:** $0
**Date Updated:** 06/23/2021
**Payment Received:** $0
**Last Payment Made:** 04/14/2021
**High Balance:** $541
**Credit Limit:** $550
**Pay Status:** Paid, Closed; was Paid as agreed
**Terms:** Paid Monthly
**Date Closed:** 06/21/2021
**Date Paid:** 04/14/2021

**Remarks:** ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for MALICK B. TRAORE

File Number: 437402901  Date Issued: 06/21/2024

## FIRST PREMIER BANK #517800681150**** (3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145, (800) 987-5521)

| | |
|---|---|
| Date Opened: 06/20/2019 | |
| Responsibility: Individual Account | |
| Account Type: Revolving Account | |
| Loan Type: CREDIT CARD | |

| | |
|---|---|
| Balance: $0 | |
| Date Updated: 01/25/2021 | |
| Payment Received: $0 | |
| Last Payment Made: 09/01/2020 | |
| High Balance: $401 | |
| Credit Limit: $400 | |

| | |
|---|---|
| Pay Status: Paid, Closed; was Paid as agreed | |
| Terms: Paid Monthly | |
| Date Closed: 09/02/2020 | |
| Date Paid: 09/01/2020 | |

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK |

## JERSEY CENTRAL MANAGEMEN #5933**** (2121 N. CALIFORNIA, SUITE 400, WALNUT CREEK, CA 94596, (866) 289-5977 )

| | |
|---|---|
| Date Opened: 10/05/2018 | |
| Responsibility: Individual Account | |
| Account Type: Open Account | |
| Loan Type: RENTAL AGREEMENT | |

| | |
|---|---|
| Balance: $0 | |
| Date Updated: 02/07/2020 | |
| Payment Received: $1,226 | |
| High Balance: $1,226 | |

| | |
|---|---|
| Pay Status: Paid, Closed; was Paid as agreed | |
| Terms: Paid Monthly | |
| Date Closed: 02/07/2020 | |

Remarks: CLOSED

| | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | N/R | OK | OK | OK |

| | 01/2019 | 12/2018 | 11/2018 | 10/2018 |
|---|---|---|---|---|
| Rating | OK | OK | OK | OK |

## JERSEY CENTRAL MANAGEMEN #5427**** (2121 N. CALIFORNIA, SUITE 400, WALNUT CREEK, CA 94596, (866) 289-5977 )

| | |
|---|---|
| Date Opened: 10/01/2017 | |
| Responsibility: Individual Account | |
| Account Type: Open Account | |
| Loan Type: RENTAL AGREEMENT | |

| | |
|---|---|
| Balance: $0 | |
| Date Updated: 08/22/2018 | |
| Payment Received: $0 | |
| High Balance: $0 | |

| | |
|---|---|
| Pay Status: Paid, Closed; was Paid as agreed | |
| Terms: Paid Monthly | |
| Date Closed: 08/22/2018 | |

Remarks: CLOSED

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 |
|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | N/R | OK | OK |

## JPMCB CARD SERVICES #426684170082**** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945-2000 )

| | |
|---|---|
| Date Opened: 12/10/2021 | |
| Responsibility: Relationship Terminated (10/28/2022) | |
| Account Type: Revolving Account | |
| Loan Type: CREDIT CARD | |

| | |
|---|---|
| Date Updated: 10/28/2022 | |
| Last Payment Made: 10/05/2022 | |

| | |
|---|---|
| Pay Status: Current; Paid or Paying as Agreed | |
| Terms: Paid Monthly | |

Credit Limit: Credit limit of $500 from 01/2022 to 10/2022

| | 10/2022 | 09/2022 | 08/2022 | 07/2022 | 06/2022 | 05/2022 | 04/2022 | 03/2022 | 02/2022 | 01/2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $491 | $495 | $487 | $390 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | | $55 | $55 | $43 | $40 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $495 | $495 | $495 | $487 | $390 | $110 | $110 | $110 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## UNITED AUTO CREDIT CORP #1001011524926**** ( 3990 WESTERLY PL, STE 200, NEWPORT BEACH, CA 92660, (949) 296-3750 )

| | |
|---|---|
| Date Opened: 07/24/2017 | |
| Responsibility: Individual Account | |
| Account Type: Installment Account | |
| Loan Type: AUTOMOBILE | |

| | |
|---|---|
| Balance: $0 | |
| Date Updated: 09/30/2021 | |
| Payment Received: $0 | |
| Last Payment Made: 09/30/2021 | |
| High Balance: $9,321 | |

| | |
|---|---|
| Pay Status: Paid, Closed; was Paid as agreed | |
| Terms: $0 per month, paid Monthly for 57 months | |
| Date Closed: 09/30/2021 | |

Remarks: CLOSED

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for MALICK B. TRAORE

File Number: 4374202901 Date Issued: 06/17/2024

**UPGRADE INC #347****** ( 2 NORTH CENTRAL AVE, 10TH FLR 10TH FLOOR, PHOENIX, AZ 85004, (833) 211-5227 )

| | |
|---|---|
| Date Opened: 09/14/2020 | |
| Responsibility: Individual Account | Data Updated: 04/05/2021 |
| Account Type: Installment Account | Payment Received: $1,531 |
| Loan Type: UNSECURED | Last Payment Made: 04/05/2021 |
| | Balance: $0 |
| | High Balance: $11,325 |

Pay Status: Paid, Closed; was Paid as agreed
Terms: $0 per month, paid Monthly for 36 months
Data Closed: 04/05/2021

Remarks: CLOSED

| Rating | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 |
|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK |

**WEBBANK/FINGERHUT #63699210776 9****** ( 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347, (866) 734-0342 )

| | |
|---|---|
| Date Opened: 05/26/2019 | |
| Responsibility: Individual Account | Balance: $0 |
| Account Type: Revolving Account | Payment Received: $0 |
| Loan Type: CHARGE ACCOUNT | High Balance: $0 |
| | Credit Limit: $300 |

Pay Status: Paid, Closed; was Paid as agreed
Terms: Paid Monthly
Data Updated: 06/17/2020
Data Closed: 06/10/2020

Remarks: INACTIVE ACCOUNT, CLOSED

| Rating | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

## Regular Inquiries

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298-9773 )
Requested On: 09/09/2022

