IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALICK-FARDY B. TRAORE, | : | Case Number: 2:25-CV-02822-GJP |
| *Plaintiff,* | : | |
| v. | : | |
| EQUIFAX INFORMATION SERVICES LLC; | : | |
| EXPERIENCE INFORMATION SOLUTIONS, INC.; | : | |
| TRANSUNION LLC; AVANT, LLC; GREENSKY, | : | |
| LLC, and CAPITAL ONE BANK (USA), N.A. | | |
| *Defendants*. | | |

ORDER

AND NOW, this _____ day of _____ 20___, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add  Daniel P. Jackson , Esquire as counsel for  Avant, LLC . Mr. Jackson is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____, J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number: 25-cv-00850-SRN-DLM

## MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, MOVANT'S STATEMENT

I, Daniel P. Jackson, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent Avant LLC and WebBank. My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| State where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| Illinois Supreme Court | 12/04/2019 | |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| Court where admitted | Admission Date | Attorney Identification Number |
|---|---|---|
| U.S. District Court, N.D. Illinois | 1/11/2007 | |
| U.S. District Court, S.D. Illinois | 7/7/2009 | |
| U.S. District Court, S.D. Texas | 4/2/2025 | |
| Court of Appeals, 7th Circuit | 1/11/2008 | |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for: Avant LLC and WebBank

Name of Attorney: Daniel P. Jackson

Firm Address: Vedder Price, P.C. 222 North LaSalle Street Chicago, IL 60601

Telephone Number: (312)609-7500

Email Address: djackson@vedderprice.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 4, 2025
(Date)

/s/Daniel P. Jackson
(Movant's signature)

II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE

      The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Daniel P. Jackson, Esquire   to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Joshua D. Hill, Esquire | /s/ Joshua D. Hill | 11/12/2004 | 93772 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Pietragallo Alfano Bosick & Raspanti, LLP

1818 Market Street, Suite 3402, Philadelphia, PA 19103

(215) 320-6200 ext. 1362

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on  06/09/2025                              /s/ Joshua D. Hill
           (Date)                                                     (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALICK-FARDY B. TRAORE<br>*Plaintiff,*<br>v.<br>EQUIFAX INFORMATION SERVICES LLC;<br>EXPERIENCE INFORMATION SOLUTIONS, INC.;<br>TRANSUNION LLC; AVANT, LLC; GREENSKY, LLC,<br>and CAPITAL ONE BANK (USA), N.A.<br>*Defendants.* | : : : : : : : | Case Number: 2:25-CV-02822-GJP |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of   Daniel P. Jackson, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

Service has been made upon all parties of record by ECF. Additionally, Plaintiff has been served via email, and First-Class U.S. Mail, postage prepaid.

Malick-Fardy Babah Traore
2522 S. Darien Street
Philadelphia, PA 19148
Tel: (215) 771-9367
Email: malickft@gmail.com


/s/ Joshua D. Hill
(Signature of Attorney)

Joshua D. Hill, Esquire
(Name of Attorney)

Daniel P. Jackson, Esquire
(Name of Moving Party)

06/09/2025
(Date)