# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALICK-FARDY B. TRAORE,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION LLC; AVANT, LLC; GREENSKY, LLC; CAPITAL ONE BANK (USA), N.A.,<br><br>    Defendants. | Case No. 2:25-cv-02822-GJP |

### DEFENDANT AVANT, LLC'S OPPOSITION TO AND
### MOTION TO STRIKE PLAINTIFF'S SUR-REPLY AND MEMORANDUM OF LAW

Defendant Avant, LLC ("Avant"), through the undersigned counsel, hereby submits this opposition to Plaintiff's petition for leave to file Sur-Reply (ECF No. 100) and motion to strike Plaintiff's Sur-Reply (ECF No. 101) and Additional Memorandum of Law (ECF No. 104). In support of its motion and opposition, Avant states as follows:

1. On August 4, 2025, Defendant Capital One filed a motion to dismiss Plaintiff's amended complaint. (ECF No. 68.) Plaintiff filed his opposition to Capital One's motion to dismiss on August 5, 2025 (ECF No. 86), and Capital One filed its rely in support of its motion to dismiss on August 11, 2025. (ECF No. 88.)

2. Avant filed its own motion to dismiss Plaintiff's amended complaint on August 4, 2025. (ECF No. 71.) Plaintiff opposed Avant's motion to dismiss on August 5, 2025 (ECF No. 85), and Avant filed its reply in support of its motion to dismiss on August 12, 2025. (ECF No. 94.)

3. On August 12, 2025, Plaintiff filed a motion for leave to file a Sur-Reply in opposition to Capital One's motion to dismiss. (ECF No. 95.)

4. The Court granted Plaintiff's motion for leave to file a Sur-Reply as to Capital One's motion to dismiss, (ECF No. 98); however, the Court Ordered that Plaintiff "shall not file any further motions while Capital One and Avant's motions to dismiss (ECF Nos. 68 & 70), remain pending."

5. Despite this Court's explicit Order, on August 14, 2025, Plaintiff filed another motion for reconsideration (ECF No. 102) as well as a motion for leave to file a Sur-Reply and Sur-Reply in opposition to Avant's motion to dismiss. (ECF Nos. 100 & 101.)

6. Plaintiff's motion for leave to file a Sur-Reply is yet another example of the vexatious nature of this litigation, which has been brought without just cause and for no other purpose than to harass defendants, including Avant.[1]  Throughout this litigation, Plaintiff has continued to file "motions" and "rebuttals" outside the bounds of those allowed by the Federal Rules of Civil Procedure and this Court's local rules and orders. *See*, *e.g.*, ECF No. 79 (Plaintiff's rebuttal to this Court's order denying his motion to compel), ECF No. 81 (Plaintiff's Sur-Reply to Avant's motion to dismiss after the Court ordered moot), and ECF Nos. 83 & 84 (Plaintiff's rebuttals to TransUnion's and GreenSky's Answers).

7. On August 20, 2025, the Court denied Plaintiff's motion for reconsideration and again ordered that "Plaintiff shall not file any further motions while Capital One and Avant's motions to dismiss (ECF Nos. 68 and 70) remain pending." (ECF No. 103.)

---

[1] As further illustration of Plaintiff's improper purpose, in addition to this litigation, Plaintiff has continued to file U.S. Consumer Financial Protection Bureau ("CFPB") complaints against Avant. With his most recent filing on August 16, 2025, Plaintiff has filed *no less than six* CFPB complaints against Avant regarding the substance of his amended complaint. *See also* ECF No. 1-1 (attaching Plaintiff's CFPB complaints against Avant).

8.     On August 20, 2025, after the Court's *second* order directing plaintiff not to file any further motions, another opposition brief filed by Plaintiff was entered on the docket. (ECF No. 104.) Plaintiff captioned the filing as "Plaintiff's Additional Memorandum of law;" however, the filing is yet another improper attempt to oppose Avant's and Capital One's motions to dismiss.

9.     Plaintiff's motion for leave to file a Sur-Reply, his Sur-Reply, and his additional memorandum of law, were filed in explicit violation of this Court's Orders. (ECF Nos. 98 and 103.) Accordingly, Plaintiff's motion for leave to file a Sur-Reply (ECF No. 100) should be denied, and his Sur-Reply (ECF No. 101) and additional memorandum of law (ECF No. 104) should be stricken from the docket.

WHEREFORE, Avant respectfully requests that the Court deny Plaintiff's petition for leave to file Sur-Reply and strike Plaintiff's Sur-Reply and additional memorandum of law from the docket and grant Avant any other relief to which it may be entitled.

Dated: August 22, 2025          Respectfully submitted,

                                        By: /s/ Daniel P. Jackson
                                        Daniel P. Jackson (admitted *pro hac vice*)
                                        djackson@vedderprice.com
                                        Jonathon P. Reinisch (admitted *pro hac vice*)
                                        jreinisch@vedderprice.com
                                        Joshua D. Elliott (admitted *pro hac vice*)
                                        jelliott@vedderprice.com

**Vedder Price P.C.**
222 North LaSalle Street
Chicago, IL 60601
Tel:  (312) 609-7500
Fax:  (312) 609-5005

        Joshua D. Hill
        jdh@pietragallo.com
        Gaetan J. Alfano
        gja@pietragallo.com

**Pietragallo Gordon Alfano Bosick & Raspanti, LLP**
1818 Market Street
Suite 3402
Philadelphia, PA 19103
Tel:  (215) 988-1462
Fax:  (215) 754-5195

*Counsel for Defendant Avant, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and that notice of such filing was electronically served upon the following:

    Malick-Fardy B. Traore
    2522 S Darien St.
    Philadelphia, PA 19148

    Respectfully submitted,

    /s/ Daniel P. Jackson
    Daniel P. Jackson