**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALICK-FARDY B. TRAORE, | |
| *Plaintiff,* | |
| v. | CIVIL ACTION |
| | NO. 25-2822 |
| TRANSUNION LLC, et al., | |
| *Defendants.* | |

## <u>ORDER</u>

**AND NOW**, this 28th day of April, 2026, upon consideration of plaintiff Malick-Fardy B. Traore's Motion to Vacate Void Orders, Correct the Record and Reinstate Claims (Dkt. No. 134), it is **ORDERED** the Motion is **DENIED**.[1]  Traore may amend his claims, consistent with the Court's September 19, 2025 Opinion and Order (Dkt. Nos. 121 & 122) **on or before Monday, June 1, 2026**.  Failure to do so may result in the dismissal of this case, with prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1]    Traore asks the Court to reconsider its September 19, 2025 opinion and order dismissing some of his claims with prejudice. (Mem. Op., Dkt. No. 121); (Order, Dkt. No. 122.)  But he again fails to show the Court erred, so the Court denies his motion.