**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALICK-FARDY B. TRAORE,

     *Plaintiff,*

  v.

TRANSUNION LLC, et al.,

     *Defendants.*

CIVIL ACTION
NO. 25-2822

## ORDER

**AND NOW**, this 28th day of May, 2026, upon consideration of Malick-Fardy B. Traore's Motion for Reconsideration (Dkt. No. 142), it is **ORDERED** the Motion is **DENIED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.