**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALICK-FARDY B. TRAORE,

       *Plaintiff,*

    v.

TRANSUNION LLC, et al.,

       *Defendants.*

CIVIL ACTION
NO. 25-2822

**ORDER**

    **AND NOW**, this 1st day of June, 2026, upon consideration of Malick-Fardy B. Traore's Motion for Reconsideration (Dkt. No. 144), it is **ORDERED** the Motion is **DENIED**.

                        BY THE COURT:

                        ***/s/ Gerald J. Pappert***
                        Gerald J. Pappert, J.