# What to file at the Federal District Court — Eastern District of Pennsylvania (file at the Clerk's office)

Put the Public Notice on top of the packet. Then file the documents below, in the order shown, for each case.

## AmeriSave / Planet Home case (No. 2:25-cv-04767)
File in this order:

1. Compliance Scorecard (the exhibit listing the rule violations)
2. Motion for relief from judgment (Rule 60(b))
3. Motion to set aside a void judgment (Rule 60(b)(4))
4. Motion for relief for fraud on the court (Rule 60(d)(3))
5. Motion for the judge to recuse

## Equifax / Experian case (No. 2:25-cv-02822)
File in this order:

6. Motion to send the case back to state court (remand)  (file this first)
7. Motion to vacate  (file this first)
8. Compliance Scorecard (the exhibit listing the rule violations)
9. Motion for summary judgment
10. Motion to compel discovery
11. Motion for summary judgment
12. Motion to compel discovery
13. Motion to set aside a void judgment (Rule 60(b)(4))
14. Motion for relief for fraud on the court (Rule 60(d)(3))
15. Motion for relief from judgment (Rule 60(b))
16. Omnibus exposure filing (the consolidated record of harm)
17. Motion for relief from judgment (Rule 60(b))
18. Motion to strike the other side's defective filing
19. Notice of supplemental authority
20. Opposition to the motion to dismiss
21. Motion for sanctions
22. Motion for sanctions
23. Motion for default judgment

24. Motion for default judgment
25. Motion for default judgment against Equifax Information Services
26. Request to the Clerk to enter default (Rule 55(a))
27. Motion to certify the whole case for appeal (28 U.S.C. § 1292(b))
28. Motion to certify a partial final judgment for appeal (Rule 54(b))
29. Motion to certify a partial final judgment for appeal (Rule 54(b))
30. Notice of appeal (file this last — only after the rest, because an appeal takes the case out of this court's hands)
31. Motion for the judge to recuse

## State Farm bad-faith case (No. 2:25-cv-06077)

File in this order:

32. Motion to send the case back to state court (remand) (file this first)
33. Compliance Scorecard (the exhibit listing the rule violations)
34. Opposition to the motion to dismiss
35. Motion to strike the other side's defective filing
36. Opposition to the motion to dismiss
37. Opposition to the motion to dismiss
38. Motion for relief for fraud on the court (Rule 60(d)(3))
39. Motion for sanctions
40. Motion to certify the whole case for appeal (28 U.S.C. § 1292(b))
41. Notice of appeal (file this last — only after the rest, because an appeal takes the case out of this court's hands)
42. Motion for the judge to recuse

## PUBLIC NOTICE AND VERIFIED STATEMENT OF THE BASIS OF PLAINTIFF'S FILINGS

(To be filed in each above-captioned matter and served on all parties of record)

Plaintiff/Appellant Malick-Fardy B. Traore, proceeding pro se, gives PUBLIC NOTICE of the following, and verifies it subject to the penalties for unsworn falsification to authorities:

### 1. THESE FILINGS WERE BUILT ON THE GOVERNING LAW — NOT PREFERENCE

Every motion, complaint, and filing submitted by Plaintiff in these matters was prepared deterministically against the governing law — the controlling statutes, the Rules of Civil and Appellate Procedure, and binding precedent — with every factual assertion grounded in the record. Plaintiff has not invented authority and has not asked any court for relief the law does not allow. Plaintiff has followed the law; the path to the remedies sought is clear; the only thing standing between Plaintiff and those remedies is the exercise of judicial discretion.

### 2. WHAT THE RECORD SHOWS (SUMMARY OF DEFECTS CAUGHT)

Plaintiff's filings, and the accompanying Compliance Scorecards, document — with rule citations and record citations — defects in the opposing filings and in the orders entered, including:

• Stare-decisis violations — non-binding authority cited as controlling; a trial-court decision used as if it were appellate/binding authority.

• Prima facie evidence ignored — uncontroverted, record evidence (including admissions by conduct) passed over.

• Procedural defects — unverified filings credited; defective service; misapplication of the pleading standard.

• Void / excess orders — orders entered without jurisdiction, in excess of the relief requested, or in denial of due process.

• Fraud on the court and defaults unaddressed.

These are not characterizations; they are tied to specific rules and specific places in the record, and they are preserved for review.

### 3. THE STANDARD THIS NOTICE PRESERVES

A court has a duty to decide the matters before it on the law and the record, impartially. A refusal to engage the merits — dismissing, denying, or sitting on a meritorious filing without addressing the controlling authority and the record Plaintiff has placed before the court — is not a neutral act. Where the law and the record compel a result and the court declines to reach it, that declination is evidence of bias (Pennsylvania Code of Judicial Conduct, Canons 1–2, Rules 2.2, 2.9; 28 U.S.C. § 455) and, where the record is misstated or ignored, of fraud on the court. Plaintiff's pro se filings are to be liberally construed (Haines v. Kerner, 404 U.S. 519).

4.    NOTICE OF A PUBLIC-RECORDS ACCOUNTABILITY REVIEW (an accountability notice — not a threat)

1

Plaintiff gives further notice, as a matter of accountability and transparency — and not as a threat — that he intends, over the coming months, to compile and review the conduct of the parties, counsel, and the tribunal in these matters drawing solely on publicly available information (dockets, orders, filings, and other public records), and to make his findings public.

• This review proceeds regardless of the outcome of any motion and is not conditioned on any ruling. It is not an inducement to rule one way or another; it is an exercise of the right to access public records and to comment on matters of public concern, including the conduct of public officials and officers of the court.

• It will rely on publicly available information only.

• Its pace will be set only by the extent to which cost or procedural barriers slow Plaintiff's access to those records — nothing else.

• Plaintiff assigns no conclusions for anyone. Clients, pro se litigants, and the public may review the public record and reach their own conclusions.

Whether any party regards this notice as significant, or assumes it will not be carried out, is immaterial. The public record will speak for itself.

## 5. RESERVATION

Plaintiff files this Notice to make the record unmistakable: each ruling will be measured against the law and the record set out in Plaintiff's filings. Any disposition that does not engage that law and that record is preserved as evidence for appellate review and for the parallel judicial-accountability proceedings. Plaintiff reserves all rights.

/s/ Malick-Fardy B. Traore

Malick-Fardy B. Traore, pro se

1338 Chestnut Street, # 1714

Philadelphia, PA 19107

Dated: June 17, 2026

2

**CERTIFICATE OF SERVICE: a true and correct copy of this Notice was served on all parties of record on June 17, 2026.**

/s/ Malick-Fardy B. Traore

Malick-Fardy B. Traore, pro se

# EXHIBIT A

## STARE DECISIS HIERARCHY SCORECARD

*Automated, Rule-Based Audit of Defendants' Authority and Judge-Authored Orders*

**Case: MALICK-FARDY B. TRAORE v. TRANSUNION LLC ET AL.**

Docket No.: 2:25-cv-02822

Court: United States District Court for the Eastern District of Pennsylvania

Audit Generated: June 14, 2026 at 02:17 PM

Judge: Gerald J. Pappert

## EXECUTIVE SUMMARY (PLAIN LANGUAGE)

WHAT THIS DOCUMENT IS. This Scorecard is an automated, rule-based audit of (1) the legal authorities defendants cited in their filings, and (2) the conduct reflected in the judge-authored orders in this case. It does not draw conclusions; it counts citations and applies binding-precedent rules. Citations from the Supreme Court of the United States and the U.S. Court of Appeals for the Third Circuit are binding on this Court. Citations from any other court are not.

WHAT THE AUDIT FOUND. Across 70 adversary filings, the defendants cited 452 legal authorities. Of those, 206 (45%) come from courts whose decisions do not bind this Court. 127 are facially non-binding; 79 require verification. The audit also identified 124 specific findings in the judge-authored orders (e.g., prior-restraint filing bans, sua sponte rulings, labels applied without record support) and 4 additional violations inferred from observable conditions on the docket. 20 discrete legal issues are raised across these filings; for each, this Scorecard lists the binding Supreme Court and Third Circuit precedent that has already decided it.

WHY IT MATTERS. Under stare decisis, a court may not rely on non-binding authority to override binding precedent. Under Federal Rule of Civil Procedure 60(b)(4), an order that rests on a clear error of law — including reliance on non-binding authority, sua sponte rulings without notice, or invocation of constitutional clauses outside their scope — is void of legal effect and may be vacated at any time. The non-binding share in this audit is 45%. Reversibility score: 29/100.

WHAT THE COURT IS BEING ASKED TO DO. Reconsider and vacate the order(s) that rest on the non-binding authorities catalogued below; substitute the binding precedent that decides each issue; and proceed on the record as supplemented by the prima facie evidence already filed.

## METHODOLOGY

This Scorecard combines three analyses: (1) a citation audit across every adversary filing, classifying each citation by its issuing court and applying the binding-precedent hierarchy; (2) a judge-authored-order audit looking for procedural and constitutional issues such as prior-restraint filing bans, sua sponte rulings without notice, mislabeling, and immunity-waiver triggers; and (3) derived inferences from observable conditions (e.g., five or more non-binding citations in a single judicial memorandum supports an inference of Canon 3A(1) implication). Each finding includes its rule basis, the binding authority that controls, and the action the rule prescribes.

## 1. OVERALL SUMMARY

Adversary filings audited: 70   Discrete legal issues: 20   Total citations: 452   Non-binding: 206 (45%)   Binding (SCOTUS+3d Cir.): 246   Judge findings: 124   Derived: 4   Reversibility score: 29/100

## 2. BREAKDOWN BY ISSUING COURT

| Issuing Court | Total | FATAL | SERIOUS | Binding? |
|---|---|---|---|---|
| Supreme Court of the United States | 128 | 0 | 0 | YES — binding |
| U.S. Court of Appeals (Third Circuit) | 118 | 0 | 0 | YES — binding |
| an unidentified court | 64 | 64 | 0 | NO — non-binding |
| U.S. Court of Appeals (sister circuit) | 52 | 0 | 52 | NO — non-binding |
| U.S. District Court (outside Third Cir.) | 40 | 40 | 0 | NO — non-binding |
| U.S. District Court (unpublished) | 21 | 21 | 0 | NO — non-binding |
| Atlantic Reporter (state) | 11 | 0 | 11 | NO — non-binding |
| Pennsylvania Supreme Court | 8 | 0 | 8 | NO — non-binding |
| Pennsylvania Superior Court | 5 | 0 | 5 | NO — non-binding |
| Pennsylvania Commonwealth Court | 3 | 0 | 3 | NO — non-binding |
| U.S. Court of Appeals (unpublished) | 1 | 1 | 0 | NO — non-binding |
| U.S. Court of Appeals (non-precedential) | 1 | 1 | 0 | NO — non-binding |

