**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MALICK-FARDY B. TRAORE<br><br>             *Plaintiff*,<br><br>  vs.<br><br>TRANS UNION, LLC, *et. al.*<br><br>             *Defendants*. | Case No. 2:25-CV-02822-GJP |

**DEFENDANT TRANS UNION, LLC'S
<u>MOTION FOR JUDGMENT ON THE PLEADINGS</u>**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Trans Union, LLC ("Trans Union") by and through its undersigned counsel, hereby moves this Court to dismiss, with prejudice, all counts of the Amended Complaint filed by Malick-Fardy B. Traore ("Plaintiff") against Trans Union. In support of its Motion, Trans Union incorporates the accompanying Memorandum of Law.

**WHEREFORE**, Trans Union respectfully requests that this Court grant its Motion for Judgment on the Pleadings in its favor and dismiss Plaintiff's Amended Complaint in its entirety as to the claims against Trans Union, with prejudice.

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

By: */s/ Jayme C. Bronson*
    Jayme C. Bronson, Esq. (PA ID No. 325481)
    Two Liberty Place
    50 S. 16th Street, Suite 3200
    Philadelphia, PA 19102-2555
    Phone: (215) 665-8700
    Email: jayme.bronson@bipc.com

Date:  June 26, 2026

*Counsel for Defendant Trans Union, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Motion for Judgment on the Pleadings and Memorandum of Law in Support has been filed electronically on **June 26, 2026.** Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system, e-mail, and/or U.S. Mail, in accordance with applicable Federal and Local Rules:

**Malick-Fardy B Traore**
2522 S Darien Street
Philadelphia, PA 19148
malickft@gmail.com
*Pro se Plaintiff*

**Elanor A. Mulhern**
**Preston Spadaro**
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
*Counsel for Capital One, N.A..*

**Kevin Cornish**
High Swartz LLP
40 East Airy Street
Norristown, PA 19404
kcornish@highswartz.com
*Counsel for GreenSky, LLC*

**Joshua D. Hill**
Pietragallo Gordon Alfano Bosick &
Raspanti, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103
-and-
**Daniel P. Jackson**
**Jonathon P. Reinisch**
**Joshua D. Elliott**
Vedder Price, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
*Counsel for Avant, LLC*

**EXPERIAN INFORMATION
SOLUTIONS, INC.**
P.O. Box 4500
Allen, TX 75013

**Stacy A. Orvetz**
Clark Hill, PLC
Two Commerce Square
2001 Market Street, Suite 2620
Philadelphia, PA 19103
*Counsel for Equifax Information Servs., LLC*

*/s/ Jayme C. Bronson*
Jayme C. Bronson

Date:  June 26, 2026