## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MALICK-FARDY B. TRAORE,

      *Plaintiff,*

    v.

TRANSUNION LLC, et al.,

      *Defendants.*

CIVIL ACTION
NO. 25-2822

## ORDER

Over the past seven days, Malick-Fardy B. Traore filed thirty-one motions in three of his pending cases before the Court.  In this case, he filed twenty-one motions: Dkt. Nos. 146, 147, 149, 150, 151, 152, 153, 154, 155, 157, 158, 161, 162, 163, 164, 165, 167, 168, 169 & 171.[1]  **AND NOW**, this 29th day of June, 2026, each motion is **DENIED**:

1.  Traore's Motion to Remand (Dkt. No. 146), Motion to Vacate (Dkt. No. 147), Motion to Vacate (Dkt. No. 153), Motion for Relief for Fraud (Dkt. No. 154), Motion for Relief (Dkt. No. 155), Motion for Relief (Dkt. No. 157), Motion to Strike (Dkt. No. 158), Motion for Sanctions (Dkt. No. 161), Motion for Sanctions (Dkt. No. 162), Motion for Default Judgment (Dkt. No. 163), Motion for Default Judgment (Dkt. No. 164), Motion for Default Judgment (Dkt. No. 165), Motion to Certify (Dkt. No. 167), Motion for

---

[1]     Traore also filed a motion for leave to reserve the right to appeal the Court's dismissal of any of his claims at some point in the future.  (Motion for Notice of Appeal at 11, Dkt. No. 170.)  But this motion is not listed as pending on the docket because litigants need not reserve the right to appeal district court rulings.

Certification (Dkt. No. 168) and Motion for Certification (Dkt. No. 169) are **DENIED** because they are frivolous;

2. Traore's Motion for Summary Judgment (Dkt. No. 149), Motion to Compel Discovery (Dkt. No. 150), Motion for Summary Judgment (Dkt. No. 151) and Motion to Compel Discovery (Dkt. No. 152) are **DENIED** as premature; and

3. Traore's Motion for Recusal (Dkt. No. 171) is **DENIED** because a reasonable person, with knowledge of all the facts, would not conclude that the Court's impartiality might reasonably be questioned.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.