**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MALICK-FARDY B. TRAORE,

*Plaintiff,*

v.

TRANS UNION LLC, et al.,

*Defendants.*

CIVIL ACTION
NO. 25-2822

**ORDER**

**AND NOW**, this 31st day of July, 2026, upon consideration of Trans Union LLC's Motion for Judgment on the Pleadings (Dkt. No. 172), Greensky, LLC's Motion for Judgment on the Pleadings (Dkt. No. 174) and Malick-Fardy B. Traore's Responses (Dkt. Nos. 175 & 176), it is **ORDERED** the Motions are **GRANTED**. Judgment is entered in favor of Trans Union and Greensky. The Clerk of Court is **DIRECTED** to mark this case **CLOSED**.

BY THE COURT:

***/s/ Gerald J. Pappert***
Gerald J. Pappert, J.