Inquiry Type: Individual

**LIGHTSTREAM** ( 600 W BROADWAY, SUITE 2000, SAN DIEGO, CA 92101, (800) 786-8787 )
Requested On: 07/03/2022

Inquiry Type: Individual

## Account Review Inquiries

**WALLETHUB** ( 150 SE 2ND AVE, SUITE 300, MIAMI, FL 33131, (202) 221-4414 )
Requested On: 06/20/2024

**CREDIT SESAME, INC.** ( 444 CASTRO ST., STE 500, STE 500, MOUNTAIN VIEW, CA 94041, (866) 720-0893 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 06/18/2024

**CONSUMERINFO.COM** ( 475 ANTON BLVD, COSTA MESA, CA 92626, (888) 397-3742 )
Requested On: 06/16/2024, 05/16/2024, 03/02/2024, 02/11/2024, 02/10/2024, 07/24/2023, 07/10/2023, 05/09/2023, 05/09/2023, 04/06/2023, 03/30/2023, 03/05/2023, 09/28/2023, 12/28/2023, 12/05/2024

**MALICK TRAORE via KARMA/TRANSUNION INTERACT** ( 100 CROSS STREET, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST

**TRANSUNION CONSUMER INTE** ( 100 CROSS STREET, SAN LUIS OBISP, CA 93401, (805) 782-8282 )
Requested On: 06/13/2024

**TRANSUNION CONSUMER INTE** ( 760 MARKET STREET 10TH FLOOR, SAN FRANCISCO, CA 94102, (844) 580-6816 )
Permissible Purpose: CREDIT MONITORING
Requested On: 06/13/2024

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 06/13/2024

**TRANSUNION INTERACTIVE / CREDIT SESAME** ( 607 WEST DANA ST., SAN JOSE, CA 95120, (855) 799-9111 )
Requested On: 06/13/2024

**CREDITWISE CAPITAL 1 TU-C** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
Permissible Purpose: CREDIT MONITORING
Requested On: 06/13/2024

**CAPITAL ONE** ( P O Box 31293, Salt Lake City, UT 84131, (800) 955-7070 )
Requested On: 06/12/2024, 06/10/2024

**AVANT** ( 222 W MERCHANDISE MART PLAZA, CHICAGO, IL 60654, (800) 712-5407 )
Requested On: 06/10/2024

To dispute online go to: http://transunion.com/disputeonline

**Consumer Credit Report for** MALICK B. TRAORE

**File Number:** 437402901  **Date Issued:** 06/21/2024

**MALICK TRAORE via CREDITWISE CAPITAL1 TU-A** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
**Permissible Purpose:** CONSUMER REQUEST
Requested On: 05/29/2024, 04/30/2024, 04/03/2024, 03/05/2024, 02/07/2024, 01/09/2024, 12/12/2023, 11/15/2023, 10/17/2023, 09/19/2023, 08/21/2023, 07/25/2023, 06/26/2023, 05/30/2023, 05/02/2023, 04/04/2023, 03/06/2023, 02/07/2023, 01/10/2023, 12/13/2022, 11/13/2022, 10/10/2022, 09/07/2022, 08/07/2022, 07/09/2022

**MALICK TRAORE via TRANSUNION INTERACTIVE** ( 100 CROSS STREET 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 05/18/2024

**HARRIS N.A.** ( 3800 GOLF ROAD, SUITE 300, ROLLING MEADOW, IL 60008, (877) 859-9189 )
**Requested On:** 04/17/2024

**516165197 via TRANSUNION INTERACTIVE IN** ( 100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681-3196 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 02/13/2024

**453658129 via CREDITWISE CAPITAL1 TU-B** ( CAPITAL ONE N.A., PO BOX 85870, RICHMOND, VA 23285, (877) 383-4802 )
**Permissible Purpose:** CREDIT MONITORING
**Requested On:** 02/13/2024

**FISERVCHECKFREE CORP** ( 6000 PERIMETER DR, DUBLIN, OH 43017, (877) 347-8346 )
**Requested On:** 01/24/2024

**RADIUS GLOBAL SOLUTIONS** ( 9550 REGENCY SQUARE BLVD, SUITE 602, JACKSONVILLE, FL 32225, (866) 394-2675 )
**Requested On:** 01/22/2024

**FBCS INC** ( 330 S WARMINSTER RD, SUITE 353, HATBORO, PA 19040, (800) 220-2018 )
**Requested On:** 10/13/2023, 11/16/2022

**BAXTER CREDIT UNION** ( 340 N. MILWAUKEE AVE, VERNON HILLS, IL 60061, (800) 388-7000 )
**Requested On:** 07/15/2023

**CBE GROUP** ( 1309 TECHNOLOGY PKWY, CEDAR FALLS, IA 50613, Phone number not available )
**Requested On:** 06/13/2023

**HUNTER WARFIELD INC.** ( 3111 W DR MARTIN LUTHER, JR BLVD SECOND FLOOR, TAMPA, FL 33607, (813) 283-4500 )
**Requested On:** 03/01/2023

**MALICKFARDY TRAORE via PGXLEXINGTONLAW** ( 330 NORTH CUTLER DRIVE, NORTH SALT LAKE, UT 84054, (801) 384-4253 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 10/01/2023

**HEADWAYSALESACORNFINANCE** ( 920 JUSTISON STREET, WILMINGTON, DE 19801, (916) 404-1982 )
**Requested On:** 09/25/2022, 08/25/2022, 06/30/2022

**UPGRADE** ( 275 BATTERY ST SUITE 2300, SAN FRANCISCO, CA 94111, (855) 997-3100 )
**Requested On:** 09/25/2022, 09/05/2022, 06/29/2022

**LENDING CLUB BANK** ( 595 MARKET ST, SUITE 200, SAN FRANCISCO, CA 94105, Phone number not available )
**Requested On:** 09/23/2022, 09/09/2022, 06/30/2022

**LENDING CLUB BANK** ( 595 MARKET ST  SUITE 200, SAN FRANCISCO, CA 94105, (800) 341-5607 )
**Requested On:** 09/23/2022, 09/09/2022, 06/30/2022

**MALICK FARDY TRAORE via TUCI - PROGEXION DISPUTES** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
**Permissible Purpose:** CONSUMER REQUEST
**Requested On:** 09/21/2022

**ONEMAIN FINANCIAL** ( P.O. BOX 3327, EVANSVILLE, IN 47706, (844) 298-9773 )
**Requested On:** 09/14/2022, 09/09/2022, 09/05/2022, 07/22/2022, 07/01/2022, 06/30/2022