## 3. BREAKDOWN BY DEFENDANT FILING

| Dkt | Filing | Total | FATAL | SERIOUS | Top Issuing Courts |
|---|---|---|---|---|---|
| Dkt 38-1 | show_temp (10).pdf | 56 | 31 | 10 | an unidentified court (17), U.S. District Court (outside T (13) |
| Dkt 121 | judges memorandum.pdf | 45 | 22 | 9 | an unidentified court (15), U.S. Court of Appeals (Third C (10) |
| Dkt 68-1 | 68-1.pdf | 33 | 20 | 8 | U.S. District Court (unpublish (15), U.S. District Court (outside T (5) |
| Dkt 109-1 | Equifax reply 4 show_temp (21).pdf | 22 | 13 | 1 | an unidentified court (11), Supreme Court of the United St (6) |
| — | conditional acceptance - signed.pdf | 20 | 0 | 6 | Supreme Court of the United St (14), U.S. Court of Appeals (sister (6) |
| Dkt 39 | show_temp (13).pdf | 14 | 1 | 0 | U.S. Court of Appeals (Third C (9), Supreme Court of the United |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | St (4) |
| Dkt 01 | Updated_Filing_With_Exhibit_C.pdf | 12 | 0 | 6 | U.S. Court of Appeals (Third C (4), U.S. Court of Appeals (sister (4) |
| — | opposition to motion to dismiss Capita... | 11 | 2 | 1 | Supreme Court of the United St (4), U.S. Court of Appeals (Third C (4) |
| — | opposition to motion to dismiss.docx | 11 | 2 | 1 | Supreme Court of the United St (4), U.S. Court of Appeals (Third C (4) |
| — | conditional acceptance .docx | 10 | 0 | 3 | Supreme Court of the United St (7), U.S. Court of Appeals (sister (3) |
| — | conditional acceptance .pdf | 10 | 0 | 3 | Supreme Court of the United St (7), U.S. Court of Appeals (sister (3) |
| Dkt 94 | show_temp (21) avant reply.pdf | 9 | 4 | 1 | U.S. Court of Appeals (Third C (4), U.S. District Court (outside T (3) |
| — | Motion to reconsider remand -signed.pdf | 8 | 0 | 0 | Supreme Court of the United St (6), U.S. Court of Appeals (Third C (2) |
| Dkt 41 | trackletter.php (10).pdf | 7 | 1 | 4 | U.S. Court of Appeals (sister (2), Supreme Court of the United St (1) |
| Dkt 88 | capital one 8-11.pdf | 7 | 7 | 0 | U.S. District Court (unpublish (5), U.S. District Court (outside T (1) |
| — | Motion for recusal.docx | 6 | 0 | 3 | Supreme Court of the United St (3), U.S. Court of Appeals (sister (1) |
| Dkt 01 | Complete_Court_Filing_Package.pdf | 6 | 0 | 3 | U.S. Court of Appeals (Third C (2), U.S. Court of Appeals (sister (2) |
| Dkt 01 | Complete_Filing_Package.pdf | 6 | 0 | 3 | U.S. Court of Appeals (Third C (2), U.S. Court of Appeals (sister (2) |
| Dkt 01 | Complete_ProSe_Filing_Package.pdf | 6 | 0 | 3 | U.S. Court of Appeals (Third C (2), U.S. Court of Appeals (sister (2) |
| Dkt 01 | Complete_ProSe_Filing_Package_Fully_Re... | 6 | 0 | 3 | U.S. Court of Appeals (Third C (2), U.S. Court of Appeals (sister (2) |
| Dkt 01 | Complete_ProSe_Filing_Package_Redacted... | 6 | 0 | 3 | U.S. Court of Appeals (Third C (2), U.S. Court of Appeals (sister (2) |
| Dkt 1 | show_temp (9)cap one reply.pdf | 6 | 3 | 1 | U.S. Court of Appeals (Third C (2), U.S. District Court (outside T (2) |
| — | VERIFIED FELONY COMPLAINT FOR SUBMISSI... | 6 | 0 | 0 | Supreme Court of the United St (6) |
| Dkt 126 | APPELLATE BRIEF APPEALS.docx | 5 | 0 | 0 | U.S. Court of Appeals (Third C (3), Supreme Court of the United St (2) |
| Dkt 123 | filling Credit bureau APPEALS.docx | 5 | 0 | 0 | U.S. Court of Appeals (Third C (3), Supreme Court of the United St (2) |
| Dkt 126 | ecf 126.pdf | 4 | 3 | 0 | an unidentified court (3), U.S. Court of Appeals (Third C (1) |

| Dkt 130 | ecf 130.pdf | 4 | 4 | 0 | an unidentified court (4) |
|---|---|---|---|---|---|
| Dkt 50 | avant in support to its motion to dism... | 4 | 2 | 1 | U.S. District Court (outside T (2), Supreme Court of the United St (1) |
| — | Avant answer for motion to dismiss ( f... | 4 | 0 | 0 | Supreme Court of the United St (4) |
| — | Motion to reconsider remand.docx | 4 | 0 | 0 | Supreme Court of the United St (3), U.S. Court of Appeals (Third C (1) |
| — | Motion to reconsider remand.pdf | 4 | 0 | 0 | Supreme Court of the United St (3), U.S. Court of Appeals (Third C (1) |
| — | Opposition to Capital one .docx | 4 | 0 | 0 | Supreme Court of the United St (3), U.S. Court of Appeals (Third C (1) |
| — | Opposition_to_Capital_One_Updated.docx | 4 | 0 | 0 | Supreme Court of the United St (3), U.S. Court of Appeals (Third C (1) |
| — | Opposition_to_Capital_One_Updated.pdf | 4 | 0 | 0 | Supreme Court of the United St (3), U.S. Court of Appeals (Third C (1) |
| Dkt 28 | transunion 6-17.pdf | 4 | 1 | 1 | Supreme Court of the United St (1), U.S. Court of Appeals (Third C (1) |
| Dkt 41 | show_temp (15).pdf | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| Dkt 41 | show_temp (16).pdf | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| Dkt 41 | show_temp (18).pdf | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| Dkt 41 | show_temp (19).pdf | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| Dkt 41 | ecf 41.pdf | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| — | Credit bureau lawsuit final .docx | 3 | 0 | 1 | Supreme Court of the United St (1), U.S. Court of Appeals (Third C (1) |
| Dkt 39 | Supplemental brief final.docx | 3 | 0 | 0 | Supreme Court of the United St (3) |
| Dkt 39 | Supplemental brief final.pdf | 3 | 0 | 0 | Supreme Court of the United St (3) |
| — | Opposition to Exquifax motion to dismi... | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| — | Opposition to Exquifax motion to dismi... | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| Dkt 112 | trackletter the ECF 112 full filling.pdf | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| — | trackletter.php (12).pdf | 3 | 0 | 0 | U.S. Court of Appeals (Third C (3) |
| Dkt 1 | transunion notice.pdf | 3 | 2 | 0 | an unidentified court (2), Supreme Court of the United St (1) |
| Dkt 122 | judges order.pdf | 2 | 0 | 0 | U.S. Court of Appeals (Third C (2) |
| Dkt 122 | ecf 122.pdf | 2 | 0 | 0 | U.S. Court of Appeals (Third C (2) |
| — | MOTION IFP APPEALS.docx | 2 | 0 | 0 | U.S. Court of Appeals (Third C (2) |

| — | NOTICE OF FOREIGN PRINCIPAL AND ATTORN... | 2 | 0 | 1 | Supreme Court of the United St (1), U.S. Court of Appeals (sister (1) |
|---|---|---|---|---|---|
| — | NOTICE OF FOREIGN PRINCIPAL AND ATTORN... | 2 | 0 | 1 | Supreme Court of the United St (1), U.S. Court of Appeals (sister (1) |
| — | Proof of ID and supporting documents.d... | 2 | 2 | 0 | an unidentified court (2) |
| — | Avant answer for motion to dismiss ( f... | 2 | 0 | 0 | Supreme Court of the United St (2) |
| — | Avant answer for motion to dismiss ( f... | 2 | 0 | 0 | Supreme Court of the United St (2) |
| — | opposition for motion to dismiss.docx | 2 | 0 | 0 | Supreme Court of the United St (2) |
| Dkt 50 | Sur reply to avant.docx | 2 | 2 | 0 | U.S. District Court (outside T (1), an unidentified court (1) |
| Dkt 50 | Sur reply to avant.pdf | 2 | 2 | 0 | U.S. District Court (outside T (1), an unidentified court (1) |
| — | Rebutal to Transunion.docx | 2 | 0 | 0 | U.S. Court of Appeals (Third C (2) |
| — | Opposition to motion to strike.docx | 2 | 1 | 0 | Supreme Court of the United St (1), U.S. District Court (outside T (1) |
| — | VERIFIED FELONY COMPLAINT FOR SUBMISSI... | 2 | 0 | 0 | Supreme Court of the United St (2) |
| — | 1099 C evidence + motion to remove cha... | 2 | 0 | 1 | U.S. Court of Appeals (sister  (1), U.S. Court of Appeals (Third C (1) |
| — | 1099 C evidence + motion to remove cha... | 2 | 0 | 1 | U.S. Court of Appeals (sister  (1), U.S. Court of Appeals (Third C (1) |
| Dkt 112 | Judge GJP last chance to save face.docx | 2 | 0 | 0 | Supreme Court of the United St (2) |
| Dkt 112 | LAST notice to correct record.docx | 2 | 0 | 0 | Supreme Court of the United St (2) |
| Dkt 54 | show_temp (17).pdf | 1 | 1 | 0 | an unidentified court (1) |
| Dkt 54 | ecf 54.pdf | 1 | 1 | 0 | an unidentified court (1) |
| — | opposition to dismiss from Avant.docx | 1 | 0 | 0 | U.S. Court of Appeals (Third C (1) |
| — | COVER LETTER.docx | 1 | 0 | 0 | Supreme Court of the United St (1) |

## 4. BREAKDOWN BY LEGAL ISSUE

| Issue | Total Cites | FATAL | SERIOUS | Filings |
|---|---|---|---|---|
| Hierarchy / Stare Decisis | 209 | 130 | 79 | 38 |
| Other | 80 | 14 | 55 | 47 |
| Removal | 34 | 34 | 0 | 19 |
| Notice | 30 | 30 | 0 | 20 |
| Fraud / Tribunal Integrity | 26 | 26 | 0 | 23 |
| Mailbox Presumption / Prima Facie | 19 | 0 | 19 | 19 |
| Civil Rights (Title 18/42) | 17 | 4 | 13 | 9 |
| First Amendment / Access to Courts | 15 | 5 | 0 | 5 |
| Judicial Conduct | 11 | 8 | 3 | 11 |
| Pleading Standard | 10 | 10 | 0 | 8 |
| Service | 7 | 0 | 7 | 7 |

| | | | |
|---|---|---|---|
| Void Judgment | 5 | 5 | 0 | 5 |
| Deadlines | 5 | 0 | 5 | 3 |
| Procedural Due Process | 5 | 5 | 0 | 3 |
| Jurisdiction | 4 | 4 | 0 | 4 |
| Standing | 4 | 4 | 0 | 3 |
| Immunity | 4 | 4 | 0 | 1 |
| Professional Conduct | 2 | 0 | 2 | 2 |
| Verification | 1 | 0 | 1 | 1 |
| Sanctions | 1 | 0 | 1 | 1 |

## 5. FULL CITATION INVENTORY

Lists every non-binding citation. Binding citations (SCOTUS and Third Circuit precedential) are omitted as correctly cited.

| Dkt | Source Filing | Citation | Issuing Court | Severity |
|---|---|---|---|---|
| Dkt 54 | show_temp (17).pdf | 2019 WL 2248690 | an unidentified court | FATAL |
| Dkt 41 | trackletter.php (10).pdf | 342 F.3d 509 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 41 | trackletter.php (10).pdf | 674 F.3d 927 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 41 | trackletter.php (10).pdf | 851 F. Supp. 184 | U.S. District Court (outsid... | FATAL |
| Dkt 41 | trackletter.php (10).pdf | Pa. Super. Ct. 2013 | Pennsylvania Superior Court | SERIOUS |
| Dkt 41 | trackletter.php (10).pdf | 65 A.3d 104 | Atlantic Reporter (state) | SERIOUS |
| Dkt 126 | ecf 126.pdf | 2025 WL 2691042 | an unidentified court | FATAL |
| Dkt 126 | ecf 126.pdf | 2001 WL 187337 | an unidentified court | FATAL |
| Dkt 126 | ecf 126.pdf | 2024 WL 2707016 | an unidentified court | FATAL |
| Dkt 130 | ecf 130.pdf | 2022 WL 6673683 | an unidentified court | FATAL |
| Dkt 130 | ecf 130.pdf | 2012 WL 5727305 | an unidentified court | FATAL |
| Dkt 130 | ecf 130.pdf | 2023 WL 11282648 | an unidentified court | FATAL |
| Dkt 130 | ecf 130.pdf | 2022 WL 22694534 | an unidentified court | FATAL |
| Dkt 54 | ecf 54.pdf | 2019 WL 2248690 | an unidentified court | FATAL |
| — | Credit bureau lawsuit f... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |
| — | Motion for recusal.docx | 342 F.3d 509 | U.S. Court of Appeals (sist... | SERIOUS |
| — | Motion for recusal.docx | Pa. Super. Ct. 2013 | Pennsylvania Superior Court | SERIOUS |
| — | Motion for recusal.docx | 65 A.3d 104 | Atlantic Reporter (state) | SERIOUS |
| — | NOTICE OF FOREIGN PRINC... | 550 F.2d 297 | U.S. Court of Appeals (sist... | SERIOUS |
| — | NOTICE OF FOREIGN PRINC... | 550 F.2d 297 | U.S. Court of Appeals (sist... | SERIOUS |
| — | Proof of ID and support... | 2022 WL 1234567 | an unidentified court | FATAL |
| — | Proof of ID and support... | 2018 WL 5671234 | an unidentified court | FATAL |
| Dkt 01 | Complete_Court_Filing_P... | 775 F.3d 1330 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_Court_Filing_P... | 951 F.3d 1008 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_Court_Filing_P... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |
| Dkt 01 | Complete_Filing_Package... | 775 F.3d 1330 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_Filing_Package... | 951 F.3d 1008 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_Filing_Package... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |
| Dkt 01 | Complete_ProSe_Filing_P... | 775 F.3d 1330 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_ProSe_Filing_P... | 951 F.3d 1008 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_ProSe_Filing_P... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |
| Dkt 01 | Complete_ProSe_Filing_P... | 775 F.3d 1330 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_ProSe_Filing_P... | 951 F.3d 1008 | U.S. Court of Appeals (sist... | SERIOUS |