**CREDIBLE LABS INC.** ( 115 SANSOME ST SUITE 600, SAN FRANCISCO, CA 94109, (866) 540-6005 )
**Requested On:** 09/09/2022

**UPSTART NETWORK INC** ( 2 CIRCLE STAR WAY, 2ND FLOOR, SAN CARLOS, CA 94070, (650) 204-1000 )
**Requested On:** 09/09/2022, 07/01/2022, 06/30/2022

**LENDINGPOINT LLC** ( 1201 ROBERTS BLVD SUITE, 200, KENNESAW, GA 30144, (888) 969-0959 )
**Requested On:** 09/06/2022

**PROSPER MARKETPLACE** ( 221 MAIN ST 3RD FLOOR, SAN FRANCISCO, CA 94105, (866) 615-6319 )
**Requested On:** 09/05/2022, 06/30/2022

**To dispute online go to: http://transunion.com/disputeonline**

**PROSPER-WEBBANK** ( PROSPER WEBBANK, 221 MAIN STREET SUITE 300, SAN FRANCISCO, CA 94105, (866) 615-6319 )
Requested On: 09/05/2022, 06/30/2022

**UPSTART NETWORK INC** ( 2 CIRCLE STAR WAY, 2ND FLOOR, SAN CARLOS, CA 94070, (650) 204-1000 )
Requested On: 09/05/2022

**HAPPY MONEY INC** ( 21515 HAWTHORNE BLVD, 200, TORRANCE, CA 90503, (800) 878-0901 )
Requested On: 09/02/2022

**MALICK TRAORE via PGXLEXINGTONLAW** ( 330 NORTH CUTLER DRIVE, NORTH SALT LAKE, UT 84054, (801) 384-4253 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 08/31/2022, 07/31/2022

**BEST EGG** ( PO BOX 42912, PHILADELPHIA, PA 19101, (855) 282-6353 )
Requested On: 08/25/2022

**UPGRADE** ( 275 BATTERY ST SUITE 2300, SAN FRANCISCO, CA 94111, (855) 997-3100 )
Requested On: 08/25/2022, 07/15/2022, 06/30/2022

**MALICK TRAORE via TUCI - PROGREXION DISPUTES** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 08/24/2022, 07/27/2022, 07/01/2022

**APPLE CARDGS BANK** ( PO BOX 45400, SALT LAKE CITY, UT 84145, (877) 255-5923 )
Requested On: 08/23/2022

**APPLE CARDGS BANK** ( PO BOX 45400, SALT LAKE CITY, UT 84145, (877) 255-5923 )
Requested On: 08/23/2022

**PROSPER MARKETPLACE** ( 221 MAIN STREET 3RD FLOOR, SAN FRANCISCO, CA 94105, (866) 615-6319 )
Requested On: 07/07/2022

**PROSPER-WEBBANK** ( PROSPER WEBBANK, 221 MAIN STREET SUITE 300, SAN FRANCISCO, CA 94105, (866) 615-6319 )
Requested On: 07/07/2022

**MLENTERPRISESDBAENGINEBYM** ( 30 WEST 21ST STREET, FLOOR 10, NEW YORK, NY 10010, (800) 410-1488 )
Requested On: 07/05/2022

**DISCOVERPLCYR** ( P O BOX 1531, WILMINGTON, DE 19850, (800) 347-2683 )
Requested On: 07/04/2022

**HOMESITE GROUP** ( ONE FEDERAL STREET, SUITE 400, BOSTON, MA 02111, (617) 832-1438 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 07/04/2022

**BANKERS HEALTHCARE GROUP** ( 10234 W STATE ROAD 84, DAVIE, FL 33324, Phone number not available )
Requested On: 07/03/2022

**MONEVO INC** ( 6910 UNIVERSITY CNTR LANE, SUITE 400, SAN DIEGO, CA 92122, (619) 330-7083 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 07/01/2022

**PROGREXION via PROGREXION ASG INC** ( 330 N CUTLER DRIVE, NORTH SALT LAKE, UT 84054, (888) 586-0184 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 07/01/2022

**HAPPY MONEY INC** ( 21515 HAWTHORNE BLVD, 200, TORRANCE, CA 90503, (800) 878-0901 )
Requested On: 06/30/2022

**TRANSUNION INTERACTIVE** ( 100 CROSS STREET, SUITE 202, SAN LUIS OBISPO, CA 93401, (805) 782-8282 )
Requested On: 06/30/2022

**CREDIBLE** ( 110 CORCORAN ST, 5TH FLOOR SUITE 151, DURHAM, NC 27701, (866) 540-6005 )
Requested On: 06/30/2022

**LENDINGUSA** ( 15303 VENTURA BLVD SUITE, SHERMAN OAKS, CA 91403, (800) 994-6177 )
Requested On: 06/30/2022

**LIGHTSTREAM** ( 600 W BROADWAY SUITE 2000, POBOX 4776 MAIL CODE 044, SAN DIEGO, CA 92101, (800) 786-8787 )
Requested On: 06/30/2022

**QUINSTREET** ( 950 TOWER LANE, FOSTER CITY, CA 94404, (650) 578-7700 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 06/30/2022

To dispute online go to: http://transunion.com/disputeonline

Consumer Credit Report for MALICK B. TRAORE                                    File Number: 437402901  Date Issued: 06/21/2024

**BANKRATE LLC** ( 1101 RED VENTURES DR, FORT MILL, SC 29707, (704) 971-2300 )
Requested On: 06/30/2022

**MALICK TRAORE via TUCI - LENDING TREE** ( 100 CROSS STREET, SUITE 101, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 06/30/2022

**RENOVATION FINANCE L via CREDCO** ( P.O BOX 509124, SAN DIEGO, CA 92150, (800) 637-2422 )
Permissible Purpose: CONSUMER INITIATED TRANSACTION
Requested On: 06/30/2022

**WELLS FARGO BANK N.A.** ( BUILDING D 3RD FLOOR, 2800 S PRICE ROAD, ALBUQUERQUE, NM 87199, (877) 269-6056 )
Permissible Purpose: WRITTEN AUTHORIZATION
Requested On: 06/30/2022

**PAGAYASOFI** ( 135 E 57TH STREET 19 FL, NEW YORK, NY 10022, (646) 710-7714 )
Requested On: 06/30/2022

## Credit Report Messages

**SECURITY ALERT: Extended Fraud Alert:** Action may be required under FCRA before opening or modifying an account.  Contact consumer at (210) 213-2097.
(Note: This alert is set to expire in 06/2030.)