| Dkt 01 | Complete_ProSe_Filing_P... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |
|---|---|---|---|---|
| Dkt 01 | Complete_ProSe_Filing_P... | 775 F.3d 1330 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_ProSe_Filing_P... | 951 F.3d 1008 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Complete_ProSe_Filing_P... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |
| Dkt 50 | avant in support to its... | 652 F.3d 355 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 50 | avant in support to its... | 901 F. Supp. 2d 566 | U.S. District Court (outsid... | FATAL |
| Dkt 50 | avant in support to its... | 974 F. Supp. 2d 754 | U.S. District Court (outsid... | FATAL |
| Dkt 88 | capital one 8-11.pdf | 574 F. Supp. 3d 292 | U.S. District Court (outsid... | FATAL |
| Dkt 88 | capital one 8-11.pdf | U.S. Dist. LEXIS 59718 | U.S. District Court (unpubl... | FATAL |
| Dkt 88 | capital one 8-11.pdf | U.S. Dist. LEXIS 115117 | U.S. District Court (unpubl... | FATAL |
| Dkt 88 | capital one 8-11.pdf | U.S. Dist. LEXIS 139418 | U.S. District Court (unpubl... | FATAL |
| Dkt 88 | capital one 8-11.pdf | U.S. Dist. LEXIS 21926 | U.S. District Court (unpubl... | FATAL |
| Dkt 88 | capital one 8-11.pdf | U.S. Dist. LEXIS 103812 | U.S. District Court (unpubl... | FATAL |
| Dkt 88 | capital one 8-11.pdf | 2024 U.S. App. LEXIS 24723 | U.S. Court of Appeals (unpu... | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 199 F.3d 263 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 109-1 | Equifax reply  4 show_t... | 663 F. Supp. 2d 379 | U.S. District Court (outsid... | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 574 F. Supp. 3d 292 | U.S. District Court (outsid... | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2011 WL 6001088 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2015 WL 3919409 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2024 WL 1142214 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2025 WL 77077 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2023 WL 8531825 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2022 WL 17989622 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2021 WL 3683293 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2018 WL 5986534 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2018 WL 5981841 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2012 WL 4108944 | an unidentified court | FATAL |
| Dkt 109-1 | Equifax reply  4 show_t... | 2023 WL 2019623 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 617 F.3d 931 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 174 F.3d 394 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 665 F.3d 45 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 719 F.3d 160 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 659 F.3d 622 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 368 F.3d 726 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 174 F.3d 394 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 696 F. Appx. 87 | U.S. Court of Appeals (non-... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 432 F.Supp.3d 556 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 753 F. Supp. 2d 438 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 247 F.Supp.3d 618 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 992 F. Supp. 2d 495 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 847 F. Supp. 2d 753 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 439 F. Supp. 2d 418 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 351 F.Supp.3d 912 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 379 F.Supp.3d 437 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 415 F.Supp.3d 628 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 956 F. Supp. 2d 627 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 956 F. Supp. 2d 627 | U.S. District Court (outsid... | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 247 F.Supp.3d 618 | U.S. District Court (outsid... | FATAL |

| Dkt 38-1 | show_temp (10).pdf | 415 F.Supp.3d 628 | U.S. District Court (outsid... | FATAL |
|---|---|---|---|---|
| Dkt 38-1 | show_temp (10).pdf | 2020 WL 5211068 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2007 WL 2332494 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2021 WL 4060454 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2011 WL 4359987 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2023 WL 2920280 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2016 WL 2622377 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2024 WL 4445067 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2021 WL 6072809 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2014 WL 1608391 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2021 WL 3271168 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2016 WL 6191912 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2022 WL 104533 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2021 WL 323302 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2021 WL 2255875 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2024 WL 4445067 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2021 WL 3271168 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 2021 WL 4060454 | an unidentified court | FATAL |
| Dkt 38-1 | show_temp (10).pdf | 932 A. 2d 885 | Atlantic Reporter (state) | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 928 A. 2d 186 | Atlantic Reporter (state) | SERIOUS |
| Dkt 38-1 | show_temp (10).pdf | 854 A. 2d 425 | Atlantic Reporter (state) | SERIOUS |
| Dkt 94 | show_temp (21) avant re... | 652 F.3d 355 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 94 | show_temp (21) avant re... | 901 F. Supp. 2d 566 | U.S. District Court (outsid... | FATAL |
| Dkt 94 | show_temp (21) avant re... | 974 F. Supp. 2d 754 | U.S. District Court (outsid... | FATAL |
| Dkt 94 | show_temp (21) avant re... | 351 F. Supp. 3d 912 | U.S. District Court (outsid... | FATAL |
| Dkt 94 | show_temp (21) avant re... | 2007 WL 2332494 | an unidentified court | FATAL |
| Dkt 27 | show_temp (9)cap one re... | 652 F.3d 355 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 27 | show_temp (9)cap one re... | 901 F. Supp. 2d 566 | U.S. District Court (outsid... | FATAL |
| Dkt 27 | show_temp (9)cap one re... | 654 F. Supp. 3d 376 | U.S. District Court (outsid... | FATAL |
| Dkt 27 | show_temp (9)cap one re... | U.S. Dist. LEXIS 21926 | U.S. District Court (unpubl... | FATAL |
| — | opposition to motion to... | 182 F.3d 157 | U.S. Court of Appeals (sist... | SERIOUS |
| — | opposition to motion to... | 2021 WL 5588739 | an unidentified court | FATAL |
| — | opposition to motion to... | 2018 WL 4906249 | an unidentified court | FATAL |
| — | opposition to motion to... | 182 F.3d 157 | U.S. Court of Appeals (sist... | SERIOUS |
| — | opposition to motion to... | 2021 WL 5588739 | an unidentified court | FATAL |
| — | opposition to motion to... | 2018 WL 4906249 | an unidentified court | FATAL |
| — | conditional acceptance ... | 269 F.3d 956 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 658 F.2d 526 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 424 F.2d 1021 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 269 F.3d 956 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 658 F.2d 526 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 424 F.2d 1021 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 269 F.3d 956 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 658 F.2d 526 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 424 F.2d 1021 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 269 F.3d | U.S. Court of Appeals (sist... | SERIOUS |

| | | 956 | | |
|---|---|---|---|---|
| — | conditional acceptance ... | 658 F.2d 526 | U.S. Court of Appeals (sist... | SERIOUS |
| — | conditional acceptance ... | 424 F.2d 1021 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 50 | Sur reply to avant.docx | 229 F. Supp. 647 | U.S. District Court (outsid... | FATAL |
| Dkt 50 | Sur reply to avant.docx | 2006 WL 931702 | an unidentified court | FATAL |
| Dkt 50 | Sur reply to avant.pdf | 229 F. Supp. 647 | U.S. District Court (outsid... | FATAL |
| Dkt 50 | Sur reply to avant.pdf | 2006 WL 931702 | an unidentified court | FATAL |
| Dkt 68-1 | 68-1.pdf | 992 F. Supp. 2d 495 | U.S. District Court (outsid... | FATAL |
| Dkt 68-1 | 68-1.pdf | 574 F. Supp. 3d 292 | U.S. District Court (outsid... | FATAL |
| Dkt 68-1 | 68-1.pdf | 828 F. Supp. 2d 798 | U.S. District Court (outsid... | FATAL |
| Dkt 68-1 | 68-1.pdf | 417 F. Supp. 2d 632 | U.S. District Court (outsid... | FATAL |
| Dkt 68-1 | 68-1.pdf | 204 F. Supp. 3d 829 | U.S. District Court (outsid... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 215306 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 21926 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 195119 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 99485 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 59718 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 244739 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 225697 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 48886 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 221859 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 135341 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 165498 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 101571 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 215306 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 221859 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | U.S. Dist. LEXIS 195119 | U.S. District Court (unpubl... | FATAL |
| Dkt 68-1 | 68-1.pdf | Pa. Super. Ct. 1979 | Pennsylvania Superior Court | SERIOUS |
| Dkt 68-1 | 68-1.pdf | Pa. Commw. Ct. 2013 | Pennsylvania Commonwealth C... | SERIOUS |
| Dkt 68-1 | 68-1.pdf | Pa. Commw. Ct. 2024 | Pennsylvania Commonwealth C... | SERIOUS |
| Dkt 68-1 | 68-1.pdf | Pa. Commw. Ct. 2024 | Pennsylvania Commonwealth C... | SERIOUS |
| Dkt 68-1 | 68-1.pdf | 410 A.2d 344 | Atlantic Reporter (state) | SERIOUS |
| Dkt 68-1 | 68-1.pdf | 82 A.3d 485 | Atlantic Reporter (state) | SERIOUS |
| Dkt 68-1 | 68-1.pdf | 313 A.3d 298 | Atlantic Reporter (state) | SERIOUS |
| Dkt 68-1 | 68-1.pdf | 82 A.3d 485 | Atlantic Reporter (state) | SERIOUS |
| Dkt 28 | transunion 6-17.pdf | 334 F.3d 1233 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 28 | transunion 6-17.pdf | 2011 WL 3875524 | an unidentified court | FATAL |
| — | Opposition to motion to... | 229 F. Supp. 647 | U.S. District Court (outsid... | FATAL |
| Dkt 121 | judges memorandum.pdf | 959 F.3d 290 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 121 | judges memorandum.pdf | 901 F.3d 619 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 121 | judges memorandum.pdf | 827 F.3d 1295 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 121 | judges memorandum.pdf | 475 F.3d 956 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 121 | judges memorandum.pdf | 98 F.4th 1359 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 121 | judges memorandum.pdf | 574 F. Supp. 3d 292 | U.S. District Court (outsid... | FATAL |
| Dkt 121 | judges memorandum.pdf | 414 F. Supp. 3d 715 | U.S. District Court (outsid... | FATAL |
| Dkt 121 | judges memorandum.pdf | 726 F. Supp. 2d 201 | U.S. District Court (outsid... | FATAL |
| Dkt 121 | judges memorandum.pdf | 634 F. Supp. 3d 216 | U.S. District Court (outsid... | FATAL |

| Dkt 121 | judges memorandum.pdf | 591 F. Supp. 2d 773 | U.S. District Court (outsid... | FATAL |
|---|---|---|---|---|
| Dkt 121 | judges memorandum.pdf | 828 F. Supp. 2d 798 | U.S. District Court (outsid... | FATAL |
| Dkt 121 | judges memorandum.pdf | 897 F. Supp. 854 | U.S. District Court (outsid... | FATAL |
| Dkt 121 | judges memorandum.pdf | 2022 WL 1045533 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2021 WL 5149699 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2020 WL 5211068 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2021 WL 323302 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2023 WL 5152625 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2023 WL 137454 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2025 WL 1508019 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2025 WL 1644421 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2023 WL 5651987 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2015 WL 13914997 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2025 WL 20106 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2023 WL 4946983 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2025 WL 1013370 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2025 WL 1582459 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | 2025 WL 2535610 | an unidentified court | FATAL |
| Dkt 121 | judges memorandum.pdf | Pa. Super. Ct. 2020 | Pennsylvania Superior Court | SERIOUS |
| Dkt 121 | judges memorandum.pdf | Pa. Super. Ct. 1989 | Pennsylvania Superior Court | SERIOUS |
| Dkt 121 | judges memorandum.pdf | 231 A.3d 20 | Atlantic Reporter (state) | SERIOUS |
| Dkt 121 | judges memorandum.pdf | 560 A.2d 151 | Atlantic Reporter (state) | SERIOUS |
| Dkt 39 | show_temp (13).pdf | 992 F. Supp. 2d 495 | U.S. District Court (outsid... | FATAL |
| Dkt 1 | transunion notice.pdf | 2020 WL 5017609 | an unidentified court | FATAL |
| Dkt 1 | transunion notice.pdf | 2008 WL 4072813 | an unidentified court | FATAL |
| — | 1099 C evidence + motio... | 720 F.3d 169 | U.S. Court of Appeals (sist... | SERIOUS |
| — | 1099 C evidence + motio... | 720 F.3d 169 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Updated_Filing_With_Exh... | 775 F.3d 1330 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Updated_Filing_With_Exh... | 951 F.3d 1008 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Updated_Filing_With_Exh... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |
| Dkt 01 | Updated_Filing_With_Exh... | 775 F.3d 1330 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Updated_Filing_With_Exh... | 951 F.3d 1008 | U.S. Court of Appeals (sist... | SERIOUS |
| Dkt 01 | Updated_Filing_With_Exh... | 592 Pa. 323 | Pennsylvania Supreme Court | SERIOUS |

## 6. STARE DECISIS RISK ASSESSMENT

Of 452 citations audited, 206 (45%) are facially non-binding. 127 are FATAL; 79 are SERIOUS. Reversibility score: 29/100. Under FRCP 60(b)(4), an order resting on non-binding authority is correctable on reconsideration and, absent correction, void of legal effect.