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out has no expiration date.)

## Additional Information

The following disclosure of information might pertain to you. This additional information may include Special Messages, Office of Foreign Assets Control ("OFAC")
Potential Name Matches, Inquiry Analysis, Military Lending Act ("MLA") Covered Borrower Information, Third Party Supplemental Information and/or Consumer
Contributed Financial Information. Authorized parties may also receive the additional information below from TransUnion.

## Third Party Supplemental Information

In addition to the information maintained in the above credit report, TransUnion will occasionally contact a third party for supplemental information in connection
with a particular transaction in response to a request from a particular customer. Listed below is the supplemental data that TransUnion obtained from such third
parties, as well as the name(s) of the TransUnion customer for whom it was obtained.

### CHECKING ACCOUNT AND DEMAND DEPOSIT ACCOUNT (DDA) ACTIVITY
Data Source: Chex Systems Inc. (7805 Hudson Road, Suite 100, Woodbury, MN 55125, (800) 513-7125)
Requested by: TRANSUNION CONSUMER INTE
Requested on: 4/05/2024
Number of Accounts Consumer is Identified On: 0
Bank Account Closures Identified as Fraudulent: 1
Paid Checks in the Last 3 Years: 0
Open (Unpaid) Checks in the Last 3 Years: 0
Checks Ordered in the Last Month: 0
Checks Ordered in the Last 2 Months: 0
Checks Ordered in the Last 3 Months: 0
Checks Ordered in the Last 6 Months: 0
Check Orders in the Last Year: 0
Check Orders in the Last 2 Years: 0
Check Orders in the Last 3 Years: 0
Quantity of Checks Ordered in the Last 3 Years: 0
Average Checks Ordered in the Last 3 Years: .00000
Smallest Number of Checks Ordered: 0
Largest Number of Checks Ordered: 0
Checking Account Closures in the Last Month: 0
Checking Account Closures in the Last 2 Months: 0
Checking Account Closures in the Last 3 Months: 0
Checking Account Closures in the Last Year: 0
Checking Account Closures in the Last 2 Years: 0
Checking Account Closures in the Last 3 Years: 0
Average Number of Days Between Checking Account Closures: .00000
DDA Closures in Last 180 Days: 0
DDA Closure in Last 5 Years: 1
Paid DDA Closures in Last 5 Years: 0
Unpaid DDA Closures in Last 2 Years: 0
Unpaid DDA Closures in Last 5 Years: 1

To dispute online go to: **http://transunion.com/disputeonline**

To dispute online go to: http://transunion.com/disputeonline

Cash Advance Inquiries in the Last 24 Months: 0
Cash Advance Inquiries in the Last 12 Months: 0
Cash Advance Inquiries in the Last 9 Months: 0
Cash Advance Inquiries in the Last 6 Months: 0
Cash Advance Inquiries in the Last 3 Years: 0
Auto Finance Inquiries in the Last 7 Years: 1
Auto Finance Inquiries in the Last 24 Months: 0
Auto Finance Inquiries in the Last 12 Months: 0
Auto Finance Inquiries in the Last 9 Months: 0
Auto Finance Inquiries in the Last 6 Months: 0
Auto Finance Inquiries in the Last 3 Months: 0
Number of Evictions: 0
Requested on: 07/12/2020
Requested by: APPLE CARDOS BANK
Data Source: Teletrack (PO Box 74008, Atlanta, GA 30374, (877)309-5226)

### SUPPLEMENTAL CONSUMER CREDIT INFORMATION

Largest Paid NSF Check: $0000000000.00
Largest Opened (unpaid) NSF Check: $0000000000.00
Total Paid NSFs in the Last 3 Years: $0000000000.00
Total Paid NSFs in the Last 2 Years: $0000000000.00
Total Paid NSFs in the Last Year: $0000000000.00
Total Paid NSFs in the Last 6 Months: $0000000000.00
Total Paid NSFs in the Last 3 Months: $0000000000.00
Paid NSFs in the Last 2 Months: $0000000000.00
Paid NSFs in the Last Month: $0000000000.00
Paid NSFs in the Last 2 Years: 0
Paid NSFs in the Last Year: 0
Paid NSFs in the Last 6 Months: 0
Paid NSFs in the Last 3 Months: 0
Paid NSFs in the Last 2 Months: 0
Paid NSFs in the Last Month: 0
Open (unpaid) NSFs in the Last 3 Years: $0000000000.00
Open (unpaid) NSFs in the Last 2 Years: $0000000000.00
Open (unpaid) NSFs in the Last Year: $0000000000.00
Open (unpaid) NSFs in the Last 6 Months: $0000000000.00
Open (unpaid) NSFs in the Last 3 Months: $0000000000.00
Open (unpaid) NSFs in the Last 2 Months: $0000000000.00
Open (unpaid) NSFs in the Last Month: $0000000000.00
Open (unpaid) NSFs in the Last 2 Years: 0
Open (unpaid) NSFs in the Last Year: 0
Open (unpaid) NSFs in the Last 6 Months: 0
Open (unpaid) NSFs in the Last 3 Months: 0
Open (unpaid) NSFs in the Last 2 Months: 0
Open (unpaid) NSFs in the Last Month: 0
DDA & Credit/Non-DDA Inquiries in Last 3 Years: 2
Other Credit Inquiries in the Last 3 Years: 1
Other Credit Inquiries in the Last 2 years: 1
Utility Inquiries in the Last 3 Years: 0
Payday Inquiries in the Last 3 Years: 0
Credit Issuance Inquiries in the Last 3 Years: 0
Credit Issuance Inquiries in the Last Year: 0
Auto Inquiries in the Last 3 Years: 0
Credit Inquiries in the Last 3 Years: 1
Credit Inquiries in the Last Year: 0
Days Since Most Recent DDA Inquiry: 560
Total Days Since First Checking Account Inquiry: 560
DDA Inquiries in the Last 3 Years: 1
Checking Account Inquiries in the Last 2 Years: 1
Checking Account Inquiries in the Last Year: 0
Checking Account Inquiries in the Last 6 Months: 0
Checking Account Inquiries in the Last 3 Months: 0
Checking Account Inquiries in the Last 2 Months: 0
Checking Account Inquiries in the Last Month: 0
Days Since First DDA Closure: 1367
Days Since Most Recent DDA Closure: 1367
Unpaid DDA Closures in Last 4 Years: $0000007574.95

consumer Credit Report for MALICK B. TRAORE

Consumer Credit Report for MALICK B. TRAORE                                                                    File Number: 437402901  Date Issued: 06/21/2024