## 7. BINDING AUTHORITY ON THESE ISSUES

The following Supreme Court and Third Circuit decisions have already decided each issue. Under stare decisis these bind this Court.

**Issue: Hierarchy / Stare Decisis**

| Citation | Court | Year | Holding |
|---|---|---|---|
| Hutto v. Davis, 454 U.S. 370 (1982) (per curiam) | SCOTUS | 1982 | Lower courts are bound to follow the decisions of the Supreme Court of the United States. |
| Rodriguez de Quijas v. Shearson/Am. Express, 490 U.S. 4... | SCOTUS | 1989 | If a precedent of the Supreme Court has direct application, the Court of Appeals should follow it. |
| 3d Cir. I.O.P. 5.7 | 3d Cir. | 2007 | Not-precedential opinions of the Third Circuit are not regarded as precedents that bind the Court. |

## Issue: Notice

| Citation | Court | Year | Holding |
|---|---|---|---|
| Mullane v. Cent. Hanover Bank & Trust Co., 339 U.S. 306... | SCOTUS | 1950 | Notice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the ... |
| Mathews v. Eldridge, 424 U.S. 319 (1976) | SCOTUS | 1976 | Procedural due process is determined by the three-factor balancing test of private interest, risk of erroneous deprivati... |
| Goldberg v. Kelly, 397 U.S. 254 (1970) | SCOTUS | 1970 | The fundamental requisite of due process of law is the opportunity to be heard. |

## Issue: Mailbox Presumption / Prima Facie

| Citation | Court | Year | Holding |
|---|---|---|---|
| Rosenthal v. Walker, 111 U.S. 185 (1884) | SCOTUS | 1884 | Letters properly addressed, stamped, and mailed are presumed to have been received in due course of mail. |
| Hagner v. United States, 285 U.S. 427 (1932) | SCOTUS | 1932 | The presumption of receipt arises from proof of proper mailing; it can be rebutted only by competent evidence of non-rec... |
| Lupyan v. Corinthian Colleges Inc., 761 F.3d 314 (3d Ci... | 3d Cir. | 2014 | A strong presumption of receipt applies when notice is sent via certified mail. |

## Issue: Civil Rights (Title 18/42)

| Citation | Court | Year | Holding |
|---|---|---|---|
| Screws v. United States, 325 U.S. 91 (1945) | SCOTUS | 1945 | 18 U.S.C. § 242 criminalizes willful deprivations of constitutional rights under color of law. |
| Monroe v. Pape, 365 U.S. 167 (1961) | SCOTUS | 1961 | 42 U.S.C. § 1983 provides a civil remedy for deprivations of constitutional rights under color of law. |
| West v. Atkins, 487 U.S. 42 (1988) | SCOTUS | 1988 | Acting under color of state law requires that the defendant exercised power possessed by virtue of state law. |

## Issue: Judicial Conduct

| Citation | Court | Year | Holding |
|---|---|---|---|
| Liljeberg v. Health Servs. Acquisition Corp., 486 U.S. ... | SCOTUS | 1988 | 28 U.S.C. § 455(a) requires recusal whenever the judge's impartiality might reasonably be questioned. |

| Citation | Court | Year | Holding |
|---|---|---|---|
| Caperton v. A.T. Massey Coal Co., 556 U.S. 868 (2009) | SCOTUS | 2009 | Due process requires recusal where the probability of actual bias rises to an unconstitutional level. |
| Liteky v. United States, 510 U.S. 540 (1994) | SCOTUS | 1994 | Judicial rulings alone almost never constitute valid basis for recusal motion; bias must come from an extrajudicial source. |

### Issue: Pleading Standard

| Citation | Court | Year | Holding |
|---|---|---|---|
| Bell Atl. Corp. v. Twombly, 550 U.S. 544 (2007) | SCOTUS | 2007 | A complaint must plead enough facts to state a claim for relief that is plausible on its face. |
| Ashcroft v. Iqbal, 556 U.S. 662 (2009) | SCOTUS | 2009 | The plausibility standard requires more than a sheer possibility that a defendant has acted unlawfully. |
| Phillips v. County of Allegheny, 515 F.3d 224 (3d Cir. ... | 3d Cir. | 2008 | Under Twombly, the court must accept all well-pleaded factual allegations as true and draw all reasonable inferences in ... |
| Connelly v. Lane Construction Corp., 809 F.3d 780 (3d C... | 3d Cir. | 2016 | Three-step analysis under Iqbal: (1) take note of elements; (2) identify conclusory allegations not entitled to assumpti... |

### Issue: Service

| Citation | Court | Year | Holding |
|---|---|---|---|
| Henderson v. United States, 517 U.S. 654 (1996) | SCOTUS | 1996 | Service of process is governed by FRCP 4; the rule is to be liberally construed. |
| Murphy Bros. v. Michetti Pipe Stringing, 526 U.S. 344 (... | SCOTUS | 1999 | Formal service of process triggers the defendant's obligation to respond. |
| Bullock v. United States, 763 F.2d 81 (3d Cir. 1985) | 3d Cir. | 1985 | Where the defendant has received actual notice and there has been substantial compliance with the rules, service is suff... |

### Issue: Void Judgment

| Citation | Court | Year | Holding |
|---|---|---|---|
| United Student Aid Funds, Inc. v. Espinosa, 559 U.S. 26... | SCOTUS | 2010 | Rule 60(b)(4) relief is appropriate only where the court that entered the judgment lacked jurisdiction or where the judg... |
| Marshall v. Bd. of Educ., 575 F.2d 417 (3d Cir. 1978) | 3d Cir. | 1978 | A void judgment is a legal nullity; relief from a void judgment is available at any time. |

### Issue: Deadlines

| Citation | Court | Year | Holding |
|---|---|---|---|
| Bowles v. Russell, 551 U.S. 205 (2007) | SCOTUS | 2007 | Statutory time limits for taking an appeal are jurisdictional. |

### Issue: Jurisdiction

| Citation | Court | Year | Holding |
|---|---|---|---|
| Steel Co. v. Citizens for a Better Env't, 523 U.S. 83 (... | SCOTUS | 1998 | Subject-matter jurisdiction is a threshold question; without it, the court cannot proceed. |
| Arbaugh v. Y&H Corp., 546 U.S. 500 (2006) | SCOTUS | 2006 | Subject-matter jurisdiction can never be forfeited or waived. |

## Issue: Standing

| Citation | Court | Year | Holding |
|---|---|---|---|
| Lujan v. Defenders of Wildlife, 504 U.S. 555 (1992) | SCOTUS | 1992 | Standing requires (1) concrete and particularized injury in fact, (2) causation, and (3) redressability. |
| Spokeo, Inc. v. Robins, 578 U.S. 330 (2016) | SCOTUS | 2016 | A plaintiff must have suffered a concrete injury for Article III standing, even when a statutory violation has occurred. |
| TransUnion LLC v. Ramirez, 141 S. Ct. 2190 (2021) | SCOTUS | 2021 | Every class member must demonstrate Article III standing to recover individual damages. |

## Issue: Verification

| Citation | Court | Year | Holding |
|---|---|---|---|
| Detrick v. Pa. R.R., 130 A.2d 142 (Pa. 1957) | Pa. Supreme | 1957 | Pa.R.C.P. 1024 requires verification of factual averments; absence renders averments deemed admitted. |

# EXHIBIT B

## PROCEDURAL & CIVIL RULE VIOLATION SCORECARD

*Systematic Audit of Adversary Filings and Judge-Authored Orders*

### Violation Summary

Total: 283 violations across 76 filings. Direct (block14 detected): 155. Judge-order findings: 124. Derived from observable conditions: 4.

### PRIMA FACIE EVIDENCE ON THE DOCKET

Pursuant to FRE 201(b)(2), the following items appear of record and are capable of accurate and ready determination. Each is prima facie evidence on the merits, triggering FRE 301's burden of production.

| # | Category | Role | Source (Dkt) | Verbatim Quote / FRE Basis |
|---|----------|------|--------------|----------------------------|
| 1 | Missing Exhibit | court | C:\Users\malic\Documents\pdf\Per | "112—the Equifax report demonstrating ongoing violations—was omitted from the docket without notation. Whether the dismissal without addressing Appellant's billing-error not" — FRE 201(b)(2); LR 5.1.2 |
| 2 | Missing Exhibit | court | C:\Users\malic\Documents\pdf\Per | "ncomplete—Exhibit C of ECF No. 112 (the Equifax report) was omitted from the docket without notation, depriving the court of material evidence; and The court's treatment of" — FRE 201(b)(2); LR 5.1.2 |
| 3 | Missing Exhibit | court | C:\Users\malic\Documents\pdf\Per | "112—the Equifax report demonstrating ongoing violations—was omitted from the docket without notation. Whether the |

| | | | | |
|---|---|---|---|---|
| | | | | dismissal without addressing Appellant's billing-error not" — FRE 201(b)(2); LR 5.1.2 |
| 4 | Missing Exhibit | court | C:\Users\malic\Documents\pdf\Per | "ncomplete—Exhibit C of ECF No. 112 (the Equifax report) was omitted from the docket without notation, depriving the court of material evidence; and The court's treatment of" — FRE 201(b)(2); LR 5.1.2 |
| 5 | Missing Exhibit | plaintiff | C:\Users\malic\Documents\pdf\Per | "ct the docket. 1. The Record Is Incomplete — Exhibit C Was Omitted From ECF 112 Plaintiff mailed a complete supplemental filing containing three exhibits, including" — FRE 201(b)(2); LR 5.1.2 |
| 6 | Missing Exhibit | plaintiff | C:\Users\malic\Documents\pdf\Per | "changes. Those changes did exist, were submitted, and were omitted from the docket. The Court stated the claims lacked evidence of inaccuracy. GreenSky's own letters now" — FRE 201(b)(2); LR 5.1.2 |
| 7 | Missing Exhibit | plaintiff | C:\Users\malic\Documents\pdf\Per | "ct the docket. 1. The Record Is Incomplete — Exhibit C Was Omitted From ECF 112 Plaintiff mailed a complete supplemental filing containing three exhibits, including" — FRE 201(b)(2); LR 5.1.2 |
| 8 | Missing Exhibit | plaintiff | C:\Users\malic\Documents\pdf\Per | "changes. Those changes did exist, were submitted, and were omitted from the docket. The Court |

| | | | | |
|---|---|---|---|---|
| | | | | stated the claims lacked evidence of inaccuracy. GreenSky's own letters now" <br> — FRE 201(b)(2); LR 5.1.2 |
| 9 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "eassignment Under 28 U.S.C. § 455(a) If the Court declines to correct the record or vacate the void orders, Plaintiff respectfully requests reassignment, as the appearanc" <br> — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 10 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "f Plaintiff's Legal Arguments Plaintiff respectfully moves to correct the record regarding statements made by Defendants and adopted by the Court suggesting that Plaintif" <br> — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 11 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "tual evidence submitted. Judicial Canons require the Court to correct the record and vacate the orders. Everything stated herein is true and correct to the best of my kn" <br> — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 12 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "acated under Rule 60(b)(1)–(2). 4. Judicial Canons Require Correction of the Record and Vacatur The following canons of the Code of Conduct for United States Judges were im" <br> — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 13 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "y rely on an incomplete docket to issue dispositive orders. |

| | | | | Correction of the record is mandatory. 5. All Orders After ECF 112 Must Be Vacated Because the Court ruled on an" — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
|---|---|---|---|---|
| 14 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "eassignment Under 28 U.S.C. § 455(a) If the Court declines to correct the record or vacate the void orders, Plaintiff respectfully requests reassignment, as the appearanc" — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 15 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "f Plaintiff's Legal Arguments Plaintiff respectfully moves to correct the record regarding statements made by Defendants and adopted by the Court suggesting that Plaintif" — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 16 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "tual evidence submitted. Judicial Canons require the Court to correct the record and vacate the orders. Everything stated herein is true and correct to the best of my kn" — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 17 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "acated under Rule 60(b)(1)–(2). 4. Judicial Canons Require Correction of the Record and Vacatur The following canons of the Code of Conduct for United States Judges were im" — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 18 | Record Correction | plaintiff | C:\Users\malic\Documents\pdf\Per | "y rely on an incomplete docket to issue |

| | | | | |
|---|---|---|---|---|
| | | | | dispositive orders. Correction of the record is mandatory. 5. All Orders After ECF 112 Must Be Vacated Because the Court ruled on an" — FRE 201(b)(2); FRCP 60(a) (clerical correction) |
| 19 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "k-Fardy Babah Traore, and against Defendant, AVANT LLC, for failure to answer or otherwise respond to the Complaint. The complaint was served upon Defendant on May 8," — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 20 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "Traore, and against Defendant CAPITAL ONE BANK USA NA, for failure to answer or otherwise respond to the Complaint. The complaint was served upon Defendant on May 8," — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 21 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "d against Defendant, EQUIFAX INFORMATION SERVICES LLC , for failure to answer or otherwise respond to the Complaint. The complaint was served upon Defendant on May 8," — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 22 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "st Defendant, **Experian Information Solutions, Inc.**, for failure to answer or otherwise respond to the Complaint. 1. The complaint was served upon Defendant on **M" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 23 | Defendant | unknown | C:\Users\malic\Documents\pdf\Per | "st Defendant, **Experian |