Cash Advance Inquiries in the Last 7 Years: 2
Misc Financial Services in the Last 7 Years: 0
Rent-to-Own Inquiries in the Last 3 Months: 0
Rent-to-Own Inquiries in the Last 6 Months: 0
Rent-to-Own Inquiries in the Last 9 Months: 0
Rent-to-Own Inquiries in the Last 12 Months: 0
Rent-to-Own Inquiries in the Last 24 Months: 0
Rent-to-Own Inquiries in the Last 7 Years: 0
All Alternative Credit Inquiries in the Last 3 months: 0
All Alternative Credit Inquiries in the Last 6 Months: 0
All Alternative Credit Inquiries in the Last 24 Months: 0
All Alternative Credit Inquiries in the Last 7 Years: 3
Paid Auto Finance Charge-offs in the Last 24 Months: 0
Paid Payday Loan Charge-offs in the Last 24 Months: 0
Paid Rent-to-Own Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 3 Months: 0
All Paid Charge-offs in the Last 24 Months: 0
All Paid Charge-offs in the Last 7 Years: 0
Open Auto Finance Charge-offs in the Last 24 Months: 0
Open Payday Loan Charge-offs in the Last 24 months: 0
Open Rent-to-Own Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 3 Months: 0
All Open Charge-offs in the Last 6 Months: 0
All Open Charge-offs in the Last 9 Months: 0
All Open Charge-offs in the Last 12 Months: 0
All Open Charge-offs in the Last 24 Months: 0
All Open Charge-offs in the Last 7 Years: 0

### SUPPLEMENTAL PUBLIC RECORDS AND RESIDENTIAL INFORMATION

Requested by: TRANSUNION CONSUMER INTE
Requested on: 04/05/2024
Total Tax Amount: $2,046
Land Mass in Acres: 0.02
Building Size in Square Feet: 860
Total Land Mass in Square Feet: 672
Assessed Land Value: $29,240
Assessed Improvement Value: $116,960
Total Assessed Value of the Land and Improvements: $146,200
Market Improvement Value: $116,960
Total Market Value of the Land and Improvements: $146,200
Improvement Value: $116,960
Real Estate Sale Price: $170,000
Home Equity Loans: 0
Home Equity Loan Amount: $0
Refinance or Equity Fixed Mortgages in Last 24 Months: 1
Conventional Mortgages recorded in the Last 24 Months: 0
FHA Mortgage Loans Recorded: 1
First Mortgage Amount: $166
Interest Rate on Most Recent Mortgage: 0.00
Loan Term of Most Recent Mortgage (in Months): 360
Foreclosure: No

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 AM – 11:00 PM Eastern Time, Monday through Friday, and Saturday through Sunday between the hours of 8:00 AM and 5:00PM Eastern Time, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

## To dispute online go to: http://transunion.com/disputeonline

## Summary of Rights

### GENERAL SUMMARY OF RIGHTS UNDER THE FCRA

Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

#### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street NW, Washington, DC 20552.

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit prescreened offers of credit and insurance you get based on information in your credit report.** Unsolicited prescreened offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

- **CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE.** You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your



express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place a security freeze, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security Number. You may place a security freeze on your credit report by contacting each of the three nationwide credit reporting agencies.

- Equifax: 1-800-525-6285; www.equifax.com
- Experian: 1-888-397-3742; www.experian.com
- TransUnion: 1-800-680-7289; www.transunion.com

- **As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost.** An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.
- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court. You may also have the right to file suit under state law.
- **Identify theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, NW,<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d. Federal Credit Unions | b. Federal Reserve Consumer Help Center<br>PO Box 1200<br>Minneapolis, MN 55480<br><br>c. Division of Depositor and<br>Consumer Protection<br>National Center for Consumer<br>and Depositor Assistance<br>Federal Deposit Insurance<br>Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
|  | d. National Credit Union Administration<br>Office of Consumer Financial Protection<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Office of Aviation Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE,<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance Surface Transportation Board<br>395 E Street, SW,<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6. Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE,<br>Washington, DC 20549 |
| 8. Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW,<br>Washington, DC 20580          (877) 382-4357 |

0214700920400-PK7NLB00102147

# EXHIBIT D

Legal Notices and Regulatory Filings (CFPB, SEC, OCC)

**Submitted by:**
Malick-Fardy B. Traore, Pro Se
Reserving All Rights Without Prejudice
UCC 1-308 / 13 Pa.C.S. § 1308
2522 S Darien St, Philadelphia, PA 19148
malickft@gmail.com

 An official website of the United States Government

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Start a new complaint

❮ All complaints (.)

# 240616-14856040

**CLOSED**

 Submitted

| STATUS | PRODUCT | ISSUE |
|--------|---------|-------|
| Submitted to the CFPB on 6/16/2024 | Credit reporting or other personal consumer reports | Improper use of your report |

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

I am writing to assert my rights under the Family Educational Rights and Privacy Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99), which protects the privacy of student education records. Pursuant to FERPA, any public or private educational institution must obtain prior written consent from the student before disclosing that student's education records or personally identifiable information derived from those records. My student loan information constitutes part of my private education records governed by FERPA. As the student, I have not provided written consent for this information to be disclosed to your agency or any other third parties. Therefore, under the privacy protections guaranteed by FERPA, I demand that you refrain from reporting any student loan information or data relating to my education records on my consumer credit report. Doing so without my explicit consent would violate my statutory rights under this

federal law. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. Please confirm receipt of this notice asserting my FERPA rights. Any violations may be reported to the U.S. Department of Education for investigation and enforcement. Therefore, I demand that Transunion, Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately.