| | Silence | | | | Information Solutions, Inc.**, for failure to answer or otherwise respond to the Complaint. 1. The complaint was served upon Defendant on **M" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
|---|---|---|---|---|---|
| 24 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | | "Fardy Babah Traore, and against Defendant GREENSKY LLC, for failure to answer or otherwise respond to the Complaint. The complaint was served upon Defendant on May 8," <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 25 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | | "rdy Babah Traore, and against Defendant TRANSUNION LLC, for failure to answer or otherwise respond to the Complaint. The complaint was served upon Defendant on May 8," <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 26 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | | "erial fact: Plaintiff's evidence of service and Defendants' failure to answer are matters of record 6. Notice of Potential Recusal – That should the Court decline to c" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 27 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | | "act exists: Plaintiff's evidence of service and Defendants' failure to answer are matters of record. Notice of Potential Recusal – That should the Court decline to cl" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |

| 28 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "erial fact: Plaintiff's evidence of service and Defendants' failure to answer are matters of record Notice of Potential Recusal – That should the Court decline to cla" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
|----|-------------------|---------|----------------------------------|------------------------------------------------|
| 29 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | ". 7.1(c), unanswered assertions in an opposing brief may be deemed admitted. Plaintiff therefore files this motion to preserve appellate rights and to avoid any infe" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 30 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "concession. See In re Loper, 329 F.3d 1, 6 (1st Cir. 2003) (failure to respond to a factual assertion may be deemed an admission). Under E.D. Pa. L.R. 7.1(c), unanswere" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 31 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | ". 7.1(c), unanswered assertions in an opposing brief may be deemed admitted. Plaintiff therefore files this motion to preserve appellate rights and to avoid any infe" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 32 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "concession. See In re Loper, 329 F.3d 1, 6 (1st Cir. 2003) (failure to respond to a factual assertion may be deemed an admission). Under E.D. Pa. L.R. 7.1(c), unanswere" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |

| 33 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | ". 7.1(c), unanswered assertions in an opposing brief may be deemed admitted. Plaintiff therefore files this motion to preserve appellate rights and to avoid any infe" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 34 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "concession. See In re Loper, 329 F.3d 1, 6 (1st Cir. 2003) (failure to respond to a factual assertion may be deemed an admission). Under E.D. Pa. L.R. 7.1(c), unanswere" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 35 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "trengthens Plaintiff's position, as unrebutted facts may be deemed admitted or undisputed for purposes of later dispositive motions. VI. SUPPLEMENTAL EVIDENCE AND R" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 36 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "d Circuit precedent, issues not denied with specificity are deemed admitted. See Laborers' Int'l Union of N. Am. v. Foster Wheeler Corp., 26 F.3d 375, 398 (3d Cir. 1" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 37 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "R. Civ. P. 8(b)(6), allegations not specifically denied are deemed admitted, further supporting that these inaccuracies remain unaddressed. V. BLAME-SHIFTING TO FUR" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |

| 38 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "ines, 470 F.2d 225, 228 (3d Cir. 1972). Additionally, under Fed. R. Civ. P. 8(b)(6), allegations not specifically denied are deemed admitted, further supporting that these i" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
|---|---|---|---|---|
| 39 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 40 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 41 | Defendant Silence | court | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 42 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "he Plaintiff previously provided the Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, which i" — Fed. R. Civ. P. 36(a)(3); |

| | | | | 8(b)(6) |
|---|---|---|---|---|
| 43 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 44 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 45 | Defendant Silence | unknown | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 46 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "tradeline accuracy under oath? 34. Do you acknowledge that failure to respond to this notice with full evidence constitutes tacit agreement? 35. Do you agree that cont"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 47 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "Must include documentary evidence supporting each denial. Failure to respond fully and completely will be deemed: A binding legal admission; A waiver of objection;" |

| | | | | — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
|---|---|---|---|---|
| 48 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "knowledge as required under FRE 602? 34. Do you accept that failure to respond to this notice constitutes tacit agreement and admission of material facts? 35. Are you a" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 49 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "Must include documentary evidence supporting each denial. Failure to respond fully and completely will be deemed: A binding legal admission; A waiver of objection;" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 50 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "knowledge as required under FRE 602? 34. Do you accept that failure to respond to this notice constitutes tacit agreement and admission of material facts? 35. Are you a" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 51 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "Must include documentary evidence supporting each denial. Failure to respond fully and completely will be deemed: A binding legal admission; A waiver of objection;" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 52 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, |

| | | | | |
|---|---|---|---|---|
| | | | | further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 53 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 54 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 55 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "ly to preserve fictitious standing or inflate credit harm. Failure to respond to these good faith demands within a reasonable time frame shall constitute dishonor, com"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 56 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "rement under fiduciary law and oath of office. Defendants' failure to respond to each specific factual allegation, legal claim, and equitable assertion in this Amended"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 57 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "stoppel, judgment by admission, or additional sanctions for failure to answer the amended complaint or any prior conditional acceptances |

| | | | | |
|---|---|---|---|---|
| | | | | or notices. Plaintiff further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 58 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "ly to preserve fictitious standing or inflate credit harm. Failure to respond to these good faith demands within a reasonable time frame shall constitute dishonor, com"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 59 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "rement under fiduciary law and oath of office. Defendants' failure to respond to each specific factual allegation, legal claim, and equitable assertion in this Amended"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 60 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "stoppel, judgment by admission, or additional sanctions for failure to answer the amended complaint or any prior conditional acceptances or notices. Plaintiff further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 61 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "ely to preserve fictitious standing or inflate credit harm. Failure to respond to these good faith demands within a reasonable time frame shall constitute dishonor, com"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 62 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "irement under fiduciary law and oath of office. Defendants' failure to respond to each specific factual allegation, legal |

| | | | | |
|---|---|---|---|---|
| | | | | claim, and equitable assertion in this Amended"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 63 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "stoppel, judgment by admission, or additional sanctions for failure to answer the amended complaint or any prior conditional acceptances or notices. Plaintiff further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 64 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "has filed an appearance, answer, or motion under Rule 12. More than 90 days have passed since removal, and well over 21 days since service at the state level. Plaintiff filed a"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 65 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "arance, answer, or motion under Rule 12. --- Page 2 --- 7. More than 90 days have passed since removal, and well over 21 days since service at the state level. 8. Plaintiff filed"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 66 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "ourt to treat silence, general denials without evidence, or failure to respond in full as grounds for conversion to summary judgment under Rule 56(e). This motion cons"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 67 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "ing patterns (30-60-90, etc.). Whether Avant believes that failure to answer factual |

| | | | | |
|---|---|---|---|---|
| | | | | allegations waives Plaintiff's claims. B. CAPITAL ONE Capital One asserts that"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 68 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "silence. Whether they relied on any claim that Plaintiff's failure to respond point-by-point to their filings constitutes waiver of the claims. Whether they agree tha"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 69 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "intiff's partial silence constitutes waiver, then their own failure to respond to Plaintiff's factual allegations point-by-point constitutes waiver of their defenses or"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 70 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "and against pro se litigants. Whether they agree that the failure to respond to specific conditional acceptance questions constitutes unrebutted admission under comme"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 71 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "to the above items within 14 days; That the Court deem any failure to respond as an admission under Rule 56(e) and consider granting summary judgment as appropriate;"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 72 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "that which ought to be done." Thus, Plaintiff submits that failure to respond to the facts |

| | | | | |
|---|---|---|---|---|
| | | | | herein constitutes a tacit admission under commercial law, and that failure"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 73 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "etermining jurisdiction or corporate disclosure compliance. Failure to respond constitutes tacit acceptance per legal maxims and unrebutted affidavit principles. IV. OP"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 74 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "termining jurisdiction or corporate disclosure compliance. Failure to respond constitutes tacit acceptance per legal maxims and unrebutted affidavit principles. IV. O"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 75 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "etermining jurisdiction or corporate disclosure compliance. Failure to respond constitutes tacit acceptance per legal maxims and unrebutted affidavit principles. IV. OP"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 76 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "etermining jurisdiction or corporate disclosure compliance. Failure to respond constitutes tacit acceptance per legal maxims and unrebutted affidavit principles. IV. OP"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 77 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "nduct, jurisdictional authority, and procedural neutrality. Failure to respond within ten (10) |

| | | | | days shall constitute tacit acceptance, waiver of rebuttal, and admission" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
|---|---|---|---|---|
| 78 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "iff reserves all rights to interpret silence, ambiguity, or failure to respond as constructive waiver, estoppel, or tacit admission, pursuant to the principles of equit" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 79 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "irmed delivery. 4. WHAT WAS NEVER ADDRESSED The Court and Defendants have not responded to at least twenty unrebutted material facts, including: False charge-off balances con" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 80 | Defendant Silence | court | C:\Users\malic\Documents\pdf\Per | "filings during the recovery period. In light of Defendants' failure to respond and the potential prejudice caused by further delay, Plaintiff respectfully requests expe" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 81 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "nduct, jurisdictional authority, and procedural neutrality. Failure to respond within ten (10) days shall constitute tacit acceptance, waiver of rebuttal, and admission" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 82 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "iff reserves all rights to interpret silence, ambiguity, or failure to respond as constructive waiver, estoppel, or tacit |

| | | | | |
|---|---|---|---|---|
| | | | | admission, pursuant to the principles of equit" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 83 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "nduct, jurisdictional authority, and procedural neutrality. Failure to respond within ten (10) days shall constitute tacit acceptance, waiver of rebuttal, and admission" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 84 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "iff reserves all rights to interpret silence, ambiguity, or failure to respond as constructive waiver, estoppel, or tacit admission, pursuant to the principles of equit" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 85 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "nduct, jurisdictional authority, and procedural neutrality. Failure to respond within ten (10) days shall constitute tacit acceptance, waiver of rebuttal, and admission" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 86 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "iff reserves all rights to interpret silence, ambiguity, or failure to respond as constructive waiver, estoppel, or tacit admission, pursuant to the principles of equit" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 87 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "ated constitutional authority, which went unaddressed. This failure to respond raises serious questions about legal standing and agency. WHEREFORE, Plaintiff respectfu" — Fed. R. Civ. P. 36(a)(3); |

| | | | | |
|---|---|---|---|---|
| | | | | 8(b)(6) |
| 88 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "fault Judgment based on valid prior service and Defendants' failure to answer within the statutory 21-day period under Rule 12(a)(1)(A). The issuance of new summonses" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 89 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "fault Judgment based on valid prior service and Defendants' failure to answer within the statutory 21-day period under Rule 12(a)(1)(A). 5. The issuance of new summons" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 90 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "Civ. P. 8(b)(6), any allegation not specifically denied is deemed admitted. Avant's failure to engage the complaint substantively constitutes procedural waiver. II" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 91 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "es that all factual assertions in the Verified Complaint be deemed admitted by default, waiver, or estoppel under federal procedural rules and principles of equity." — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 92 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "l-pleaded claims in response to a generalized motion. Under Fed. R. Civ. P. 8(b)(6), any allegation not specifically denied is deemed admitted. Avant's failure to engage the" — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 93 | Defendant | adversary | C:\Users\malic\Documents\pdf\Per | "erified Complaint point- |

| | | | | |
|---|---|---|---|---|
| | Silence | | | by-point, constituting waiver under Fed. R. Civ. P. 8(b)(6) and principles of estoppel; Accept this Sur-Reply and sworn declaration as a proper evid" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 94 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "Civ. P. 8(b)(6), any allegation not specifically denied is deemed admitted. Avant's failure to engage the complaint substantively constitutes procedural waiver. II." <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 95 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "es that all factual assertions in the Verified Complaint be deemed admitted by default, waiver, or estoppel under federal procedural rules and principles of equity." <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 96 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "l-pleaded claims in response to a generalized motion. Under Fed. R. Civ. P. 8(b)(6), any allegation not specifically denied is deemed admitted. Avant's failure to engage the" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 97 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\Per | "rified Complaint point-by- point, constituting waiver under Fed. R. Civ. P. 8(b)(6) and principles of estoppel; 3. Accept this Sur-Reply and sworn declaration as a proper ev" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 98 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "the continuity of procedural timelines, and that GreenSky's failure to |