**ATTACHMENTS**

pennstate
transunion.pdf
(125.1 KB)
Hide full complaint ⬤

# What product or service is your complaint about?

**PRODUCT OR SERVICE**
Credit reporting or other personal consumer reports

**TYPE**
Credit reporting

# What type of problem are you having?

**ISSUE**
Improper use of your report

**TYPE OF ISSUE**
Reporting company used your report improperly

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

**DID YOU REQUEST INFORMATION FROM THE COMPANY?**
No

## What happened?

I am writing to assert my rights under the Family Educational Rights and Privacy
Act (FERPA) (20 U.S.C. § 1232g; 34 CFR Part 99), which protects the privacy of
student education records. Pursuant to FERPA, any public or private educational
institution must obtain prior written consent from the student before disclosing
that student's education records or personally identifiable information derived
from those records. My student loan information constitutes part of my private
education records governed by FERPA. As the student, I have not provided written
consent for this information to be disclosed to your agency or any other third
parties. Therefore, under the privacy protections guaranteed by FERPA, I demand
that you refrain from reporting any student loan information or data relating to my
education records on my consumer credit report. Doing so without my explicit
consent would violate my statutory rights under this federal law. In accordance
with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer
reporting agencies are only permitted to furnish a consumer report upon the
written instructions of the concerned consumer. Neither the financial institution
furnishing information nor the consumer reporting agencies, namely Equifax and
Experian, possess my explicit consent to disseminate such information, be it
verbal, non-verbal, written, implied, or otherwise. Any purported consent
previously granted to these entities is hereby revoked. Moreover, under 15 USC
1681C(a)(5), consumer reporting agencies are prohibited from including adverse
information in a consumer report without authorization. This includes adverse
information that exceeds seven years from the date of the report, as per the law.
Therefore, the inclusion of adverse information concerning this account without
my consent constitutes a violation. Please confirm receipt of this notice asserting
my FERPA rights. Any violations may be reported to the U.S. Department of
Education for investigation and enforcement. Therefore, I demand that Transunion,
Equifax, Experian, and any entity furnishing information to credit agencies cease
their reporting services regarding my personal information immediately.

☐ **I WANT THE CFPB TO PUBLISH THIS DESCRIPTION ON
CONSUMERFINANCE.GOV SO THAT OTHERS CAN LEARN FROM MY
EXPERIENCE.**

The CFPB will take steps to remove my personal information from this
description but someone may still be able to identify me. Learn how it works. I
consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

1000$ per violation Removal of all adverse information related to student loan.
Update all information within 15 days

### 1 attachment

View uploaded documents by clicking on the file name. Documents that pass virus
scanning are typically available within 2 minutes of upload.

pennstate transunion.pdf (125.1 KB)

## What company is this complaint about?

**COMPANY INFORMATION**
TransUnion

**SOCIAL SECURITY NUMBER (LAST FOUR DIGITS)**

••••                          👁

**DATE OF BIRTH**
04/14/1993

## What people are involved?

**YOUR CONTACT INFORMATION**
Malick Traore

malickft@gmail.com
2157719367

c/o 2522 s Darien ST Philadelphia,
Pennsylvania 19148 United States

**YOUR PREFERRED LANGUAGE**
English

**YOUR DEMOGRAPHIC INFORMATION**
**HOUSEHOLD SIZE INCLUDING TOTAL NUMBER OF ADULTS AND CHILDREN**
1

 ## Sent to company

**STATUS**
Sent to company on 6/16/2024

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

 ## Company still working

**STATUS**
Company response is in progress as of 6/17/2024

### The company has responded that it is still working on your issue

In some cases, companies need more time to respond. You should receive a final response within 60 days from the date we sent your complaint to the company.

---

**COMPANY'S INTERIM RESPONSE**

We received your complaint about the items in your credit report, and apologize for any difficulty you may have experienced. We are currently reviewing your complaint along with the information you previously submitted regarding this issue. We will follow-up with you within sixty (60) days from the date you submitted your request.

 # Company responded

| STATUS | RESPONSE TYPE |
|---|---|
| Company responded on 7/23/2024 | Closed with non-monetary relief |

## Company's Response

After careful review, we have determined the information submitted in the portal included a dispute of information appearing on your credit report. TransUnion has processed your request and forwarded a copy of the Investigation Results through US mail. You should expect to receive those results in approximately 7 business days. We have mailed a copy of your TransUnion credit report to the current address we have on file for you.You can expect to receive it in approximately 7 business days

**DESCRIPTION OF NON-MONETARY RELIEF**

In response to your request, the following actions were taken on your credit file: You disputed the following accounts and/or public records on your credit file. Below includes the results of that investigation. PENN STATE-VERIFIED AS REPORTED

 # Feedback requested

| STATUS | FEEDBACK DUE |
|---|---|
| Feedback requested on 7/23/2024 | 9/21/2024 |

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

 Closed

The CFPB has closed your complaint.

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

 An official website of the United States Government

# EXHIBIT D

**Privacy Opt-Out & Failure to Obtain Written Consent**

**Overview**

This exhibit contains evidence that Plaintiff formally exercised their **right to privacy and opted out of credit reporting**, as permitted under **15 U.S. Code § 1681b**, the **Privacy Act of 1974 (5 U.S.C. § 552a), 12 CFR § 1016.7**, and **Pennsylvania consumer privacy laws**. Despite this opt-out request, the credit bureaus and furnishers **continued to report Plaintiff's personal financial information without written consent,** violating federal and state privacy laws.

Copies of the opt-out request and CFPB filings are attached to **Exhibit D** as evidence.

---

**Summary of Violations**

- **Furnishers and credit bureaus failed to honor the opt-out request, continuing to report data without permissible purpose.**

- **No written consent was provided by Plaintiff authorizing the reporting of personal information.**

- **Failure to provide an opt-out mechanism compliant with 12 CFR § 1016.7.**

- **Unauthorized sharing of financial data violates 5 U.S.C. § 552a(b).**

- **Violation of Pennsylvania's Consumer Protection Law (73 P.S. § 201-1 et seq.) for unfair and deceptive trade practices related to privacy violations.**

- **Breach of Pennsylvania Fair Credit Extension Uniformity Act (FCEUA) (73 P.S. § 2270.1 et seq.), which regulates fair credit reporting and consumer rights in Pennsylvania.**

**Legal Basis for Relief**

1. **FCRA § 1681b – Permissible Purpose Rule**

   o A consumer report can only be furnished if the consumer has provided written consent or the request meets a legally permissible purpose.

2. **12 CFR § 1016.7 – Right to Opt-Out**

     o  Consumers must be given a clear, reasonable method to opt out of information sharing.

3. **Privacy Act of 1974 (5 U.S.C. § 552a(b)) – Unauthorized Disclosure**

     o  Prohibits unauthorized disclosure of personal information without written consent.

4. **Pennsylvania Consumer Protection Law (73 P.S. § 201-1 et seq.)**

     o  Prohibits deceptive practices, including unauthorized use of personal information.