| | | | | |
|---|---|---|---|---|
| | | | | answer within the original timeframe be treated as a continuing default, not cured by forum tran"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 99 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\Per | "the continuity of procedural timelines, and that GreenSky's failure to answer within the original timeframe be treated as a continuing default, not cured by forum tran"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 100 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\mis | "r than seven (7) calendar days from the date of this reply. Failure to respond will result in continued litigation, including requests for maximum damages under the FCR"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 101 | Defendant Silence | plaintiff | C:\Users\malic\Documents\pdf\mis | "otice: Plaintiff previously provided Defendants notice that failure to respond in wet ink would constitute waiver of arbitration. No such response was received, further"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 102 | Defendant Silence | adversary | C:\Users\malic\Documents\pdf\mis | "Doe v. Small, 654 F. Supp. 3d 376, 387 (D.N.J. 2023) ("The failure to respond to a substantive argument to dismiss a count, when a party otherwise files opposition, re"<br>— Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
| 103 | Defendant Silence | court | C:\Users\malic\Documents\pdf\mis | "or motion under Rule 12. 51.1.42205121 --- Page |

| | | | | 18 --- 7. More than 90 days have passed since removal, and well over 21 days since service at the state level. 8. Plaintiff filed" <br> — Fed. R. Civ. P. 36(a)(3); 8(b)(6) |
|---|---|---|---|---|
| 104 | Court Order Finding | court | C:\Users\malic\Documents\pdf\Per | "ging constituted denial of due process and reversible error as a matter of law. III. STATEMENT OF THE CASE Appellant filed suit in the Philadelphia Court of Common Pl" <br> — FRE 201(b)(2); collateral estoppel principles |
| 105 | Court Order Finding | court | C:\Users\malic\Documents\pdf\Per | "ging constituted denial of due process and reversible error as a matter of law. III. STATEMENT OF THE CASE Appellant filed suit in the Philadelphia Court of Common Pl" <br> — FRE 201(b)(2); collateral estoppel principles |
| 106 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "rights secured by law. V. Verification and Certification I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed o" <br> — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 107 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "uly sworn or affirming under penalty of perjury pursuant to 28 U.S.C. § 1746, do hereby appear specially and not generally, and declare the following facts and belief" <br> — 28 U.S.C. § 1746; FRE 803(8); 803(3) |

| 108 | Verified Statement | court | C:\Users\malic\Documents\pdf\Per | "h to correct legal errors and not for delay or harassment. I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 2025, in Philade" <br> — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 109 | Verified Statement | court | C:\Users\malic\Documents\pdf\Per | "iled contemporaneously: Affidavit of Indigence pursuant to 28 U.S.C. § 1746; Copy of District Court's Order dated October 14, 2025 denying IFP without prejudice; an" <br> — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 110 | Verified Statement | court | C:\Users\malic\Documents\pdf\Per | ".C.C. 1-308 – All Rights Reserved AFFIDAVIT OF INDIGENCE (28 U.S.C. § 1746) I, Malick-Fardy Babah Traore, declare under penalty of perjury that: I am the Appellan" <br> — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 111 | Verified Statement | court | C:\Users\malic\Documents\pdf\Per | "h to correct legal errors and not for delay or harassment. I declare under penalty of perjury that the foregoing is true and correct. Executed on _____, 2025, in Philade" <br> — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 112 | Verified Statement | court | C:\Users\malic\Documents\pdf\Per | "iled contemporaneously: Affidavit of Indigence pursuant to 28 U.S.C. § 1746; Copy of District Court's Order dated October 14, 2025 denying IFP without prejudice; an" <br> — 28 U.S.C. § 1746; FRE 803(8); 803(3) |

| 113 | Verified Statement | court | C:\Users\malic\Documents\pdf\Per | ".C.C. 1-308 – All Rights Reserved AFFIDAVIT OF INDIGENCE (28 U.S.C. § 1746) I, Malick-Fardy Babah Traore, declare under penalty of perjury that: I am the Appellan" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
|-----|--------------------|-------|----------------------------------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 114 | Verified Statement | unknown | C:\Users\malic\Documents\pdf\Per | "nformation Solutions, Inc. P.O. Box 4500 Allen, TX 75013 I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. E" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 115 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "INFORMATION SOLUTIONS, INC. P.O. BOX 4500 ALLEN, TX 75013 I declare under penalty of perjury that the foregoing is true and correct. _/s/Malick-Fardy B. Traore_____" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 116 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "to due process. In support, Plaintiff submits the attached Affidavit of Truth and Exhibits A–E. This motion is timely and proper because Rule 60(b) expressly authoriz" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 117 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "Prejudice, UCC 1-308 All Rights Reserved Pro Se Plaintiff AFFIDAVIT OF TRUTH (Short, Direct Version Attached Below) I, Malick-Fardy Babah Traore, hereby swear and a" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |

| 118 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "orrect the Record, and Reinstate Claims, together with the Affidavit of Truth and all accompanying exhibits, was served upon all Defendants by first-class mail, posta" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 119 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "INFORMATION SOLUTIONS, INC. P.O. BOX 4500 ALLEN, TX 75013 I declare under penalty of perjury that the foregoing is true and correct. _/s/Malick-Fardy B. Traore_____" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |
| 120 | Verified Statement | plaintiff | C:\Users\malic\Documents\pdf\Per | "to due process. In support, Plaintiff submits the attached Affidavit of Truth and Exhibits A–E. This motion is timely and proper because Rule 60(b) expressly authoriz" — 28 U.S.C. § 1746; FRE 803(8); 803(3) |

*1224 prima facie detections of record (Missing Exhibit: 8; Record Correction: 10; Defendant Silence: 85; Court Order Finding: 2; Verified Statement: 128). Each entry below is a verbatim record extract with its controlling FRE basis. The evidence is admissible without further foundation and triggers FRE 301's burden of production on the issues to which it relates.*

## A. Constitutional & Due Process Violations

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | show_temp (15).pdf | "...nsent, and (3) the removal violated his..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | show_temp (16).pdf | "...nsent, and (3) the removal violated his..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | show_temp (18).pdf | "...nsent, and (3) the removal violated his..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | show_temp (19).pdf | "...nsent, and (3) the removal violated his..." |
| VOID JUDGMENT RULE 60B4 | FAT | Fed. R. Civ. P. 60(b)(4); U.S. Cons... | — | trackletter.php (10).pdf | "...ims point-by-point, rendering its reply..." |

| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | trackletter.php (10).pdf | "...is creates an asymmetry that undermines..." |
|---|---|---|---|---|---|
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | Dkt 41 | ecf 41.pdf | "...nsent, and (3) the removal violated his..." |
| VOID JUDGMENT RULE 60B4 | FAT | Fed. R. Civ. P. 60(b)(4); U.S. Cons... | — | NOTICE OF FOREIGN PRI... | "...ng all pleadings, motions, or responses..." |
| NOTICE INADEQUATE | FAT | U.S. Const. amend. XIV; Mullane v. ... | — | LoanContract avant.pdf | "...vary the amount of any electronic debit..." |
| NOTICE INADEQUATE | FAT | U.S. Const. amend. XIV; Mullane v. ... | — | LoanContract avant.pdf | "...vary the amount of any electronic debit..." |
| NOTICE INADEQUATE | FAT | U.S. Const. amend. XIV; Mullane v. ... | — | LoanContract.pdf | "...vary the amount of any electronic debit..." |
| NOTICE INADEQUATE | FAT | U.S. Const. amend. XIV; Mullane v. ... | — | LoanContract.pdf | "...vary the amount of any electronic debit..." |
| NOTICE INADEQUATE | FAT | U.S. Const. amend. XIV; Mullane v. ... | — | LoanContract.pdf | "...vary the amount of any electronic debit..." |
| NOTICE INADEQUATE | FAT | U.S. Const. amend. XIV; Mullane v. ... | — | LoanContract avant.pdf | "...vary the amount of any electronic debit..." |
| NOTICE INADEQUATE | FAT | U.S. Const. amend. XIV; Mullane v. ... | — | LoanContract.pdf | "...vary the amount of any electronic debit..." |
| VOID JUDGMENT RULE 60B4 | FAT | Fed. R. Civ. P. 60(b)(4); U.S. Cons... | — | opposition to dismiss... | "...to Plaintiff — making the alleged debt ..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | opposition for motion... | "...dermines the foundational principles of..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | Supplemental brief fi... | "...raised by the parties, it violates the ..." |
| SUA SPONTE RULING | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | Supplemental brief fi... | "...ion to Dismiss. Specifically, the Court..." |
| VOID JUDGMENT RULE 60B4 | FAT | Fed. R. Civ. P. 60(b)(4); U.S. Cons... | Dkt 68-1 | 68-1.pdf | "...argument appears . . . the state court ..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | transunion 6-17.pdf | "...nsent was lacking, and that Plaintiff's..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | transunion 6-17.pdf | "...C. Removal was Made in Compliance with ..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | transunion answer to ... | "...violates Trans Union's rights under the..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | transunion answer to ... | "...violates Trans Union's rights under the..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | show_temp (20).pdf | "...violates Trans Union's rights under the..." |
| VOID JUDGMENT RULE 60B4 | FAT | Fed. R. Civ. P. 60(b)(4); U.S. Cons... | — | Supplemental + motion... | "...and and that any act repugnant to it is..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | Supplemental + motion... | "...t remain consistent with constitutional..." |
| PROCEDURAL DUE PROCESS VIOLATION | FAT | U.S. Const. amends. V, XIV; Fed. R.... | — | Memo of law about coe... | "...the consumer's constitutional right to ..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | CON | 28 U.S.C. § 1651(a); In re Safir, 2... | Dkt 95 | judge order 8-13.pdf | "...her ORDERED that ECF No. 95 is GRANTED...." |
| DO NOT FILE LANGUAGE (judge-order) | CON | Bill Johnson's Restaurants v. | Dkt 95 | judge order 8-13.pdf | "...It is further ORDERED that ECF No. |

| | | | | | 95 i..." |
|---|---|---|---|---|---|
| PRIOR RESTRAINT FILING BAN (judge-order) | FAT | U.S. Const. amend. I; In re Safir, ... | Dkt 95 | judge order 8-13.pdf | "her ORDERED that ECF No. 95 is GRANTED. Pl..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | CON | 28 U.S.C. § 1651(a); In re Safir, 2... | Dkt 103 | ecf 103.pdf | "...eration (ECF No. 102) is DENIED. Again,..." |
| DO NOT FILE LANGUAGE (judge-order) | CON | Bill Johnson's Restaurants v. NLRB,... | Dkt 103 | ecf 103.pdf | "...r Reconsideration (ECF No. 102) is DENI..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | FAT | U.S. Const. amend. I; In re Safir, ... | Dkt 103 | ecf 103.pdf | "eration (ECF No. 102) is DENIED. Again, Pl..." |
| PROCEDURAL DUE PROCESS VIOLATION (judge-order) | FAT | U.S. Const. amends. V, XIV; Mullane... | Dkt 41 | ecf 41.pdf | "ior notice and opportunity to contest it i..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | CON | 28 U.S.C. § 1651(a); In re Safir, 2... | Dkt 98 | ecf 98.pdf | "...her ORDERED that ECF No. 95 is GRANTED...." |
| DO NOT FILE LANGUAGE (judge-order) | CON | Bill Johnson's Restaurants v. NLRB,... | Dkt 98 | ecf 98.pdf | "...It is further ORDERED that ECF No. 95 i..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | FAT | U.S. Const. amend. I; In re Safir, ... | Dkt 98 | ecf 98.pdf | "her ORDERED that ECF No. 95 is GRANTED. Pl..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | CON | 28 U.S.C. § 1651(a); In re Safir, 2... | Dkt 95 | Gmail - Activity in C... | "...HER ORDERED THAT ECF NO. 95 IS GRANTED...." |
| DO NOT FILE LANGUAGE (judge-order) | CON | Bill Johnson's Restaurants v. NLRB,... | Dkt 95 | Gmail - Activity in C... | "...IT IS FURTHER ORDERED THAT ECF NO. 95 I..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | FAT | U.S. Const. amend. I; In re Safir, ... | Dkt 95 | Gmail - Activity in C... | "HER ORDERED THAT ECF NO. 95 IS GRANTED. PL..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | CON | 28 U.S.C. § 1651(a); In re Safir, 2... | — | Gmail - Activity in C... | "...102] MOTION FOR RECONSIDERATION. AGAIN,..." |
| DO NOT FILE LANGUAGE (judge-order) | CON | Bill Johnson's Restaurants v. NLRB,... | — | Gmail - Activity in C... | "...DENYING [102] MOTION FOR RECONSIDERATIO..." |
| PRIOR RESTRAINT FILING BAN (judge-order) | FAT | U.S. Const. amend. I; In re Safir, ... | — | Gmail - Activity in C... | "102] MOTION FOR RECONSIDERATION. AGAIN, PL..." |
| SUA SPONTE RULING (judge-order) | FAT | Mathews v. Eldridge, 424 U.S. 319 (... | — | VERIFIED FELONY COMPL... | "law, not standalone claims. (ECF #95) The..." |
| SUA SPONTE RULING (judge-order) | FAT | Mathews v. Eldridge, 424 U.S. 319 (... | — | VERIFIED FELONY COMPL... | "law, not standalone claims. (ECF #95) The..." |
| SUA SPONTE RULING (judge-order) | FAT | Mathews v. Eldridge, 424 U.S. 319 (... | — | Supplemental brief fi... | "One's Motion to Dismiss. Specifically, the..." |
| PROCEDURAL DUE PROCESS VIOLATION (judge-order) | FAT | U.S. Const. amends. V, XIV; Mullane... | — | Supplemental brief fi... | "s action This is not a harmless error. Th..." |
| PROCEDURAL DUE PROCESS VIOLATION (judge-order) | FAT | U.S. Const. amends. V, XIV; Mullane... | — | Supplemental brief fi... | "and violates Plaintiff's constitutional ri..." |
| SUA SPONTE RULING (judge-order) | FAT | Mathews v. Eldridge, 424 U.S. 319 (... | — | Supplemental brief fi... | "One's Motion to Dismiss. Specifically, |