5. **Pennsylvania Fair Credit Extension Uniformity Act (73 P.S. § 2270.1 et seq.)**

     o  Regulates fair credit reporting and furnisher obligations in Pennsylvania.

**Conclusion**

The attached documents prove that **Plaintiff lawfully opted out of credit reporting, yet Defendants failed to comply** with federal and state requirements. This failure further supports Plaintiff's claim for:

- **Immediate deletion of all reported information** from credit bureaus.
- **Statutory damages for willful violations** of privacy laws.
- **Judicial enforcement to prevent further unauthorized reporting.**

Copies of the full opt-out request and related CFPB complaints are attached to **Exhibit D** for court review.

As per the stipulations laid out in the Fair Credit Reporting Act under 15 USC 1681 section 602(a), it is emphasized that consumer reporting agencies must conduct their duties with fairness, impartiality, and utmost respect for consumers' privacy rights. Companies like Equifax and Experian fall under this category of consumer reporting agencies, while I, as the consumer, retain the right to ensure the confidentiality of my personal information, as reinforced by 15 USC 6801. This statute underscores the obligation of financial institutions, including those providing information to credit agencies, to uphold customer privacy and safeguard their nonpublic personal information. In accordance with 15 USC 1681 section 604(a)(2), it is explicitly outlined that consumer reporting agencies are only permitted to furnish a consumer report upon the written instructions of the concerned consumer. Neither the financial institution furnishing information nor the consumer reporting agencies, namely Equifax and Experian, possess my explicit consent to disseminate such information, be it verbal, non-verbal, written, implied, or otherwise. Any purported consent previously granted to these entities is hereby revoked. Further legal provisions, such as 15 USC 6802(b)(c), establish that a financial institution cannot disclose nonpublic personal information to nonaffiliated third parties without providing the consumer with an explanation of how they can opt out of such disclosure. However, the furnisher of information to credit agencies failed to inform me of my right to exercise this nondisclosure option. Moreover, under 15 USC 1681C(a)(5), consumer reporting agencies are prohibited from including adverse information in a consumer report without authorization. This includes adverse information that exceeds seven years from the date of the report, as per the law. Therefore, the inclusion of adverse information concerning this account without my consent constitutes a violation. According to 15 U.S. Code § 1681s–2(A)(1) and 15 U.S. Code § 1681e, entities are prohibited from furnishing inaccurate information to consumer reporting agencies and must maintain reasonable procedures to ensure compliance with the statutes governing the furnishing of consumer reports. Equifax and Experian's failure to uphold such reasonable procedures is evident in their actions. Additionally, 12 CFR § 1016.7 grants consumers the right to opt out of reporting services at any time, a right I am exercising now. Therefore, I demand that Equifax, Experian, and any entity furnishing information to credit agencies cease their reporting services regarding my personal information immediately.



CERTIFIED MAIL

9589 0710 5270 1491 1178 30

Retail

U.S. POSTAGE PAID
PM
PHILADELPHIA, PA 19148
MAY 10, 2025

19018

$15.80

RDC 03

S2324H503802-02

lice Mac
21 S. Darien St.
delphia, PA, 19148

Transunion

P.O. Box 2000
Chester, PA, 19016

# EXHIBIT B





Items in Cart: 4  Total: $ 2.00 **CHECKOUT** **LOGIN**

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 250500817 |
| **Case Caption:** | TRAORE VS EQUIFAX INFORMATION SERVICES, LLC ETAL |
| **Filing Date:** | Tuesday , May 06th, 2025 |
| **Court:** | MAJOR NON JURY EXPEDITED |
| **Location:** | CITY HALL |
| **Jury:** | NON JURY |
| **Case Type:** | FRAUD |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | PRO SE FILER | TRAORE, MALICKFARDY B |
| **Address:** | 2522 S DARIEN ST PHILADELPHIA PA 19148 (215)771-9367 | **Aliases:** | *none* | |
| | | | | |
| 2 | 1 | | PLAINTIFF | TRAORE, MALICK-FARDY B |
| **Address:** | 2522 SDARIEN ST PHILADELPHIA PA 19148 | **Aliases:** | *none* | |
| | | | | |
| 3 | | | DEFENDANT | EQUIFAX INFORMATION SERVICES LLC |

| | | | | |
|---|---|---|---|---|
| **Address:** | P.O. BOX 105788 ATLANTA GA 30348-5788 | **Aliases:** | *none* | |
| | | | | |
| 4 | | | DEFENDANT | EXPERIAN INFORMATION SOLUTIONS INC |
| **Address:** | P.O. BOX 4500 ALLEN TX 75013 | **Aliases:** | *none* | |
| | | | | |
| 5 | | | DEFENDANT | TRANSUNION LLC |
| **Address:** | P.O. BOX 2000 CHESTER PA 19016 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | DEFENDANT | AVANT LLC |
| **Address:** | 222 N LASALLE ST, SUITE 1700 CHICAGO IL 60601 | **Aliases:** | *none* | |
| | | | | |
| 7 | | | DEFENDANT | GREENSKY LLC |
| **Address:** | 5565 GLENRIDGE CONNECTOR, SUITE 700 ATLANTA GA 30342 | **Aliases:** | *none* | |
| | | | | |
| 8 | | | DEFENDANT | CAPITAL ONE BANK USA NA |
| **Address:** | 1680 CAPITAL ONE DRIVE MCLEAN VA 22102 | **Aliases:** | *none* | |
| | | | | |
| 9 | | | MOTION ASSIGMENT JUDGE | PADOVA, JOHN |
| **Address:** | City Hall - Room 469 PHILADELPHIA PA 19107 (215)686-2602 | **Aliases:** | *none* | |
| | | | | |
| 10 | | | TEAM LEADER | ROBERTS, JOSHUA |
| **Address:** | 538 CITY HALL PHILADELPHIA PA | **Aliases:** | *none* | |