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| | | | | | the..." |
| PROCEDURAL DUE PROCESS VIOLATION (judge-order) | FAT | U.S. Const. amends. V, XIV; Mullane... | — | Supplemental brief fi... | "is action This is not a harmless error. Th..." |
| PROCEDURAL DUE PROCESS VIOLATION (judge-order) | FAT | U.S. Const. amends. V, XIV; Mullane... | — | Supplemental brief fi... | "and violates Plaintiff's constitutional ri..." |
| PROCEDURAL DUE PROCESS VIOLATION (judge-order) | FAT | U.S. Const. amends. V, XIV; Mullane... | — | legal memorandum.docx | "al maneuvering. The Plaintiff's claims in..." |
| PROCEDURAL DUE PROCESS VIOLATION (judge-order) | FAT | U.S. Const. amends. V, XIV; Mullane... | — | legal memorandum.pdf | "euvering. 57 The Plaintiff's claims involv..." |
| PROCEDURAL DUE PROCESS VIOLATION (derived) | FAT | U.S. Const. amends. V, XIV; Mathews... | — | judges memorandum.pdf | "Order in judges memorandum.pdf rests on fa..." |

*Plain-language explanation of each violation in this section:*

• PROCEDURAL DUE PROCESS VIOLATION: Government deprived a person of a protected liberty or property interest without notice and a meaningful opportunity to be heard.

• NOTICE INADEQUATE: Government deprived a person of a protected liberty or property interest without notice and a meaningful opportunity to be heard.

• SUA SPONTE RULING: Court issues a substantive ruling on its own motion, without briefing or notice to the parties.

• PRIOR RESTRAINT FILING BAN: Court order forbidding a litigant from filing without prior leave — a First Amendment prior restraint.

• DO NOT FILE LANGUAGE: Court order forbidding a litigant from filing without prior leave — a First Amendment prior restraint.

*Evidence supporting derived inferences:*

• Judicial order (judges memorandum.pdf) contains 22 fatal non-binding citations

• Sample: 574 F. Supp. 3d 292; 414 F. Supp. 3d 715; 726 F. Supp. 2d 201; 634 F. Supp. 3d 2

• Order resting on clear error = procedural due process defect

## B. Pleading Standard Violations

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | trackletter.php (10).pdf | "...at "no claim exists" and that Plaintiff..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | Dkt 126 | ecf 126.pdf | "...the Court's Memorandum Opinion, Traore ..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | avant in support to i... | "...UTPCPL." Plaintiff provides additional ..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | Equifax reply 4 show... | "...at manner information was inaccurate). ..." |

| | | | | | |
|---|---|---|---|---|---|
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | show_temp (10).pdf | "...t *4 (E.D. Pa. Apr. 12, 2023) (holding ..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | show_temp (10).pdf | "...he elements of a cause of action," and ..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | show_temp (21) avant ... | "...(Count I)—albeit by restating the FAC's..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | Dkt 68-1 | 68-1.pdf | "...does a complaint suffice if it tenders ..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | judges memorandum.pdf | "...the Court need not accept as true this ..." |
| TWOMBLY IQBAL MISAPPLICATION | FAT | FRCP Rule 12(b)(6); Bell Atlantic C... | — | judges memorandum.pdf | "...ainst Capital One and Avant. Because he..." |

## C. Procedural Rule Violations

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| SERVICE DEFECTIVE | SER | FRCP Rule 5(b); Pa.R.C.P. 440 | — | show_temp (15).pdf | "...r Equifax because, as explained, he has..." |
| SERVICE DEFECTIVE | SER | FRCP Rule 5(b); Pa.R.C.P. 440 | — | show_temp (16).pdf | "...r Equifax because, as explained, he has..." |
| SERVICE DEFECTIVE | SER | FRCP Rule 5(b); Pa.R.C.P. 440 | — | show_temp (18).pdf | "...r Equifax because, as explained, he has..." |
| SERVICE DEFECTIVE | SER | FRCP Rule 5(b); Pa.R.C.P. 440 | — | show_temp (19).pdf | "...r Equifax because, as explained, he has..." |
| VERIFICATION MISSING | SER | Pa.R.C.P. 1024; 42 Pa.C.S. § 7542(a) | — | trackletter.php (10).pdf | "...y has been dismissed from the docket; •..." |
| SERVICE DEFECTIVE | SER | FRCP Rule 5(b); Pa.R.C.P. 440 | — | trackletter.php (10).pdf | "...presumes knowledge of the action. • If ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | trackletter.php (10).pdf | "...not federal standards post-removal. 4. ..." |
| FILING DEADLINE VIOLATION | SER | FRAP Rule 4(a)(1)(A); Pa.R.A.P. 903(a) | Dkt 130 | ecf 130.pdf | "...t have sufficient funds to pay the appe..." |
| SERVICE DEFECTIVE | SER | FRCP Rule 5(b); Pa.R.C.P. 440 | Dkt 41 | ecf 41.pdf | "...r Equifax because, as explained, he has..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | NOTICE OF FOREIGN PRI... | "...alment or waiver. 7. Application of the..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | trackletter.php (3).pdf | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | trackletter.php (4).pdf | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | trackletter.php (5).pdf | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | previous letter.pdf | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | Notice of billing err... | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | Notice of billing err... | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | Notice of billing err... | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | Notice of billing err... | "...in the minority of states, applies the ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | Notice of billing err... | "...in the minority of states, applies the ..." |

| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | trackletter billing e... | "...in the minority of states, applies the ..." |
|---|---|---|---|---|---|
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | CERTIFICATE OF SERVIC... | "...ION OF PRESUMPTION OF SERVICE UNDER THE..." |
| STARE DECISIS VIOLATION | FAT | Hierarchy of binding precedent; 3d ... | — | show_temp (10).pdf | ".... Assistance Agency/Am. Ed. Servs., 696..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | opposition to dismiss... | "...orsened after Plaintiff's disputes, are..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | opposition for motion... | "...stmarked and mailed promptly under the ..." |
| FILING DEADLINE VIOLATION | SER | FRAP Rule 4(a)(1)(A); Pa.R.A.P. 903(a) | Dkt 112 | trackletter the ECF 1... | "...AULT JUDGMENT AND STRIKING OF EQUIFAX'S..." |
| FILING DEADLINE VIOLATION | SER | FRAP Rule 4(a)(1)(A); Pa.R.A.P. 903(a) | Dkt 112 | trackletter the ECF 1... | "...e and motion to dismiss were filed well..." |
| FILING DEADLINE VIOLATION | SER | FRAP Rule 4(a)(1)(A); Pa.R.A.P. 903(a) | — | trackletter.php (12).pdf | "...AULT JUDGMENT AND STRIKING OF EQUIFAX'S..." |
| FILING DEADLINE VIOLATION | SER | FRAP Rule 4(a)(1)(A); Pa.R.A.P. 903(a) | — | trackletter.php (12).pdf | "...e and motion to dismiss were filed well..." |
| SERVICE DEFECTIVE | SER | FRCP Rule 5(b); Pa.R.C.P. 440 | — | transunion 6-17.pdf | "...ded). In other words, if a defendant is..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | show_temp (13).pdf | "...al conclusions" are not entitled to the..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | 1099 C evidence + mot... | "...2013) ("The filing of a Form 1099–C is ..." |
| STARE DECISIS VIOLATION | FAT | Hierarchy of binding precedent; 3d ... | — | Supplemental + motion... | "...Court or the Third Circuit. It remains ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | Supplemental + motion... | "...ice, consistent with the long-standing ..." |
| PRIMA FACIE EVIDENCE IGNORED | SER | Fed. R. Evid. 301; Fed. R. Evid. 20... | — | Rebutal to Greensky.docx | "...ture. Nevertheless, the motion contains..." |
| STARE DECISIS VIOLATION (derived) | FAT | 3d Cir. I.O.P. 5.7; Hutto v. Davis,... | — | judges memorandum.pdf | "Judicial order cites 22 facially non-bindi..." |

*Evidence supporting derived inferences:*

• 22 non-binding citations in judges memorandum.pdf

• Out of 45 total citations in this order

• Non-binding authority cannot bind this Court under stare decisis

## D. Jurisdictional & Standing Defects

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| SUBJECT MATTER JURISDICTION DEFECT | FAT | Fed. R. Civ. P. 12(h)(3); 28 U.S.C.... | — | show_temp (1).pdf | "...ategories A. Federal Question Cases: B...." |
| STANDING DEFECT | FAT | U.S. Const. art. III, § 2; Fed. R. ... | — | Equifax reply 4 show... | "...thus lacks standing under Article III. ..." |
| STANDING DEFECT | FAT | U.S. Const. art. III, § | — | Equifax reply 4 | "...tatements That |

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| | | 2; Fed. R. ... | | show... | Plaintiff Has Suffered A..." |
| STANDING DEFECT | FAT | U.S. Const. art. III, § 2; Fed. R. ... | — | show_temp (10).pdf | "...requirement of actual damages or plead ..." |
| STANDING DEFECT | FAT | U.S. Const. art. III, § 2; Fed. R. ... | — | opposition to dismiss... | "...e debt from WebBank to Avant, Avant has..." |
| SUBJECT MATTER JURISDICTION DEFECT | FAT | Fed. R. Civ. P. 12(h)(3); 28 U.S.C.... | Dkt 68-1 | 68-1.pdf | "...argument appears ... the state court ..." |
| SUBJECT MATTER JURISDICTION DEFECT | FAT | Fed. R. Civ. P. 12(h)(3); 28 U.S.C.... | — | transunion 6-17.pdf | "...on June 2, 2025 because this Court had ..." |
| SUBJECT MATTER JURISDICTION DEFECT | FAT | Fed. R. Civ. P. 12(h)(3); 28 U.S.C.... | — | transunion notice.pdf | "...rn District of Pennsylvania pursuant to..." |

## E. Civil Rights (Title 18 / § 1983)

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| DEPRIVATION OF RIGHTS COLOR OF LAW | FAT | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | United States Distric... | "...ON, AND FCRA VIOLATIONS COMMITTED UNDER..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW | FAT | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | United States Distric... | "...ON, AND FCRA VIOLATIONS COMMITTED UNDER..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW | FAT | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | United States Distric... | "...ON, AND FCRA VIOLATIONS COMMITTED UNDER..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW | FAT | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | United States Distric... | "...ON, AND FCRA VIOLATIONS COMMITTED UNDER..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "utes, and the public trust. They were carr..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "that do not exist IV. FELONY STATUTES VIO..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "LONY STATUTES VIOLATED  18 U.S.C. § 242 — ..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "tutes, and the public trust, and were carr..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "and judge IV. STATUTES VIOLATED - -- Page ..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "LATED --- Page 3 --- • 18 U.S.C. § 242 — ..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "utes, and the public trust. They were carr..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "that do not exist IV. FELONY STATUTES VIO..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge- | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | VERIFIED FELONY COMPL... | "LONY STATUTES VIOLATED  18 U.S.C. § |

| order) | | | | | 242 — ..." |
|---|---|---|---|---|---|
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | conditional acceptanc... | "and pending. 10. Proof the Court is Not Op..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | conditional acceptanc... | "ed and pending. Proof the Court is Not Op..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | conditional acceptanc... | "and pending. 10. Proof the Court is Not Op..." |
| DEPRIVATION OF RIGHTS COLOR OF LAW (judge-order) | SER | 18 U.S.C. § 242; 42 U.S.C. § 1983; ... | — | conditional acceptanc... | "and pending. 10. Proof the Court is Not Op..." |

*Plain-language explanation of each violation in this section:*

• DEPRIVATION OF RIGHTS COLOR OF LAW: An act taken by a state actor that deprives a person of constitutional rights without due process is actionable under 42 U.S.C. § 1983 and may be criminal under 18 U.S.C. § 242.