| | 19107 | | |
|---|---|---|---|

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount |
|---|---|---|---|
| 06-MAY-2025 07:08 PM | ACTIVE CASE | | |
| **Docket Entry:** | E-Filing Number: 2505012900 | | |
| | | | |
| 06-MAY-2025 07:08 PM | COMMENCEMENT OF CIVIL ACTION | TRAORE, MALICKFARDY B | |
| **Documents:** | ⚐ Click link(s) to preview/purchase the documents<br>Final Cover | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 06-MAY-2025 07:08 PM | COMPLAINT FILED NOTICE GIVEN | TRAORE, MALICKFARDY B | |
| **Documents:** | ⚐ Click link(s) to preview/purchase the documents<br>Civil-Cover-Sheet-01-101.pdf<br>Civil-Cover-Sheet-(Supplemental-Parties)-01-102 completed.pdf<br>Credit bureau-Furnisher lawsuit CIVIL COMPLAINT.pdf<br>Credit bureau-Furnisher lawsuit Proposed ORDER.pdf<br>Exhibit_A_Complete.pdf<br>Exhibit_B_Complete.pdf<br>Exhibit_C_Complete.pdf<br>Exhibit_D_Complete.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | |
| | | | |
| 06-MAY-2025 07:08 PM | WAITING TO LIST CASE MGMT CONF | TRAORE, MALICKFARDY B | |
| **Docket Entry:** | *none.* | | |
| | | | |
| 11-MAY-2025 11:30 AM | AFFIDAVIT OF SERVICE FILED | TRAORE, MALICKFARDY B | |
| **Documents:** | ⚐ Click link(s) to preview/purchase the documents<br>certificate of Service of complaint.pdf **IN CART**<br>Gmail - USPS eReceipt certificate of service receipt.pdf **IN CART** | | |

| | |
|---|---|
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON TRANSUNION LLC, GREENSKY LLC, EXPERIAN INFORMATION SOLUTIONS INC, EQUIFAX INFORMATION SERVICES LLC, CAPITAL ONE BANK USA NA AND AVANT LLC BY CERTIFIED MAIL ON 05/10/2025 FILED. (FILED ON BEHALF OF MALICK-FARDY B TRAORE) |
| | |
| 19-MAY-2025 09:27 AM | AFFIDAVIT OF SERVICE FILED | TRAORE, MALICKFARDY B | |
| **Documents:** | Click link(s) to preview/purchase the documents<br>certificate of Service of complaint for avant 05-19-2025.pdf **IN CART**<br>Exhibit A - Gmail - USPS eReceipt certificate of service Avant.pdf **IN CART** |
| **Docket Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON AVANT LLC BY CERTIFIED MAIL ON 05/19/2025 FILED. (FILED ON BEHALF OF MALICK-FARDY B TRAORE) |

Case Description    Related Cases    Event Schedule    Case Parties    Docket Entries

Search Home    Return to Results

# EXHIBIT C

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY

CIVIL TRIAL DIVISION

Filed and Attested by the
Office of Judicial Records
11 MAY 2025 11:40 am
E. SMITH

| | | |
|---|---|---|
| Malick-Fardy B. Traore, | : | |
| Plaintiff, | : | |
| | : | Case No. [_250500817_] |
| v. | : | |
| | : | |
| Equifax Information Services, LLC | : | |
| et al., | : | |
| Defendants. | : | |

CERTIFICATE OF SERVICE

I, Malick-Fardy B. Traore, hereby certify that on May 10, 2025, I served a true and correct copy of the filed Complaint, Proposed Order, Civil Cover Sheet, and all related materials upon the following Defendants via **Certified Mail** with return receipt requested:

1. **Equifax Information Services, LLC**
   P.O. Box 105788
   Atlanta, GA 30348
   Tracking #: 9589 0710 5270 1491 1178 47

2. **Experian Information Solutions, Inc.**
   P.O. Box 4500
   Allen, TX 75013
   Tracking #: 9589 0710 5270 1491 1178 54

3. **TransUnion LLC**
   P.O. Box 2000
   Chester, PA 19016
   Tracking #: 9589 0710 5270 1491 1178 30

4. **Avant, LLC**
   222 N LaSalle St, Suite 1700

Chicago, IL 60601
Tracking #: 9589 0710 5270 1491 1178 23

5. **GreenSky, LLC**
   5565 Glenridge Connector, Suite 700
   Atlanta, GA 30342
   Tracking #: 9589 0710 5270 1491 1178 09

6. **Capital One Bank (USA), N.A.**
   1680 Capital One Drive
   McLean, VA 22102
   Tracking #: 9589 0710 5270 1491 1178 16

Some courtesy copies did not include Exhibit A due to printing limitations. All exhibits are available via the court docket and will be furnished upon request. I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,
/s/ Malick-Fardy B. Traore
Malick-Fardy B. Traore
2522 S. Darien St
Philadelphia, PA 19148
malickft@gmail.com
Date: May 10, 2025

# EXHIBIT D

**BUCHANAN INGERSOLL & ROONEY PC**
Jayme C. Bronson, Esq. (PA ID No. 325481)
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102
T: 215-665-8700
jayme.bronson@bipc.com
*Counsel for Defendant Trans Union, LLC*

| | |
|---|---|
| MALICK-FARDY B. TRAORE<br><br>     *Plaintiff*,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIENCE INFORMATION SOLUTIONS, INC.;<br>TRANSUNION LLC; AVANT, LLC; GREENSKY,<br>LLC; and CAPITAL ONE BANK (USA), N.A.,<br><br>     *Defendants*. | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY**<br><br><br>Case ID: 250500817 |

<u>**NOTICE OF FILING NOTICE OF REMOVAL**</u>

**TO THE PROTHONOTARY:**

  **PLEASE TAKE NOTICE** that Defendant Trans Union, LLC filed a Notice of Removal

on June 2, 2025, in the United States District Court for the Eastern District of Pennsylvania, a copy

of which is attached as **Exhibit A**.  Pursuant to 28 U.S.C. § 1446(d), the filing of this Notice affects

the removal of this case, and this Court shall proceed no further unless the case is remanded.

       **BUCHANAN INGERSOLL & ROONEY PC**

       By: <u>*/s/ Jayme C. Bronson*</u>
        Jayme C. Bronson, Esq. (PA ID No. 325481)
        Two Liberty Place
        50 S. 16th Street, Suite 3200
        Philadelphia, PA 19102-2555
        (215) 665-8700

**Date:**  June 2, 2025

       *Counsel for Defendant Trans Union, LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this date, a true and correct copy of the foregoing Notice of Filing

Notice of Removal was filed via this Court's electronic filing system, and served upon the

following via e-mail, the Court's electronic system, and/or regular U.S. mail:

Malick-Fardy Babah Traore
2522 S. Darien Street
Philadelphia, PA 19148
Tel: (215) 771-9367
Email: malickft@gmail.com

*Pro Se Plaintiff*


<u>*/s/ Jayme C. Bronson*</u>
**Date:** June 2, 2025                     Jayme C. Bronson