## F. Judicial Conduct (Title 28 / § 455)

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| JUDICIAL DISQUALIFICATION DUTY | FAT | 28 U.S.C. § 455(a), (b); Code of Co... | — | United States Distric... | "...5 41 MALIK-FARDY BABAH TRAORE MOTION TO..." |
| JUDICIAL DISQUALIFICATION DUTY | FAT | 28 U.S.C. § 455(a), (b); Code of Co... | — | docket.pdf | "...5 41 MALIK-FARDY BABAH TRAORE MOTION TO..." |
| JUDICIAL DISQUALIFICATION DUTY | FAT | 28 U.S.C. § 455(a), (b); Code of Co... | — | United States Distric... | "...5 41 MALIK-FARDY BABAH TRAORE MOTION TO..." |
| JUDICIAL DISQUALIFICATION DUTY | FAT | 28 U.S.C. § 455(a), (b); Code of Co... | — | Full_Filing_Bundle.pdf | "...ust conduct their duties with fairness,..." |
| JUDICIAL DISQUALIFICATION DUTY | FAT | 28 U.S.C. § 455(a), (b); Code of Co... | — | Supplemental brief fi... | "...aintiff reserves all rights to move for..." |
| JUDICIAL DISQUALIFICATION DUTY | FAT | 28 U.S.C. § 455(a), (b); Code of Co... | — | Exhibit_B_Complete.pdf | "...ust conduct their duties with fairness,..." |
| JUDICIAL DISQUALIFICATION DUTY | FAT | 28 U.S.C. § 455(a), (b); Code of Co... | — | Exhibit_D_Complete.pdf | "...ust conduct their duties with fairness,..." |
| IMMUNITY WAIVER TRIGGERED (judge-order) | FAT | Hazel-Atlas Glass Co. v. Hartford-E... | — | VERIFIED FELONY COMPL... | "90 (1875) Marbury v. Madison, 5 U.S. 137 ..." |
| IMMUNITY WAIVER TRIGGERED (judge-order) | FAT | Hazel-Atlas Glass Co. v. Hartford-E... | — | VERIFIED FELONY COMPL... | "(1803) Forrester v. White, 484 U.S. 219 (..." |
| IMMUNITY WAIVER TRIGGERED (judge-order) | FAT | Hazel-Atlas Glass Co. v. Hartford-E... | — | VERIFIED FELONY COMPL... | "90 (1875) Marbury v. Madison, 5 U.S. 137 ..." |
| IMMUNITY WAIVER TRIGGERED (judge-order) | FAT | Hazel-Atlas Glass Co. v. Hartford-E... | — | VERIFIED FELONY COMPL... | "(1803) Forrester v. White, 484 U.S. 219 (..." |

*Plain-language explanation of each violation in this section:*

• IMMUNITY WAIVER TRIGGERED: Judicial immunity does not protect a judge from declaratory or injunctive relief, nor from civil liability where the act was outside the judicial function.

## G. Judicial Canon Violations

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| JUDICIAL CANON VIOLATION (derived) | FAT | Code of Conduct for U.S. Judges Can... | — | judges memorandum.pdf | "Memorandum order cites 22 facially non-bin..." |

*Evidence supporting derived inferences:*

• 22 non-binding citations in single judicial memorandum

• Threshold for Canon 3A(1) inference: 5+

• Pattern suggests reliance on non-controlling authority

## H. Lawyer Rule of Conduct Violations

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| LAWYER RULE VIOLATION | SER | ABA Model Rules of Professional Con... | — | Claim against Avant F... | "...g, unlawful debt collection activities,..." |
| LAWYER RULE VIOLATION (derived) | SER | Pa. R.P.C. 3.3 (Candor Toward the T... | — | Equifax reply 4 show... | "Counsel's filing cites 13 facially non-bin..." |

*Evidence supporting derived inferences:*

• 13 non-binding citations in counsel filing

• Sample: 663 F. Supp. 2d 379; 574 F. Supp. 3d 292; 2011 WL 6001088; 2015 WL 3919409; 2024

• R.P.C. 3.3 requires candor as to controlling authority

## I. Removal & Fraud-on-the-Court Defects

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | Dkt 11 | 2025.06.09 ECF 11 Adm... | "..._____ I declare under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | Dkt 12 | 2025.06.09 ECF 12 Adm... | "..._____ I declare under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | Dkt 13 | 2025.06.09 ECF 13 Adm... | "..._____ I declare under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | avant 6-9 2.pdf | "..._____ I declare under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | avant 6-9.pdf | "..._____ I declare under penalty of..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | show_temp (15).pdf | "...removed the case. A defendant must file..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | show_temp (16).pdf | "...removed the case. A defendant must file..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | show_temp (18).pdf | "...removed the case. A defendant must file..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | show_temp (19).pdf | "...removed the case. A defendant must file..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | trackletter.php (10).pdf | "...ctual notice. 5. TransUnion LLC, in its..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, | — | trackletter.php (10).pdf | "...ularly those arising |

| | | | | | |
|---|---|---|---|---|---|
| | | 1446, 1447; Fed.... | | | from removal under..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | Dkt 41 | ecf 41.pdf | "...removed the case. A defendant must file..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | summons.pdf | "...total of $ . I declare under penalty of..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...elphia County, 250500817 Cause: 28:1441..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...OF COMMUNICATIONS PURPORTING TO SUPPORT..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...2025) 06/09/2025 17 NOTICE OF MOTION to..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...elphia County, 250703094 Cause: 28:1441..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...elphia County, 250500817 Cause: 28:1441..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...OF COMMUNICATIONS PURPORTING TO SUPPORT..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...2025) 06/09/2025 17 NOTICE OF MOTION to..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...elphia County, 250703094 Cause: 28:1441..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | NOTICE OF FOREIGN PRI... | "...b. Submit an affidavit under penalty of..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...elphia County, 250500817 Cause: 28:1441..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...OF COMMUNICATIONS PURPORTING TO SUPPORT..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...2025) 06/09/2025 17 NOTICE OF MOTION to..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | docket.pdf | "...elphia County, 250703094 Cause: 28:1441..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...elphia County, 250500817 Cause: 28:1441..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...OF COMMUNICATIONS PURPORTING TO SUPPORT..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...2025) 06/09/2025 17 NOTICE OF MOTION to..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...elphia County, 250703094 Cause: 28:1441..." |

| | | | | | |
|---|---|---|---|---|---|
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | IDTheftReport_1908297... | "...A Credit Inquiries PNC Under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | IDTheftReport_1908297... | "...A Credit Inquiries PNC Under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | trackletter.php (5).pdf | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | IDTheftReport_1908297... | "...A Credit Inquiries PNC Under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | IDTheftReport_1908297... | "...A Credit Inquiries PNC Under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | Avant billing error.docx | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | Avant billing error.pdf | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | Greensky - Billing er... | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | Greensky - Billing er... | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | Greensky.docx | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | Equifax CFPB .docx | "...s. A signed affidavit under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | trackletter billing e... | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | trackletter billing e... | "...t, signed (in wet ink) under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | IDTheftReport_1908297... | "...A Credit Inquiries PNC Under penalty of..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | Dkt 1 | show_temp (9)cap one ... | "...See Opp'n at p. 2. As indicated in the ..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...n District of Pennsylvania 10/24/2025 1..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...n District of Pennsylvania 10/24/2025 1..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...n District of Pennsylvania 10/24/2025 1..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | transunion 6-17.pdf | "...time the removing defendants file their..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | transunion 6-17.pdf | "...Complaint. A. Removal was Timely Under ..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | transunion 6-17.pdf | "...orable Court deny Plaintiff's Motion to..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | transunion 6-17 exhib... | "...nd defenses. I declare under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | transunion 6-17 exhib... | "...nd defenses. I declare under penalty of..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | transunion notice.pdf | "...SA), N.A., Defendants. NOTICE OF FILING..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | transunion notice.pdf | "...val to this Court is proper pursuant to..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | transunion notice.pdf | "...pon request. I certify under penalty of..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | 1099 C evidence + mot... | "...Babah Traore, declare under penalty |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | "of ..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | Exhibit B Docket Repo... | "...CT Documents: Traore - Notice of Filing..." |
| REMOVAL DEFECTIVE | FAT | 28 U.S.C. §§ 1441, 1446, 1447; Fed.... | — | United States Distric... | "...n District of Pennsylvania 10/24/2025 1..." |
| FRAUD ON THE COURT | FAT | Fed. R. Civ. P. 60(d)(3); inherent ... | — | Supplemental + motion... | "...Babah Traore, declare under penalty of ..." |

## J. Sanctions Triggers

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| SANCTIONS TRIGGERED | SER | Fed. R. Civ. P. 11; 28 U.S.C. § 192... | — | show_temp (21) avant ... | "...yet another illustration of Plaintiff's..." |

## K. Judge-Specific Findings (Labels & Mislabeling)

| Violation | Sev. | Rule | Dkt | Source | Quote |
|---|---|---|---|---|---|
| SOVEREIGN CITIZEN LABEL | SER | U.S. Const. amend. V; Caperton v. A... | — | show_temp (10).pdf | "...Complaint a fatal blow by pleading as a..." |
| SOVEREIGN CITIZEN LABEL | SER | U.S. Const. amend. V; Caperton v. A... | Dkt 68-1 | 68-1.pdf | "...llegations in the universally rejected ..." |
| SOVEREIGN CITIZEN LABEL (judge-order) | SER | U.S. Const. amend. V; Caperton v. A... | — | memorandum in support... | "iff's assertions with non-legal ideology s..." |

*Plain-language explanation of each violation in this section:*

• SOVEREIGN CITIZEN LABEL: Court characterizes a litigant as a sovereign citizen without evidentiary basis, using the label as a substitute for legal analysis.

## Decision Triggers

*Rows marked † trigger automatic Rule 60(b)(4) void-judgment analysis.*

| IF Violation | THEN Rule Requires | Action |
|---|---|---|
| Twombly/Iqbal misapplied † | Accept well-pleaded facts as true | Vacate |
| Notice inadequate † | Order void under FRCP 60(b)(4) | Vacate (no time limit) |
| Void judgment under 60(b)(4) † | No time bar; no legal effect | Vacate ab initio |
| Subject-matter jurisdiction lacking † | Must dismiss per Rule 12(h)(3) | Dismiss / vacate |
| Standing absent (Art. III) † | No case or controversy | Dismiss |
| Stare decisis violated † | Binding precedent ignored | Vacate |
| Prima facie evidence ignored † | FRE 301 burden shift | Vacate |
| Sua sponte ruling without notice † | Bryson v. Brand Insulations (3d Cir.) | Vacate; demand briefing |
| Prior restraint filing ban † | In re Safir (3d Cir.) factors required | Vacate; mandamus |
| Bill of Attainder misapplied † | Clause restrains legislatures only | Vacate; cite Lovett |
| Sovereign citizen label without record | Caperton appearance-of-bias | Reconsideration; demand record cite |

| Immunity waiver triggered | Hazel-Atlas; Forrester; Pulliam | FRCP 60(d)(3) independent action |
|---|---|---|
| Removal defective † | Remand under 28 U.S.C. § 1447(c) | Motion for remand |
| Fraud on the court † | FRCP 60(d)(3) — no time bar | Independent action |
| Procedural due process violation † | Order rests on clear error | Vacate; § 1983 prospective |
| Sanctions warranted | FRCP 11 / 28 U.S.C. § 1927 | Move for sanctions |
| Color-of-law deprivation (§ 242) | § 1983 civil / refer for § 242 | File § 1983 / refer |
| Judicial canon violated | Code of Conduct C. 1-3; § 455(a) | § 351 complaint; recusal |
| Lawyer R.P.C. 3.3 violated | Duty of candor | FRCP 11; bar referral |
| Service defective | No legal effect under FRCP 5 | Strike |
| Verification missing | Pa.R.C.P. 1024 deemed admissions | Strike |
| Filing deadline missed | Untimely under FRAP 4 / Pa.R.A.P. 903 | Strike / default |

*† = automatic Rule 60(b)(4) void-judgment trigger.*

*Deterministic Analysis — Conclusions derived from rule-based cross-reference validation against the publicly-filed adversary record, judge-authored orders, and binding-precedent lookup. Findings tagged '(judge-order)' come from automated review of the court's orders. Findings tagged '(derived)' are conservative inferences from observable facts with supporting evidence listed. No generative reasoning applied.*



PRIORITY MAIL

Malick Traore
1338 chestnut st
1714
Philadelphia PA 19107

Clerk of Court
U.S. District Court, Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street, Room 2609
Philadelphia PA 19106

9202 8901 4298 0484 2617 40